IC

SMB

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JUL 29 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff

YVette WAlker

v.

Defendant

Hilton Hotels

)
)
)
)
)
)
)
)
)
)
)

**1:24-cv-06607**
Judge John J. Tharp, Jr
Magistrate Judge Keri L. Holleb Hotaling
RANDOM / Cat. 1

Complaint:

Need Leave to admend my Complaint
Later.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

HARASSMENT

RETALIATION

PREJUDICE

DISCRIMINATION

WHITE SUPREMACY

AGE DISCRIMINATION

WRONGFUL TERMINATION

STOP PROMOTIONS

HOLDING PAY RAISES

DO NOT UPGRADE TITLES

(BLACK PEOPLE)

BLACK GET BACK

I have been employed at Hilton Chicago for ten years and I have had to fight every step of the way from wardrobe to doors of entrance. I have been given write-up after write-up with the company being at fault 95% of the time and paying me for the days I was off which proves their mistake. My first write-up and on the night shift guest tend to change the wake-up from the first time they call because sometimes they are later than they expect. I would wait until a certain time to put my wake-ups in the system so I would not have to change in the system. One of my co-workers came in before her start time and noticed I was putting in wake-up calls from my list and said you supposed to put them in as you receive them I explained to her why I waited so I get it for me some displays of all the apian intended to you and I would not have to go in the system and change them which was my way of doing my job that I had not had a problem with but because she complained I was given a wrongful write-up which Human Resource did nothing about. 3.21.13 (Exhibit A) I was given a write-up for taking my lunch at five at 5:00 a.m. which is the time my grade school child would be leaving home for the bus we live in South Holland IL and the school was locate on 22nd State in Chicago IL I could not use Hilton phone or time to hold and wait until the bus arrived. I was not at the meeting held on May 3rd because the meeting was during morning shift and I am not in until 11:00 p.m. and was not aware of the change of overnight was to take lunch no later than 4:00 a.m.to be two hours prior to clock out time but no one else was being held to the two hours prior to clock out time 5.29.14 (Exhibit B) I was given a write-up for not working an over-time shift in full I signed up for a shift that started at 10:30 a.m. I asked Amardo if I could work straight through and leave at 4:00 p.m. because my shift would start at 11:00 p.m. he said yes but when indiria asked if he covered the

overtime she said no I would have to work the set shift so I told him I could not go home at 7:30 a.m. return at 10:.30 a.m. leave at 7:00 p.m. and report for my shift at 11:00 p.m. because if sign up for a overtime shift you would have to work the shift as it is posted but others in the department worked overtime shifts not in the complete set hours 1.30.15 (Exhibit C) and (Exhibit C-2) Between my start date 11.5.12 until 7.29.15 I applied for 36 positions which I qualified for because when you complete an application the system will tell you if you qualify but I was never given an interview even if I went to Human Resource and talked with someone to show my interest in the position (Exhibit D) I finally went to John Wells for a meeting to discuss my situation with applying for so many positions and not getting any response. After our conversation I was finally called for a position in the Finance Department which I started on July 29, 2015(Exhibit E) and (Exhibit E-2) I was due for a raise and was told by finance that communications would have to give me the raise from their budget because I was in that department part of the year but communications said the raise would have to come from finance budget neither department wanted to give me the raise. I went to HR talked to Lea she said she would look into the situation and make sure I would receive my raise but as always nothing happen then I was told by Lea she would make sure I receive my next raise and would not be skipped over (Exhibit F) On September 21, 2016 I was given a coach and counsel because on August 30, 2016 a manager trainee Max LaRoach claimed he walked through the guest assistant area and heard me and Marva speaking unprofessionally to each other which was not true Max came stood in the area between our desk and asked us a question knowing Marva was a little different and had a negative attitude toward everyone and was very unsociable

gave her opinion and I gave my opinion each of us speaking to Max I also asked why he waited a month later but as usual looking for a reason to give me a write-up. (Exhibit G) I received a write-up on 4.27.2018 for a mistake that was said to have taken place on November 8, 2017 again looking for a reason to give me a write-up to keep them coming and build up enough write-ups to terminate me which was not happening fast enough so they were trying to find anything knowing that they could not give a write-up five months later but as you can see the dates on the write-up was still approved by HR Lea Nissen allowing a (White Face) to do anything to a (Black Face) even if it goes against company policy. (Exhibit H-1) So as you can see only a (Black Face) is given a write-up for making a human but as you can see (White Faces) are allowed to make human errors with no consequence while I am expected to correct their mistakes I was told do not send the banquet checks back to the department to be corrected you do the correction (Exhibit H-2,3,4,5,6) In the month of November of 2017 I was issued a write-up because I issued check refunds to four guest that I had already issued check refunds in April and May of 2017 when I received the write-up from Jessica Lopez I searched my files for the documents and was not able to locate the originals but I also had a special place in my cubical where I always kept a second set of important documents that had to do with paying out money because I had already saw a lot of underhanded things going on in the office with two other employees Rosalie, crying everyday for the last 3 or 4 months before her husband told her to quit because bringing the job problems home was interfering with home and Lissette being so upset everyday and also being forced out of the department to transferring to the front desk standing on her feet all day just to be able to come to work in peace so

by me watching the click push people out which needed to happen for Jessica to move up. At this time the department was downsizing and taking on a third party which meant they would not need as many employees as the department had and with Sean, and Jessica saying the department needed all new younger people they choose not to lay off by seniority but to choose who they wanted Jessica was allowed to give all the older people in the department write-ups which I noticed they had given the five oldest people in the department write-ups and kept the three youngest with the exception of one young person they did not want to keep because she was very large in weight and did not dress to represent  the department also she was very bright and intelligent which Amy and Jessica did not like so the write-up that  were given out by Jessica not a manager meant the people they were given to would not be able to apply to stay in finance or apply to another department because the write-up would be for six months with no company movement and  the layoff was in four months knowing we all received write-ups within the same week seemed very odd to me so I went to my other place where I kept a second set of copies to locate the documents because the only time I issued a check refund is when someone put paper work on my desk to do so. When I found the documents I went to Sean to look them over and was told it's a done deal I want to HR to Lea and was told she would look into the matter which nothing was done and time was getting close to lay off so I went to John Wells he talked with me about the matter and set up a time for me to meet with him with all notes and documents on the matter after he talked with me he also talked with Jessica and eventually had several meetings with me, Jessica, and Sean. We had to have several meetings I continued to investigate my documents to find out why I made out the

checks twice but Jessica was fighting very hard against demanding that I be terminated I continued to search until I located the second set of documents that I received from Judy in finding out she gave me the paper work requesting the checks for the second time I was finally able to apply to stay in the Finance department because the write-up had to be taken away but I noticed Judy neither Jessica was given a write-up and suspended with investigation there was no discipline action for their mistake but my mistake was a write-up and would have caused me to be terminated.(Exhibit I-1,2,3,4) I have been held back from promotions every since I have been employed at Hilton Chicago. January 22, 2018 a job posted for a Senior Human Resource Coordinator was posted I applied for the position and talked with Lea about the position and was told she would consider me since I had one year HR experience nothing happened I went back to Lea and asked her about the position and was told she changed her mind and did not need the position but I found out no one else applied. On February 20, 2018 the same job posted for a Senior Human Resource Coordinator I applied again and was told later she changed her mind and did not need the position. On February 26, 2018 a position posted for a Human Resource Manager I applied and talked with Lea and was told I did not qualify for the position because to be a HR Manager I would need more years in HR and a lot more of HR experience (Exhibit J-1,2,3) Jennifer Irby called me to HR about taking pictures in the cafeteria which is something done by employees all the time. She asked me a series of questions which most of the questions were out of order some were even offensive and degrading to me when I asked her where she obtained the information she told me Adriana Estrada reported the picture taking to her when I asked how could she report something she

did not see or hear which would make anything she is saying hear-say and gossip Jennifer went on to say that Adriana was well respected and did not like to see anyone have their feelings hurt is the reason she reported the picture taking and whatever she is saying could be believed because she is an up-standing employee at Hilton so I went on to say how is she so sensitive to people's feelings and so up-standing when the whole building was aware of her dating a married man employed at Hilton and going to him and his wife house harassing her and their child on several occasions so I asked if she is so concerned about people's feelings did she not think about her hurting his wife and child (Exhibit K-1) Jennifer Irby tried to get other people to come to HR and complaint about me taking pictures but everyone she asked said no because everyone takes pictures in the building as they wish guest and employee's. I was told by Jennifer Irby that I could not take any pictures in the building without permission from the person or management, I asked her if Hilton had a picture taking policy she said no but I am giving you a personal picture taking policy and you will be terminated if it comes to my knowledge that you have taken any pictures without permission (Exhibit K-2) On 3-21-2018 Bayinah Devers a room-mate of one of the employee's in HR said she was called to HR for questions about a conversation she and I had I asked her how did HR know we had a conversation I talk to a lot of people in the building HR has no way of knowing who is talking to who throughout the building she said you know they keep the camera on you for real Jennifer Irby was not just joking with you about that. At that time she told me the reason I called you was because I need to tell you something you know I was just demoted from Administrative Assistant in Catering &Events down to Front Desk Clerk and you know how much I hate sitting up here

answering the phone all day so I had no other choice and had to do something I did not want to do but Lea Nissen offered me a good opportunity if I would tell her everything you talked to me about when they were watching you and I have several conversations I asked why are you telling me this she said because I don't want you to be mad at me when you are called to HR Lea said she would give me a promotion and get me out of that office and it's probably my only chance to get away from Catering and you know they don't like me is the reason I was demoted not because I could not keep up with the work. (Exhibit K-3) On 3-27-18 I was called to HR just as Beyinah said they were going to call me for questions pertaining our conversation (Exhibit K-4) and sure she was given a promotion to be effective April 1,2018 right after I was called to HR and written up everyone wondered and was talking about how she was able to be promoted to Housekeeping Training Manager a position that never posted for anyone else to apply for when she was just demoted because she was not able to keep up with her past position work.(Exhibit K-5)On September I was given a write-up by Amy Moy because the Auditor's were in our office doing an audit and they saw that our department had not been printing out the last sheets of the operations audit which would lower the Finance departments score when they discussed the matter with Amy she did not know anything about the last sheets that were to be signed by Sean Kalbach which he obvious was not aware of either because neither of them had never mentioned the sheets to me and was accepting the work as complete but since the auditor's made a big deal about the sheets being part of the audit and lowered finance score Amy asked me to go back about 12 months and print out the sheets for Sean to sign which was not a problem so I started printing them out when I had some time everyday

and the Evention part as well I explained to Amy that I was never trained on those parts of the audit because I was trained by one of the manager trainee's they hire straight from college with the plan to hire them permanent as a manager if they do well and accepted by the department director and assistant director which the manager trainee that trained me on the evention process did not get accepted for a manager position with Hilton but Amy said someone had to take the blame and since it was my job that would be me I went to Sean because it was not fair for me to get a write-up for something none of us knew had to be done if they did not know how was I supposed to know but Sean said it's one write-up take it I can think of many other reason's to give you a write-up(Exhibit L) Other employee's in the department also noticed I was being harassed and would send me emails about certain situations here is one example of one employee referring to another as golden boy looking at the difference in how I was treated verses others(Exhibit M-1,2,3) On January 23rd Sean sent an email with a mistake no one said anything about but anytime I make a simple mistake I have to receive a write-up with Sean and Amy saying I should not make amateur mistake's at my level on January 24thI was given another write-up for scanning the wrong PO invoices but I was never trained in AP as of that date management told me since my work was complete that day and it was end of month closing to help scan PO invoices because they were behind and needed the PO's scanned so we could complete closing. I told Sean and Amy I should not receive a writ-up because the person I was helping should have showed me which ones should be scanned and which should not instead of handing me a stack of PO saying go scan these (Exhibit N-1,2) (Exhibit M-2,3) John Wells started sending out notice about COVID-19 on March 13th 2020

(Exhibit O-1,2,3,4,5) I received a letter dated March 8th 2022 to return to work on March 28 (Exhibit P) I received a final written on April 20th 2022 I woke up late called Jessica Lopez to say I was running late because I over slept and was told not to come in when I talked to Lea Nissen she asked if I worked the remain of the day because if I had came in late I could have worked and just not be paid for whatever time I was late and it would have only been a late and not a no-show and should not have been a final I talked to Nancy Lally and the write-up was removed on July 25th 2022 (Exhibit Q-1,2) April 26th 2022 I was suspended for calling in at my shift time which was removed on July 25th 2022 (Exhibit R-1,2) I received a write-up on 5.25.2022 for something that took place on 5.11.22 which was a final and three days suspension with Jennifer Irby checking a box saying I have previous write-ups which should have all been removed by Nancy Lally and although the write-up caused the suspension Jennifer Irby you already did the days off so it don't matter.(Exhibit S-1,2)I went to HR on 5.12.2022 to report harassment from my department heads and was told they would look into the situation and get back to me which I never heard anything until 5.25.2022 when Nancy insisted Jennifer Irby get rid of all the write-ups she was angry and told me the complaint was handled and closed I went along with it that time but was unsatisfied because no one talked to us together to find out what the problem was and try to solve the situation.(Exhibit T) on 5.25.2022 out of anger Jennifer Irby and Jessica Lopez gave me a training schedule to be complete on 6.8.2022 and several other dates for different sections of the training I asked why no one has ever received a training schedule in all ten years I have worked for Hilton and was told we can do what we want and we are giving you a schedule to complete the training. the

training consist of about 30 different sections which all have about 5 or 6 sub-headings also you suppose to complete the training before receiving credentials to sign in Jessica Lopez had credentials to sign in and had not completed the training as of the day I completed my training (Exhibit U-1,2,3) During the month of June finance had an office across the hall that was going to be used for two finance employee's Darlene the senior employee over me did not want to move I asked to move because we were the only two at the time Sean asked why I told him I thought Darlene and I were too close with covid-19 still on the rise and the hotel was seeing more covid-19 than they were letting the housekeepers know because they were not at a computer during the day so they were kept in the dark because Hilton did not want them to refuse cleaning the rooms reported with covid-19 (Exhibit V-1,2,3,4) I was asked to fill out a sheet everyday so Jessica could see the work I had completed as if I was a child (Exhibit W) In July just to show how much covid-19 was in the hotel the reason I had my concerns (Exhibit X-1,2,3) I injured my hands right before time for work this is my doctor statement (Exhibit Y) This is a write-up for calling in to be late and being told when you arrive stop get Jessica and come to HR this will be a suspension which is not correct so I called Nancy Lally and was told to use the day as PTO she asked if I had enough PTO to stay off the next two days while she look into the matter that she would call the PTO in but she also wanted me to call she said because the suspensions and investigating were beginning to be too much so this should not be a write-up I was told by Nancy Lally to request my complete file which I did on 7.25.2022 on August 3rd I still had not received my file which should have only taken no more than 20 to 30 minutes to get my file lode the papers in the copier and give them to me I went to HR several

times asking about my file the first time Jennifer Irby told my that lea wanted to speak with me I told her ok but that had nothing to do with my file she said I will give it to you after Lea talk to you Lea never got in touch with me by phone, email, or in person when I went back to HR I was told by Jennifer Irby that she was not finish going through the file see what was in the file I told her that should not matter at the time because nothing was going in and nothing should be coming out just copy what was there when I received the copy of my file from Jennifer Irby I compared to the documents I had at home and noticed several documents had been removed and my stack of papers measured three times the size of her stack (Exhibit Z-1,2,3,4,5) Amy and Jessica started trying to embarrass in front of the whole department by sending out an email to everyone saying I could not keep up with my responsibilities which is a job I have been doing since 2017 with no problem but this was just to get something else started because the write-up trick did not work and they were told to remove all the write-ups and stop trying to make them into half write-ups there is no such thing (Exhibit A1) Amy tried to write me up because I did not fill out a request form for a day I request in the past before the new way of requesting a shift change (Exhibit B1) I have no Idea what she is talking about via federal express federal express has not been to my house and they don't make phone calls just some more of her mess (Exhibit C1) This is another complaint asking for help from HR never having a meeting to resolve only paper saying closed we took care of the situation which should be an arbitration with the person that filed the complaint and the person the complaint is against (Exhibit D1-1,2) This is a write-up because Jennifer Irby and Jessica Lopez could not make the other write-ups stick and had to remove them so out of anger so they went to security and

had the cameras searched back as far as they could until they found something to write me up for old things (Exhibit E1) On 9.23.2022 I called in to be late my shift starts at 8:30 and I arrived at 10:10 I was told to go to HR I asked why because when you call in to be late you do not need to go to HR when I went to HR I was interrogated by Jennifer Irby when really you do not have to tell anyone why you are late as long as you called in so I was sent home without a reason as always just told go home will call you also on the same day Yvette Green called in to be late she had a flat her shift starts at 8:30 and she arrived between 11:00 and 11:30 not sent to HR or sent home how do you give a person a write-up for 9.23.2022 and 10.12.2022 (Exhibit F1) I was suspended on10.24.2022 not told why or given any paperwork I was off sick from 10.17.2022for a week until 10.21.2022 after three days a doctor statement is needed I called off everyday two hours before my shift when I returned I had my doctor statement but no one asked any questions I said I have my doctor statement but they refused to look at the papers just go home we will call you Jennifer called me on 10.31.2022 to tell me why i was suspended saying you did not call in Thursday or Friday when I told her I called into security which is what I was supposed to do she said they did not call your department to let anyone know I said if you would have said that to me on the 24th when I returned you could have checked with security and I would not be suspended she said let me check with them and called me back to let me know they did receive the call and security had it documented so she asked me why I did not make sure security let my department know I told her it was not my responsibility I asked if I could come to work the next day Tuesday November 1st she said no I am still investigating you Jessica and Jennifer started making me send them an

email every day after everything I complete this has never been done and no one else has to do this (Exhibit G1-1,2,3,4,5,6,7,8,9) I was given a write-up on 11.7.2022 because on 10.24.2022 because I told the new Director of Finance this was the first day we met and he started telling me Jessica have already told me about you and I said to him in a respectful way that he should be his own man and talk to me get to know me for himself (Exhibit H1-1,2) I told Jennifer Irby that I could voice my opinion and was told what she always say you do not have an opinion here at Hilton I started trying to contact John Wells by phone and was unable to reach him so I sent an email so by John Wells saying he will review and get back to me once he have more information let me know he did not know all that was going on at that time (Exhibit I1-1,2) My ten year experience at Hilton Chicago has been the most prejudice, harassing, poorly treated, and unfair experience I have ever seen in my lifetime towards (Black Faces) with no one not even the company CEO giving a care or willing to look into situations I believe in my heart that if someone don't speak up blacks will continue the poor treatment, not being promoted, and wrongful termination. I will start at the beginning of my employment with Hilton when I began to pay close attention to the prejudice etc. I accepted a position in the communications department when I started noticing the difference between (Black) and (White) because I was told the only way to become an Director or Assistant Director of an department was to have an Bachelor's Degree but that was for( Black Faces) only because Indira Perovic Director of Communication's had no college at all, and Amy Moy Assistant Director of Finance had no college at all I was told someone wanted them in those positions and talked up for them to have the positions I said ok but can you do it for a (Black) the answer

was no get a degree if you want to apply for one of those positions. I watched on as Amardo Manager in communications was the only person to have key's to Indira's office when she noticed a lap-top, and phone was missing that she did not report because it was a white face that stole company equipment, several weeks later David's computer was missing while David was off when David contacted security to ask if they had let anyone in his office it was yes Amardo when David reported his missing computer so he would not be blamed Indira was mad because now it had to be looked into when she knew all the time it was Amardo stilling electronics I did not understand why security could not see Amardo leaving out of the building through any of the four doors on the days the property was stolen but security was always able to see when a black left the building with anything as small as a spray bottle which is what got Wendell in the housekeeping department terminated I guess they could see the spray bottle because Wendell was a black face but not all three electronics because Amardo was a (White Face) I've alwasys wondered why the camera's could see everything a (Black Face) but not a (White Face). As I continued my employment I applied for about 36 positions and told every time someone else was selected always a (White Face) with less seniority or a (White Face) from the outside stopping every promotion I applied for but when you apply for a position with Hilton the system will let you know what percent you are qualified for the position mine was always 100% qualified but never even interviewed for the positions so Hilton was preventing me from promotions. I continued to watch things that went on at Hilton so I would not be wrong in what I was thinking or seeing I watched situations such as when Alfonso supervisor/manager of facilities a (White Face) had a knife on Steve of facilities a (Black

Face) the end result was Steve the (Black Face) being suspended and Alfonso a (White Face) no disciplinary action at all for his disruptive behavior at all. two employees had a fist fight in the lobby of Hilton while other employees, and guess checking in and out looked on watching the fight both were terminated at the time but Robert Merriweather was rehired with his disruptive behavior. James Mitchell a (Black Face) worked in security and was terminated because Hilton said he was stealing time no one can steal time without the help of the person in their department that go over everyone's time sheet in that department before turning time sheets in to Finance to have the time put in for pay when everyone was asking James Mitchell about his close relationship with Karen Moy Assistant in security department he would always say because he was getting all the overtime he wanted and other things I will not mention every department has someone in that department that will go over each person's time sheet before bringing the time sheet's to finance Karen Moy was that person in security first of all security has an overtime sheet posted on the wall whenever there is overtime in security and the person doing the overtime for that day will have their name signed next to that day without that sheet on the wall would mean there was no overtime but James Mitchell would clock in and out at his correct time which was 8:00 am to 4:00 pm because security took lunch on the company without clocking out but the overtime was always written out to the side of each day with the hours of overtime he worked so when Karen Moy saw these hours written out to the side of each day and his clock punches did not show these hours she was suppose to ask what manager asked him to do the overtime and get that manager to sign on that day for the hours he said he worked overtime also James should have been on the clock clocked

in for the hours since he was not clocked in even if a manager asked him to stay he should have stayed on the clock or clocked back in so Karen Moy should have raised a red flag about the situation of not being clocked in or her not asking what manager asked him to do the overtime and having that manager sign next to that for the hours no one that gets paid hourly should be working and not clocked in but Karen Moy never questioned the overtime I and several others names I won't mention because I don't know if they want to be a part of bring something too light since they are still employee's at Hilton have even heard her ask and say hey James how many hours of overtime do I owe you for so the stealing of overtime by James Mitchell could have been stopped by Karen Moy the first week she saw the hours written out to the side and not clocked in if she was doing her job correct so it is sad to say James Mitchell was actually terminated because he ended a progressive friend relationship with Karen Moy no one ask her any questions when she came to work one day and decided to check James Mitchell file she was not checking files by seniority his file would not have been first or by last names his file would have not been first not by last hired his file would not have been first so for what reason did she come to work and decide to check his file other than the friendship was rocky and ending but since she never questioned or asked whatever manager asked James to do the overtime nor did she ever insist that he stay clocked in for the overtime that she was going over for months and months turning time in to finance which meant each employee in the security department's time is correct and ready for pay she should have been asked what made her pick up James Mitchell's file that day and no one else's or just how so happen she looked into his file and found all this overtime that she should have taken to HR or

John Beers Director of Security the very first time she saw it instead of approving the time by turning it in to finance for pay for that length of time resulting in Hilton losing a lot of money so I ask why was Karen Moy not terminated also a white face. as I spoke of earlier in all of my 10 years at Hilton no one has ever been timed for updated training it has always been done in a person's down time during your work hours. When Amardo was absent for two week's with no-call no-show or request to be off the proof was Indira communications director asking everyone in the department if they had heard from Amardo because she was not able to contact him and had no idea where he was or what happened to him but come to find out when he returned to work he had found another job with another company that did not work out so he returned to Hilton without HR or Indira saying anything just allowing him to return a white face if had been a black face that person would have been immediately terminated. I called Nancy Lally to let her know that every time she had Jennifer Irby to remove a write-up Jennifer would find a reason to give me another write-up or try to only remove a half of the write-up but there is no such thing as a half of a write-up yet Jennifer was permitted to do this sort of thing saying I am HR I can do whatever I want no one can stop me I control this building. When I asked Jennifer Irby and Lea Nissen if they had a Hilton policy to give me that would support taking a day's pay from an employee for every time that employee did not answer the phone and returned the call again I was told we can do what we want in HR then Jennifer Irby told me you will learn to answer all of my calls when I call you and not return my calls answer me when I call you or you will pay. Jennifer Irby checked with me on Friday June 3rd and Lea Nissen checked with me on Thursday June 9th about the on line training which was very out of

order. The harassing started as soon as I returned to work in March of 2022 with Jessica telling me I had too much stuff on my desk and I'm not going to let you have as much stuff as you had on your desk before I was Assistant Director of Finance then telling me I took too much time for lunch which was 45 minutes as always I told her I took my 30 minutes of clock-out time and my 15 minute break the way it has always been for all the years I worked at Hilton and was then told by Jessica I'm not doing it that way now you can only take your 30 minute lunch so for the remain of the time I was at Hilton I was not allowed to take my 15 minute break. I asked her if she remembered taking her lunch and break together before she was in management she only  said what did I just tell you to do but I guess she did not have to remember because when she was not in management she started being close friends  with Sean Director of Finance and Amy Assistant Director of Finance and by going to lunch with them she was able to take as much time as she wanted clocking in and out for her 30 minutes but sitting with them until they returned to the office all white faces when I returned to work I was told to go over to the old Finance Office to move my belongings down the hall to the new Finance Office when I was done with about three or four days of  moving Jessica told me you can't have your printer or fax machine when I asked why she said because we  don't want you to have them which I have had on my desk for years but now everything was said to make me feel important and that I was not that important I was off work the next day and when i returned someone had went to my desk removed the fax and printer went through all the things on my desk moved them around the way they wanted them to be which was very disrespectful rambling through all my belongings discarding what they wanted. I would also like to point

out that when I had the situation with Jessica Lopez in 2017 which brought about the retaliation I am experiencing in 2022 while John Wells was doing the investigating the two people that was being investigated Jessica Lopez and Judy, Judy making the mistake of requesting a second set of checks paying the same bills twice and Jessica taking and altering paperwork from my personal files in my cubical they were not suspended without pay (White Faces) but whenever a black face is being investigated that (Black Face) will be suspended without pay. On May 13th Lea Nissen, Maggie, and i were in Maggie's office when Lea tried to convince me to quit saying she would make a way for me to receive unemployment and that would be best for me and Hilton with all three of us knowing a person can't receive unemployment if you quit but Lea continued to tell me to quit and she would work it out. When Nancy Lally told Jennifer Irby on the 25th to remove all the write-ups Nancy told me they would all be removed and my file for 2022 would be cleared but she also told me she was asked by Jennifer Irby and Jessica Lopez to ask me if I would resign when I asked why I was told because they just don't want you there they Jennifer and Jessica just don't care for you. I told Nancy to tell them no I have about 3 to 4 years left to retirement and with my age it will be hard for me to find employment Nancy said I'm not asking or forcing you that's just what they want and I believe the problems will continue if you go back to work so it seems to me with her saying and knowing that terminating me for no reason should have raised a red flag with corporate instead of just being ignored Nancy should have been the first to investigate once she found out I was terminated. I talked to Nancy Lally about how tired I was of being talked down too, treated like a child, having to repeat things Jennifer Irby say to me back to her, I am

so nervous that when something happens in an emergency I panic and try to call someone other than Jessica or Jennifer but I was told by Jennifer Irby she don't care emergency or not no matter who I call she will still give me a write-up and there is nothing no one can do about it she is HR so Hilton just let the (White Faces) do whatever they want to the (Black Faces) so pitiful and pathetic. When you are a (Black Face)nothing is done about your complaints but if you are a (White Face) your complaint is taken serious and there is a meeting set with all people involved to try and solve the dispute. To show how different (Black Faces) are treated one of the men that work in housekeeping has a history of sexual harassment Steffone a (Black Face) over the ten years I have been at Hilton I have witnessed him being wrote-up several times suspended several times and being talked to by someone in HR several times for touching a person's breast, ass, grouping, and feeling on people as well as peeping through a hole in the door or the ladies locker room but since all the female housekeepers are (Black Faces) or other races none are (White Faces) the proper way to handle sexual harassment has been looked over it's like (Black on Black) crime is ok as long as he don't touch or look at a (White Face) because if he would we all know he would be terminated, the police would be called and he would be locked up with Hilton putting charges on him Steffone has had a history of sexual misbehavior on other (Black Faces) but never on a (White Face) but to mention Hilton has not had a (White Face) in housekeeping for all of my ten years when a (White Face) apply they usually offer that person a different position there are no (White Faces) cleaning rooms at Hilton Chicago. Hilton always speak about their diversity in people but they forget to mention that all others that are not (White Faces) will continue to work in the back of the house,

uniform, labor positions for the most part they will put a few (Black Faces) out front such as myself reminding you why you are there just as a token and will continue to remind you over and over skipping over you for everything and treating you like you know your position stay in it. I was called in the office by Jessica Lopez and Amy Moy at 1:25 pm mid day to discuss if I was (4) four minutes late because Amy Moy stopped me from punching in on the clock located on the first floor by the vault which is the time clock I have used for the last three to four years prior to the pandemic because I was the only person in finance doing income audit work which meant every morning when I arrive at work I would go to the basement to retrieve the mail then use the security door around the corner in the basement to enter and use the security steps going to the vault where I had to pick up income work and count the change machine so every little thing is a reason for me to be called in the office but I don't understand what business it was for Amy since she suppose to have stepped down from Assistant Finance Director to manager. At Hilton whenever you accept another position if the starting pay is less than the pay you receive at the present time you have to lose your pay amount and start that job at the pay rate of that position but Amy Moy (White Face) was able to accept a lower paying position and keep Assistant Director of Finance pay as well as all the perks of coming to work on her time walking in and out as she please taking half days off to take her mother to the doctor or being called to come home because her mother needs her while still on the clock receiving assistant directors pay as I recall when the manager of finance David resigned to work for another company before the pandemic David had started training Robert Spraggins for the manager position because he was the only person in finance that that already had a

Bachelors Degree which is supposed to be required for the position so at one of our morning meetings we started the conversation about Robert (Black Face) being promoted to manager when Sean sadly explained that was not going to happen because we only had five employees and was not enough to consider paying another team member in management the Director and Assistant Director could handle five employees when Zhazake Smith and I (BlackFaces) asked Sean the Director if Hilton had a manager training program for employees that already worked at Hilton he told us the only manager program Hilton had at the time was for college students applying for the program in their 3rd or 4th year of college and if we wanted to become part of management, director, or assistant director go back to school and get a degree we also asked if we could change our work schedule like coming in a little early to leave early or coming in a little later and working later to take classes toward a degree since we both had some college already and was told to go to school on our own time but Jessica Lopez (White Face) was able to leave work twice a week every Tuesday and Thursday while on the clock to continue her Bachelor Degree at Roosevelt University which I think is great that would help to promote the employees you have that already know the company, departments, and supporting work but why can't it be done for a (Black Face) why is it alright for the General Manager, HR, and the department Director to make a decision to help a (White Face) elevate within the company and not a (Black Face) going to school on company time getting paid to get your degree being able to go to work and leave go take a few classes toward your degree that will also come with a promotion and a large pay increase I wish someone like Chris Nasetta and John Wells (White Faces) would look at (Black Faces) see beyond

the color and give us the same opportunities as (White Faces) with that being said just sitting back watching Amy's position being changed because her mother has become ill and she can no longer work full time Hilton willing to let her step down leaving her salary and all perks she needs to be able to go home anytime and needs to have several days during the week off be able to leave for her mother's doctor's appointments etc now allowing Amy (White Face) to work from home Tuesday, Thursday, and Monday the game her and Jessica play for Amy to have the third day off by moving the pre-shift to Monday so after pre-shift on Monday Amy say I will be back but what makes the situation so obvious is that any other time Amy leave her office she close and lock her door but on Monday's when she say I will be right back she leave the door open for all to think she is just away from her desk for a minute everyone that come looking for her Jessica say she stepped away and will be right back so that's what the door open mean she's in the building but just keep watching no Amy all day let's say about 4:30 pm Jessica Lopez will go close and lock Amy's office as if now she has left for the day most of the time I wanted to tell people the truth that she left at 9:30 or 10:00 am for the day so they would not keep coming to the finance office looking for her  I want to know why Amy Moy (White Face) needed to be a manager over five people but Robert Spraggings (Black Face) could not be a manager over just five people  like Jessica Lopez leaving early when there is no one in her family to pick her child from daycare she can just leave so she won't be charged overtime  how great it is to have a (White Face) because if she was a (Black Face) she would have been told bye- bye baby your last check will be in the mail Hilton would give a (Black Face) a service pin, post your dam job and you would be told to find better child care it's no

way Hilton would do this for a (Black Face) just some examples that can be identified on camera since they use it for me all the time Amy Tuesday (White Face) May 31st left at 4:30 pm, on April 14th Jessica (White Face) left at 4:00 pm Jennifer Irby in HR always talking about following rules but when the union workers were out on strike I had to leave my job as Finance Analyst not a union worker and clean rooms without getting union pay for housekeepers, for the entire time the union was on strike leaving my job abandoned for the whole month of September, without caring that non-union members may be subject to fines from the union (Exhibit J1) the front desk non union workers are still answering calls overnight for communications department a union job to keep from paying a union worker in communications, on June 8th when I arrived to work I noticed Cassara (Black Face) a front desk check-in associate non union working the bell desk a union position so it seems like HR could use a little discipline while spending so much time trying to discipline me. I was told by Jessica Lopez and Amy Moy (White Faces) not to use the time clock on the first floor anymore only the time clock on the fourth floor which at that time I was the only employee being told what time clock to use of the non union employees I don't know about the union employees but as non union we have been able to use any time clock in the building the first floor, fourth floor, eight floor etc. I was told by the both of them it would be alright if I was a few minutes late that was only normal every once in a while but I said to the both of them no thanks because I knew it was only a set-up so I would take advantage of running a few minutes late and be terminated that was the reason they wanted me to only use the time clock on the fourth floor so if I was just barely on time I would be late trying to make it to the fourth floor. The write-up on 9.19.22 was

really because Jennifer Irby and Jessica Lopez (White Faces) could not find anything else for a write-up and being mad because I asked why we were having a pre-shift meeting on a Monday which is our busiest day with me having to do income audit for Friday, Saturday, and Sunday because income audit is like night audit and has a cut off time of 4:30 am meaning everyday my work is yesterday's audit not working on weekend's would mean when I leave on Friday that work is not ready for me to audit until Saturday morning at 4:30 am and Sunday's work being done on Monday would bring me up to date which I have been doing successfully since 2017 with no problem and no complaints about my work as well as others in the department having to bring their job's up to Monday whatever it is answering email's, phone messages etc. so my asking why the change made Jessica and Amy angry also I went to the bathroom at the end of the meeting but Jessica told Jennifer she had not said meeting over yet which made Jennifer Irby tell me to hold my urine until Jessica say I could go to the bathroom I told her I said I was going to the bathroom but she said Jessica will tell you when you can go to the bathroom when I said this is some of Amy's shit and Amy said not my shit and keep my name out of your dam mouth they did not want to write that up because they would have been forced to give Amy a write-up as well and as you know write-ups are for (Black Faces) not (White Faces) Jessica Lopez and Jennifer Irby are always making a big deal out of my time if I am one minute late I have to be in someone's office for an hour or more explaining that one minute because Jennifer Irby told me I did not call to be late twice and I said I arrived at my desk at 8:31 the other time was 8:34 I was told to call even for a minute I said that would mean I am in the building she said but not at your desk but let's go back to the write-up for being at

my desk before 8:30 am so it's alright for the (White Faces) to steel time but don't forget how James Mitchell (Black Face) was terminated for steeling time that his special friend Karen Moy (White Face) gave him in exchange for the very special friendship they were having. When I told Jessica Lopez I had a rental car the previous week and left my ID in the rental to let her know I could not get my ID until that Saturday because enterprise leasing open's at 9:00 am and close at 5:00 pm my work shift is 8:30 am to 5:00 pm Jessica told me to make sure I sign in and out but when Jennifer Irby was looking for reasons to give me write-ups and noticed I had not clocked in that week Jessica acted like oh I forgot she told me since she could not lie because that conversation was held in my office where two other people share the space then it's oh yea she did tell me about the ID but Jennifer Irby still added it in an write-up so sad the treatment we (Black Faces) receive at Hilton. Still in search of the camera's Jennifer Irby found that I used the 8th street door I explained that I was not driving and was using public transportation having to walk 6 to 7 blocks from the train at the age of 64 and weighing 200 pounds with my purse and work bag on my arm I was using the closest door to me also coming in that door with several other employees so I told her you had to have seen the other as well and was told by Jennifer Irby not to question her just do as I am told. Jessica Lopez, Darlene Rosenstiehl, and I were joking about the training course we all had to complete s we returned to work after the pandemic when I jokingly said I was going to HR to ask Lea Nissen who had completed the training so I could pay that person to do my training although Jessica knew that would be impossible because the training had to be on your credentials Jessica said I have not completed mine yet either so I asked myself how did she have access to all sites but I

remembered she has a (White Face) and was given all access while my (Black Face) has to complete the training to be given complete access but at that time I said I was going to take a break from the training and go to the restroom as I reached the door of the office to leave Jessica told me let's go sit and talk about the training I said no I'm going to the restroom at that time I heard Sean yell out across the hall to me saying you are not going to the restroom you will sit down now and listen weather you want to or not you will be quiet and listen while I talk from now on you will keep your mouth closed when I am speaking and you should have asked Jessica if you could stop and go to the bathroom I said no I'm an adult and Jessica don't know when I have to use the restroom at that time Sean slapped both of his hands on the desk very hard saying neither John Well or HR run Finance and he is the only one that control Finance and that I discuss him and act like I don't want my job that from now on whatever Jessica say to me act like it came from him Sean called me a liar because I would not agree that we were not all joking about the training I asked him to call in Darlene he said Jessica would not lie (White Face) Sean asked me how was I getting my work done without my credentials I told him I was using Darlene's or Jessica's credentials then he yelled loud saying you signed documents saying we never use another person's or share our credentials I said yes then he asked why are you using Darlene's credentials I said because Jessica told Darlene to give me her credentials please call Darlene in to ask her he said no well that's because he would have to write-up Jessica (White Face) if he called in Darlene because Sean knew Darlene would not have given me her credentials if Jessica had not told her too he would not even look at the paper I had in my hand to show him that even Jessica had written her credentials in case Darlene was not available to

share her credentials. I even started having problems getting my pay for hours I worked Amy and Jessica knew I worked Amy doing payroll told me your check will be short again this week because I did not get your time sheet when I told you to give it to me so when you fill outyour time sheet and give it to me your pay will just have to be on the next check I said to Amy you can use the punches from the time clock she said no I want you to stop what you are doing and fill out your time sheets I said to her you are supposed to give everyone a time sheet to fill out every week not two time sheets at once you will be able to write in your start time and quit time but you would have to remember what time you punched out and back in for ten days when she is not there to give you a time sheet for the week then suddenly give you two time sheets for two weeks she told me to write my times down on something else until I receive my time sheet which is not the way it's supposed to be done and there have been a lot of times when Amy did not give us time sheet's you look up and your money was in the bank and there were two time sheets on your desk to be filled out but suddenly Amy's acting like she can't pay you by the punches in the time clock which is just more harassment from the department. On Wednesday September 14th 2022 I was in the vault separating my outlet tickets on the counter provided as work space which I have been doing since 2017 Amy came in the vault to fill the change machine I spoke to her as usual asked how was her mother when I noticed she had not said a word not even good morning then she started fussing saying you need to work somewhere else fussing about staples on the floor, table, and machine I told Amy everyone from all the outlet's that use a bank come in the vault to get their bank, staple and un-staple receipts how do you know who drops staples I told her the staples had

no finger prints, the staples are not (Black) Amy continued to fuss I know they are yours I told her okay Amy but I am the only person that come in here other than the housekeeper assigned to clean this location that take time to clean this area anyway I did not understand why all of sudden Amy and I were having problems we used to joke with each other I would buy lots of cookies from her daughter's school for her daughter to win prizes for selling the most cookies but I remembered Amy has never been a leader has always been a follower I thought back to when her Lissette, and Rosalie were friends going to lunch together but after Jessica joined the click of upper management and they wanted to promote Jessica I watched them as they harassed Rosalie having her crying everyday to remove her from her management position to promote Jessica someone needed to go before Jessica could be made supervisor Amy started to help to harass Rosalie mainly because she had married a man that was not (Black) but he was dark in color they would say he looked like a (Black) man Rosalie would say I like the olive color not pale (White) back in 2017 I was walked to HR by Max (White Face) manager trainee in Finance to discuss with Lea Nissen my clothing I wore to work before I get started I will have to let everyone I am your basic suit woman meaning I wear a skirt suit 90% of the time while 5%pants suits and the other 5%summer dresses with a jacket or cover-up knowing this I was in HR because I was wearing too many color suits red, blue, yellow, orange ,purple, with shoes to match etc. but Max decided he wanted me to wear only black, brown, grey, and navy with only those colors of shoes I said to Lea my department do not have uniforms and if that's what Max wants to do Hilton should make finance a uniform department I asked if Max and Lea had took a look at the rest of the departments wardrobe

before speaking to me the answer was no this is about you and you only I said why not about short dresses, see through clothes, tight clothes and inappropriate clothing but the spot light stayed on me I was told by Lea I could continue to wear my suits but they had to be a solid one color suit no multi-color suits and the heels on my shoes could not be higher than 3-1/2 inches and was constantly being told to change my shoes back into my walking shoes because they were flat while watching others wear multi color inappropriate clothing (Exhibit K1) with that being said I had to go out and spend unnecessary money to buy lower heel shoes to match my clothing this is why Jennifer Irby do not want me taking pictures she knew I was taking pictures of all the (White Faces) in the catering department still wearing 5' heels every day still as of today the Finance Analyst Christina that started in the department June 1st 2022 comes to work wearing crop tops showing her stomach and back not on one occasion but on the regular when I asked Jessica if she was going to say anything I was told to mind my own business there are several people in the building almost all the whole building of employees have seen and talked about the way the Finance Department allows her to dress but if you want proof from top management feel free to ask Allie Rogers she seems to be a person that has mentioned how discussed she is with the way Finance allow Christina to come to work I knew there was nothing wrong with my dressing because two of Hiltons top management team members would always speak of how nice professional and well put together my outfits looked one would even sign my birthday cards saying to the sharpest dresser (Exhibit L1) it took Lea Nissen from the year of 2017 to the year of 2022 on June 13th in a meeting Maggie, Lea, and I in Maggie's office to apologize saying and admitting she took the dress

code a little too far with me and had intensions on re-writing the dress code the apology is fine but where is all the money refunded to me for having to go out and spend unnecessary money on lower heel shoes so please tell me what consequence Hilton have for Directors because it seems they make a lot of mistakes that leave others suffering. Finance was given another office in the catering department where finance was relocated after the pandemic it was a double office used for the administrative assistants in the catering department at the time there were only two finance analyst Darlene and I so we were given the opportunity to move across the hall in the two office space Darlene had more seniority but both of us could have moved since finance had posted two positions to hire two more finance analyst I asked if I could move across and was told by Sean I don't care where anyone sit as long as the work is done so ask Jessica when I talked to Jessica about moving she said it would be ok but when Sean found out I would be moving he did not care but he went to Darlene twice almost trying to force her to move across the hall to keep me from moving but she continued to say no she wanted to stay where she was sitting because she wanted to stay by the window so there was no reason to stop me this would put one new person sitting alongside one of the older employees with everything being settled on June 9th 2022 I started my move across the hall with Sean and Jessica watching me move all my belongings Sean even came in the new office to look and talk to me before Sean left for the day he stopped in to say he was leaving I asked if he would leave the door to that office unlocked because I did not have a key only Sean and Jessica had a key I said Bennie and Paul will be up here in the morning to move my desk from across the hall Sean said the door is never locked just pulled closed he also asked why I wanted to switch

desk the desk was a desk with an arm like the new ones that was ordered for finance several years ago but this one was very old and short I'm 5'6 with long legs the two part desk is not even one side is shorter than the other side the high side is barely enough room for my legs to fit under and the short side is very low and too short for my legs to fit under which means every time I get close to the short side I am snagging my clothes (Exhibit M1) and leaning down was  cause back pains the uneven desk also make it hard for me to work and position things on my desk Sean said ok and left for the day June 10th early that morning while Bennie and Paul both standing there Jessica said wait one minute Yvette Sean and I were talking last night and we do not want you to feel you are important having an office I said it's two offices together I said but it would have been alright if Darlene (White Face) moved over to this office Jessica said wait went to her office and came back to me while the two men waited in the hall to change the desk saying Sean is on the phone wanting to talk to both of us as I leaned into Jessica's phone so we both could here Sean he said we Jessica and I have decided to have the wall removed between the two office's and that he would talk to me more about that on Monday on Monday June 13th when I arrived to work the manager of prop-ops was standing in the double office with Sean discussing how and when to take the wall down that separated the two office's (Exhibit N1) when I asked why would that make me feel important the catering administrative assistants all (White Faces) have used these offices for years that's  the way the offices were built they have been that way since I started working for Hilton in 2012 so I was told to work that way in a mess with my belongings scattered over the floor and the other desk in the double office (Exhibit O1) until they decide when prop-ops

would be up to take the wall down then I would have to move all of my belongings back across the hall to my original office and desk until removing the wall was complete then move back to the new location I asked is all that work necessary just to keep a (Black Face) from feeling important like having an office I was on my way to John Wells office passing Maggie's office she said he's not in his office can I help you with something I went into her office explained the situation and was told this is the first I've heard about a wall coming down and I'm sure if John knew anything about it he would have shared that information with me we know nothing about removing a wall later I was called in Maggie's where she sat with Lea and I now she's telling me the wall being removed was a decision made by executive that's after I saw Maggie and John Wells meeting in Sean's office and Sean telling them what he wanted to do with the wall funny how they both John and Maggie knew nothing about the wall coming down but now after talking to Sean it was their decision (White Faces) coming together to lie for each other and looking at me as if I don't remember Ms Maggie just told me they knew nothing about the wall coming down looking at me as if I'm stupid now telling me those offices are for manager's I told them all the administrative assistant's used those (White Faces) office's years before they all had job title's changed to manager's and Camille (Black Face) shared a double office with Robert Newbert (White Face) as an administrative assistant for many years from my start year 2012 until 2019 and was told that was her location years before I started when a (White Face) was hired and there was no office space for him is when Camille had to go to a cubicle to give the (White Face) her space. I returned to work on Monday 10.24.22 with my doctors statement for being off for a week which stated for me to return on 10.24.22 at my

work location Jessica asked me to come in Eric's office to meet the new Director I said let me get settled Eric came to the door of the office and said come no need to change your shoes or get settled in I went into the office and was told by Eric (White Face) Jessica has already told me about you Jessica and Jennifer (White Faces) has already decided to suspend you with investigation (Exhibit P1) HR will be in touch I left not knowing what I was suspended for and whenever I talked with Jennifer I would ask and not get an answer finally on Monday 10.31.22 Jennifer told me it was for not calling off Thursday and Friday I told Jennifer I called security she asked if I still had the calls on my phone and if so to send them to her next she sent me an email to ask for another picture of the duration of the calls another email to ask who I talked to in communications and who was I transferred to in security I told her although that information is not necessary because most people that call in do not know who they talked to in communications but since I worked in that department for 2 years and 8 months I know the voices now knowing that Hilton would have to pay me for the time I was off Jennifer now trying to blame me for security not getting in touch with my department or finance not calling security to check if the department had any call offs Jennifer telling me I should have made sure security let finance know which I told her was not my responsibility my responsibility is to call communications ask to be transferred to security give my name, department, starting time, and make sure I call in 2 hours prior to my start time the now Jennifer Irby need a reason to give me a write-up because I told Eric the new Director a man I'm seeing for the first time that he should be his own man get to know a person before you judge because of what another person tell you about an individual so now Jennifer Irby changed the

write-up to voicing my opinion to Eric telling me again you do not have an opinion at Hilton keep your mouth shut and listen after talking to Nancy Lally this time she told me again that Jennifer Irby and Jessica Lopez wanted me to come back for two weeks and resign this time when I said no she told me to take the better option I asked what's better than working to pay your expenses I was told by Jennifer Irby that her and Jessica Lopez think I need discipline and at that time she made me an offer to resign saying that she would give me separation pay, I could put in my two week notice she would pay the two weeks without me having to work the two weeks or using any of my PTO also that Lea Nissen would still be willing to help me draw unemployment saying this is the better option for you because if you come back me and Jessica Lopez are going to discipline you I emailed Jennifer Irby back to ask what is separation pay for a person that resigns Jennifer never explained Christina in Finance was told by Amy Moy on Wednesday December 7th 2022 she could go through my desk drawers for things she wanted Jessica Lopez (White Face) arrived at work at 10:00 am on Thursday December 8th 2022 1-1/2 hours late and was not sent when I arrived at 10:15 1hr and 45 minutes late I was sent home my suits were bothering management but these inappropriate outfits are ok (Exhibit Q1-1,2) I have been told to change my shoes several the heel too high but Karen Moy (White Face) can wear flip flops all day (Exhibit R1-1) but I can't wear (Exhibit R1-2) my 4' heels are too high but Maggie Morales (White Face) can wear 5' to 6' heels (Exhibit S1) here are a few pictures of my working conditions while Sean and Jessica try to convince prop-ops to remove the wall (Exhibit T1-1,2,3,4) this male security was really terminated because he chose a (Black) woman to be his mate (Exhibit U1) too much stuff on my desk

but take a look at Amy Moy's desk (White Face) (Exhibit V1) also Jerry SR. event Manager and Tom Finance Analyst both (White Faces) have office's that look like junk yards all around Tom's desk the carpet has turned black and there is food crumbs all around his desk one of the people I had to share office with Jerry (White Face) was allowed to stand by the time clock in the mornings to see what time Jay (Black Face) clocked in also Jerry would follow Jay to the bathroom to see if he was using the bathroom or not total harassment we were told not to ask for any raises because the company had lost a lot of money being closed for the pandemic but as you see that no money for a raise was only for (Black Faces) here are a few and there is more of the (White Faces) that were promoted and given a raise but why promote to higher positions when we do not have the money (Exhibit W1-1,2,3,4,5) even went as far as making a position for Ioannis Vragkos in my ten years with Hilton we have only had a General Manager and Hotel Manager so why do we need an Assistant Hotel Manager at the hotel's slowest time and as they tell the (Black) employees not making the money to give out raises I (BlackFace) was given a write-up for using the 8th street door but Jennifer Hughes (White Face) use the 8th street door everyday to enter and exit so remember I applied for human resource Manager and was told I had enough HR experience to be an HR Coordinator but not enough HR experience to be a HR Manager well Lashaundra Liggins had no HR experience (Exhibit X1) I have a picture of the five boxes of personal belongings sent home by my son from Hilton with over half of my property missing seat cushions made by my mother, three pillows, one lamp, one heavy weight extension cord with several outlets, three unopened boxes of food I always kept for my office hunger, etc. two broken items circled in the pictures(Exhibit Y1-

1,2,3,4,5,) these two pictures are of the two part office with two desk in the back office, one desk in the front office, and the wall they took down so I would not feel important(Exhibit Z1-1,2) November 11th on my way to work I fell across the street from Hilton one of Hilton security guards came over helped me up, into the building, and to my department security gave me wrappings because my knee was bleeding when I got to my department my co-worker Latasha Harod (Black Face) cleaned and wrapped my knee when she noticed blood was running down my other leg and that knee was also bleeding she went down to security to get more alcohol pads etc to wrap that leg also when I went to Eric's office I thought it was to talk with him but Jessica was in his office when I came in they closed the door saying sit down which I did Jessica asked me why I did not answer her email I said I did what I always do which is to do what the email asked me to do then Eric asked why did you not answer Jessica's email I said to both of them next time I will perform the duty and send Jessica an email when the task is complete at that time Jessica started saying you did not complete the posting of all the decorator, private lock, and electric bills to the groups I said I will complete them today but Jessica and Eric just continued to ask me the same question to explain why I did not answer Jessica's email or complete all of the bills finally I said I do not have any other answer to give other than what I just said that next time I will complete the job and send Jessica an email letting her know when the job is complete each one of them continued to keep asking me the same question over and over saying just explain why you did not answer Jessica's email I said I do not have any other answer to give I am in a lot of pain can I please go to my office they both said we are not finish with you yet again I said I'm in pain so if you two have more question's can

we please continue this conversation next week because this was a Friday finally I said you two are stressing me out I'm in a lot of pain I asked if we could continue the conversation although it was not a conversation just two people continuing to take turn's asking me the same question how long should it have taken for me to answer two questions number one why you did not answer Jessica's email number two why you did not complete posting the utility bills the two questions had been answered four or five times already I felt like a child trying to get my A,B,C,'s correct at this time I got up from the table pushed my chair in and said I'm going to John Wells office Eric said he's in a meeting I said I'm going to see for myself Eric said I will call him to come over but instead Eric called Jennifer Irby she came in I was standing up behind my chair with the chair pushed in she sat down and asked me the same two questions I gave her the same two answer's and said to the three of them the answer's are not going to change I do not know what else to say but I'm in pain and need to sit down Allie Rogers opened the door to see Eric at his desk at the round table the chair directly in front of Eric's desk was empty Jessica sitting to the left I was standing behind the chair to the right and Jennifer Irby was sitting in the chair back center when Allie said I can hear in the hall quiet down a little when Allie closed the door I said I'm going to John Wells when I approached the door Jennifer Irby got up stood in front of the door with both arms stretched out so I could not leave the room I was still crying and saying please I'm in a lot of pain as Jennifer Irby stood in front of the door for 7 to 10 minutes talking to me so finally I agreed to sit back down but when Jennifer Irby moved from in front of the door and sat down I rushed toward the door went in pain as fast as i could to John Wells office he was not there I was crying very hard as I left a

message with John's secretary Christina Dunga she said she would let John know I wanted to see him but to my surprise when I talked to John Wells he said to me I was watching you rush into my office crying but you did not look like you were hurting to me just the fact John as the Hotel General Manager to see an employee in tears rushing to his office should have sparked an emergency enough for him to want to see what was going on but no he later laughed about me rushing to his office in tears saying you did not look hurt what a man as for John Wells a man I have had a great amount of respect for as a person, a man, and as General Manager of the Hotel I have always thought of him to be a fair, honest, spiritual, man that saw no color in people but I was fooled also I gave thought to the pretending not to be a racist could come from education and experience from his position but he showed his true self I guess it would have been hard to do the right thing for a (Black Face) in front of and against a group of four or five (White Faces) I left John Wells and went to my office started to work when John Beer's (White Face) and another security officer Bret (Black face) came in to tell me Jennifer Irby, Jessica Lopez, and Eric wanted me escorted from the building I asked for what when he said he was not given a reason John Beers told Bret to close the door so he could talk to me he wanted to hear my side of what happened because he had never knew of me to cause any problems in the hotel John Beers asked why I was crying what happened I told I had fell coming in the building still in pain and was nervous when Jennifer Irby stood in front of the door forcing me to stay in the room with three (White Faces) that I knew did not like me and I was afraid of what they may try to do behind the closed doors I let him know that I was afraid because since returning back to work in March I have been called in the office two to three times a week and

the fear was knowing the devil's they were acting like I was afraid of them (White Faces) doing something to me behind closed doors and trying to say it was self defense that's is why I said I would sit down so when Jennifer Irby moved from in front of the door I would have the chance to open the door and run out as fast as I could I let John Beers know at that time he should not be so concerned about escorting me out of the building but he should focus his attention on calling the Chicago Police Department about False Imprisonment which took place while I was asking, begging to leave the office and being told no with Jennifer Irby standing in front of the door with her arms stretched out preventing me from leaving (ExhibitA2-1,2) in the month of April my oldest sister went into a coma also died that month there were no exceptions for me I was even told by Amy Moy (White Face)that i could not sit at my desk and cry because I have work to do that needs to be done and I can't do my work if I am sitting here crying but since Amy Moy's (White Face) mother has been sick Hilton have made all kind of provisions for her letting her step down from Assistant Finance Director to Manager without going down to a manager pay what they do to (Blacks) when you step down to a lower paying job you have to accept that salary also letting her work from home two days a week and coming to work once a week that she goes back home so basically she works two days a week with the whole building constantly looking for her and wondering hey where is Amy Moy so during the time of the coma and death I was upset and crying a lot when Lea Nissen told me I have been talking to some of your friends about you and how you were doing but that was not the case Lea was asking people in the building was I upset because my sister died or was I upset because I have been complaining about being harassed and all the bad treatment I was

going through on the job with Jennifer Irby and the reat of the (White Face) team I was so hurt when people I did not associate with started coming and calling my department to ask about my sister's death it seemed the more I tried to get over her death and grieve quietly the more and more people would confront me about her death all because of Lea Nissen putting my family business all over the building Sandra in communications came to me to let me know Lea was asking her a lot more questions about me because Lea saw her with her arms around me when I asked how did Lea see that there was no one on the fourth floor by the time clock in the hall when I was standing there crying and sandra was punching in but I thought about it for a while the same way they know everywhere I am in the building Jennifer Irby having security follow through the building and always pulling my whereabouts on camera Lea was only worried about the harassing wanting to know if it would ever get to the point of me doing something about my situation like a law suit that's the information she was really asking questions about it is also illegal to intentionally follow an employee throughout the building for no reason an invasion of Privacy Act of 1986 (ECPA) HIPAA should have prevented Lea Nissen from talking to others about my sister's coma and death (Exhibit B2) While Jessica Lopez is talking about people not being able to handle their job it seems as though upper management has finally realized that just because they allowed Jessica Lopez to go to school Roosevelt University on company time to receive her Bachelor Degree thinking she was ready for that position but I could have assured John Wells that just because she showed power in keeping her knee on my neck, foot in my butt, hands over my mouth , and my hands tied so in other words I am saying thinking knowing how to hang a (Black Face) would not make you good for an

Assistant Director's position being too ashamed to have Jessica Lopez step down to a position she can handle John Wells has just did what he had to do to get the job done which was to hire a real Assistant Director so is it safe to say Hilton Chicago is paying two Assistant Director's to get one job done only to keep a (White Face) employee Sean did not want to believe me telling him Jessica Lopez gave me her credentials and told Darlene to share her credentials (Exhibit C2) it was also a surprise to me when Sean asked if anyone needed anything to do their job better I answered saying I needed access to a few things because I was being held up doing my job by not having access to two things I would have to wait for Jessica or Amy to send me before I could complete my Evention and Balancing of Beverage which I have always had access to before Jessica returned to Hilton Chicago Jessica Lopez answered the email also saying she don't need anything as if I was a child and telling me don't answer my email to Sean he should have told her she was wrong and not accepted her answer because he was asking me what I needed but Sean allowed Jessica to just look over me another example of what disruptive behavior looks like is when Gregory Schry Director of Food and Beverage (White Face) was having an affair with another employee Grace (White Face) his wife found out from chief Mario also having an affair with Grace came to Hilton went to Greg's office punched him in the face leaving him with a black eye but he was not terminated only transferred to another Hilton still employed by Hilton I forgot to mention Jennifer Irby and Eric stood in the hall across from the women's bathroom to keep me from using the restroom before leaving the building when I was suspended because they forgot to get the call-off information from security I asked please may I use the restroom I have a long ride home on public

transportation I live in South Holland Illinois about 2hr and 45 minutes I asked Sean several times if I could do Task Force which is a program where a person is sent to a different location to be trained on other jobs that will put a person up for promotion when positions are opened I was told Task Force is only for manager's I have worked for Hilton since 2012 and was told no several times but Tom Garcia (White Face) started with Hilton in July of 2022 and has been sent out to do Task Force at another Hilton location more than 20 times putting him up for promotion he is not a manager his job title is the same as mine Finance Analyst in 2019 there was a position in Finance to do Payroll after Karen left (White Face) I asked Sean and Amy if I could have that position Amy said you know everyone in this building Sean said the Payroll person will only be responsible for one job I said I know that neither of them got back to me about the position but instead they hired a pregnant lady (White Face) with no experience for Amy to train what a waste of training and money she was only there a few months did not return after delivery did not even get fully trained also Karen knew everyone she was at Hilton about 40 years so I can be trusted with Hilton account numbers, routing numbers, pick up checks from Palmer House, requesting checks, counting the safe, auditing banks, counting change machine, balancing departments etc. but not payroll crazy they just did not want a (Black Face) in that position which is why they terminated Jennifer's (Black Face) position when they knew Karen was leaving because they knew she would be expecting the position since she already knew the job from being Karen's assistant in payroll the law states employers must have a reasonable basis for a search only non-personal items not purses so Hilton broke the law searching my purse having security look in my purse everyday (Exhibit D2) after termination

all money should be paid to a person the next regular scheduled payday I called Jennifer Irby several asking if I could have all my vacation pay and was told I will give it to you when I am ready I was terminated on November 23rd 2022 the day before Thanksgiving and received my money on January 5th 2023 (Exhibit D2) Hilton never provided me with Form CLI111L which all Illinois employers are required to do so by law (Exhibit D2) so as I mentioned before after asking several times no one has really told me why I was terminated Jennifer Irby only said disruptive behavior not telling me what I did that was disruptive John Wells told me they I do not know what they he was speaking of could be but they said you hit your fist on the desk which is not true I wear several rings and I fell on the concrete that morning so I was in too much pain to inflict more pain on myself by hitting my fist on a desk also the rings would have hurt my hands and remember I said it was very disrespectful when Sean hit his hands on the desk while talking to me I even went to him the next day and told him how it made me feel but speaking of disruptive behavior what about Greg fighting with his wife in his office at work, Robert fist fighting with another employee in front of the check in desk for all guest to see, and Alfonzo pulling a knife on another employee and yet they were all able to keep their job at Hilton still employed by Hilton just think about how I feel watching others be promoted and myself being held back putting in 37 applications, not being able to do Task Force watching a new person (White Face) on the job for one month the same job title I have doing Task Force for promotion, watching Lea Nissen change a job title to a higher position to prevent me from the promotion, watching Lea Nissen promote another employee to HR Manager that had no HR experience, Amy training a pregnant new person for payroll that only worked for a

few months preventing me from the promotion, Jennifer Irby holding 7 days of my pay because I did not answer my phone when she called although I returned her call ,not giving me my annual raise the year of 2015 Lea continuing to give me my annual raise but never did, so imagine how I feel with all the false suspensions, being terminated still not knowing why, failure to allow me promotions, never telling me how long my suspension will last, always making me guilty sending me home before the investigation, taking away Article 19 it reads everyone has the right to freedom of opinion and to express himself, all the harassment my employer knew about and HR failed to do anything about Jessica Lopez (White Face) out of retaliation always took adverse actions against me I feel I should be compensated for the financial hardship being unemployed has created for me, Jessica telling Eric unflattering things about me put me in a false light in Eric's eye this wrongful termination has put me in a terrible situation not being able to have/provide Christmas Holiday for my family and grandchildren I have had to borrow money from everyone to try paying my bills and trying very hard not to lose my house I am in foreclosure this is a picture of me in foreclosure court on zoom (Exhibit E2) I had a hard time trying to receive unemployment or food stamps because I had not received my last money or had no documents for termination Hilton kept money I had in my desk drawer among other belongings I was supposed to pick up my belongings on a Wednesday in December of 2022 on the day of a blizzard when I called to say I could not make it in I was told too bad Jennifer Irby want your things gone right now so the process was not handled properly I was not given the two weeks with a certified letter receipt required mailed to my address on file that on a specified date these belongings will be disposed of (Exhibit F2) it's

funny how Hilton Jennifer Irby could hold on to my money for month's after termination but could not hold on to my belongings for another day or two until the blizzard was over this whole situation has me feeling like corporate is allowing HR and management make rules as they see for each individual mostly based on race it seems like Hilton Chicago needs to be brought up to date and stop thinking that anything a (White Face)say has to be the truth just like Emmett Till (Black Face) killed because a (White Face) lied admitted later, Kendrick Johnson (Black Face) killed by two brothers (White faces) that lied, Mary Turner (Black Face) lynched baby stomped out of her stomach for protesting her husband's death by a mob (White Faces) when will this country mainly the Hilton Cooperation realize that the mouth on (White Faces) do not open vertical like a Bible but just like (Black Faces) open horizontal meaning (White Faces) can lie too when I talked to John Wells about my situation he said to me he has no other problem with me other than the lie someone was lying and that was a problem for him he said to me that Jennifer Irby, Jessica Lopez, and Eric Kline all said to him that Jennifer Irby did not stand in front of the door she stood on side of the door so let's replay that scene when a person get up they are getting up to do something she was not getting up to leave the room because she did not leave so how many stupid people believe Jennifer Irby got up to stand on side of the door ask yourself what purpose would that serve none so If John Wells believe I am lying about her standing in front of the door and she really got up to stand on side of the door then he should not want her to be the Director of Human Resource getting up to stand on the side of doors means she should stop passing out mental health awareness pamphlets keep one for herself and actually use it go commit herself taking John Wells with her

until they are better so she can stop getting up to stand on the side of doors but deep in my heart I know John wells did not believe that mess just going along with the (White Faces) although no one put any thought into the lie they were telling because it would have sound better if they all had said no she did not get up at all I want all persons involved in the harassing etc. to know what I am going through because of my treatment at Hilton since returning in March of 2022 first of all I am still grieving my sister's death because I was not allowed to do so while trying to stay whole and focused at work with all the harassment, deals to quit, pressure to resign, trying to force me to quit, I was sitting at my desk every day with a nervous stomach, sweating, crying spells, worried every time management came in the office or came to get me to come in a manager's office, shaking and trembling every time I look up and see Seam, Jessica, Lea, and especially Jennifer Irby I had began to even hold my head down if I passed her anywhere in the building I have been belittled, intimidated, harassed, spied on, disrespected, interrogated, treated like a child, retaliated against, robbed of self confidence, age/race discrimination and the constant threat to lose my job gave me terrible headache's that sometime would last all day and night most of the time I could barely sleep it felt like I was having a meltdown I was so ashamed to have to tell my son that was depending on me to help him complete college that he may have to take some time out of school and that if I could not find employment we may end up in a shelter I felt so down and helpless not knowing from day to day where I was headed it was as if the overwhelming anxiety I felt while I was being walked out of the building never left at this time I can say I know how a person must feel that is out there living on the street from day to day looking for direction while people stand around to judge you

not knowing your story or have never walked in your shoe's just the day to day threats to terminate was so stressful it got to the point that I would have to use all the strength I had which was very little not to cry in front of my children or grandchildren trying every day to remember these are the people you are trying to teach by example and be their strength until they are strong enough to carry them self I keep asking myself will I ever get over this feel of anxiety even when it feel like it's going away it always come right back most of the time even stronger then I was also  stressed out because of my working condition's all on my belongings on the floor behind my desk keep having to move everything back and forth across the hall the humiliation was so hard to deal with day to day but all of this should have had a poor reflection on the Finance Department because I had none of these problems until Jessica Lopez returned to Hilton Chicago from Waldorf Astoria with HR and management turning a blind eye to the hostile work place  my complaint's were just being ignored the  conduct I was receiving was very severe and pervasive enough that I found it to be so intimidating, hostile, and abusive that it extended past my work hours on to my home as well the frustration and multiple psychological problems I have make me feel as if I can't breathe like being hung without a noose when I get this feeling I can identify with George Floyd having Jennifer Irby and Jessica Lopez knee on my neck emotional suffering I pray it go away. Jennifer Irby was allowed to break all rules to terminate me because HR has no right to send an employee home that is at work, write-ups must be given at the time you tell an employee they are suspended not when they return to work, you can't add something from month's ago to a new write-up, only John Wells (General Manager) or Maggie Morales (Hotel Manager) can terminate an

employee it do not matter if a door is open or closed if you stop an employee from leaving or intimidate them not to leave it is still a hostage situation (a legal matter call CPD) you can't send an employee home that has clocked in and started to work you have to allow them to complete the day and take action at the end of the work shift you can't use a old write-up to add on to a new write-up. On the day I was terminated and escorted from the building the embarrassment I felt so much anxiety rushing through my body, my neck was tight and stiff making it hard for me to breathe, giving me a headache forcing me to sit on the sidewalk long enough to bring some calmness to my body before walking to the train. since being terminated I feel so much anxiety everyday which is very hard so at this point I am trying very hard to control the anxiety with different breathing techniques although just thinking of how being terminated has changed my whole life and will having a bearing on the rest of my life especially when I am retirement age knowing that my monthly Social Security pay will be significantly lower because of not working means I am not able to pay into Social Security as I was doing while I was employed just brings more and more anxiety from day to day because that mean I will have to find a way to make my financial ends meet every month. The (White Faces) at Hilton use (Black Faces) in every way possible as for Martin Luther King, and Juneteenth only union workers get paid as for non-union we are told we have to request that day off and use PTO our time but every Director, Assistant Director, Manager being paid salary take the day off without using PTO since salary do not clock in Corporate will never know they all stay home on those days that's what the click do at Hilton (White Faces) and not one of them know what the hell Martin Luther King said or was talking about I am sure of that by the way they

act and continue to treat (Black Faces) they do not know about our prayers to not be judged by the color of our skin but by the content of character I hope and pray that one day Hilton Chicago's CEO, General Manager, Hotel Manager, HR Director, and Corporate Associate's will see everyone that come through Hilton's doors with the same eyes or simply put up a sign to say (Black Faces) need not apply I'm sure knowing Hilton do not want (Black Faces) would be better than hiring (Black Faces) and treating us with the max amount of disrespect all I can say at this point is LORD JESUS I never thought I would be typing a letter of this nature with tears in my eyes. These tear drops are the largest I have ever seen, making sound as they fall to the desk, filling as though they tingle as they roll down my face. I wonder why a few months after I was terminated Hilton started having meetings for Directors, Assistant Directors, and Managers on the correct way to write-up, suspend, or terminate an employee making it very clear that Jennifer Irby (White Face) had no right to terminate me she clearly overstepped her power and was allowed to do so by corporate and John Wells while he clearly had no knowledge of because when I called John Wells he said let me investigate the matter. I see know that knowing their actions was bringing a lawsuit resignations of Directors have started no one wants to be around to answer questions see how they run Alley Rogers, Eric Kline, and a few others.

CLOSING STATEMENTS

HILTON CAN TURN A BLACK PERSON SKY INTO A CEILING

I DON'T NEED SEX HILTON FUCKS ME EVERYDAY

WE TERMINATE BLACK KEEP AFRICAN AMERICAN

IF YOU CONTINUE TO SEE WHITE FROM ONE EYE AND

BLACK FROM THE OTHER EYE YOU WILL NEVER BE ABLE

TO SEE A BALANCED WORLD

**TheHiltonFamily**

# Corrective Action Form

Date of Incident:
Team Member Name:
Date of Discussion:

Property:
Department:
Position:

Reason for Discussion/Documentation:
☐ Verbal ☐ Written Warning # of Written Warnings: ☐ Final Written
☐ Suspension Pending Investigation ☐ Suspension for
From Through Return to Work on
☐ Termination Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

2. Has the team member received prior discussion or warning within the past 12 months?**
☐ Yes ☐ No If yes, date? ☐ Verbal ☐ Written
Description of prior incident:

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up if applicable)

4. Team Member Comments:

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/
Department Head. I can make comments that I feel are appropriate to the documentation. My signature
below indicates that I am in receipt of this notice. **I understand that any further infraction may result in
disciplinary action, up to and including termination.**

Team Member Signature _____ Date _____ Supervisor/Department Head _____ Date _____

Witness/Interpreter _____ Date _____ Human Resources _____ Date _____

PER-CAF (9-06)
Team Member
© 2006 Hilton Hospitality, Inc.

# UNITE HERE Local 1   (EXHIBIT B) 20141129

## Grievance Fact Sheet

**Name:** Walker    Yvette                     **SSN:** 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    **Gender:** _____   **Race:** _____

**Address:** 17142 School Sreet                **Phone:** (773)269-7786    **2nd Phn:** _____

**City St Zip:** South Holland      IL    60473   **Days Off:** _____   **Shift:** _____

**Employer:** Chicago Hilton & Towers          **Date of Hire:** _____   **Employment Status:** _____

**Craft:** PBX OPERATOR;                       **Work Dept:** _____   **Supervisor:** _____

**Email:** _____

### COMPLAINT - PLEASE PRINT

Please explain your grievance as briefly as possible, however, include what happened (facts),
when it occurred, where it occurred, who was involved (name and titles), and whether or not
there were any witnesses.

**Date of Actual Occurrence:**   **Mont** May   **Day** 30   **Year** 2014   **Time** _____

**Witnesses (Name/Title):** _____

**Grievant's Signature:** X _Yvette Walker_        **Today's Date:** 6/9/2014

**Grievance Representative:** Sara F.              **Date Received:** _RECEIVED_

**What is the Specific Grievance** Verbal                        JUN 09 2014

**Contract Violation (Article/Section):** 44

5/30/2014                                                        6/26/2014

2-1

# GRIEVANCE (AGRAVIO) INTAKE FORM

## PLEASE **COMPLETE ALL** OF YOUR INFORMATION ON THIS FORM
## POR FAVOR DE **COMPLETAR TODA** SU INFORMACIÓN EN EL FORMULARIO

Yvette Walker
NAME /NOMBRE

17142 School St.
ADDRESS/DIRECCIÓN

South Holland Il.
CITY/STATE /ZIP   CIUDAD/ESTADO/CODIGO POSTAL

PBX Operator
CLASSIFICATION/JOB TITLE/PUESTO DE TRABAJO

11-5-12
DATE OF HIRE/FECHA DE CONTRATACIÓN

Yvette.Walker50Yahoo
EMAIL ADDRESS/ CORREO ELECTRONICO

TODAY'S DATE/FECHA DE HOY
6-9-14

TELEPHONE NUMBERS/NÚMERO DE TELÉFONO
773 269-7786

SOCIAL SECURITY NUMBER/ SEGURO SOCIAL
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         Hilton

EMPLOYER/ EMPLEADOR

SHOP STEWARD

---

Date(s) of occurrence/ Fecha(s) que ocurrió lo sucedido: __5_/_30_/_14_

Date you discussed your issue with management/ Fecha que hablo con administración sobre el problema:
____/____/____

Did you bring your shop steward/Trajo a su shop steward?   ☐ YES/Sí ☐ NO

Please tell us why you are filing a grievance, mark all that apply/Por favor díganos porque esta llenado el agravio y señale todos los que apliquen:

☒ Discipline, If Yes please **CIRCLE** the level of discipline that applies to you/ Si lo disciplinaron por favor señale cual disciplina(s) le dieron:

(Verbal)   Written   Suspension   Final written   Termination   Other

☐ Scheduled incorrectly
☐ Overtime/Tiempo extra
☐ Seniority/ Señoría
☐ Promotion/ Promoción
☐ Other/ Otro

☐ Holiday Pay/Pago festivo
☐ Vacation/Solicitud de vacaciones
☐ Layoff
☐ Improperly paid / Pago inapropiado

Please Explain what happened/ Por favor explique lo qué paso:

Wages were Charged I don't Believe I should have a different Return time than other employees

Witnesses/Testigos: _____

2-2

Communications Department Meeting

April 30th, 2014

Facilitator: Indira Perovic

Attendees: Marion Allen, Annette Carter, Debra Jones, David Feliciano, Medina Becoja, Amardo Gonzalez

Special Guests: Brian Marchi, Michael Hooper

Help the hotel cut $400,000 – We will be proposing to completely get rid of the second line on guest room telephones. We will keep the phones we currently have and remove the "Line 2" button, leaving the guest with only "Line 1" – thus saving the hotel around $1,200 a month. UPDATE: Our proposal has been accepted and we will be removing line 2 from all of the guest room phones.

Vacation days – Remember to make sure vacation days are turned in 45 days prior.

Time & Attendance – Please remember to punch in and out on time. We cannot keep making edits to TimeSaver.

Lunch Breaks – Please take your lunches 2 hours before the end of your shift. This is mandatory. All lunches have to be taken 2 hours before the end of your shift. **Overnight team you need to have lunch and breaks done by 4am.**

Synergy – Tickets should be closed in 15 minutes or less. We understand that it is not completely dependent on you as to how fast the tickets are closed but please do your best to close them out as fast as possible.

Office Depot – Per request we will make Lysol spray a permanent item in our office depot list. Also, we will order computer stands with a built in drawer for the operators.

Call Backs – Danny, Jesse, Ron have been giving the PBX team problems lately. – Indira will address with their departments.

Headsets – [ Headsets were passed out ]

Schedule – Will always be based on occupancy.

Michael Hooper – He will try to get uncooperative team members to exercise proper telephone etiquette with the PBX team, as it was previously brought up to his attention.

Michael Hooper – Thank you to the PBX team for everything they do. Their hard work does not go unnoticed in the hotel.

The Hilton Family

# Corrective Action Form

Date of Incident: MAY 17TH - MAY 25TH        Property: CHICH
Team Member Name: YVETTE WALKER              Department: COMMUNICATIONS
Date of Discussion: 5/29/14                   Position: PBX

Reason for Discussion/Documentation:
☒ Verbal        ☐ Written Warning        # of Written Warnings:           ☐ Final Written
☐ Suspension Pending Investigation   ☐ Suspension for
From              Through                    Return to Work on
☐ Termination        Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

IT WAS DISCUSSED AT THE DEPARTMENT MEETING HELD ON MAY 3RD THAT OVERNIGHT OPERATORS ARE TO TAKE THEIR LUNCH BREAK BEFORE 4AM. MEETING MINUTES WERE DISTRIBUTED MAY 15TH. YVETTE HAS CONTINUED TO TAKE HER LUNCH BREAKS AFTER 4PM. 4PM IS WHEN WAKE UP CALLS START GOING OFF AND AN OPERATOR MUST BE PRESENT TO REPORT ANY NON-RESPONSE TO WAKE-UP CALLS.

2. Has the team member received prior discussion or warning within the past 12 months?**
☐ Yes  ☒ No    If yes, date?          ☐ Verbal  ☐ Written
Description of prior incident:

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up if applicable)

VERBAL WARNING

4. Team Member Comments:

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/ Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. I understand that any further infraction may result in disciplinary action, up to and including termination.

| _Amanda M___ | 05/29/14 | | |
|---|---|---|---|
| Team Member Signature | Date | Supervisor/Department Head | Date |

| | | | |
|---|---|---|---|
| Witness/Interpreter | Date | Human Resources | Date |

PER-CAF (9-06)                    **Team Member**                    ©2006 Hilton Hospitality, Inc.

WWW. Unitehere1. org

## The Grievance Procedure

### YOU HAVE JUST FILLED OUT A GRIEVANCE FACT SHEET. WHAT HAPPENS NEXT?

1. The Union will do an initial investigation of the matter. If the Union does not think that there has been a contract violation, **no further action will be taken** and you will be notified.

2. If the Union thinks there may be a violation of the contract, an official, typed grievance letter will be filed with the Employer. We will request information from the Employer to further our investigation. They have seven (7) days to respond.

3. The Union will attempt to set up a meeting between you and the Employer within a month of the grievance being filed. At this meeting the Union representative and a shop steward will be there to speak on your behalf. We will not hold the meeting without you. If you are not available, the meeting will be cancelled. If you continue to be unavailable, the Union will withdraw your case.

4. If a meeting did not take place, or a settlement could not be reached within a month, the Union will make a determination to send the grievance to the next step in the grievance procedure or not. If at any point during the grievance procedure the Union decides to withdraw your grievance, you will be notified in writing.

5. The final step in the grievance procedure is arbitration. The Union does not arbitrate every grievance. Only those cases thought to have a good chance of success in arbitration will go forward.

6. Arbitration is similar to a trial but less formal. An arbitrator acts as a judge. He or She is a labor expert chosen to hear your case. Arbitration is a lengthy process, often it can take ten (10) months to eighteen (18) months for a final decision to be made.

7. It is important to keep in mind that while many grievances are resolved within the first few months from the date they are filed, other can take much longer. It is not uncommon for a grievance to go unsettled for more than one (1) year.

### WHAT ARE YOUR RESPONSIBILITIES AS THE GRIEVANT?

1. Always let us know where we can find you. If you change your address or telephone number, please notify the Union as soon as possible. If we are unable to locate you we must withdraw your grievance.

2. You are responsible to arrange for any witnesses that can present evidence on your behalf in any meetings between the Union and the Employer.

3. If you have been terminated be sure to file for unemployment and start looking for work as soon as possible. As described, the grievance process can take a very long time.

NAME  Yvette Walker

Signature  Yvette Walker

DATE  RECEIVED JUN 09 2014

Form received by - Date

BY:

Linda O'Neal ext 279

UNITE HERE Local 1        55 W. Van Buren 4th Floor Chicago, IL 60605        312-6634373

j-5

# TheHiltonFamily

# Corrective Action Form

Date of Incident: MAY 17TH - MAY 25TH
Team Member Name: YVETTE WALKER
Date of Discussion: 5/29/14

Property: CHICH
Department: COMMUNICATIONS
Position: PBX

Reason for Discussion/Documentation:
[X] Verbal    [ ] Written Warning    # of Written Warnings:    [ ] Final Written
[ ] Suspension Pending Investigation    [ ] Suspension for
From    Through    Return to Work on
[ ] Termination    Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

IT WAS DISCUSSED AT THE DEPARTMENT MEETING HELD ON MAY 3RD THAT OVERNIGHT OPERATORS ARE TO TAKE THEIR LUNCH BREAK BEFORE 4AM. MEETING MINUTES WERE DISTRIBUTED MAY 15TH. YVETTE HAS CONTINUED TO TAKE HER LUNCH BREAKS AFTER 4PM. 4PM IS WHEN WAKE UP CALLS START GOING OFF AND AN OPERATOR MUST BE PRESENT TO REPORT ANY NON-RESPONSE TO WAKE-UP CALLS.

2. Has the team member received prior discussion or warning within the past 12 months?**
[ ] Yes  [X] No    If yes, date?    [ ] Verbal  [ ] Written
Description of prior incident:

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up if applicable)

VERBAL WARNING

4. Team Member Comments:

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. **I understand that any further infraction may result in disciplinary action, up to and including termination.**

Team Member Signature    05/39/14
                         Date

Supervisor/Department Head    Date

Witness/Interpreter    Date    Human Resources    Date

PER-CAF (9-06)    Team Member    ©2006 Hilton Hospitality, Inc.    2.6

**UNITEHERE, Local 1**
55 West VanBuren Street . Chicago, IL 60605 . (312) 663-4373

**Address/ Dirección**:

_____

_____

_____

Today's date: ____/____/____
Fecha de hoy

Case number: _____
Número de caso:

Employer: _____
Empleador

Your grievance filed on __6_/_9_/_14__ has been closed for the following reason / _Su agravio se ha cerrado por las siguientes razones:_

| **No Further Action** <br> _No se tomó más acción_ | **Resolved / Won** <br> _Resuelto/Ganado_ |
|---|---|
| ☐ No contract violation / _No hubo violación del contrato_ | ☐ Discipline removed / _La disciplina fue retirada_ |
| ☐ Did not pass probation / _No pasó el periodo de prueba_ | ☐ Discipline reduced to _____ / _La disciplina se redujo a_ _____ |
| ☐ No scheduling error / _No hubo error en horarios_ | ☐ Brought back to work / _Regresado(a) al trabajo_ |
| ☐ Discipline for just cause / _Disciplina por causa justificada_ | ☐ Back pay for _____ days / _Pago atrasado_ |
| ☐ Failed to respond to the Union / _No respondió a la Unión_ | ☐ Back pay for scheduling error for $ _____ / _Pago atrasado por error en horario._ |
| ☐ Grievance untimely / _Agravio no presentado a tiempo_ | ☐ Arbitration award / _Ganado en arbitraje_ |
| ☐ Lost at arbitration or joint greivance / _Perdió en arbitraje o agravio de grupo_ | ☐ Settlement letter or side agreement attached / _Se adjunta carta de acuerdo o acuerdo aparte_ |
| ☐ Withdrawn per grievant's request / _Retirado a petición del agraviado_ | |
| ☐ Other / _Otro_ | |
| _____ <br> _____ <br> _____ | |

**Case closed by / Caso cerrado por:** _____ cc: _____

228

$\jmath$-7

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 62 of 467 PageID #:62

# DEPARTMENT

DAY __Thursday__     DATE __7/3/2014__

| NAME | TIME IN | LUNCH-TIME/INITIAL OUT | IN | TIME OUT | TOTAL | SIGNATURE | Comments |
|---|---|---|---|---|---|---|---|
| ANN CARTER | 7ᵃᵐ | 1ᵖᵐ | 8¹ᵖᵐ | 4ᵖᵐ | 8 | *(signature)* | |
| ED GROLL | | | | | | | |
| MARION ALLEN | 10:30 | 4:45 | 5:15 | 700 | 8 | *(signature)* | |
| DEBRA JONES | 0143 | 1800 | 1830 | 2300 | 8 | Debra Jones | |
| MAXINE CORNELIUS | 11:00 pm | 3:25 am | 2:49 | 7:30 am | 8 | Maxine Cornelius | |
| SANDRA PIPES | | | | | | | |
| CHRISE THOMAS | | | | | | | |
| YVETTE WALKER | | | | | | | |

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 63 of 467 PageID #:63

# DEPARTMENT

DAY _Wednesday_     DATE _7/2/14_

| NAME | TIME IN | LUNCH-TIME/INITIAL OUT | IN | TIME OUT | TOTAL | SIGNATURE | | Comments |
|------|---------|------|-----|----------|-------|-----------|--|----------|
| ANN CARTER | 7:35 | 1:35 PM | 3:5 PM | 8:15 PM | 8 | E. [illegible] | | |
| ED GROLL | | | | | | | | |
| MARION ALLEN | 10:30 | 5:10 | 6:40 | 7:00 | 8 | [illegible] | | |
| DEBRA JONES | 0:430 | 0:80 | 0:84 | 2:30 | 8 | Debra Jones | | |
| MAXINE CORNELIUS | 11:00 P.M. | 3:02 A.M. | 3:28 | 7:30 | 8 | Maxine Cornelius | | |
| SANDRA PIPES | | | | | | | | |
| CHRISE THOMAS | | | | | | | | |
| YVETTE WALKER | | | | | | | | |

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 64 of 467 PageID #:64

# DEPARTMENT

| DAY _Tuesday_ | | DATE | _7-1-14_ | | | | |
|---|---|---|---|---|---|---|---|

| NAME | TIME IN | LUNCH-TIME/INITIAL OUT | IN | TIME OUT | TOTAL | SIGNATURE | Comments |
|---|---|---|---|---|---|---|---|
| ANN CARTER | 7:30 am | 1:00 pm | 2:15 pm | 4:00 pm | 8 | *[signature]* | |
| ED GROLL | | | | | | | |
| MARION ALLEN | 1:30 | 5:00 | 5:30 | 11:00 | 8 | *Marion Allen* | |
| DEBRA JONES | 1430 | 1800 | 01830 | 2:40 | 8 | *Debra Jones* | |
| MAXINE CORNELIUS | | | | | | | |
| SANDRA PIPES | 11:00 | 03:30 | 04:00 | 07:30 | 8 | *Sandra L. Pipes* | |
| CHRISE THOMAS | | | | | | | |
| YVETTE WALKER | | | | | | | |

# DEPARTMENT

| DAY Monday | | | | DATE 6/30/14 | | | |
|---|---|---|---|---|---|---|---|

211

| NAME | TIME IN | LUNCH-TIME/INITIAL OUT | IN | TIME OUT | TOTAL | SIGNATURE | Comments |
|---|---|---|---|---|---|---|---|
| ANN CARTER | | | | | | | |
| ED GROLL | | | | | | | |
| MARION ALLEN | 6:30 | 1:00 | 1:30 | 3:00 | 8½ | Marion Allen | |
| DEBRA JONES | 01030 | 0100 | 0130 | 0900 | 8 | Debra Jones | |
| MAXINE CORNELIUS | | | | | | | |
| SANDRA PIPES | 2:30 | 6:45 | 7:15 | 11:00 | 8 | Sandra L Pipes | |
| CHRISE THOMAS | | | | | | | |
| YVETTE WALKER | 11:00 | | | 7:30 | 8 | Yvette Walker | |

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 65 of 467 PageID #:65

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 66 of 467 PageID #:66

# DEPARTMENT

| DAY _Tuesday_ | | | DATE _6/24/14_ | | | | |

| NAME | TIME IN | LUNCH-TIME/INITIAL OUT | IN | TIME OUT | TOTAL | SIGNATURE | Comments |
|---|---|---|---|---|---|---|---|
| ANN CARTER | 7:30a | 12:00 | 1:00 pm | 4:00 pm | 8 | [signature] | Time clock not working [illegible] tell time |
| ED GROLL | | | | | | | |
| MARION ALLEN ✓ | 10:30 | 5:15 | 5:45 | 7:00 | 8 | Marion Allen | Clock wasn't working Not [illegible] |
| DEBRA JONES | 1430 | 2150 | 0183? | 2300 | 8 | Debra Jones | |
| MAXINE CORNELIUS | | | | | | | |
| SANDRA PIPES | 10:30 | 03:31 | 04:01 | 07:01 | 8 | Sandra D. Pipes | |
| CHRISE THOMAS | | | | | | | |
| YVETTE WALKER | | | | | | | |

# DEPARTMENT

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 67 of 467 PageID #:67

213

DAY _Thursday_   DATE _6/19/14_

| NAME | TIME IN | LUNCH-TIME/INITIAL | | | TOTAL | SIGNATURE | Comments |
|------|---------|------|----|----------|-------|-----------|----------|
| | | OUT | IN | TIME OUT | | | |
| ANN CARTER | 1ᵗʰ⁵ | 10ⁱ | 1ᵗʰ⁵ | 4⁵⁵ | 6 | [signature] | • |
| ED GROLL | | | | | | | |
| MARION ALLEN | 10:30 | 5:01 | 5:31 | 7ᵖᵐ | 8 | Marion (Allen) | Not 2/42 |
| DEBRA JONES | | | | | | | |
| MAXINE CORNELIUS | 7:00 G.M. 2:11A.M. MC | 2:43 MC | 7:00 A.M. | 11.5 | [signature] | |
| SANDRA PIPES | | | | | | | |
| CHRISE THOMAS | | | | | | | |
| YVETTE WALKER | | | | | | | |

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 68 of 467 PageID #:68

# DEPARTMENT

| | DAY Wednesday | DATE June 19, 2024 | | | | | |

| NAME | TIME IN | LUNCH-TIME/INITIAL OUT | IN | TIME OUT | TOTAL | SIGNATURE | Comments |
|---|---|---|---|---|---|---|---|
| ANN CARTER | 7:30 | 11:00 | 1:30 | 4:00 | 6 | [signature] | |
| ED GROLL | | | | | | | |
| MARION ALLEN | 10:30 | 5:00 | 5:30 | 7:00 | 8 | Marion Allen | NCA 2 Ref |
| DEBRA JONES | 01430 | 0180 | 0130 | 2300 | 8 | Debra Jones | |
| MAXINE CORNELIUS | | | | | | | |
| SANDRA PIPES | | | | | | | |
| CHRISE THOMAS | | | | | | | |
| YVETTE WALKER | 11:00 | 4:25 | 4:55 | 7:30 | 8 | Yvette Walker | Forgot to clock back in after lunch |

# DEPARTMENT

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 69 of 467 PageID #:69

DAY _Tuesday_    DATE _June 17, 2014_

| NAME | TIME IN | LUNCH-TIME/INITIAL OUT | IN | TIME OUT | TOTAL | SIGNATURE | Comments |
|------|---------|------------------------|-----|----------|-------|-----------|----------|
| ANN CARTER | 7:3[illegible] | [illegible] | 1:3[illegible] | 4[illegible] | 6 | [signature] | |
| ED GROLL | | | | | | | |
| MARION ALLEN | 10:3[illegible] | 4:40 | 5:40 | 7:00 | 8 | [signature] | NOT 2 her |
| DEBRA JONES | 0430 | 0800 | 0830 | 2300 | 5 | Debra Jones | |
| MAXINE CORNELIUS | | | | | | | |
| SANDRA PIPES | 11:00 | 03:30 | 04:00 | 07:30 | 6 | Sandra O. Pipes | |
| CHRISE THOMAS | | | | | | | |
| YVETTE WALKER | | | | | | | |

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 70 of 467 PageID #:70

216

# DEPARTMENT

DAY _Tuesday_     DATE _6-3-14_

| NAME | TIME IN | LUNCH-TIME/INITIAL OUT | IN | TIME OUT | TOTAL | SIGNATURE | Comments |
|---|---|---|---|---|---|---|---|
| ANN CARTER | [illegible] | [illegible] | [illegible] | [illegible] | 8 | R. Carter | : |
| ED GROLL | | | | | | | |
| MARION ALLEN | 10:3[illegible] | 5:00 | 5:30 | 7:[illegible] | 8 | Marion Allen | Not 2 hrs |
| DEBRA JONES | 0430 | 0500 | 0530 | 2:[illegible] | 8 | Debra Jones | |
| MAXINE CORNELIUS | | | | | | | |
| SANDRA PIPES | 10:30 | 03:30 | 04:00 | 07:[illegible] | 8 | Sandra A. Pipes | |
| CHRISE THOMAS | | | | | | | |
| YVETTE WALKER | | | | | | | |

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 71 of 467 PageID #:71

## DEPARTMENT

8-1-19

| DAY _Thursday_ | | DATE 5-_-19 | | | | | |

| NAME | TIME IN | LUNCH-TIME/INITIAL | | | TOTAL | SIGNATURE | Comments |
|------|---------|-----|------|----------|-------|-----------|----------|
|      |         | OUT | IN | TIME OUT |       |           |          |
| ANN CARTER | 7:30am | 1:15 pm | 1:45 pm | 4:00 pm | 8 | [signature] | : |
| ED GROLL |  |  |  |  |  |  |  |
| MARION ALLEN | 10:30 | 5:15 | 5:45 | 7:[illegible]pm | 8 | Marion Allen | Not 2 late |
| DEBRA JONES | 0143c | :1:00 | 1:930 | 2230 | 8 | Debra Jones |  |
| MAXINE CORNELIUS | 10:30pm | 2:02am | 2:30 | 7:00 | 8 | Maxine Cornelius |  |
| SANDRA PIPES |  |  |  |  |  |  |  |
| CHRISE THOMAS |  |  |  |  |  |  |  |
| YVETTE WALKER |  |  |  |  |  |  |  |

(Exhibit C)



# Hilton

### CHICAGO



To:    Yvette Walker

From:  Amardo Gonzalez – Communications Manager

cc:    Employee Personnel File

Date:  January 30th, 2015

Re:    Coach and Counsel

---

Yvette signed up for an overtime shift, 10:30am – 7pm for January 30th. On Jan 29th, Yvette called to ask if she could work the overtime shift 7:30am-4pm so that she did not have a 3 hour break in between shifts, since her first shift was to be over at 7:30am on the same day as the overtime. Yvette called around late afternoon on Jan 29th to ask if she could work through her shift and the overtime shift without a break in between. I called Yvette back and left a voicemail letting her know that she could not work the overtime shift 7:30am – 4pm but that she can work the overtime being offered (10:30am-7pm) which she had already signed up for. Since she did not answer, I instructed Neil to relay the message to Yvette when she came in later that evening. Regardless, I called Yvette again the morning of Jan 30th to make sure that she needed to clock out for her first shift, and clock back in for the overtime shift at 10:30am. Yvette got very upset and began to talk over me in such a way that I was not able to explain why she would not be able to work straight through and then hung up on me. Yvette later did not show up for the overtime shift she signed up for and did not call to let anyone know she would not be coming in for the overtime.

Any future occurrences of this nature will result in progressive discipline up to and including termination.

Refused to sign
Team Member

2/2/15
Date

Manager – Title

2-2-15
Date

Witness

Date

3-1

I am constantly being scheduled less than 40hrs. a week, and most of the time there are overtime hours posted which means I have to work a double shifts to get my 40hrs. On January 29 I left work at 7:30a.m.called back to ask Amardo if I could work the overtime shift on Friday morning straight through and leave at 4:00p.m. because I would be getting off work at 7:30a.m. Friday morning from my overnight shift of 11:00 to 7:30a.m. and was told sure no problem. Went to sleep, got up and came to work that night at 11:00p.m. Neil (supervisor) asked if I had received Amardo message and told me he was told to tell me I could not work straight through because Indiria said no if I wanted to work the overtime shift it had to be worked as posted. I called, e-mailed, and paged Amardo he never answered until on or about 7:15 Friday morning. When I asked why he told me there were new rules on overtime that all overtime would have to be worked as posted we discussed it for a while because I wanted to know when the rules changed and if they were changed by Human Resources or the department. I asked if I could get a room for the three hours he said no, if you can't do the hours posted you can't have the overtime I said OK I'm not hanging around for three hours to clock back in. I went home but on February 2, Amardo said he needed to speak to me and wanted me to sign something, after I read it he said this is not a write-up but it need to be in your file because you did'nt call off I asked him for when did I not call off he told me for the Friday morning shift. I asked him why should I call off when it was him and Indiria that decided I could not work the shift he said but you signed up to work I told him no that he and I had agreed that I could work through until 4:00 he insisted that after he talked to Indiria she said no work the shift on the board or no overtime so I understood I could not work the overtime even if I needed the hours because my hours were shorter than 40 that week. I told him that since he and Indiria made the decision that I could not work, there was no reason for me to call off he knew at the end of our conversation that morning I was not going to be working the 10:30 to 7:00 shift. The decision was Indiria. Amardo came back to my desk and told me I could not appeal this letter because it was not a write-up he already checked and if I went to Human Resource it would be my word against him and Neil. Just to mention Neil had nothing to do with the conversation I had with Amardo he was not at work at the time we had the conversation as he said to me I am just the messenger to deliver Amardo message that you have to clock out at 7:30 and clock back in at 10:30 if you want the overtime hours. I will e-mail him to call you before I leave so he can answer your questions on when the overtime rules changed because I don't know what the rules are as I tried to explain that everyone works overtime but never the hours posted because most of the postings are 2:30 to 11:00 and no one stays until 11:00 on that shift whoever work that overtime shift almost always leave at 7:00p.m. He said I don't know just talk to him.

B-2

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 74 of 467 PageID #:74

# overtime shift

Yvette Walker

**Sent:** Thursday, January 29, 2015 11:38 PM
**To:**   Amardo Gonzalez

Hi Amardo

why is it if I want to work the overtime shift I have to work until 7:00 and others
can  work the 2:30-11:00 shift and leave at 7:00 whats -the difference in in me
working part of the shift and others working part of a shift.

33

Over-time opportunity

Team,

We have the below day's available for OT please sign off yes or no if you are interested in working these times.

### Thursday, January 29th, 2015 (10:30AM – 7PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Friday, January 30th, 2015 (10:30AM – 7PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | X | | |

3-4

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 76 of 467 PageID #:76

35.

# DEPARTMENT

| DAY Saturday | | | | DATE 2/21/2015 | | | |
|---|---|---|---|---|---|---|---|
| | LUNCH-TIME/INITIAL | | | | | | |
| NAME | TIME IN | OUT | IN | TIME OUT | TOTAL | SIGNATURE | Comments |
| ANN CARTER | 7:30 am | 11:00 pm | 1:30 pm | 7:00 pm | | [signature] | |
| MARION ALLEN | | | | | | | |
| DEBRA JONES | | | | | | | |
| MAXINE CORNELIUS | 10:30 am | 4:12 | 4:40 pm | 7:24 8 | | [signature] | PUNCHed LaTe reLieF Not arrived |
| SANDRA PIPES | | | | | | | |
| CHRISE THOMAS | | | | | | | |
| YVETTE WALKER | 7:30 pm | 3:30 | 4:00 | 7:30 pm | 11 1/2 | Yvette Walker | |

**Monday, December 1st, 2014 (3PM – 11:30PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | *Marion Allen 7PM* |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

**Saturday, December 6th, 2014 (6:30AM – 3PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | X | | *Debra Jones* |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-6

Over-time opportunity

Team,

We have the below day's available for OT please sign off yes or no if you are interested in working these times.

### Tuesday, November 18th, 2014 (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *(signature)* |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Friday, November 21st, 2014 (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *(signature)* |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Saturday, November 22nd, 2014 (6:30AM – 3PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | X | | Debra Jones |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-7

Over-time opportunity

Team,

We have the below day's available for OT please sign off yes or no if you are interested in working these times.

### Sunday, October 26th, 2014 (7:30AM – 4PM)

| NAME | YES | NO | SIGNATURE |
|------|-----|----|-----------|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Monday, October 27th, 2014 (7:30AM – 4PM)

| NAME | YES | NO | SIGNATURE |
|------|-----|----|-----------|
| ANNETTE CARTER | X | | _(signature)_ |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Tuesday, October 28th (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|------|-----|----|-----------|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Marion Allen 7Pm |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-8

### Wednesday, October 29th (3PM – 11:30PM)    7AM

| NAME | YES | NO | SIGNATURE |
|------|-----|-----|-----------|
| ANNETTE CARTER | X | | *[signature]* |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Saturday, November 1st (6:30AM – 3PM)

| NAME | YES | NO | SIGNATURE |
|------|-----|-----|-----------|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | X | | *Debra Jones* |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-9

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 81 of 467 PageID #:81

310

Over-time opportunity

Team;

We have the below day's available for OT please sign off yes or no if you are interested in working these times.

### Sunday, October 19th, 2014 (7:30AM – 4PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *(signature)* |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Monday, October 20th, 2014 (7:30AM – 4PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *(signature)* |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Thursday, October 23rd (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Marion Allen 7pm |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Saturday, October 25th (6:30AM – 3PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Marion Allen |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Saturday, October 25th (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Tuesday, September 23rd (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Wednesday, September 24th (6:30AM – 3PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Wednesday, September 24th (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-4

Over-time opportunity

Team,

We have the below day's available for OT please sign off yes or no if you are interested in working these times.



**Sunday, September 14th (10:30AM – 7PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

**Monday, September 15th (7:30AM – 4PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

**Monday, September 15th (3PM – 11:30PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Marion Allen 7PM |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

**Tuesday, September 16th (3PM – 11:30PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | 7PM |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

**Wednesday, September 17th (3PM – 11:30PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | 7PM |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

**Thursday, September 18th (3PM – 11:30PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Marion Allen 7PM |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 83 of 467 PageID #:83

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 84 of 467 PageID #:84

Over-time opportunity

Team,

We have the below day's available for OT please sign off yes or no if you are interested in working these times.

**Monday, September 8th (7:30AM – 4PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *(signature)* |
| MARION ALLEN | ✓ | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

**Monday, September 8th (3PM – 11:30PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Marion 7Pm |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

**Tuesday, September 9th (3PM – 11:30PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Marion allen 7Pm |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

**Friday, September 12th (3PM – 11:30PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | ✓ | | Debra Jones til 11P |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

**Saturday, September 13th (10:30AM – 7PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *(signature)* 7Pm |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-13

Over-time opportunity

Team,

We have the below day's available for OT please sign off yes or no if you are interested in working these times.

### Tuesday, August 26th (10:30AM – 7PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *(signature)* |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Thursday, August 28th (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *(signature)* |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Friday, August 29th (6:30AM – 3PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | 1325 |
| MARION ALLEN | | | |
| DEBRA JONES | X | | Debra Jones |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |



3-14

### Saturday, August 23rd (6:30AM – 3PM)

| NAME | YES | NO | SIGNATURE |
|------|-----|-----|-----------|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | X | | Debra Jones |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Saturday, August 23rd (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|------|-----|-----|-----------|
| ANNETTE CARTER | X | | *(signature)* 7PM |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-15

**Wednesday, August 20th (3PM – 11:30PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Marion Allen |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

**Thursday, August 21st (3PM – 11:30PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | 7PM |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

**Friday, August 22nd (3PM – 11:30PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | 2:30PM - 11PM  7PM |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-16

Team,                                    Over-time opportunity

We have the below day's available for OT please sign off yes or no if you are interested in working these times.

### Sunday, August 17th (10:30AM – 7PM)

| NAME | YES | NO | SIGNATURE |
|------|-----|----|-----------|
| ANNETTE CARTER | | | 1325 |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | X | | Yvette Walker |

### Monday, August 18th (7:30AM – 4PM)

| NAME | YES | NO | SIGNATURE |
|------|-----|----|-----------|
| ANNETTE CARTER | X | | Carter |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Monday, August 18th (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|------|-----|----|-----------|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Marion Allen |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-17

Team.

## Over-time opportunity

We have the below day's available for OT please sign off yes or no if you are interested in working these times.

### Sunday, August 3rd (10:30AM – 7PM)

| NAME | YES | NO | SIGNATURE |
|------|-----|-----|-----------|
| ANNETTE CARTER | X | | 1325 _(signature)_ |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Monday, August 4th (10:30AM – 7PM)

| NAME | YES | NO | SIGNATURE |
|------|-----|-----|-----------|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Thursday, August 7th (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|------|-----|-----|-----------|
| ANNETTE CARTER | X | | _(signature)_ 7PM |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

318

### Monday, July 14th (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Ms. Allen |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Tuesday, July 15th (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *(signature)* 7PM |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Wednesday, July 16th (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Marion Allen 7PM |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-19

## Over-time opportunity

Team,

We have the below day's available for OT please sign off yes or no if you are interested in working these times.

### Sunday, July 13th (7:30AM-4PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | \ | | *(signature)* |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Sunday, July 13th (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | X | | Debra Jones 7p |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Monday, July 14th (7:30AM – 4PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Marion 7PM |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-20

Over-time opportunity

Team.

We have the below day's available for OT please sign off yes or no if you are interested in working these times.

### Saturday, July 12th (6:30AM – 3PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | X | | Debra Jo... |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Saturday, July 12th (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *(signature)* 7PM |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-21

Over-time opportunity

Team.

We have the below day's available for OT please sign off yes or no if you are interested in working these times.

### Sunday, July 6th (10:30AM – 7PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Monday, July 7th (10:30AM – 7PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *(signature)* |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Friday, July 11th (3PM – 11:30PM)  7PM

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *(signature)* |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-22

Over-time opportunity

Team.

We have the below day's available for OT please sign off yes or no if you are interested in working these times.

**Monday April 14th (3PM – 11:30PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | | | |
| DEBRA JONES | X | | *Debra Jones* |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

**Saturday April 19th (10:30AM – 7PM)**

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *[signature]* |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-23

Over-time opportunity

Team.

We have the below day's available for OT please sign off yes or no if you are interested in working these times.

### Monday, July 21st (10:30AM – 7PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | X | | *(signature)* |
| MARION ALLEN | | | |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Tuesday, July 22nd (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Marion Allen 7PM |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

### Thursday, July 24th (3PM – 11:30PM)

| NAME | YES | NO | SIGNATURE |
|---|---|---|---|
| ANNETTE CARTER | | | |
| MARION ALLEN | ✓ | | Marion 7PM |
| DEBRA JONES | | | |
| MAXINE CORNELIUS | | | |
| SANDRA PIPES | | | |
| YVETTE WALKER | | | |

3-24

*Amardo [handwritten] ... it*
*I went to HR It would be my word against*
*her and Neil And was told By Amardo that*
*he already checked And I was not able*
*to grieve this Because its not a write-up*
*its not a write-up*
*Just in my File.*

*(Exhibit 2)*

# Hilton

### CHICAGO

**Memorandum**

To: Yvette Walker

From: Amardo Gonzalez – Communications Manager

cc: Employee Personnel File

Date: January 30th, 2015

Re: Coach and Counsel

---

Yvette signed up for an overtime shift, 10:30am – 7pm for January 30th. On Jan 29th, Yvette called to ask if she could work the overtime shift 7:30am-4pm so that she did not have a 3 hour break in between shifts, since her first shift was to be over at 7:30am on the same day as the overtime. Yvette called around late afternoon on Jan 29th to ask if she could work through her shift and the overtime shift without a break in between. I called Yvette back and left a voicemail letting her know that she could not work the overtime shift 7:30am – 4pm but that she can work the overtime being offered (10:30am-7pm) which she had already signed up for. Since she did not answer, I instructed Neil to relay the message to Yvette when she came in later that evening. Regardless, I called Yvette again the morning of Jan 30th to make sure that she needed to clock out for her first shift, and clock back in for the overtime shift at 10:30am. Yvette got very upset and began to talk over me in such a way that I was not able to explain why she would not be able to work straight through and then hung up on me. Yvette later did not show up for the overtime shift she signed up for and did not call to let anyone know she would not be coming in for the overtime.

Any future occurrences of this nature will result in progressive discipline up to and including termination.

---

Team Member             Date

*[signature]*

Manager – Title         Date    2-2-15

---

Witness               Date    4-1

*Amardo Forgot to include in this letter*
*he told me yes For the straight through*
*over the Phone and later that night*
*called me back to change it, Saying he*

Ran the ... said the complete shift had to be worked or I could not do the overtime is that was left on my answering machine and what Noel told me before he left work that night. I didn't call because I had asked Amanda if I could work until 4 pm which is what I was begging for when he said yes. So when he later changed the terms an said Indiana said later to him I had to stay until seven or could not do the overtime I didn't have a reason to call. It was there decision for me not to do the overtime. Because I only wanted to stay until 4:00 and Amanda said Indiana said 7:00 or no overtime so there was no reason for me to call they made the decision for me not to stay I would not want getting off at 7:30 and nothing to do for three hours to clock back in at 10:30 and work until 7:00 pm that would have me me one be up for about 24 hours because I got up at 8:00pm to get to work at 11:00 pm and would not have got home until 8:00 ...

49

I am constantly being scheduled less than 40hrs. a week, and most of the time there are overtime hours posted which means I have to work a double shifts to get my 40hrs. On January 29 I left work at 7:30a.m.called back to ask Amardo if I could work the overtime shift on Friday morning straight through and leave at 4:00p.m. because I would be getting off work at 7:30a.m. Friday morning from my overnight shift of 11:00 to 7:30a.m. and was told sure no problem. Went to sleep, got up and came to work that night at 11:00p.m. Neil (supervisor) asked if I had received Amardo message and told me he was told to tell me I could not work straight through because Indiria said no if I wanted to work the overtime shift it had to be worked as posted. I called, e-mailed, and paged Amardo he never answered until on or about 7:15 Friday morning. When I asked why he told me there were new rules on overtime that all overtime would have to be worked as posted we discussed it for a while because I wanted to know when the rules changed and if they were changed by Human Resources or the department. I asked if I could get a room for the three hours he said no, if you can't do the hours posted you can't have the overtime I said OK I'm not hanging around for three hours to clock back in. I went home but on February 2, Amardo said he needed to speak to me and wanted me to sign something, after I read it he said this is not a write-up but it need to be in your file because you did'nt call off I asked him for when did I not call off he told me for the Friday morning shift. I asked him why should I call off when it was him and Indiria that decided I could not work the shift he said but you signed up to work I told him no that he and I had agreed that I could work through until 4:00 he insisted that after he talked to Indiria she said no work the shift on the board or no overtime so I understood I could not work the overtime even if I needed the hours because my hours were shorter than 40 that week. I told him that since he and Indiria made the decision that I could not work, there was no reason for me to call off he knew at the end of our conversation that morning I was not going to be working the 10:30 to 7:00 shift. The decision was Indiria. Amardo came back to my desk and told me I could not appeal this letter because it was not a write-up he already checked and if I went to Human Resource it would be my word against him and Neil. Just to mention Neil had nothing to do with the conversation I had with Amardo he was not at work at the time we had the conversation as he said to me I am just the messenger to deliver Amardo message that you have to clock out at 7:30 and clock back in at 10:30 if you want the overtime hours. I will e-mail him to call you before I leave so he can answer your questions on when the overtime rules changed because I don't know what the rules are as I tried to explain that everyone works overtime but never the hours posted because most of the postings are 2:30 to 11:00 and no one stays until 11:00 on that shift whoever work that overtime shift almost always leave at 7:00p.m. He said I don't know just talk to him.

4-3



Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 99 of 467 PageID #:99

(Exhibit D)



**Hilton**   jobs.hilton.com ⌄

| Home | Discover Hilton | Our Brands ⌄ | Universities ⌄ | US Military | Areas of Talent ⌄ | Search All |

Yvette Walker, you are signed in. | My Account Options          ⛒ My Job Cart (0 items) | Sign Out

**Job Search    My Jobpage**

My Submissions  |  My Job Cart  |  My Saved Searches  |  My Referrals

**MY SUBMISSIONS (36 JOB SUBMISSIONS FOUND)**

Hilton has recently completed a corporate spin-off of Hilton Grand Vacations and Park Hotels & Resorts (Park) into separate public companies. Hilton is now a separate company from Hilton Grand Vacations or Park. If you previously applied for Hilton, Hilton Grand Vacations, or Park jobs, you will see those job submissions listed below. Note that while you see your previous submissions, your new and previous application information will only be accessible to the company that posted the vacancy to which you are applying (either Hilton, Hilton Grand Vacations, or Park).

Submissions per page
10 ⌄

**Completed Submissions**

**Senior Human Resources Coordinator**   - Full-time
United States of America-Illinois-Chicago
Job Posting : Apr 17, 2018 – Job Number: HOT053FC
Job Status: Active (Accepting applications)
Submission Status: Completed – Updated: Apr 24, 2018
| View Email Messages | Withdraw

**Safety Manager - Hilton Chicago**   - Full-time
United States of America-Illinois-Chicago
Job Posting : Apr 6, 2018 – Job Number: HOT051SD
Job Status: Active (Accepting applications)
Submission Status: Completed – Updated: Apr 16, 2018
View Submission | View Email Messages | Withdraw

**Group Housing Coordinator - Hilton Chicago**   - Full-time
United States of America-Illinois-Chicago
Job Posting : Feb 8, 2018 – Job Number: HOT04W0P
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Feb 15, 2018
View Submission | View Email Messages

**Administrative Assistant (Convention Sales) - The Palmer House Hilton**   - Full-time
United States of America-Illinois-Chicago
Job Posting : Feb 7, 2018 – Job Number: HOT04WCO
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Feb 15, 2018
View Submission | View Email Messages

**Analyst/Clerk (Full-Time) - Hilton Chicago**   - Full-time
United States of America-Illinois-Chicago
Job Posting : Jan 19, 2018 – Job Number: HOT04UIP
Job Status: Active (Accepting applications)
Submission Status: Completed – Updated: Feb 1, 2018
View Submission | View Email Messages | Withdraw

**Human Resources Administrative Assistant**   - Full-time
United States of America-Illinois-Chicago
Job Posting : Jan 24, 2018 – Job Number: HOT04UZN
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Feb 1, 2018
View Submission | View Email Messages

**Catering & Events Administrative Assistant - Hilton Chicago**
- Full-time
United States of America-Illinois-Chicago
Job Posting : Jan 26, 2018 – Job Number: HOT04TI1

Candidate Profile
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests:
Access my profile

Jobs Matching My Profile
Take a look at jobs currently available within our organization that match your professional competencies and interests.
View jobs matching my profile

Refer a friend
Tell us about a friend who might be interested in working for our organization. All privacy rights will be protected.
Submit a friend's profile

Icon legend
☐ More information

5-1

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 100 of 467 PageID #:100

Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jan 26, 2018
View Submission | View Email Messages

### Human Resources Coordinator — Full-time
United States of America-Illinois-Chicago
Job Posting : Dec 8, 2017 – Job Number: HOT04Q3V
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Dec 28, 2017
View Submission | View Email Messages

### Senior Catering Sales Manager - The Palmer House Hilton — Full-time
United States of America-Illinois-Chicago
Job Posting : Dec 22, 2017 – Job Number: HOT04Q0M
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Dec 23, 2017
View Submission | View Email Messages

### Accounts Receivable Clerk — Full-time
United States of America-Illinois-Chicago
Job Posting : Jul 16, 2015 – Job Number: HOT01RPB
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jul 29, 2015
View Submission | View Email Messages

My Submissions - Page 1 of 4 Previous | 1 2 3 4 | Next

Withdraw All Submissions

| About Us | Brand Portfolio | Development | Careers Home | Corporate Responsibility | Investors | Me |
|---|---|---|---|---|---|---|
| History & Heritage | Hilton Hotels & Resorts | Hilton Performance Advantage | Discover Hilton | CR at Hilton | News | Hil |
| Vision, Mission, and Values | Waldorf Astoria Hotels | Owner Information | Our Brands | Opportunities | Events & Presentations | Ou |
| Executive Committee | Conrad Hotels & Resorts | Architecture & Construction | Universities | Communities | Financial Reporting | Me |
| Contact Us | Canopy | Management Services | US Military | Environment | Corporate Governance | Re |
| | Curio | Develop a Hotel | Growth in Saudi Arabia | Our Reporting | Stock Information | Aw |
| | Doubletree by Hilton | Disclosure Documents | Areas of Talent | Downloads | Investor Resources | |
| | Embassy Suites by Hilton | Our Properties | Search All Jobs | | | |
| | Hilton Garden Inn | Contact Our Development Team | | | | |
| | Hampton by Hilton | | | | | |
| | Homewood Suites by Hilton | | | | | |
| | Home2 Suites by Hilton | | | | | |
| | Hilton HHonors | | | | | |

Book a Room | Travel Agents | Site Map | 1-800-HILTONS (1-800-445-8667) | Customer Support | Privacy Policy | Site Usage Agreement

Connect With Us: in  y  f  □  □

EOE/AA/Disabled/V

Copyright © 2017 Hilton | Hilton.com

5-2

(Exhibit D)



⊘ jobs.hilton.com ⌄

Home    Discover Hilton    Our Brands ⌄    Universities ⌄    US Military    Areas of Talent ⌄    Search All.

Yvette Walker, you are signed in. | My Account Options      ⭡ My Job Cart (0 items) | Sign Out

## Job Search    My Jobpage

My Submissions | My Job Cart | My Saved Searches | My Referrals

### MY SUBMISSIONS (35 JOB SUBMISSIONS FOUND)

Hilton has recently completed a corporate spin-off of Hilton Grand Vacations and Park Hotels & Resorts (Park) into separate public companies. Hilton is now a separate company from Hilton Grand Vacations or Park. If you previously applied for Hilton, Hilton Grand Vacations, or Park jobs, you will see those job submissions listed below. Note that while you see your previous submissions, your new and previous application information will only be accessible to the company that posted the vacancy to which you are applying (either Hilton, Hilton Grand Vacations, or Park).

Submissions per page:
10 ☑

**Completed Submissions**

**Safety Manager - Hilton Chicago**    - Full-time
United States of America-Illinois-Chicago
Job Posting : Apr 6, 2018 – Job Number: HOT051SD
Job Status: Active (Accepting applications)
Submission Status: Completed – Updated: Apr 16, 2018
| View Email Messages | Withdraw

**Group Housing Coordinator - Hilton Chicago**    - Full-time
United States of America-Illinois-Chicago
Job Posting : Feb 8, 2018 – Job Number: HOT04W0P
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Feb 15, 2018
View Submission | View Email Messages

**Administrative Assistant (Convention Sales) - The Palmer House Hilton**    - Full-time
United States of America-Illinois-Chicago
Job Posting : Feb 7, 2018 – Job Number: HOT04WCO
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Feb 15, 2018
View Submission | View Email Messages

**Analyst/Clerk (Full-Time) - Hilton Chicago**    - Full-time
United States of America-Illinois-Chicago
Job Posting : Jan 19, 2018 – Job Number: HOT04UIP
Job Status: Active (Accepting applications)
Submission Status: Completed – Updated: Feb 1, 2018
View Submission | View Email Messages | Withdraw

**Human Resources Administrative Assistant**    - Full-time
United States of America-Illinois-Chicago
Job Posting : Jan 24, 2018 – Job Number: HOT04UZN
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Feb 1, 2018
View Submission | View Email Messages

**Catering & Events Administrative Assistant - Hilton Chicago**    - Full-time
United States of America-Illinois-Chicago
Job Posting : Jan 26, 2018 – Job Number: HOT04TI1
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jan 26, 2018
View Submission | View Email Messages

**Human Resources Coordinator**    - Full-time
United States of America-Illinois-Chicago
Job Posting : Dec 8, 2017 – Job Number: HOT04Q3V

Candidate Profile
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests.

Access my profile

Jobs Matching My Profile
Take a look at jobs currently available within our organization that match your professional competencies and interests.

View jobs matching my profile

Refer a friend
Tell us about a friend who might be interested in working for our organization. All privacy rights will be protected.

Submit a friend's profile

Icon legend

▭ More information

5-3

Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Dec 28, 2017
View Submission | View Email Messages

## Senior Catering Sales Manager - The Palmer House Hilton
- Full-time
United States of America-Illinois-Chicago
Job Posting : Dec 22, 2017 – Job Number: HOT04Q0M
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Dec 23, 2017
View Submission | View Email Messages

## Accounts Receivable Clerk     - Full-time
United States of America-Illinois-Chicago
Job Posting : Jul 16, 2015 – Job Number: HOT01RPB
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jul 29, 2015
View Submission | View Email Messages

## Income Auditor (Full Time)     - Full-time
United States of America-Illinois-Chicago
Job Posting : Jul 15, 2015 – Job Number: HOT01PG0
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jul 29, 2015
View Submission | View Email Messages

My Submissions - Page 1 of 4 Previous | **1** 2 3 4 | Next

Withdraw All Submissions

| About Us | Brand Portfolio | Development | Careers Home | Corporate Responsibility | Investors | Me |
|---|---|---|---|---|---|---|
| History & Heritage | Hilton Hotels & Resorts | Hilton Performance Advantage | Discover Hilton | CR at Hilton | News | Hill |
| Vision, Mission, and Values | Waldorf Astoria Hotels | Owner Information | Our Brands | Opportunities | Events & Presentations | Ou |
| Executive Committee | Conrad Hotels & Resorts | Architecture & Construction | Universities | Communities | Financial Reporting | Me |
| Contact Us | Canopy | Management Services | US Military | Environment | Corporate Governance | Re |
| | Curio | Develop a Hotel | Growth in Saudi Arabia | Our Reporting | Stock Information | Aw |
| | Doubletree by Hilton | Disclosure Documents | Areas of Talent | Downloads | Investor Resources | |
| | Embassy Suites by Hilton | Our Properties | Search All Jobs | | | |
| | Hilton Garden Inn | Contact Our Development Team | | | | |
| | Hampton by Hilton | | | | | |
| | Homewood Suites by Hilton | | | | | |
| | Home2 Suites by Hilton | | | | | |
| | Hilton HHonors | | | | | |

Book a Room | Travel Agents | Site Map | 1-800-HILTONS (1-800-445-8667) | Customer Support | Privacy Policy | Site Usage Agreement

Connect With Us:  in  y  f  ◻  ▶

EOE/AA/Disabled/V

Copyright © 2017 Hilton | Hilton.com

5-4



**Hilton**

jobs.hilton.com ⌄

Home     Discover Hilton     Our Brands ⌄     Universities ⌄     US Military     Areas of Talent ⌄     Search All ⌄

Yvette Walker, you are signed in. | My Account Options

🛒 My Job Cart (0 items) | Sign Out

**Job Search     My Jobpage**

My Submissions | My Job Cart | My Saved Searches | My Referrals

## MY SUBMISSIONS (35 JOB SUBMISSIONS FOUND)

Hilton has recently completed a corporate spin-off of Hilton Grand Vacations and Park Hotels & Resorts (Park) into separate public companies. Hilton is now a separate company from Hilton Grand Vacations or Park. If you previously applied for Hilton, Hilton Grand Vacations, or Park jobs, you will see those job submissions listed below. Note that while you see your previous submissions, your new and previous application information will only be accessible to the company that posted the vacancy to which you are applying (either Hilton, Hilton Grand Vacations, or Park).

Submissions per page:
10 ☑

### Completed Submissions

**Safety Manager - Hilton Chicago**     - Full-time
United States of America-Illinois-Chicago
Job Posting : Apr 6, 2018 – Job Number: HOT051SD
Job Status: Active (Accepting applications)
Submission Status: Completed – Updated: Apr 16, 2018
| View Email Messages | Withdraw

**Group Housing Coordinator - Hilton Chicago**     - Full-time
United States of America-Illinois-Chicago
Job Posting : Feb 8, 2018 – Job Number: HOT04W0P
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Feb 15, 2018
View Submission | View Email Messages

**Administrative Assistant (Convention Sales) - The Palmer House Hilton**     - Full-time
United States of America-Illinois-Chicago
Job Posting : Feb 7, 2018 – Job Number: HOT04WCO
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Feb 15, 2018
View Submission | View Email Messages

**Analyst/Clerk (Full-Time) - Hilton Chicago**     - Full-time
United States of America-Illinois-Chicago
Job Posting : Jan 19, 2018 – Job Number: HOT04UIP
Job Status: Active (Accepting applications)
Submission Status: Completed – Updated: Feb 1, 2018
View Submission | View Email Messages | Withdraw

**Human Resources Administrative Assistant**     - Full-time
United States of America-Illinois-Chicago
Job Posting : Jan 24, 2018 – Job Number: HOT04UZN
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Feb 1, 2018
View Submission | View Email Messages

**Catering & Events Administrative Assistant - Hilton Chicago**     - Full-time
United States of America-Illinois-Chicago
Job Posting : Jan 26, 2018 – Job Number: HOT04TI1
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jan 26, 2018
View Submission | View Email Messages

**Human Resources Coordinator**     - Full-time
United States of America-Illinois-Chicago
Job Posting : Dec 8, 2017 – Job Number: HOT04Q3V

**Candidate Profile**
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests.

Access my profile.

**Jobs Matching My Profile**
Take a look at jobs currently available within our organization that match your professional competencies and interests.

View jobs matching my profile

**Refer a friend**
Tell us about a friend who might be interested in working for our organization. All privacy rights will be protected.

Submit a friend's profile

**Icon legend**

⬚ More information



Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Dec 28, 2017
View Submission | View Email Messages

### Senior Catering Sales Manager - The Palmer House Hilton
- Full-time
United States of America-Illinois-Chicago
Job Posting : Dec 22, 2017 – Job Number: HOT04Q0M
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Dec 23, 2017
View Submission | View Email Messages

### Accounts Receivable Clerk    - Full-time
United States of America-Illinois-Chicago
Job Posting : Jul 16, 2015 – Job Number: HOT01RPB
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jul 29, 2015
View Submission | View Email Messages

### Income Auditor (Full Time)    - Full-time
United States of America-Illinois-Chicago
Job Posting : Jul 15, 2015 – Job Number: HOT01PG0
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jul 29, 2015
View Submission | View Email Messages

My Submissions - Page 1 of 4 Previous | 1 2 3 4 | Next

Withdraw All Submissions

| About Us | Brand Portfolio | Development | Careers Home | Corporate Responsibility | Investors | Me |
|---|---|---|---|---|---|---|
| History & Heritage | Hilton Hotels & Resorts | Hilton Performance Advantage | Discover Hilton | CR at Hilton | News | Hili |
| Vision, Mission, and Values | Waldorf Astoria Hotels | Owner Information | Our Brands | Opportunities | Events & Presentations | Ou |
| Executive Committee | Conrad Hotels & Resorts | Architecture & Construction | Universities | Communities | Financial Reporting | Me |
| Contact Us | Canopy | Management Services | US Military | Environment | Corporate Governance | Re |
| | Curio | Develop a Hotel | Growth in Saudi Arabia | Our Reporting | Stock Information | Av |
| | Doubletree by Hilton | Disclosure Documents | Areas of Talent | Downloads | Investor Resources | |
| | Embassy Suites by Hilton | Our Properties | Search All Jobs | | | |
| | Hilton Garden Inn | Contact Our Development Team | | | | |
| | Hampton by Hilton | | | | | |
| | Homewood Suites by Hilton | | | | | |
| | Home2 Suites by Hilton | | | | | |
| | Hilton HHonors | | | | | |

Book a Room | Travel Agents | Site Map | 1-800-HILTONS (1-800-445-8667) | Customer Support | Privacy Policy | Site Usage Agreement

Connect With Us:   in   y   f   🅖   ▶        EOE/AA/Disabled/V

Copyright © 2017 Hilton   |   Hilton.com

5-6

Job Search



jobs.hilton.com ⌄

| Home | Discover Hilton | Our Brands ⌄ | Universities ⌄ | US Military | Areas of Talent ⌄ | Search All. |

Yvette Walker, you are signed in. | My Account Options

🛒 My Job Cart (0 Items) | Sign Out

**Job Search    My Jobpage**

My Submissions | My Job Cart | My Saved Searches |

## MY SUBMISSIONS (31 JOB SUBMISSIONS FOUND)

Thank you for considering an opportunity with Hilton. Here, you can find your completed submissions as well as those that are still in the works. You can also check here for the status of the jobs that you find most interesting.

Hilton has recently completed a corporate spin-off of Hilton Grand Vacations and Park Hotels & Resorts (Park) into separate public companies. Hilton is now a separate company from Hilton Grand Vacations or Park. If you previously applied for Hilton, Hilton Grand Vacations, or Park jobs, you will see those job submissions listed below. Note that while you see your previous submissions, your new and previous application information will only be accessible to the company that posted the vacancy to which you are applying (either Hilton, Hilton Grand Vacations, or Park).

Submissions per page:
10 ⌄

### Completed Submissions

**Catering & Events Administrative Assistant**    - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01C9Q
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: May 5, 2015
View Submission | View Email Messages

**Human Resources Coordinator**    - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01E8K
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Apr 29, 2015
View Submission | View Email Messages

**Sales Liaison**    - Full-time
United States of America-Illinois-Chicago
Job Number: HOT0164A
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Apr 2, 2015
View Submission | View Email Messages

**Human Resources Coordinator (Full-Time)**    - Full-time
United States of America-Illinois-Chicago
Job Number: HUM012D2
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Oct 21, 2014
View Submission | View Email Messages

**Accounts Receivable Clerk (Full-Time)**    - Full-time
United States of America-Illinois-Chicago
Job Number: THE010H6
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Oct 14, 2014
View Submission | View Email Messages

**Accounts Payable Clerk (Full-Time)**    - Full-time
United States of America-Illinois-Chicago
Job Number: THE010FO
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Apr 19, 2014
View Submission | View Email Messages

**General Cashier**    - Full-time
United States of America-Illinois-Chicago
Job Number: HIL00B2L

**Candidate Profile**
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests.

Access my profile

**Jobs Matching My Profile**
Take a look at jobs currently available within our organization that match your professional competencies and interests.

View jobs matching my profile

**Icon Information**

○ More information: this icon will allow you to view a brief overview of the job vacancy.

▨ Draft submission: This icon indicates that there is already a job application in process for this vacancy.

▨ Completed submission: this icon indicates that you have already applied for this job vacancy.

5-7

Job Search

 

jobs.hilton.com ∨

| Home | Discover Hilton | Our Brands ∨ | Universities ∨ | US Military | Areas of Talent ∨ | Search All |

Yvette Walker, you are signed in. | My Account Options

My Job Cart (0 items) | Sign Out

**Job Search    My Jobpage**

My Submissions | My Job Cart | My Saved Searches |

MY SUBMISSIONS (31 JOB SUBMISSIONS FOUND)

Thank you for considering an opportunity with Hilton. Here, you can find your completed submissions as well as those that are still in the works. You can also check here for the status of the jobs that you find most interesting.

Hilton has recently completed a corporate spin-off of Hilton Grand Vacations and Park Hotels & Resorts (Park) into separate public companies. Hilton is now a separate company from Hilton Grand Vacations or Park. If you previously applied for Hilton, Hilton Grand Vacations, or Park jobs, you will see those job submissions listed below. Note that while you see your previous submissions, your new and previous application information will only be accessible to the company that posted the vacancy to which you are applying (either Hilton, Hilton Grand Vacations, or Park).

Submissions per page:

10 ∨

### Completed Submissions

**Human Resources Administrative Assistant**    - Full-time
United States of America-Illinois-Chicago
Job Number: HOT04UZN
Job Status: Active (Accepting applications)
Submission Status: Completed – Updated: Jan 25, 2018
View/Edit Submission | View Email Messages | Withdraw

**Catering & Events Administrative Assistant - Hilton Chicago**
- Full-time
United States of America-Illinois-Chicago
Job Number: HOT04TI1
Job Status: Active (Accepting applications)
Submission Status: Completed – Updated: Jan 22, 2018
View Submission | View Email Messages | Withdraw

**Human Resources Coordinator**    - Full-time
United States of America-Illinois-Chicago
Job Number: HOT04Q3V
Job Status: Active (Accepting applications)
Submission Status: Completed – Updated: Dec 28, 2017
View Submission | View Email Messages

**Senior Catering Sales Manager - The Palmer House Hilton**
- Full-time
United States of America-Illinois-Chicago
Job Number: HOT04Q0M
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Dec 23, 2017
View Submission | View Email Messages

**Accounts Receivable Clerk**    - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01RPB
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jul 29, 2015
View Submission | View Email Messages

**Income Auditor (Full Time)**    - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01PG0
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jul 29, 2015
View Submission | View Email Messages

**Candidate Profile**
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests.
Access my profile

**Jobs Matching My Profile**
Take a look at jobs currently available within our organization that match your professional competencies and interests.
View jobs matching my profile

**Icon Information**

More information: this icon will allow you to view a brief overview of the job vacancy.

Draft submission: This icon indicates that there is already a job application in process for this vacancy.

Completed submission: this icon indicates that you have already applied for this job vacancy.

5-8

Job Search
Page 2 of 3

### Human Resources Coordinator — Full-time
United States of America-Illinois-Chicago
Job Number: HOT01NZ2
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jul 23, 2015
View Submission | View Email Messages

### Outlets Manager - Coq D'Or — Full-time
United States of America-Illinois-Chicago
Job Number: HOT01LAZ
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jul 9, 2015
View Submission | View Email Messages

### FT Coordinator - Catering — Full-time
United States of America-Florida-Hollywood
Job Number: HOT01NL9
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jun 19, 2015
View Submission | View Email Messages

## Withdrawn Submissions

### Housekeeping Coordinator — Full-time
United States of America-Illinois-Chicago
Job Number: HOT01KVW
Job Status: Active (No longer accepting applications)
Submission Status: Withdrawn – Updated: Jun 16, 2015
View Email Messages

My Submissions - Page 1 of 4 Previous | 1 2 3 4 | Next

Withdraw All Submissions

| About Us | Brand Portfolio | Development | Careers Home | Corporate Responsibility | Investors | M |
|---|---|---|---|---|---|---|
| History & Heritage | Hilton Hotels & Resorts | Hilton Performance Advantage | Discover Hilton | CR at Hilton | News | Hil |
| Vision, Mission, and Values | Waldorf Astoria Hotels | Owner Information | Our Brands | Opportunities | Events & Presentations | Ou |
| Executive Committee | Conrad Hotels & Resorts | Architecture & Construction | Universities | Communities | Financial Reporting | Me |
| Contact Us | Canopy | Management Services | US Military | Environment | Corporate Governance | Re |
| | Curio | Develop a Hotel | Growth in Saudi Arabia | Our Reporting | Stock Information | Aw |
| | Doubletree by Hilton | Disclosure Documents | Areas of Talent | Downloads | Investor Resources | |
| | Embassy Suites by Hilton | Our Properties | Search All Jobs | | | |
| | Hilton Garden Inn | Contact Our Development Team | | | | |
| | Hampton by Hilton | | | | | |
| | Homewood Suites by Hilton | | | | | |
| | Home2 Suites by Hilton | | | | | |
| | Hilton HHonors | | | | | |

Book a Room | Travel Agents | Site Map | 1-800-HILTONS (1-800-445-8667) | Customer Support | Privacy Policy | Site Usage Agreement

Connect With Us: in  f    EOE/AA/Disabled/V

5-9



@ jobs.hilton.com

| Home | Discover Hilton | Our Brands ⌄ | Universities ⌄ | US Military | Areas of Talent ⌄ | Search All |

Yvette Walker, you are signed in. | My Account Options

My Job Cart (0 items) | Sign Out

**Job Search   My Jobpage**

My Submissions | My Job Cart | My Saved Searches

## MY SUBMISSIONS (31 JOB SUBMISSIONS FOUND)

Thank you for considering an opportunity with Hilton. Here, you can find your completed submissions as well as those that are still in the works. You can also check here for the status of the jobs that you find most interesting.

Hilton has recently completed a corporate spin-off of Hilton Grand Vacations and Park Hotels & Resorts (Park) into separate public companies. Hilton is now a separate company from Hilton Grand Vacations or Park. If you previously applied for Hilton, Hilton Grand Vacations, or Park jobs, you will see those job submissions listed below. Note that while you see your previous submissions, your new and previous application information will only be accessible to the company that posted the vacancy to which you are applying (either Hilton, Hilton Grand Vacations, or Park).

Submissions per page.
10 ⌄

### Completed Submissions

**Assistant Executive Steward**     - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01FY4
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jun 15, 2015
View Submission | View Email Messages

**Accounts Receivable Clerk**     - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01J56
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jun 12, 2015
View Submission | View Email Messages

**Senior Sales Manager, Business Travel Sales - Hiltons of Chicago Complex**     - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01KP7
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jun 2, 2015
View Submission | View Email Messages

**Finance Coordinator**     - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01JLL
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jun 2, 2015
View Submission | View Email Messages

**Human Resources Coordinator**     - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01KX7
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Jun 1, 2015
View Submission | View Email Messages

**Administrative Assistant, Event Sales Center (Full-Time)**     - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01IJN
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: May 28, 2015
View Submission | View Email Messages

**Candidate Profile**
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests.

Access my profile

**Jobs Matching My Profile**
Take a look at jobs currently available within our organization that match your professional competencies and interests.

View jobs matching my profile

**Icon information**

☐ More information: this icon will allow you to view a brief overview of the job vacancy.

☐ Draft submission: This icon indicates that there is already a job application in process for this vacancy.

☐ Completed submission: this icon indicates that you have already applied for this job vacancy.

5-10

Job Search

**Human Resources Coordinator**    - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01CFP
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: May 21, 2015
View Submission | View Email Messages

## Withdrawn Submissions

**Housekeeping Office Administrative Assistant**    - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01HJQ
Job Status: Active (No longer accepting applications)
Submission Status: Withdrawn – Updated: May 21, 2015
View Email Messages

## Completed Submissions

**Events Adminstrative Assistant**    - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01GUP
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: May 14, 2015
View Submission | View Email Messages

**Finance Administrative Assistant**    - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01CFN
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: May 8, 2015
View Submission | View Email Messages

My Submissions - Page 2 of 4 Previous | 1 **2** 3 4 | Next

Withdraw All Submissions

| About Us | Brand Portfolio | Development | Careers Home | Corporate Responsibility | Investors | M |
|---|---|---|---|---|---|---|
| History & Heritage | Hilton Hotels & Resorts | Hilton Performance Advantage | Discover Hilton | CR at Hilton | News | Hil |
| Vision, Mission, and Values | Waldorf Astoria Hotels | Owner Information | Our Brands | Opportunities | Events & Presentations | Ou |
| Executive Committee | Conrad Hotels & Resorts | Architecture & Construction | Universities | Communities | Financial Reporting | Me |
| Contact Us | Canopy | Management Services | US Military | Environment | Corporate Governance | Re |
| | Curio | Develop a Hotel | Growth in Saudi Arabia | Our Reporting | Stock Information | Aw |
| | Doubletree by Hilton | Disclosure Documents | Areas of Talent | Downloads | Investor Resources | |
| | Embassy Suites by Hilton | Our Properties | Search All Jobs | | | |
| | Hilton Garden Inn | Contact Our Development Team | | | | |
| | Hampton by Hilton | | | | | |
| | Homewood Suites by Hilton | | | | | |
| | Home2 Suites by Hilton | | | | | |
| | Hilton HHonors | | | | | |

Book a Room | Travel Agents | Site Map | 1-800-HILTONS (1-800-445-8667) | Customer Support | Privacy Policy | Site Usage Agreement

5-11

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 110 of 467 PageID #:110

Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: May 28, 2013
View Submission | View Email Messages

### Part time PBX Operator   - Part-time
United States of America-Illinois-Chicago
Job Number: FRO010QA
Job Status: Active (No longer accepting applications)
Submission Status: Completed – Updated: Nov 5, 2012
View Submission | View Email Messages

## Withdrawn Submissions

### General Cashier (Full-Time)   - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01MQN
Job Status: Active (No longer accepting applications)
Submission Status: Withdrawn – Updated: Jul 29, 2015
View Email Messages

### FT Asst Admin Catering   - Full-time
United States of America-Illinois-Chicago
Job Number: HOT01MGB
Job Status: Active (No longer accepting applications)
Submission Status: Withdrawn – Updated: Jul 29, 2015

My Submissions - Page 3 of 4 Previous | 1 2 **3** 4 | Next

Withdraw All Submissions

| About Us | Brand Portfolio | Development | Careers Home | Corporate Responsibility | Investors | M |
| --- | --- | --- | --- | --- | --- | --- |
| History & Heritage | Hilton Hotels & Resorts | Hilton Performance Advantage | Discover Hilton | CR at Hilton | News | Hill |
| Vision, Mission, and Values | Waldorf Astoria Hotels | Owner Information | Our Brands | Opportunities | Events & Presentations | Ou |
| Executive Committee | Conrad Hotels & Resorts | Architecture & Construction | Universities | Communities | Financial Reporting | Me |
| Contact Us | Canopy | Management Services | US Military | Environment | Corporate Governance | Re |
| | Curio | Develop a Hotel | Growth in Saudi Arabia | Our Reporting | Stock Information | Aw |
| | Doubletree by Hilton | Disclosure Documents | Areas of Talent | Downloads | Investor Resources | |
| | Embassy Suites by Hilton | Our Properties | Search All Jobs | | | |
| | Hilton Garden Inn | Contact Our Development Team | | | | |
| | Hampton by Hilton | | | | | |
| | Homewood Suites by Hilton | | | | | |
| | Home2 Suites by Hilton | | | | | |
| | Hilton HHonors | | | | | |

Book a Room | Travel Agents | Site Map | 1-800-HILTONS (1-800-445-8667) | Customer Support | Privacy Policy | Site Usage Agreement

Connect With Us:  in  y  f  ▣  ▶

EOE/AA/Disabled/V

Copyright © 2017 Hilton   |   Hilton.com

5-2

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 111 of 467 PageID #:111

| About Us | Brand Portfolio | Development | Careers Home | Corporate Responsibility | Investors | Me |
|---|---|---|---|---|---|---|
| History & Heritage | Hilton Hotels & Resorts | Hilton Performance Advantage | Discover Hilton | CR at Hilton | News | Hil |
| Vision, Mission, and Values | Waldorf Astoria Hotels | Owner Information | Our Brands | Opportunities | Events & Presentations | Ou |
| Executive Committee | Conrad Hotels & Resorts | Architecture & Construction | Universities | Communities | Financial Reporting | Me |
| Contact Us | Canopy | Management Services | US Military | Environment | Corporate Governance | Re |
| | Curio | Develop a Hotel | Growth in Saudi Arabia | Our Reporting | Stock Information | Aw |
| | Doubletree by Hilton | Disclosure Documents | Areas of Talent | Downloads | Investor Resources | |
| | Embassy Suites by Hilton | Our Properties | Search All Jobs | | | |
| | Hilton Garden Inn | Contact Our Development Team | | | | |
| | Hampton by Hilton | | | | | |
| | Homewood Suites by Hilton | | | | | |
| | Home2 Suites by Hilton | | | | | |
| | Hilton HHonors | | | | | |

Book a Room | Travel Agents | Site Map | 1-800-HILTONS (1-800-445-8667) | Customer Support | Privacy Policy | Site Usage Agreement

Connect With Us:  in  y  f  ◙  ▶                                                                    EOE/AA/Disabled/V

Copyright © 2017 Hilton | Hilton.com

5-13

 HILTON
WORLDWIDE

July 28, 2015

Yvette Walker
17142 School Street
South Holland, Illinois 60473

Dear Yvette:

We are pleased to offer you a position with Hilton Worldwide, working at Hilton Chicago and Towers based in Chicago, IL. The following represents the more significant points of this offer:

**Title:**
Accounts Receivable Clerk

**Compensation:** $17.45/hr

**Reports to:**
Rosalie Omandam – Finance

**Transfer Effective Date:**
July 29, 2015

**Time Off from Work:**
If you are transferring to a different business unit, you will be subject to the paid time off or vacation policies at your new work location, which may or may not differ from your existing benefit. You will retain any accrued Paid Time Off or vacation hours you have earned but not yet used. Please contact the Human Resource representative at your new work location if you have questions.

**Health & Welfare Benefits:**
As a transferring team member, your existing benefit enrollments will be carried over to your new position/location. If different plans exist at your new location, you will be eligible to enroll in the plan that most closely resembles your current plan; any significant plan changes must be made during the annual open enrollment period.

As a reminder, Hilton Worldwide's benefit offerings and other terms and conditions of employment are subject to change or termination, with or without notice. In the event of differences between any documents relating to compensation and benefits, the terms of the applicable plan document will control.

This letter supersedes any previous verbal or written offer that you may have received. This offer letter does not constitute an employment contract. If you accept this transfer, you will continue to be an at-will employee, which means that either Hilton Worldwide or you may terminate the employment relationship at any time, for any reason, with or without cause. Hilton Worldwide team members are employed on the condition that they sign an Agreement Regarding At-Will Employment and Arbitration.

*(Exhibit E2)*

## Position & Payroll

System ID: RWA1-9YQKJ2    Status: Approved    Created: 07/24/2015

# Change & Hires

## Basic Information

| | | | |
|---|---|---|---|
| Requested By | Olivia Schiller | Requested For | Yvette Walker |
| Position Number | 10503200 | Employee ID | 1435185 |
| Business Title | FT PBX Operator | Department | Telephone |
| Hotel/Business Unit | Hilton Chicago and Towers | Unit | 02030 |
| Email | Yvette.Walker@hilton.com | | |

## Position Information

| | | | |
|---|---|---|---|
| Effective Date | 29-Jul-2015 | | |
| From Position | 10503200 | To Position | 10228162 |
| From Title | FT PBX Operator | To Title | FT Clerk Accounts Receivable |
| Reason | --please select a reason-- | | |

## Salary Information

| | | | |
|---|---|---|---|
| Effective Date | 29-Jul-2015 | | |
| Exec. Committee Approver | John Anstey | Effective Date | |
| Salary From | | Salary To | |
| Hourly From | 17.05 | Hourly To | 17.45 |
| Salary Reason Code | Promotion | Perf. App Rating | |
| Perf. App Date | | Next Review Date | |
| Comments | Night differential of $0.40 - Rate per offer letter | | |

*8-10-15 AA*

## Salary Allocations

| | | | |
|---|---|---|---|
| Effective Date | 29-Jul-2015 | | |
| Home Dept | G & A | % Allocation | 100 |
| Department 2 | | % Allocation | |
| Department 3 | | % Allocation | |
| Department 4 | | % Allocation | |

## Comments

| | |
|---|---|
| HR Approval Comments | Incorrect date |
| EC Approval Comments | |
| GM Approval Comments | |

(Exhibit F)

CO      Empl ID              000000-000000
SVH     1435185
2032-Hilton Chicago and Towers
71000
Hilton Domestic Operating Co LLC
Memphis Shared Services
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions      Addl Amt   Addl %
 Fed:    S-01
 IL(W):  N-01
Dept : 71000-G & A
Job Title : Customer Service-Accounting
Pay Rate : $17.970000 Hourly

# Earnings Statement

Page 001 of 001
Period Beg/End:    12/11/2016 - 12/24/2016
Advice Date:       12/30/2016
Advice Number:     0018125313
Batch Number:      000000000724

WALKER, YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.9700 | 68.50 | 1230.95 | 33906.10 |
| Overtime | 27.2800 | 4.75 | 129.58 | 3209.22 |
| Paid Time Of | 17.9700 | 16.00 | 287.52 | 3319.12 |
| Meals | | | 47.61 | 1339.84 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| Gross Pay | 89.25 | 1648.05 | 40394.35 |
|---|---|---|---|

| Taxes | | |
|---|---|---|
| Fed Withholdng | 186.07 | 4533.97 |
| Fed MED/EE | 23.23 | 570.55 |
| Fed OASDI/EE | 99.30 | 2439.57 |
| IL Withholdng | 56.93 | 1393.98 |

| Total Taxes | 365.53 | 8938.07 |
|---|---|---|

| YTD Hours | | Hours YTD |
|---|---|---|
| Regular Wages | | 1941.00 |
| Overtime | | 120.25 |
| Paid Time Off | | 184.00 |

| Total YTD Hours | 2245.25 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Before-Tax Deductions | | |
| Dental | 4.64 | 120.64 |
| Medical Before Ta | 38.88 | 1010.88 |
| Vision | 2.88 | 74.88 |

| Total Before-Tax | 46.40 | 1206.40 |
|---|---|---|
| After-Tax Deductions | | |
| Award Zero Net De | 0.00 | 15.00 |

| Total After-Tax D | 0.00 | 15.00 |
|---|---|---|
| Total Net Pay | 1236.12 | 30394.88 |
| Fed Txble Wages | 1601.65 | 39347.95 |

DDP Summary
Deposit Che  XXXXX9195        1,236.12
Net Check                      0.00

Leave Balances

Paid Time Off                 201.64

© 2022 Automatic Data Processing (PC2700)

Hilton Domestic Operating Co LLC
Memphis Shared Services
755 Crossover Lane
Memphis, TN 38117

Advice Number:    0018125313

Advice Date:      12/30/2016

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, YVETTE | Checking XXXXX9195 | 071000013 | 1236.12 |


8-1

CO   Empl ID     000000-000000
SVH  1445185
2032-Hilton Chicago and Towers
71000
*Hilton Domestic Operating Co LLC*
*Memphis Shared Services*
*755 Crossover Lane*
*Memphis, TN 38117*

312/922-4400

Taxable Marital Status: Single
Exemptions  Addl Amt  Addl %
Fed:  S-01
IL(W):  N-01
Dept : 71000-G & A
Job Title : Customer Service-Accounting
Pay Rate : $17.450000 Hourly

# Earnings Statement

Page 001 of 001
Period Beg/End:  11/27/2016 - 12/10/2016
Advice Date:  12/16/2016
Advice Number:  0018069446
Batch Number:  000000000702

**WALKER, YVETTE**
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 32675.15 |
| Overtime | 26.5004 | 11.75 | 311.38 | 3079.64 |
| Meals | | | 59.64 | 1292.23 |
| Paid Time Of | | | | 2931.60 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| Gross Pay | | 91.75 | 1767.38 | 38908.30 |
|---|---|---|---|---|

| Taxes | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 194.96 | 4347.90 |
| Fed MED/EE | 24.08 | 547.32 |
| Fed OASDI/EE | 102.98 | 2340.27 |
| IL Withholdng | 59.15 | 1337.05 |

| Total Taxes | 381.17 | 8572.54 |
|---|---|---|

| YTD Hours | Hours YTD |
|---|---|
| Regular Wages | 1872.50 |
| Overtime | 115.50 |
| Paid Time Off | 168.00 |

| Total YTD Hours | 2156.00 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 116.00 |
| Medical Before Ta | 38.88 | 972.00 |
| Vision | 2.88 | 72.00 |

| Total Before Tax | 46.40 | 1160.00 |
|---|---|---|

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Award Zero Net De | 0.00 | 15.00 |

| Total After-Tax D | 0.00 | 15.00 |
|---|---|---|
| **Total Net Pay** | **1279.81** | **29158.76** |
| Fed Txble Wages | 1660.98 | 37746.30 |

**DDP Summary**

| | | |
|---|---|---|
| Deposit Che XXXXX9195 | | 1,279.81 |
| Net Check | | 0.00 |

**Leave Balances**

| | |
|---|---|
| Paid Time Off | 208.22 |

© 2002 Automatic Data Processing (PCDD00)

*Hilton Domestic Operating Co LLC*
*Memphis Shared Services*
*755 Crossover Lane*
*Memphis, TN 38117*

Advice Number: 0018069446

Advice Date: 12/16/2016

**Deposited to the account of**
WALKER, YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX9195 | 071000013 | 1279.81 |

THIS IS NOT A CHECK

8-2

CO        Empl ID        000000-000000
SVH       1435185
2032-Hilton Chicago and Towers
71000
Hilton Domestic Operating Co LLC
Memphis Shared Services
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt  Addl %
  Fed: S-01
  IL(W): N-01
Dept : 71000-G & A
Job Title : Customer Service-Accounting
Pay Rate : $17.450000  Hourly

# Earnings Statement

Period Beg/End:      11/13/2016 - 11/26/2016
Advice Date:         12/02/2016
Advice Number:       0018011277
Batch Number:        000000000678

WALKER,YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 65.75 | 1147.34 | 31279.15 |
| Paid Time Of | 17.4500 | 24.00 | 418.80 | 2931.60 |
| Meals | | | 42.74 | 1232.59 |
| Overtime | | | | 2768.26 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 89.75 | 1566.14 | 37198.92 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Witholdng | 173.78 | 4152.94 |
| Fed MED/EE | 22.04 | 523.24 |
| Fed OASDI/EE | 94.22 | 2237.29 |
| IL Witholdng | 53.85 | 1277.90 |

| | | |
|---|---|---|
| Total Taxes | 343.89 | 8191.37 |

**YTD Hours**

| | Hours YTD |
|---|---|
| Regular Wages | 1792.50 |
| Paid Time Off | 168.00 |
| Overtime | 103.75 |

| | |
|---|---|
| Total YTD Hours | 2064.25 |

Other Benefits and
Information      This Period   Year-to-Date

**Before-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Dental | 4.64 | 111.36 |
| Medical Before Ta | 38.88 | 933.12 |
| Vision | 2.88 | 69.12 |

| | | |
|---|---|---|
| Total Before-Tax | 46.40 | 1113.60 |

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Award Zero Net De | 0.00 | 15.00 |

| | | |
|---|---|---|
| Total After-Tax D | 0.00 | 15.00 |
| Total Net Pay | 1175.85 | 27878.95 |
| Fed Txble Wages | 1519.74 | 36085.32 |

**DDP Summary**

| | | |
|---|---|---|
| Deposit Che XXXXX9195 | | 1,175.85 |
| Net Check | | 0.00 |

**Leave Balances**

| | |
|---|---|
| Paid Time Off | 139.30 |

© 1992 Automatic Data Processing (PC2000)

Hilton Domestic Operating Co LLC
Memphis Shared Services
755 Crossover Lane
Memphis, TN 38117

Advice Number:     0018011277
Advice Date:       12/02/2016

THIS IS NOT A CHECK

Deposited to the account of

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER,YVETTE | Checking XXXXX9195 | 071000013 | 1175.85 |

8-3

CO          Empl ID          000000-000000
SVH         1435185
2032-Hilton  Chicago  and  Towers
71000
Hilton  Domestic  Operating  Co LLC
Memphis  Shared  Services
755 Crossover  Lane
Memphis,  TN 38117

312/922-4400

Taxable  Marital  Status:  Single
Exemptions      Addl Amt   Addl %
 Fed:   S-01
 IL(W):  N-01
Dept : 71000-G & A
Job Title : Customer  Service-Accounting
Pay Rate : $17.450000  Hourly

## Earnings Statement

WALKER,YVETTE
17142  School  Sreet
South  Holland,  IL   60473

| | | | | |
|---|---|---|---|---|
| Period Beg/End: | | | 10/30/2016 -11/12/2016 | |
| Advice Date: | | | 11/18/2016 | |
| Advice Number: | | | 0017950020 | |
| Batch Number: | | | 000000000657 | |

Page  001  of 001

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 73.00 | 1273.85 | 30131.81 |
| Overtime | 26.5067 | 0.75 | 19.88 | 2768.26 |
| Paid Time Of | 17.4500 | 8.00 | 139.60 | 2512.80 |
| Meals | | | 47.94 | 1189.85 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Gross Pay | | 81.75 | 1433.33 | 35632.78 |

**Taxes**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| Fed Withholdng | | | 153.86 | 3979.16 |
| Fed MED/EE | | | 20.11 | 501.20 |
| Fed OASDI/EE | | | 85.99 | 2143.07 |
| IL Withholdng | | | 48.87 | 1224.05 |

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| Total Taxes | | | 308.83 | 7847.48 |

**YTD Hours**

| | Hours YTD |
|---|---|
| Regular Wages | 1726.75 |
| Overtime | 103.75 |
| Paid Time Off | 144.00 |

| | |
|---|---|
| Total YTD Hours | 1974.50 |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 106.72 |
| Medical Before Ta | 38.88 | 894.24 |
| Vision | 2.88 | 66.24 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Before-Tax | 46.40 | 1067.20 |
| **After-Tax Deductions** | | |
| Award Zero Net De | 0.00 | 15.00 |

| | This Period | Year-to-Date |
|---|---|---|
| Total After-Tax D | 0.00 | 15.00 |
| **Total Net Pay** | 1078.10 | 26703.10 |
| Fed Txble Wages | 1386.93 | 34565.58 |

**DDP Summary**

| | |
|---|---|
| Deposit  Che  XXXXX9195 | 1,078.10 |
| Net Check | 0.00 |

**Leave Balances**

| | |
|---|---|
| Paid Time Off | 213.29 |

© ADP Automatic Data Processing (PCC2WII)

---

Hilton  Domestic  Operating  Co LLC
Memphis  Shared  Services
755 Crossover  Lane
Memphis,  TN 38117

| | |
|---|---|
| Advice  Number: | 0017950020 |
| Advice  Date: | 11/18/2016 |

**THIS IS NOT A CHECK**

**Deposited  to  the  account  of**

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER,YVETTE | Checking  XXXXX9195 | 071000013 | 1078.10 |

8-4

CO          Empl ID          000000-000000
SVH         1435185
2032-Hilton   Chicago   and   Towers
71000
Hilton  Domestic  Operating  Co LLC
Memphis  Shared  Services
755  Crossover  Lane
Memphis,  TN  38117

312/922-4400

Taxable  Marital  Status:  Single
Exemptions     Addl  Amt   Addl  %
  Fed:    S-01
  IL(W):  N-01
Dept : 71000-G & A
Job  Title : Customer  Service-Accounting
Pay  Rate  : $17.450000  Hourly

# Earnings    Statement

Page  001  of  001
Period Beg/End:    10/16/2016 -10/29/2016
Advice Date:       11/04/2016
Advice Number:     0017895292
Batch Number:      000000000636

WALKER,YVETTE
17142  School  Sreet
South  Holland,  IL  60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 75.25 | 1313.11 | 28857.96 |
| Overtime | 26.5029 | 1.75 | 46.38 | 2748.38 |
| Paid Time Of | 17.4500 | 8.00 | 139.60 | 2373.20 |
| Meals | | | 50.05 | 1141.91 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| Gross Pay | | 85.00 | 1499.09 | 34199.45 |
|---|---|---|---|---|
| **Taxes** | | | | |
| Fed Withholdng | | | 163.72 | 3825.30 |
| Fed MED/EE | | | 21.06 | 481.09 |
| Fed OASDI/EE | | | 90.07 | 2057.08 |
| IL Withholdng | | | 51.34 | 1175.18 |

| Total Taxes | | | 326.19 | 7538.65 |
|---|---|---|---|---|
| **YTD Hours** | | | | **Hours YTD** |
| Regular Wages | | | | 1653.75 |
| Overtime | | | | 103.00 |
| Paid Time Off | | | | 136.00 |

| Total YTD Hours | | | | 1892.75 |
|---|---|---|---|---|

| Other Benefits and Information | | This Period | Year-to-Date |
|---|---|---|---|
| **Before-Tax Deductions** | | | |
| Dental | | 4.64 | 102.08 |
| Medical Before Ta | | 38.88 | 855.36 |
| Vision | | 2.88 | 63.36 |

| Total Before-Tax | | 46.40 | 1020.80 |
|---|---|---|---|
| **After-Tax Deductions** | | | |
| Award Zero Net De | | 0.00 | 15.00 |

| Total After-Tax D | | 0.00 | 15.00 |
|---|---|---|---|
| **Total Net Pay** | | **1126.50** | **25625.00** |
| Fed Txble Wages | | 1452.69 | 33178.65 |
| **DDP Summary** | | | |
| Deposit Che XXXXX9195 | | | 1,126.50 |
| Net Check | | | 0.00 |

Leave  Balances

| Paid Time Off | | | 212.26 |
|---|---|---|---|

© 1992 Automatic Data Processing (AD2901)

Hilton  Domestic  Operating  Co  LLC
Memphis  Shared  Services
755  Crossover  Lane
Memphis,  TN  38117

Advice  Number:     0017895292
Advice  Date:        11/04/2016

**Deposited  to  the  account  of**

WALKER,YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX9195 | 071000013 | 1126.50 |

THIS IS NOT A CHECK

8-5

CO   Empl ID   000000-000000
SVH   1435185
2032-Hilton Chicago and Towers
71000
Hilton Domestic Operating Co LLC
Memphis Shared Services
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions   Addl Amt   Addl %
  Fed:   S-01
  IL(W):   N-01
Dept : 71000-G & A
Job Title : Customer Service-Accounting
Pay Rate : $17.450000 Hourly

# Earnings Statement

Period Beg/End:   10/02/2016 - 10/15/2016
Advice Date:   10/21/2016
Advice Number:   0017844083
Batch Number:   000000000614

Page 001 of 001

**WALKER, YVETTE**
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 27544.85 |
| Overtime | 26.5000 | 13.00 | 344.50 | 2702.00 |
| Meals | | | 60.45 | 1091.86 |
| Paid Time Of | | | | 2233.60 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| Gross Pay | | 93.00 | 1740.50 | 32700.36 |
|---|---|---|---|---|

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 200.30 | 3661.58 |
| Fed MED/EE | | 24.57 | 460.03 |
| Fed OASDI/EE | | 105.03 | 1967.01 |
| IL Withholdng | | 60.39 | 1123.84 |

| Total Taxes | | 390.29 | 7212.46 |
|---|---|---|---|

| YTD Hours | Hours YTD |
|---|---|
| Regular Wages | 1578.50 |
| Overtime | 101.25 |
| Paid Time Off | 128.00 |

| Total YTD Hours | 1807.75 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 97.44 |
| Medical Before Ta | 38.88 | 816.48 |
| Vision | 2.88 | 60.48 |

| Total Before-Tax | 46.40 | 974.40 |
|---|---|---|
| **After-Tax Deductions** | | |
| Award Zero Net De | 0.00 | 15.00 |

| Total After-Tax D | 0.00 | 15.00 |
|---|---|---|
| **Total Net Pay** | 1303.81 | 24498.50 |
| Fed Txble Wages | 1694.10 | 31725.96 |

**DDP Summary**

| Deposit Che XXXXX9195 | 1,303.81 |
|---|---|
| Net Check | 0.00 |

| Leave Balances | |
|---|---|
| Paid Time Off | 210.97 |

Hilton Domestic Operating Co LLC
Memphis Shared Services
755 Crossover Lane
Memphis, TN 38117

Advice Number:   0017844083
Advice Date:   10/21/2016

**Deposited to the account of**
WALKER, YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX9195 | 071000013 | 1303.81 |

THIS IS NOT A CHECK

8-6

CO    Empl ID     000000-000000
SVH    1435185
2032-Hilton Chicago and Towers
71000
Hilton Domestic Operating Co LLC
Memphis Shared Services
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions   Addl Amt   Addl %
Fed:   S-01
IL(W): N-01
Dept : 71000-G & A
Job Title : Customer Service-Accounting
Pay Rate : $17.450000 Hourly

# Earnings Statement

Period Beg/End:   09/18/2016 -10/01/2016
Advice Date:   10/07/2016
Advice Number:   0017784060
Batch Number:   000000000592

Page 001 of 001

WALKER,YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 74.75 | 1304.39 | 26148.85 |
| Overtime | 26.5015 | 3.25 | 86.13 | 2357.50 |
| Paid Time Of | 17.4500 | 8.00 | 139.60 | 2233.60 |
| Meals | | | 50.70 | 1031.41 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| Gross Pay | 86.00 | 1530.12 | 30959.86 |
|---|---|---|---|

| Taxes | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 168.38 | 3461.28 |
| Fed MED/EE | 21.51 | 435.46 |
| Fed OASDI/EE | 92.00 | 1861.98 |
| IL Withholdng | 52.50 | 1063.45 |

| Total Taxes | 134.39 | 6822.17 |
|---|---|---|

| YTD Hours | Hours YTD |
|---|---|
| Regular Wages | 1498.50 |
| Overtime | 88.25 |
| Paid Time Off | 128.00 |

| Total YTD Hours | 1714.75 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 92.80 |
| Medical Before Ta | 38.88 | 777.60 |
| Vision | 2.88 | 57.60 |

| Total Before-Tax | 46.40 | 928.00 |
|---|---|---|

| After-Tax Deductions | This Period | Year-to-Date |
|---|---|---|
| Award Zero Net De | 0.00 | 15.00 |

| Total After-Tax D | 0.00 | 15.00 |
|---|---|---|
| **Total Net Pay** | 1149.33 | 23194.69 |
| Fed Txble Wages | 1483.72 | 30031.86 |

| DDP Summary | | |
|---|---|---|
| Deposit Che XXXXX9195 | | 1,149.33 |
| Net Check | | 0.00 |

| Leave Balances | |
|---|---|
| Paid Time Off | 202.05 |

Hilton Domestic Operating Co LLC
Memphis Shared Services
755 Crossover Lane
Memphis, TN 38117

Advice Number:   0017784060

Advice Date:   10/07/2016

## Deposited to the account of

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER,YVETTE | Checking XXXXX9195 | 071000013 | 1149.33 |

THIS IS NOT A CHECK

8-7

CO      Empl ID          000000-000000
SVH     1435185
2032-Hilton  Chicago  and  Towers
71000
*Hilton Domestic Operating Co LLC*
*Memphis Shared Services*
*755 Crossover Lane*
*Memphis, TN 38117*

312/922-4400

Taxable Marital Status: Single
Exemptions     Addl Amt  Addl %
  Fed:   S-01
  IL(W): N-01
Dept : 71000-G & A
Job Title : Customer Service-Accounting
Pay Rate : $17.450000 Hourly

# Earnings   Statement

| | |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 09/04/2016 - 09/17/2016 |
| Advice Date: | 09/23/2016 |
| Advice Number: | 0017724702 |
| Batch Number: | 000000000571 |

**WALKER, YVETTE**
17142 School Sreet
South Holland, IL  60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 73.75 | 1286.94 | 24844.46 |
| Overtime | 26.5000 | 5.50 | 145.75 | 2271.37 |
| Paid Time Of | 17.4500 | 8.00 | 139.60 | 2094.00 |
| Meals | | | 51.51 | 980.71 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 87.25 | 1572.29 | 29429.74 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 174.70 | 3292.90 |
| Fed MED/EE | 22.13 | 413.95 |
| Fed OASDI/EE | 94.60 | 1769.98 |
| IL Withholdng | 54.08 | 1010.95 |

| | | |
|---|---|---|
| Total Taxes | 345.51 | 6487.78 |

**YTD Hours**

| | Hours YTD |
|---|---|
| Regular Wages | 1423.75 |
| Overtime | 85.00 |
| Paid Time Off | 120.00 |

| | |
|---|---|
| Total YTD Hours | 1628.75 |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 88.16 |
| Medical Before Ta | 38.88 | 738.72 |
| Vision | 2.88 | 54.72 |

| | | |
|---|---|---|
| Total Before-Tax | 46.40 | 881.60 |

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Award Zero Net De | 0.00 | 15.00 |

| | | |
|---|---|---|
| Total After-Tax D | 0.00 | 15.00 |
| **Total Net Pay** | **1180.38** | **22045.36** |
| Fed Txble Wages | 1525.89 | 28548.14 |

**DDP Summary**

| | | |
|---|---|---|
| Deposit Che XXXXX9195 | | 1,180.38 |
| Net Check | | 0.00 |

**Leave Balances**

| | |
|---|---|
| Paid Time Off | 200.82 |

*Hilton Domestic Operating Co LLC*
*Memphis Shared Services*
*755 Crossover Lane*
*Memphis, TN 38117*

| | |
|---|---|
| Advice Number: | 0017724702 |
| Advice Date: | 09/23/2016 |

**Deposited to the account of**

WALKER, YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX9195 | 071000013 | 1180.38 |

THIS IS NOT A CHECK

88

```
CO      Empl ID
SVH     1435185              000000-000000
2032-Hilton  Chicago  and  Towers
71000
Park Hotels & Resorts Inc.
Memphis Shared Services
755 Crossover Lane
Memphis, TN 38117

312/922-4400
```

## Earnings   Statement

Period Beg/End:     Page 001 of 001
    08/21/2016 - 09/03/2016
Advice Date:     09/09/2016
Advice Number:     0017675331
Batch Number:     000000000548

```
Taxable Marital Status: Single
Exemptions   Addl Amt  Addl %
 Fed:    S-01
 IL(W):  N-01
Dept : 71000-G & A
Job Title : Customer Service-Accounting
Pay Rate : $17.450000 Hourly
```

**WALKER, YVETTE**
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 66.50 | 1160.43 | 23557.52 |
| Overtime | 26.5067 | 0.75 | 19.88 | 2125.62 |
| Paid Time Of | 17.4500 | 16.00 | 279.20 | 1954.40 |
| Meals | | | 43.71 | 929.20 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| | | | | |
|---|---|---|---|---|
| **Gross Pay** | | 83.25 | 1459.51 | 27857.45 |
| **Taxes** | | | | |
| Fed Withholdng | | | 157.78 | 3118.20 |
| Fed MED/EE | | | 20.49 | 391.82 |
| Fed OASDI/EE | | | 87.61 | 1675.38 |
| IL Withholdng | | | 49.85 | 956.87 |

| | This Period | Year-to-Date |
|---|---|---|
| **Total Taxes** | 315.73 | 6142.27 |

| YTD Hours | Hours YTD |
|---|---|
| Regular Wages | 1350.00 |
| Overtime | 79.50 |
| Paid Time Off | 112.00 |

| Total YTD Hours | 1541.50 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 83.52 |
| Medical Before Ta | 38.88 | 699.84 |
| Vision | 2.88 | 51.84 |

| | This Period | Year-to-Date |
|---|---|---|
| **Total Before-Tax** | 46.40 | 835.20 |
| **After-Tax Deductions** | | |
| Award Zero Net De | 0.00 | 15.00 |

| | This Period | Year-to-Date |
|---|---|---|
| **Total After-Tax D** | 0.00 | 15.00 |
| **Total Net Pay** | 1097.38 | 20864.98 |
| Fed Txble Wages | 1413.11 | 27022.25 |

**DDP Summary**

| | | This Period |
|---|---|---|
| Deposit Che XXXXX9195 | | 1,097.38 |
| Net Check | | 0.00 |

**Leave Balances**

| | Year-to-Date |
|---|---|
| Paid Time Off | 139.70 |

---

```
Park Hotels & Resorts Inc.
Memphis Shared Services
755 Crossover Lane
Memphis, TN 38117
```

Advice Number:     0017675331

Advice Date:     09/09/2016

THIS IS NOT A CHECK

**Deposited to the account of**

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, YVETTE | Checking XXXXX9195 | 071000013 | 1097.38 |

8-9

**HILTON** WORLDWIDE

CO     Empl ID          080000-000000
SVH    1435185
2032-Hilton Chicago and Towers
71000
Park Hotels & Resorts Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt  Addl %
 Fed:  S-01
 IL(W): N-01
Dept : 71000-G & A
Job Title : Customer Service-Accounting
Pay Rate : $17.450000 Hourly

# Earnings Statement

| | |
|---|---|
| Period Beg/End: | Page 001 of 001 |
| Advice Date: | 08/07/2016 - 08/20/2016 |
| Advice Number: | 08/26/2016 |
| Batch Number: | 0017611578 |
| | 000000000527 |

WALKER, YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 22397.09 |
| Overtime | 26.5013 | 3.75 | 99.38 | 2105.74 |
| Meals | | | 54.44 | 885.49 |
| Paid Time Of | | | | 1675.20 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 83.75 | 1495.38 | 26397.94 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 163.16 | 2960.42 |
| Fed MED/EE | 21.01 | 371.33 |
| Fed OASDI/EE | 89.84 | 1587.77 |
| IL Withholdng | 51.20 | 907.02 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Taxes | 325.21 | 5826.54 |

**YTD Hours**

| | Hours YTD |
|---|---|
| Regular Wages | 1283.50 |
| Overtime | 78.75 |
| Paid Time Off | 96.00 |

| | |
|---|---|
| Total YTD Hours | 1458.25 |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 78.88 |
| Medical Before Ta | 38.88 | 660.96 |
| Vision | 2.88 | 48.96 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Before-Tax | 46.40 | 788.80 |
| **After-Tax Deductions** | | |
| Award Zero Net De | 0.00 | 15.00 |

| | This Period | Year-to-Date |
|---|---|---|
| Total After-Tax D | 0.00 | 15.00 |
| Total Net Pay | 1123.77 | 19767.60 |
| Fed Txble Wages | 1448.98 | 25609.14 |

**DDP Summary**

| | | This Period |
|---|---|---|
| Deposit Che XXXXX9195 | | 1,123.77 |
| Net Check | | 0.00 |

**Leave Balances**

| | Year-to-Date |
|---|---|
| Paid Time Off | 206.50 |

© 2003 Automatic Data Processing (ADP)

**HILTON** WORLDWIDE Park Hotels & Resorts Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

| | |
|---|---|
| Advice Number: | 0017611578 |
| Advice Date: | 08/26/2016 |

THIS IS NOT A CHECK

**Deposited to the account of**
WALKER, YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| | Checking XXXXX9195 | 071000013 | 1123.77 |

8-10

# ⋈ HILTON
**WORLDWIDE**

| CO | Empl ID | 000000-000000 |
|---|---|---|
| SVH | 1435185 | |

2032-Hilton Chicago and Towers
71000
*Park Hotels & Resorts Inc.*
*Memphis Shared Services,*
*755 Crossover Lane*
*Memphis, TN 38117*

312/922-4400

Taxable Marital Status: Single
Exemptions   Addl Amt  Addl %
  Fed:  S-01
  IL(W): N-01
Dept : 71000-G & A
Job Title : Customer Service-Accounting
Pay Rate : $17.450000  Hourly

# Earnings   Statement

| | |
|---|---|
| Period Beg/End: | 07/24/2016 - 08/06/2016 |
| Advice Date: | 08/12/2016 |
| Advice Number: | 0017559758 |
| Batch Number: | 000000000500 |

Page 001 of 001

WALKER,YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 21001.09 |
| Overtime | 26.5000 | 2.00 | 53.00 | 2006.36 |
| Meals | | | 53.30 | 831.05 |
| Paid Time Of | | | | 1675.20 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| Gross Pay | 82.00 | 1449.00 | 24902.56 |
|---|---|---|---|

**Taxes**

| Fed Withholdng | 156.21 | 2797.26 |
|---|---|---|
| Fed MED/EE | 20.34 | 350.32 |
| Fed OASDI/EE | 86.96 | 1497.93 |
| IL Withholdng | 49.46 | 855.82 |

| Total Taxes | 312.97 | 5501.33 |
|---|---|---|

**YTD Hours** | | Hours YTD

| Regular Wages | 1203.50 |
|---|---|
| Overtime | 75.00 |
| Paid Time Off | 96.00 |

| Total YTD Hours | 1374.50 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|

**Before-Tax Deductions**

| Dental | 4.64 | 74.24 |
|---|---|---|
| Medical Before Ta | 38.88 | 622.08 |
| Vision | 2.88 | 46.08 |

| Total Before-Tax | 46.40 | 742.40 |
|---|---|---|

**After-Tax Deductions**

| Award Zero Net De | 0.00 | 15.00 |
|---|---|---|

| Total After-Tax D | 0.00 | 15.00 |
|---|---|---|
| Total Net Pay | 1089.63 | 18643.83 |
| Fed Txble Wages | 1402.60 | 24160.16 |

**DDP Summary**

| Deposit Che XXXXX9195 | 1,089.63 |
|---|---|
| Net Check | 0.00 |

**Leave Balances**

| Paid Time Off | 197.58 |
|---|---|

© 2002 CustomaticDATA Processing (CD200)

# ⋈ HILTON
**WORLDWIDE**

Park Hotels & Resorts Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

| Advice Number: | 0017559758 |
|---|---|
| Advice Date: | 08/12/2016 |

THIS IS NOT A CHECK

**Deposited to the account of** | **Account Number** | **Transit ABA** | **Amount**

WALKER,YVETTE

Checking XXXXX9195 | 071000013 | 1089.63

8-11

# HILTON WORLDWIDE

CO          Empl ID          000000-000000
SVR         1435185
2032-Hilton  Chicago  and  Towers
71000
Park Hotels & Resorts Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117
312/922-4400

Taxable Marital Status: Single
Exemptions      Addl Amt    Addl %
  Fed:    S-01
  IL(W):  N-01
Dept : 71000-G & A
Job Title : Customer Service-Accounting
Pay Rate : $17.450000  Hourly

# Earnings   Statement

Period Beg/End:     07/10/2016 - 07/23/2016
Advice Date:        07/29/2016
Advice Number:      0017503784
Batch Number:       000000000475

Page 001 of 001

WALKER, YVETTE
17142  School  Sreet
South  Holland,  IL  60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 19605.09 |
| Overtime | 26.5004 | 12.75 | 337.88 | 1953.36 |
| Meals | | | 60.29 | 777.75 |
| Paid Time Of | | | | 1675.20 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 92.75 | 1733.88 | 23453.56 |

| Taxes | | | This Period | Year-to-Date |
|---|---|---|---|---|
| Fed Withholdng | | | 198.94 | 2641.05 |
| Fed MED/EE | | | 24.46 | 329.98 |
| Fed OASDI/EE | | | 104.63 | 1410.97 |
| IL Withholdng | | | 60.14 | 806.36 |

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| Total Taxes | | | 188.17 | 5188.36 |

| YTD Hours | Hours YTD |
|---|---|
| Regular Wages | 1123.50 |
| Overtime | 73.00 |
| Paid Time Off | 96.00 |

| | |
|---|---|
| Total YTD Hours | 1292.50 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 69.60 |
| Medical Before Ta | 38.88 | 583.20 |
| Vision | 2.88 | 43.20 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Before-Tax | 46.40 | 696.00 |
| **After-Tax Deductions** | | |
| Award Zero Net De | 0.00 | 15.00 |

| | This Period | Year-to-Date |
|---|---|---|
| Total After-Tax D | 0.00 | 15.00 |
| **Total Net Pay** | 1299.31 | 17554.20 |
| Fed Txble Wages | 1687.48 | 22757.56 |

**DDP Summary**

| | | This Period |
|---|---|---|
| Deposit Che XXXXX9195 | | 1,299.31 |
| Net Check | | 0.00 |

**Leave Balances**

| | |
|---|---|
| Paid Time Off | 188.66 |

---

# HILTON WORLDWIDE

Park Hotels & Resorts Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:     0017503784
Advice Date:       07/29/2016

Deposited to the account of
WALKER, YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX9195 | 071000013 | 1299.31 |

THIS IS NOT A CHECK

8-12

**HILTON** WORLDWIDE

CO        Empl ID          000000-000000
SVH       1415185
2032-Hilton Chicago and Towers
71000
Park Hotels & Resorts, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt   Addl %
  Fed:   S-01
  IL(W): N-01
Dept : 71000-G & A
Job Title : Customer Service-Accounting
Pay Rate : $17.450000 Hourly

# Earnings Statement

Period Beg/End:    06/26/2016 - 07/09/2016
Advice Date:       07/15/2016
Advice Number:     0017443072
Batch Number:      000000000454

Page 001 of 001

WALKER,YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 61.75 | 1077.54 | 18209.09 |
| Paid Time Of | 17.4500 | 24.00 | 418.80 | 1675.20 |
| Meals | | | 40.14 | 717.46 |
| Overtime | | | | 1615.48 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| Gross Pay | 85.75 | 1496.34 | 21719.68 |
|---|---|---|---|

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 163.31 | 2442.11 |
| Fed MED/EE | | 21.03 | 309.52 |
| Fed OASDI/EE | | 89.89 | 1306.34 |
| IL Withholdng | | 51.24 | 746.22 |

| Total Taxes | 125.47 | 4800.19 |
|---|---|---|

| YTD Hours | Hours YTD |
|---|---|
| Regular Wages | 1043.50 |
| Paid Time Off | 96.00 |
| Overtime | 60.25 |

| Total YTD Hours | 1199.75 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 64.96 |
| Medical Before Ta | 38.88 | 544.32 |
| Vision | 2.88 | 40.32 |

| Total Before-Tax | 46.40 | 649.60 |
|---|---|---|
| **After-Tax Deductions** | | |
| Award Zero Net De | 0.00 | 15.00 |

| Total After-Tax D | 0.00 | 15.00 |
|---|---|---|
| Total Net Pay | 1124.47 | 16254.89 |
| Fed Txble Wages | 1449.94 | 21070.08 |

**DDP Summary**

| Deposit Che XXXXX9195 | 1,124.47 |
|---|---|
| Net Check | 0.00 |

**Leave Balances**

| Paid Time Off | 179.74 |
|---|---|

**HILTON** WORLDWIDE
Park Hotels & Resorts, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:     0017443072
Advice Date:       07/15/2016

**Deposited to the account of**
WALKER,YVETTE



| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX9195 | 071000013 | 1124.47 |

X-13

**HILTON** WORLDWIDE

CO Empl ID 000000-000000
SVH 1435185

2032-Hilton Chicago and Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions Addl Amt Addl %
Fed: S-01
IL(W): N-01
Dept : 71000-G & A
Job Title : Customer Service-Accounting
Pay Rate : $17.450000 Hourly

# Earnings Statement

Period Beg/End: 06/12/2016 - 06/25/2016
Advice Date: 07/01/2016
Advice Number: 0017390938
Batch Number: 000000000432

WALKER, YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 17131.55 |
| Overtime | 26.5007 | 6.75 | 178.88 | 1615.48 |
| Meals | | | 56.39 | 677.32 |
| Paid Time Of | | | | 1256.40 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| Gross Pay | 86.75 | 1574.88 | 20223.34 |
|---|---|---|---|

| Taxes | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 175.09 | 2278.80 |
| Fed MED/EE | 22.16 | 284.49 |
| Fed OASDI/EE | 94.77 | 1216.45 |
| IL Withholdng | 54.18 | 694.98 |

| Total Taxes | 346.20 | 4474.72 |
|---|---|---|

| YTD Hours | Hours YTD |
|---|---|
| Regular Wages | 981.75 |
| Overtime | 60.25 |
| Paid Time Off | 72.00 |

| Total YTD Hours | 1114.00 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 60.32 |
| Medical Before Ta | 38.88 | 505.44 |
| Vision | 2.88 | 37.44 |

| Total Before-Tax | 46.40 | 603.20 |
|---|---|---|
| **After-Tax Deductions** | | |
| Award Zero Net De | 0.00 | 15.00 |

| Total After-Tax D | 0.00 | 15.00 |
|---|---|---|
| Total Net Pay | 1182.28 | 15130.42 |
| Fed Txble Wages | 1528.48 | 19620.14 |

| DDP Summary | | |
|---|---|---|
| Deposit Che XXXXX9195 | | 1,182.28 |
| Net Check | | 0.00 |

Leave Balances

Paid Time Off 194.18

© 2001 Business Office Programming (POBPS)

**HILTON** WORLDWIDE
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number: 0017390938
Advice Date: 07/01/2016

THIS IS NOT A CHECK

**Deposited to the account of**
WALKER, YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX9195 | 071000013 | 1182.28 |

8-14

**HILTON** WORLDWIDE

CO          Empl ID
SVH    1435185                    000000-090000
2032-Hilton Chicago and Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt   Addl $
  Fed:  S-01
  IL(W): N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

# Earnings   Statement

Period Beg/End:        Page 001 of 001
Advice Date:           05/29/2016 - 06/11/2016
Advice Number:         06/17/2016
Batch Number:          0017330001
                       000000000408

WALKER,YVETTE
17142 School Sreet
South Holland, IL   60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 59.00 | 1029.55 | 15735.55 |
| Paid Time Of | 17.4500 | 24.00 | 418.80 | 1256.40 |
| Meals | | | 38.35 | 620.93 |
| Overtime | | | | 1436.60 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 195.32 |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 83.00 | 1448.35 | 18648.46 |

**Taxes**

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 156.11 | 2103.71 |
| Fed MED/EE | | 20.33 | 262.33 |
| Fed OASDI/EE | | 86.92 | 1121.68 |
| IL Withholdng | | 49.44 | 640.80 |

| | | | |
|---|---|---|---|
| Total Taxes | | 312.80 | 4128.52 |

| YTD Hours | Hours YTD |
|---|---|
| Regular Wages | 901.75 |
| Paid Time Off | 72.00 |
| Overtime | 53.50 |

| | |
|---|---|
| Total YTD Hours | 1027.25 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 55.68 |
| Medical Before Ta | 38.88 | 466.56 |
| Vision | 2.88 | 34.56 |

| | | |
|---|---|---|
| Total Before-Tax | 46.40 | 556.80 |

| After-Tax Deductions | | |
|---|---|---|
| Award Zero Net De | 0.00 | 15.00 |

| | This Period | Year-to-Date |
|---|---|---|
| Total After-Tax D | 0.00 | 15.00 |
| **Total Net Pay** | **1089.15** | **13948.14** |
| Fed Txble Wages | 1401.95 | 18091.66 |

**DDP Summary**

| | | |
|---|---|---|
| Deposit Che | XXXXX9195 | 1,089.15 |
| Net Check | | 0.00 |

**Leave Balances**

| | |
|---|---|
| Paid Time Off | 185.26 |

© 1991 AutomaticData Processing (APDND)

---

**HILTON** WORLDWIDE

Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:        0017330001

Advice Date:          06/17/2016

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, YVETTE | Checking XXXXX9195 | 071000013 | 1089.15 |

8-15

**HILTON WORLDWIDE**

CO          Empl ID          000000-000000
SVH          1435185
2032-Hilton Chicago and Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions     Addl Amt    Addl %
Fed:    S-01
IL(W):  N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

# Earnings Statement

Page 001 of 001
Period Beg/End:        05/15/2016 - 05/28/2016
Advice Date:           06/03/2016
Advice Number:         0017268495
Batch Number:          000000000387

WALKER, YVETTE
17142 School Sreet
South Holland, IL  60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 14706.00 |
| Overtime | 26.4992 | 6.25 | 165.62 | 1436.60 |
| Meals | | | 56.06 | 582.58 |
| Paid Time Of | | | | 837.60 |
| Award - Non- | | | | 23.59 |
| Shift Differ | | | | 196.32 |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 86.25 | 1561.64 | 17200.11 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 173.10 | 1947.60 |
| Fed MED/EE | 21.97 | 242.00 |
| Fed OASDI/EE | 93.94 | 1034.76 |
| IL Withholdng | 53.68 | 591.36 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Taxes | 342.69 | 3815.72 |

**YTD Hours**

| | Hours YTD |
|---|---|
| Regular Wages | 842.75 |
| Overtime | 53.50 |
| Paid Time Off | 48.00 |

| | |
|---|---|
| Total YTD Hours | 944.25 |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 51.04 |
| Medical Before Ta | 38.88 | 427.68 |
| Vision | 2.88 | 31.68 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Before-Tax | 46.40 | 510.40 |

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Award Zero Net De | 0.00 | 15.00 |

| | This Period | Year-to-Date |
|---|---|---|
| Total After-Tax D | 0.00 | 15.00 |
| Total Net Pay | 1172.53 | 12858.99 |
| Fed Txble Wages | 1515.22 | 16689.71 |

**DDP Summary**

| | | |
|---|---|---|
| Deposit Che XXXXX9195 | | 1,172.53 |
| Net Check | | 0.00 |

**Leave Balances**

| | |
|---|---|
| Paid Time Off | 200.00 |

© 2012 Automatic Data Processing (ADP)

---

**HILTON WORLDWIDE**  Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:    0017268495

Advice Date:      06/03/2016

THIS IS NOT A CHECK

**Deposited to the account of**

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, YVETTE | | | |
| Checking XXXXX9195 | | 071000013 | 1172.53 |

8-06

**HILTON** WORLDWIDE

| | | |
|---|---|---|
| CO | Empl ID | 000000-000000 |
| SVE | 1435185 | |

2032-Hilton Chicago and Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt   Addl %
  Fed:   S-01
  IL(W): N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

# Earnings    Statement

| | |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 05/01/2016 - 05/14/2016 |
| Advice Date: | 05/20/2016 |
| Advice Number: | 0017221167 |
| Batch Number: | 000000000368 |

**WALKER, YVETTE**
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 13310.00 |
| Overtime | 27.4916 | 19.00 | 522.34 | 1270.98 |
| Meals | | | 64.35 | 526.52 |
| Shift Differ | | | 196.32 | 196.32 |
| Award - Non- | | | | 23.59 |
| Paid Time Of | | | | 837.60 |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 99.00 | 2114.66 | 15638.49 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 293.84 | 1774.50 |
| Fed MED/EE | 29.99 | 220.03 |
| Fed OASDI/EE | 128.23 | 940.82 |
| IL Withholdng | 74.42 | 537.68 |

| | | |
|---|---|---|
| Total Taxes | 526.48 | 3473.03 |

**YTD Hours**

| | Hours YTD |
|---|---|
| Regular Wages | 762.75 |
| Overtime | 47.25 |
| Paid Time Off | 48.00 |

| | |
|---|---|
| Total YTD Hours | 858.00 |

**Other Benefits and
Information**

| | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 46.40 |
| Medical Before Ta | 38.88 | 388.80 |
| Vision | 2.88 | 28.80 |

| | | |
|---|---|---|
| Total Before-Tax | 46.40 | 464.00 |

**After-Tax Deductions**

| | | |
|---|---|---|
| Award Zero Net De | 0.00 | 15.00 |

| | | |
|---|---|---|
| Total After-Tax D | 0.00 | 15.00 |
| **Total Net Pay** | **1541.78** | **11686.46** |
| Fed Txble Wages | 2068.26 | 15174.49 |

**DDP Summary**

| | | |
|---|---|---|
| Deposit Che XXXXX9195 | | 1,541.78 |
| Net Check | | 0.00 |

**Leave Balances**

| | |
|---|---|
| Paid Time Off | 192.35 |

---

**HILTON** WORLDWIDE

Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

| | |
|---|---|
| Advice Number: | 0017221167 |
| Advice Date: | 05/20/2016 |

THIS IS NOT A CHECK

**Deposited to the account of**
WALKER, YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX9195 | 071000013 | 1541.78 |

**HILTON WORLDWIDE**

CO    Empl ID      000000-000000
SVH    1435185
2032-Hilton Chicago and Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions   Addl Amt   Addl %
    Fed:   S-01
    IL(W): N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

# Earnings Statement

Period Beg/End:     Page 001 of 001
Advice Date:       04/17/2016 - 04/30/2016
Advice Number:     05/06/2016
Batch Number:      0017155148
                 000000000344

WALKER, YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 62.50 | 1090.63 | 11914.00 |
| Paid Time Of | 17.4500 | 24.00 | 418.80 | 837.60 |
| Meals | | | 40.63 | 462.17 |
| Overtime | | | | 748.64 |

| Gross Pay | 86.50 | 1909.43 | 13580.24 |
|---|---|---|---|

| Taxes | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 165.27 | 1474.76 |
| Fed MED/EE | 21.22 | 189.70 |
| Fed OASDI/EE | 90.70 | 811.12 |
| IL Withholdng | 51.73 | 462.38 |

| Total Taxes | 328.92 | 2937.96 |
|---|---|---|

| YTD Hours | Hours YTD |
|---|---|
| Regular Wages | 682.75 |
| Paid Time Off | 48.00 |
| Overtime | 28.25 |

| Total YTD Hours | 759.00 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 41.76 |
| Medical Before Ta | 38.88 | 349.92 |
| Vision | 2.88 | 25.92 |

| Total Before-Tax | 46.40 | 417.60 |
|---|---|---|

**After-Tax Deductions**

| Total Net Pay | 1134.11 | 10144.68 |
|---|---|---|
| Fed Txble Wages | 1463.03 | 13082.64 |

**DDP Summary**
Deposit Che XXXXX9195     1,134.11
Net Check              0.00

**Leave Balances**

Paid Time Off     184.66

---

**HILTON WORLDWIDE**   Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:    0017155148
Advice Date:      05/06/2016

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, YVETTE | Checking XXXXX9195 | 071000013 | 1134.11 |

**HILTON WORLDWIDE**

CO    Empl ID     000000-000000
SVH    1435185
2032-Hilton Chicago and Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions   Addl Amt   Addl %
Fed:   S-01
IL(W): N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

## Earnings Statement

Page 001 of 001
Period Beg/End:   04/03/2016 - 04/16/2016
Advice Date:   04/22/2016
Advice Number:   0017100726
Batch Number:   000000000325

WALKER, YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 74.50 | 1300.03 | 10823.37 |
| Overtime | 26.5022 | 2.25 | 59.63 | 748.64 |
| Paid Time Of | 17.4500 | 8.00 | 139.60 | 418.80 |
| Meals | | | 49.89 | 421.54 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 37.12 |
| Medical Before Ta | 38.88 | 311.04 |
| Vision | 2.88 | 23.04 |
| **Total Before Tax** | 46.40 | 371.20 |
| **After-Tax Deductions** | | |

| | | This Period | Year-to-Date |
|---|---|---|---|
| **Gross Pay** | 84.75 | 1499.26 | 11990.81 |
| **Taxes** | | | |
| Fed Withholdng | | 163.75 | 1309.49 |
| Fed MED/EE | | 21.06 | 168.48 |
| Fed OASDI/EE | | 90.08 | 720.42 |
| IL Withholdng | | 51.35 | 410.65 |
| **Total Taxes** | | 326.24 | 2609.04 |

| YTD Hours | Hours YTD |
|---|---|
| Regular Wages | 620.25 |
| Overtime | 28.25 |
| Paid Time Off | 24.00 |
| **Total YTD Hours** | 672.50 |

| | This Period | Year-to-Date |
|---|---|---|
| **Total Net Pay** | 1126.62 | 9010.57 |
| Fed Txble Wages | 1452.86 | 11619.61 |

**DDP Summary**

| | | |
|---|---|---|
| Deposit Che XXXXX9195 | | 1,126.62 |
| Net Check | | 0.00 |

**Leave Balances**

| | |
|---|---|
| Paid Time Off | 200.34 |

© 2016 Automatic Data Processing (ADPRO)

---

**HILTON WORLDWIDE**
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:   0017100726
Advice Date:   04/22/2016

THIS IS NOT A CHECK

Deposited to the account of | Account Number | Transit ABA | Amount
WALKER, YVETTE | Checking XXXXX9195 | 071000013 | 1126.62

8-19

**HILTON** WORLDWIDE

| CO | Empl ID | 000000-000000 |
|---|---|---|
| SVH | 1435185 | |

2032-Hilton Chicago and Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt   Addl %
 Fed:    S-01
 IL(W): N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

## Earnings    Statement

Page 001 of 001
Period Beg/End:    03/20/2016 - 04/02/2016
Advice Date:       04/08/2016
Advice Number:     0017044629
Batch Number:      000000000304

WALKER, YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 76.00 | 1326.20 | 9523.34 |
| Overtime | 26.5006 | 8.75 | 231.88 | 689.01 |
| Paid Time Of | 17.4500 | 8.00 | 139.60 | 279.20 |
| Meals | | | 55.09 | 371.65 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 32.48 |
| Medical Before Ta | 38.88 | 272.16 |
| Vision | 2.88 | 20.16 |
| **Total Before-Tax** | 46.40 | 324.80 |
| **After-Tax Deductions** | | |

| Gross Pay | 92.75 | 1697.68 | 10491.55 |
|---|---|---|---|

| **Taxes** | | | |
|---|---|---|---|
| Fed Withholdng | | 193.51 | 1145.74 |
| Fed MED/EE | | 23.95 | 147.42 |
| Fed OASDI/EE | | 102.38 | 630.34 |
| IL Withholdng | | 58.79 | 359.30 |

| Total Taxes | 378.63 | 2282.80 |
|---|---|---|

| YTD Hours | Hours YTD |
|---|---|
| Regular Wages | 545.75 |
| Overtime | 26.00 |
| Paid Time Off | 16.00 |

| Total Net Pay | 1272.65 | 7883.95 |
|---|---|---|
| Fed Txble Wages | 1651.28 | 10166.75 |

**DDP Summary**

| Deposit Che XXXXX9195 | | 1,272.65 |
|---|---|---|
| Net Check | | 0.00 |

**Leave Balances**

| Paid Time Off | 200.41 |
|---|---|

| Total YTD Hours | 587.75 |
|---|---|

© THIS IS Informatied Processing (HCSFMS)

**HILTON** WORLDWIDE
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:    0017044629

Advice Date:    04/08/2016

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, YVETTE | Checking XXXXX9195 | 071000013 | 1272.65 |



# HILTON WORLDWIDE

CO    Empl ID        000000-000000
SVH   1435185
2032-Hilton Chicago and Towers
71000
*Hilton Worldwide, Inc.*
*Memphis Shared Services,*
*755 Crossover Lane*
*Memphis, TN 38117*

312/922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt  Addl %
 Fed:    S-01
 IL(W):  N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

## Earnings Statement

Period Beg/End:     Page 001 of 001
                    03/06/2016 - 03/19/2016
Advice Date:        03/24/2016
Advice Number:      0016978969
Batch Number:       000000000278

WALKER,YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 8197.14 |
| Overtime | 26.5000 | 2.50 | 66.25 | 457.13 |
| Meals | | | 53.63 | 316.56 |
| Paid Time Of | | | | 139.60 |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 82.50 | 1462.38 | 8793.87 |

### Taxes

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 158.20 | 952.23 |
| Fed MED/EE | 20.53 | 123.47 |
| Fed OASDI/EE | 87.78 | 527.96 |
| IL Withholdng | 49.96 | 300.51 |

| | | |
|---|---|---|
| Total Taxes | 316.47 | 1904.17 |

### YTD Hours

| | Hours YTD |
|---|---|
| Regular Wages | 469.75 |
| Overtime | 17.25 |
| Paid Time Off | 8.00 |

| | |
|---|---|
| Total YTD Hours | 495.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 27.84 |
| Medical Before Ta | 38.88 | 233.28 |
| Vision | 2.88 | 17.28 |

| | | |
|---|---|---|
| Total Before-Tax | 46.40 | 278.40 |

**After-Tax Deductions**

| | | |
|---|---|---|
| Total Net Pay | 1099.38 | 6611.30 |
| Fed Txble Wages | 1415.85 | 8515.47 |

### DDP Summary

| | | |
|---|---|---|
| Deposit Che XXXXX9195 | | 1,099.38 |
| Net Check | | 0.00 |

### Leave Balances

| | |
|---|---|
| Paid Time Off | 200.33 |

© 2002 Automaticdata Processing (ADP)

# HILTON WORLDWIDE

Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:     0016978969
Advice Date:       03/24/2016

**Deposited to the account of**
WALKER,YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX9195 | 071000013 | 1099.38 |

THIS IS NOT A CHECK

8-21

| CO | Empl ID | 000000-000000 |
| SVH | 1435185 | |

2032-Hilton Chicago and Towers
71000
*Hilton Worldwide, Inc.*
*Memphis Shared Services,*
*755 Crossover Lane*
*Memphis, TN 38117*

312/922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt  Addl %
  Fed:   S-01
  IL(W): N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

## HILTON WORLDWIDE

# Earnings Statement

| | |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 02/21/2016 - 03/05/2016 |
| Advice Date: | 03/11/2016 |
| Advice Number: | 0016932910 |
| Batch Number: | 000000000258 |

WALKER,YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 6801.14 |
| Overtime | 26.5018 | 2.75 | 72.88 | 390.88 |
| Meals | | | 53.79 | 262.93 |
| Paid Time Of | | | | 139.60 |

| Gross Pay | | 82.75 | 1468.84 | 7331.62 |
|---|---|---|---|---|

**Taxes**

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 159.19 | 794.03 |
| Fed MED/EE | | 20.62 | 102.94 |
| Fed OASDI/EE | | 88.20 | 440.18 |
| IL Withholdng | | 50.21 | 250.55 |

| Total Taxes | | 318.22 | 1587.70 |
|---|---|---|---|

| YTD Hours | Hours YTD |
|---|---|
| Regular Wages | 389.75 |
| Overtime | 14.75 |
| Paid Time Off | 8.00 |

| Total YTD Hours | 412.50 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 23.20 |
| Medical Before Ta | 38.88 | 194.40 |
| Vision | 2.88 | 14.40 |

| Total Before-Tax | 46.40 | 232.00 |
|---|---|---|

**After-Tax Deductions**

| Total Net Pay | 1104.26 | 5511.92 |
|---|---|---|
| Fed Txble Wages | 1422.48 | 7099.62 |

**DDP Summary**

| Deposit Che XXXXX9195 | 1,104.26 |
|---|---|
| Net Check | 0.00 |

**Leave Balances**

| Paid Time Off | 192.64 |
|---|---|

© 2016 Automatic Data Processing (PCPAY)

## HILTON WORLDWIDE

Hilton Worldwide, Inc.
**Memphis Shared Services,**
755 Crossover Lane
Memphis, TN 38117

| | |
|---|---|
| Advice Number: | 0016932910 |
| Advice Date: | 03/11/2016 |

**THIS IS NOT A CHECK**

**Deposited to the account of**
WALKER,YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking XXXXX9195 | | 071000013 | 1104.26 |

8-22

**HILTON**
WORLDWIDE

CD:  Empl ID         000000-000000
SVH: 1435185
2032-Hilton Chicago and Towers
71000
*Hilton Worldwide, Inc.*
*Memphis Shared Services,*
*755 Crossover Lane*
*Memphis, TN 38117*

312/922-4400

Taxable Marital Status: Single
Exemptions     Addl Amt   Addl %
  Fed:    S-01
  IL(W):  N-01
  Dept : 71000-G & A
  Job Title : Clerk-Accounts Receivable
  Pay Rate : $17.450000 Hourly

# Earnings  Statement

Period Beg/End:     02/07/2016 - 02/20/2016
Advice Date:        02/26/2016
Advice Number:      0016874214
Batch Number:       000000000232

Page 001 of 001

**WALKER, YVETTE**
**17142 School Sreet**
**South Holland, IL 60473**

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 5405.14 |
| Overtime | 26.5000 | 6.00 | 159.00 | 318.00 |
| Meals | | | 55.90 | 209.14 |
| Paid Time Of | | | | 139.60 |

| Gross Pay | 86.00 | 1555.00 | 5862.74 |
|---|---|---|---|

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 172.11 | 634.84 |
| Fed MED/EE | 21.88 | 82.32 |
| Fed OASDI/EE | 93.53 | 351.98 |
| IL Withholdng | 53.44 | 200.34 |

| Total Taxes | 340.96 | 1269.48 |
|---|---|---|

**YTD Hours**

| | Hours YTD |
|---|---|
| Regular Wages | 309.75 |
| Overtime | 12.00 |
| Paid Time Off | 8.00 |

| Total YTD Hours | 129.75 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 18.56 |
| Medical Before Ta | 38.88 | 155.52 |
| Vision | 2.88 | 11.52 |

| Total Before-Tax | 46.40 | 185.60 |
|---|---|---|

**After-Tax Deductions**

| Total Net Pay | 1167.64 | 4407.66 |
|---|---|---|
| Fed Txble Wages | 1508.60 | 5677.14 |

**DDP Summary**

| Deposit Che XXXXX9195 | 1,167.64 |
|---|---|
| Net Check | 0.00 |

**Leave Balances**

| Paid Time Off | 184.95 |
|---|---|

© ADP a automatic Data Processing (BLANK)

---

**HILTON**
WORLDWIDE

Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:     0016874214

Advice Date:       02/26/2016

**Deposited to the account of**
WALKER, YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX9195 | 071000013 | 1167.64 |

THIS IS NOT A CHECK



CO Empl ID 000000-000000
SVH 1435185

**HILTON WORLDWIDE**

2032-Hilton Chicago and Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt  Addl %
  Fed:     S-01
  IL(W):   N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

# Earnings Statement

Page 001 of 001
Period Beg/End:     01/24/2016 - 02/06/2016
Advice Date:        02/12/2016
Advice Number:      0016818900
Batch Number:       000000000212

**WALKER,YVETTE**
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 77.25 | 1348.01 | 4009.14 |
| Meals | | | 50.21 | 153.24 |
| Overtime | | | | 159.00 |
| Paid Time Of | | | | 139.60 |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 77.25 | 1348.01 | 4307.74 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 141.06 | 462.73 |
| Fed MED/EE | 18.87 | 60.44 |
| Fed OASDI/EE | 80.70 | 258.45 |
| IL Withholdng | 45.67 | 146.90 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Taxes | 286.30 | 928.52 |

**YTD Hours**

| | Hours YTD |
|---|---|
| Regular Wages | 229.75 |
| Overtime | 6.00 |
| Paid Time Off | 8.00 |

| | |
|---|---|
| Total YTD Hours | 243.75 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 13.92 |
| Medical Before Ta | 38.88 | 116.64 |
| Vision | 2.88 | 8.64 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Before-Tax | 46.40 | 139.20 |
| **After-Tax Deductions** | | |

| | This Period | Year-to-Date |
|---|---|---|
| Total Net Pay | 1015.31 | 3240.02 |
| Fed Txble Wages | 1301.61 | 4168.54 |

**DDP Summary**

| | | |
|---|---|---|
| Deposit Che XXXXX9195 | | 1,015.31 |
| Net Check | | 0.00 |

**Leave Balances**

| | |
|---|---|
| Paid Time Off | 177.26 |

© 2002 Automatic Data Processing (PED200)

**HILTON WORLDWIDE**   Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:     0016818900

Advice Date:       02/12/2016

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER,YVETTE | Checking XXXXX9195 | 071000013 | 1015.31 |

824

**HILTON** WORLDWIDE

CO    Empl ID    000000-000000
SVH   1435185
2032-Hilton Chicago and Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt    Addl %
 Fed:    S-01
 IL(W): N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

# Earnings    Statement

Page 001 of 001
Period Beg/End:    01/10/2016 - 01/23/2016
Advice Date:       01/29/2016
Advice Number:     0016770706
Batch Number:      000000000184

WALKER, YVETTE
17142 School Sreet
South Holland, IL  60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 2661.13 |
| Overtime | 26.5000 | 5.00 | 132.50 | 159.00 |
| Meals | | | 55.25 | 103.03 |
| Paid Time Of | | | | 139.60 |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 85.00 | 1528.50 | 2959.73 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 168.13 | 321.67 |
| Fed MED/EE | 21.49 | 41.57 |
| Fed OASDI/EE | 91.89 | 177.75 |
| IL Withholdng | 52.44 | 101.23 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Taxes | 333.95 | 642.22 |

**YTD Hours**

| | Hours YTD |
|---|---|
| Regular Wages | 152.50 |
| Overtime | 6.00 |
| Paid Time Off | 8.00 |

| | |
|---|---|
| Total YTD Hours | 166.50 |

**Other Benefits and Information**    This Period    Year-to-Date

**Before-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Dental | 4.64 | 9.28 |
| Medical Before Ta | 38.88 | 77.76 |
| Vision | 2.88 | 5.76 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Before Tax | 46.40 | 92.80 |

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Total Net Pay | 1148.15 | 2224.71 |
| Fed Txble Wages | 1482.10 | 2866.93 |

**DDP Summary**

| | |
|---|---|
| Deposit Che XXXXX9195 | 1,148.15 |
| Net Check | 0.00 |

**Leave Balances**

| | |
|---|---|
| Paid Time Off | 169.83 |

© 2002 Automatic Data Processing (HS000)

---

**HILTON** WORLDWIDE    Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:    0016770706

Advice Date:    01/29/2016

THIS IS NOT A CHECK

**Deposited to the account of**

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, YVETTE | Checking XXXXX9195 | 071000013 | 1148.15 |



**HILTON**
WORLDWIDE

CO        Empl ID        000000-000000
SVH       1435185

2032-Hilton Chicago and Towers
71000
*Hilton Worldwide, Inc.*
*Memphis Shared Services,*
*755 Crossover Lane*
*Memphis, TN 38117*

312/922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt    Addl %
  Fed:   S-01
  IL(W): N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

# Earnings   Statement

| | |
|---|---|
| Period Beg/End: | 12/27/2015 -01/09/2016 |
| Advice Date: | 01/15/2016 |
| Advice Number: | 0016709612 |
| Batch Number: | 000000000160 |

Page 001 of 001

WALKER,YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 72.50 | 1265.13 | 1265.13 |
| Overtime | 26.5000 | 1.00 | 26.50 | 26.50 |
| Paid Time Of | 17.4500 | 8.00 | 139.60 | 139.60 |
| Meals | | | 47.78 | 47.78 |

| Gross Pay | 81.50 | 1431.23 | 1431.23 |
|---|---|---|---|

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 153.54 | 153.54 |
| Fed MED/EE | 20.08 | 20.08 |
| Fed OASDI/EE | 85.86 | 85.86 |
| IL Withholdng | 48.79 | 48.79 |

| Total Taxes | 308.27 | 308.27 |
|---|---|---|

**YTD Hours**

| | Hours YTD |
|---|---|
| Regular Wages | 72.50 |
| Overtime | 1.00 |
| Paid Time Off | 8.00 |

| Total YTD Hours | 81.50 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Dental | 4.64 | 4.64 |
| Medical Before Ta | 38.88 | 38.88 |
| Vision | 2.88 | 2.88 |

| Total Before Tax | 46.40 | 46.40 |
|---|---|---|

**After-Tax Deductions**

| | | |
|---|---|---|
| Total Net Pay | 1076.56 | 1076.56 |
| Fed Txble Wages | 1384.83 | 1384.83 |

**DDP Summary**

| | | |
|---|---|---|
| Deposit Che XXXXX9195 | 1,076.56 |
| Net Check | 0.00 |

**Leave Balances**

| | |
|---|---|
| Paid Time Off | 161.52 |

© 2002 Automatic Data Processing (PC0000)

**HILTON**
WORLDWIDE

Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

| Advice Number: | 0016709612 |
|---|---|
| Advice Date: | 01/15/2016 |

THIS IS NOT A CHECK

**Deposited to the account of**
WALKER, YVETTE

| Account Number | Transit ABA | Amount |
|---|---|---|
| Checking XXXXX9195 | 071000013 | 1076.56 |

**HILTON** WORLDWIDE

CO        Empl ID
SVH       1435185                  000000-000000
2032-Hilton Chicago and Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions     Addl Amt   Addl %
Fed:    S-01
IL(W):  N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

# Earnings Statement

Period Beg/End:      Page 001 of 001
Advice Date:         12/13/2015 - 12/26/2015
Advice Number:       12/31/2015
Batch Number:        0016659454
                     000000000137

WALKER,YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 64.00 | 1116.80 | 35006.21 |
| Overtime | 26.4800 | 0.25 | 6.62 | 7786.46 |
| Paid Time Of | 17.4500 | 16.00 | 279.20 | 698.00 |
| Meals | | | 41.76 | 1508.52 |
| Award - Non- | | | | 23.57 |
| Doubletime | | | | 545.60 |
| Holiday | | | | 818.40 |
| Shift Differ | | | | 16.60 |
| Vacation | | | | 682.00 |

| Gross Pay | | 80.25 | 1402.62 | 45576.84 |
|---|---|---|---|---|

**Taxes**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| Fed Withholdng | | | 156.31 | 5759.26 |
| Fed MED/EE | | | 20.33 | 660.86 |
| Fed OASDI/EE | | | 86.96 | 2825.76 |
| IL Withholdng | | | 49.50 | 1660.67 |

| Total Taxes | | | 313.10 | 10906.55 |
|---|---|---|---|---|

**YTD Hours**

| | Hours YTD |
|---|---|
| Regular Wages | 2010.00 |
| Overtime | 294.75 |
| Paid Time Off | 40.00 |
| Doubletime | 16.00 |
| Holiday | 48.00 |
| Vacation | 40.00 |

| Total YTD Hours | 2448.75 |
|---|---|

Other Benefits and
Information        This Period   Year-to-Date

**Before-Tax Deductions**

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Regular Dues - 5 | 0.00 | 369.60 |
| Award Zero Net De | 0.00 | 15.00 |

| | This Period | Year-to-Date |
|---|---|---|
| Total After-Tax D | 0.00 | 384.60 |
| **Total Net Pay** | **1089.52** | **34285.69** |
| Fed Txble Wages | 1402.62 | 45576.84 |

**DDP Summary**

| | | |
|---|---|---|
| Deposit Che | XXXXX9195 | 1,089.52 |
| Net Check | | 0.00 |

**Leave Balances**

| | |
|---|---|
| Paid Time Off | 162.40 |

---

**HILTON** WORLDWIDE

Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:    0016659454
Advice Date:      12/31/2015

THIS IS NOT A CHECK

Deposited to the account of
WALKER,YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX9195 | 071000013 | 1089.52 |

8-27

**⋈ HILTON**
WORLDWIDE

| CO | Empl ID | 001806-001806 |
|---|---|---|
| SVH | 1435185 | |

2032-Hilton Chicago and Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt   Addl %
  Fed:    S-01
  IL(W):  N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly
Hilton Check Number : 000000490553

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 33889.41 |
| Overtime | 26.4988 | 4.25 | 112.62 | 7779.84 |
| Meals | | | 54.76 | 1466.76 |
| Paid Time Of | | | | 418.80 |
| Vacation | | | | 682.00 |
| Award - Non- | | | | 23.57 |
| Doubletime | | | | 545.60 |
| Holiday | | | | 818.40 |
| Shift Differ | | | | 16.60 |

| Gross Pay | | 84.25 | 1508.53 | 44174.22 |
|---|---|---|---|---|

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 172.21 | 5602.95 |
| Fed MED/EE | 21.88 | 640.53 |
| Fed OASDI/EE | 93.53 | 2738.80 |
| IL Withholdng | 53.47 | 1611.17 |

| Total Taxes | 341.09 | 10593.45 |
|---|---|---|

**YTD Hours**

| | Hours YTD |
|---|---|
| Regular Wages | 1946.00 |
| Overtime | 294.50 |
| Paid Time Off | 24.00 |
| Vacation | 40.00 |
| Doubletime | 16.00 |
| Holiday | 48.00 |

| Total YTD Hours | 2368.50 |
|---|---|

**Earnings   Statement**

Page 001 of 001

| | |
|---|---|
| Period Beg/End: | 11/29/2015 -12/12/2015 |
| Check Date: | 12/18/2015 |
| Check Number: | 0045014233 |
| Batch Number: | 000000000121 |

WALKER, YVETTE
17142 School Sreet
South Holland, IL  60473

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| | | |
| **After-Tax Deductions** | | |
| Regular Dues - $ | 0.00 | 369.60 |
| Award Zero Net De | 0.00 | 15.00 |

| Total After-Tax D | 0.00 | 384.60 |
|---|---|---|
| **Total Net Pay** | 1167.53 | 33196.17 |
| Fed Txble Wages | 1508.52 | 44174.22 |

**DDP Summary**

| Net Check | 1,167.53 |
|---|---|

| Leave Balances | | |
|---|---|---|

| Paid Time Off | | 171.32 |
|---|---|---|

⋈ HILTON
WORLDWIDE
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

18-3/1010 MO

| Check Number: | 0045014233 |
|---|---|
| Hilton Check Number : | 000000490553 |
| Check Date: | 12/18/2015 |

ISSUED BY ADP PAYROLL SERVICES, INC.

THIS IS NOT A CHECK

| This amount: | ONE THOUSAND ONE HUNDRED SIXTY SEVEN DOLLARS AND 53/100 | $**1,167.53 |
|---|---|---|

Pay to the
order of:    WALKER, YVETTE
             17142 School Sreet
             South Holland, IL 60473

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
Void after 180 days

Bank of America
2260 Armour Rd
Kansas City MO 64116

8-28

**HILTON** WORLDWIDE

CO     Empl ID         001685-001685
SVH    1435185
2032-Hilton Chicago and Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt  Addl %
 Fed:   S-01
 IL(W): N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly
Hilton Check Number : 000000488758

# Earnings Statement

Page 001 of 001

Period Beg/End:      11/15/2015 -11/28/2015
Check Date:          12/04/2015
Check Number:        0045012392
Batch Number:        000000000098

**WALKER, YVETTE**
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 64.50 | 1125.53 | 32493.41 |
| Overtime | 26.5022 | 2.25 | 59.63 | 7667.22 |
| Paid Time Of | 17.4500 | 16.00 | 279.20 | 418.80 |
| Meals | | | 43.39 | 1412.00 |
| Award - Non- | | | | 23.57 |
| Doubletime | | | | 545.60 |
| Holiday | | | | 818.40 |
| Shift Differ | | | | 16.60 |
| Vacation | | | | 682.00 |
| **Gross Pay** | | 82.75 | 1464.36 | 42665.60 |

**Taxes**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| Fed Withholdng | | | 165.57 | 5430.74 |
| Fed MED/EE | | | 21.23 | 618.65 |
| Fed OASDI/EE | | | 90.79 | 2645.27 |
| IL Withholdng | | | 51.81 | 1557.70 |
| **Total Taxes** | | | 329.40 | 10252.36 |

**Leave Summary**

| | This Period | Year-to-Date |
|---|---|---|
| Paid Time Off | | 164.24 |

**Other Benefits and Information**  This Period  Year-to-Date

**Before-Tax Deductions**

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Regular Dues - $ | 0.00 | 369.60 |
| Award Zero Net De | 0.00 | 15.00 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Post-Tax De | 0.00 | 384.60 |
| Total Net Pay | 1134.96 | 32028.64 |
| Fed Txble Wages | 1464.36 | 42665.60 |
| Net Check | | 1,134.96 |

© ADP, Automatic Data Processing Incorporated

---

**HILTON** WORLDWIDE

Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

18-3/1010 MO

Check Number:              0045012392
Hilton Check Number : 000000488758
Check Date:                12/04/2015

THIS IS NOT A CHECK

ISSUED BY ADP PAYROLL SERVICES, INC.

| This amount: | ONE THOUSAND ONE HUNDRED THIRTY FOUR DOLLARS AND 96/100 | $**1,134.96 |
|---|---|---|

Pay to the
order of:    WALKER, YVETTE
             17142 School Sreet
             South Holland, IL 60473

Bank of America
2260 Armour Rd
Kansas City MO 64116

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
Void after 180 days

8-29

**HILTON WORLDWIDE**

```
CO       Empl ID              002897-002892
SVH      1435185
2032-Hilton Chicago and Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312/922-4400
```

Taxable Marital Status: Single
Exemptions      Addl Amt  Addl %
Fed:    S-01
IL(W):  N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

## Earnings Statement

Period Beg/End:   Page 001 of 001
Advice Date:      11/01/2015 - 11/14/2015
Advice Number:    11/20/2015
Batch Number:     0016498891
                  000000000086

WALKER,YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 84.25 | 1470.16 | 31367.88 |
| Overtime | 26.5000 | 19.50 | 516.75 | 7607.59 |
| Meals | | | 67.44 | 1368.61 |
| Award - Non- | | | | 23.57 |
| Doubletime | | | | 545.60 |
| Holiday | | | | 818.40 |
| Paid Time Of | | | | 139.60 |
| Shift Differ | | | | 16.60 |
| Vacation | | | | 682.00 |
| **Gross Pay** | | 103.75 | 1986.91 | 41201.24 |

**Taxes**

| | | | This Period | Year-to-Date |
|---|---|---|---|---|
| Fed Withholdng | | | 274.37 | 5265.17 |
| Fed MED/EE | | | 28.81 | 597.42 |
| Fed OASDI/EE | | | 123.19 | 2554.48 |
| IL Withholdng | | | 71.41 | 1505.83 |
| **Total Taxes** | | | 497.78 | 9922.90 |

**Leave Summary**

Paid Time Off                                          173.12

Other Benefits and
Information        This Period  Year-to-Date

Before-Tax Deductions

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Regular Dues - $ | 0.00 | 369.60 |
| Award Zero Net De | 0.00 | 15.00 |
| **Total Post-Tax De** | 0.00 | 384.60 |
| Total Net Pay | 1489.13 | 30893.68 |
| Fed Txble Wages | 1986.91 | 41201.24 |

Deposit Che  XXXXXX7846   1,489.13
Net Check                      0.00

---

**HILTON WORLDWIDE**
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:   0016498891

Advice Date:     11/20/2015

Deposited to the account of

WALKER,YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX7846 | 264171241 | 1489.13 |

THIS IS NOT A CHECK

8-30

**HILTON** WORLDWIDE

| CO | Empl ID | | 003115-003115 |
| SVH | 1435185 | | |

2030-HLTN Chicago & Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312-922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt  Addl %
  Fed:    S-01
  IL(W):  N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

# Earnings Statement

| | |
|---|---|
| Page | 001 of 001 |
| Period Beg/End: | 10/18/2015 - 10/31/2015 |
| Advice Date: | 11/06/2015 |
| Advice Number: | 0016443204 |
| Batch Number: | 000000000072 |

WALKER,YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 75.75 | 1321.84 | 29897.72 |
| Overtime | 26.5011 | 4.75 | 125.88 | 7090.84 |
| Meals | | | 52.33 | 1301.17 |
| Award - Non- | | | | 23.57 |
| Doubletime | | | | 545.60 |
| Holiday | | | | 818.40 |
| Paid Time Of | | | | 139.60 |
| Shift Differ | | | | 16.60 |
| Vacation | | | | 682.00 |
| **Gross Pay** | | 80.50 | 1447.72 | 39214.33 |

**Taxes**

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 163.07 | 4990.80 |
| Fed MED/EE | | 20.99 | 568.61 |
| Fed OASDI/EE | | 89.76 | 2431.29 |
| IL Withholdng | | 51.19 | 1434.48 |
| **Total Taxes** | | 325.01 | 9425.18 |

**Leave Summary**

| | This Period | Year-to-Date |
|---|---|---|
| Paid Time Off | | 165.67 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| **After-Tax Deductions** | | |
| Regular Dues - S | 0.00 | 369.60 |
| Award Zero Net De | 0.00 | 15.00 |
| **Total Post-Tax De** | 0.00 | 384.60 |
| Total Net Pay | 1122.71 | 29404.55 |
| Fed Txble Wages | 1447.72 | 39214.33 |
| Deposit Che XXXXXX7846 | | 1,122.71 |
| Net Check | | 0.00 |

© 2001 Automatic Data Processing (xxxxx)

**HILTON** WORLDWIDE  Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

| Advice Number: | 0016443204 |
|---|---|
| Advice Date: | 11/06/2015 |

THIS IS NOT A CHECK

**Deposited to the account of**
WALKER,YVETTE

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX7846 | 264171241 | 1122.71 |

X-31

# HILTON WORLDWIDE

CO Empl ID 002910-002910
SVH 1435185
2030-HLTN Chicago & Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312-922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt  Addl %
 Fed:    S-01
 IL(W):  N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

# Earnings Statement

Page 001 of 001
Period Beg/End:    10/04/2015 -10/17/2015
Advice Date:       10/23/2015
Advice Number:     0016384348
Batch Number:      000000000061

WALKER,YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 28575.88 |
| Overtime | 26.5000 | 17.50 | 463.75 | 6964.96 |
| Meals | | | 63.38 | 1248.84 |
| Award - Non- | | | | 23.57 |
| Doubletime | | | | 545.60 |
| Holiday | | | | 818.40 |
| Paid Time Of | | | | 139.60 |
| Shift Differ | | | | 16.60 |
| Vacation | | | | 682.00 |
| **Gross Pay** | | 97.50 | 1859.75 | 37766.61 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 242.58 | 4827.73 |
| Fed MED/EE | 26.97 | 547.62 |
| Fed OASDI/EE | 115.30 | 2341.53 |
| IL Withholdng | 66.64 | 1383.29 |
| **Total Taxes** | 451.49 | 9100.17 |

**Leave Summary**

Paid Time Off          158.97

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| **After-Tax Deductions** | | |
| Regular Dues - $ | 0.00 | 369.60 |
| Award Zero Net De | 0.00 | 15.00 |
| **Total Post-Tax De** | 0.00 | 384.60 |
| Total Net Pay | 1408.26 | 28281.84 |
| Fed Txble Wages | 1859.75 | 37766.61 |
| Deposit Che XXXXXX7846 | | 1,408.26 |
| Net Check | | 0.00 |

---

# HILTON WORLDWIDE

Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:     0016384348

Advice Date:       10/23/2015

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER,YVETTE | Checking XXXXXX7846 | 264171241 | 1408.26 |

8-32

## HILTON WORLDWIDE

CO   Empl ID     002764-002764
SVH   1435185
2030-HLTN Chicago & Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312-922-4400

Taxable Marital Status: Single
Exemptions   Addl Amt  Addl $
  Fed:   S-01
  IL(W):  N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 27179.88 |
| Overtime | 26.4993 | 7.25 | 192.12 | 6501.21 |
| Meals | | | 56.71 | 1185.46 |
| Award - Non- | | | | 23.57 |
| Doubletime | | | | 545.60 |
| Holiday | | | | 818.40 |
| Paid Time Of | | | | 139.60 |
| Shift Differ | | | | 16.60 |
| Vacation | | | | 682.00 |
| **Gross Pay** | | **87.25** | **1588.12** | **35906.86** |

**Taxes**

| | | | | |
|---|---|---|---|---|
| Fed Withholdng | | | 184.13 | 4585.15 |
| Fed MED/EE | | | 23.03 | 520.65 |
| Fed OASDI/EE | | | 98.47 | 2226.23 |
| IL Withholdng | | | 56.45 | 1316.65 |
| **Total Taxes** | | | **362.08** | **8648.68** |

**Leave Summary**

| | | |
|---|---|---|
| Paid Time Off | | 151.89 |

## Earnings Statement

| | |
|---|---|
| Period Beg/End: | 09/20/2015 -10/03/2015 |
| Advice Date: | 10/09/2015 |
| Advice Number: | 0016332254 |
| Batch Number: | 000000000049 |

Page 001 of 001

WALKER, YVETTE
17142 School Sreet
South Holland, IL 60473

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Before-Tax Deductions | | |

| After-Tax Deductions | | |
|---|---|---|
| Regular Dues - $ | 0.00 | 369.60 |
| Award Zero Net De | 0.00 | 15.00 |
| **Total Post-Tax De** | **0.00** | **384.60** |
| Total Net Pay | 1226.04 | 26873.58 |
| Fed Txble Wages | 1588.12 | 35906.86 |
| Deposit Che XXXXXX7846 | | 1,226.04 |
| Net Check | | 0.00 |

---

## HILTON WORLDWIDE

Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

| | |
|---|---|
| Advice Number: | 0016332254 |
| Advice Date: | 10/09/2015 |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, YVETTE | Checking XXXXXX7846 | | 1226.04 |

8-33

**HILTON** WORLDWIDE

CO          Empl ID          002837-002837
SVH         1435185
2030-HLTN  Chicago & Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312-922-4400

Taxable Marital Status: Single
Exemptions    Addl Amt   Addl %
  Fed:    S-01
  IL(W):  N-01
  Dept : 71000-G & A
  Job Title : Clerk-Accounts Receivable
  Pay Rate : $17.450000 Hourly

# Earnings Statement

Page 001 of 001
Period Beg/End:      09/06/2015 - 09/19/2015
Advice Date:         09/25/2015
Advice Number:       0016281259
Batch Number:        000000000036

WALKER, YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 72.00 | 1256.40 | 25783.88 |
| Overtime | 26.5000 | 0.50 | 13.25 | 6309.09 |
| Paid Time Of | 17.4500 | 8.00 | 139.60 | 139.60 |
| Meals | | | 47.13 | 1128.75 |
| Award - Non- | | | | 23.57 |
| Doubletime | | | | 545.60 |
| Holiday | | | | 818.40 |
| Shift Differ | | | | 16.60 |
| Vacation | | | | 682.00 |
| **Gross Pay** | | **80.50** | **1409.25** | **34318.74** |

**Taxes**

| | | | | |
|---|---|---|---|---|
| Fed Withholdng | | | 157.30 | 4401.02 |
| Fed MED/EE | | | 20.43 | 497.62 |
| Fed OASDI/EE | | | 87.37 | 2127.76 |
| IL Withholdng | | | 49.75 | 1260.20 |

| **Total Taxes** | | | **314.85** | **8296.60** |
|---|---|---|---|---|

**Leave Summary**

| | |
|---|---|
| Paid Time Off | 144.81 |

Other Benefits and
Information        This Period  Year-to-Date

**Before-Tax Deductions**

**After-Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| Regular Dues - S | 0.00 | 369.60 |
| Award Zero Net De | 0.00 | 15.00 |

| Total Post-Tax De | 0.00 | 384.60 |
|---|---|---|
| Total Net Pay | 1094.40 | 25647.54 |
| Fed Txble Wages | 1409.25 | 34318.74 |

| Deposit  Che  XXXXXX7846 | 1,094.40 |
|---|---|
| Net Check | 0.00 |

© 2002 Automatic Data Processing (ADPRO)

**HILTON** WORLDWIDE  Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:      0016281259
Advice Date:        09/25/2015

THIS IS NOT A CHECK

**Deposited to the account of**

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, YVETTE | | | 1094.40 |
| | Checking  XXXXXX7846 | | |

834

**HILTON WORLDWIDE**

CO  Empl ID  001639-001639
SVH  1435185
2030-HLTN Chicago & Towers
71000
Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

312-922-4400

Taxable Marital Status: Single
Exemptions  Addl Amt  Addl %
Fed: S-01
IL(W): N-01
Dept : 71000-G & A
Job Title : Clerk-Accounts Receivable
Pay Rate : $17.450000 Hourly

## Earnings Statement

Page 001 of 001
Period Beg/End:  08/23/2015 - 09/05/2015
Advice Date:  09/11/2015
Advice Number:  0016229081
Batch Number:  000000000026

WALKER, YVETTE
17142 School Sreet
South Holland, IL 60473

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Wage | 17.4500 | 80.00 | 1396.00 | 24527.48 |
| Overtime | 26.5000 | 1.00 | 26.50 | 6295.84 |
| Meals | | | 52.65 | 1081.62 |
| Award - Non- | | | | 23.57 |
| Doubletime | | | | 545.60 |
| Holiday | | | | 818.40 |
| Shift Differ | | | | 16.60 |
| Vacation | | | | 682.00 |
| **Gross Pay** | | 81.00 | 1422.50 | 32909.49 |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 159.29 | 4243.72 |
| Fed MED/EE | | 20.63 | 477.19 |
| Fed OASDI/EE | | 88.20 | 2040.39 |
| IL Withholdng | | 50.24 | 1210.45 |
| **Total Taxes** | | 318.36 | 7971.75 |

**Leave Summary**

| | This Period | Year-to-Date |
|---|---|---|
| Paid Time Off | | 145.73 |

**Other Benefits and Information** — This Period  Year-to-Date

**Before-Tax Deductions**

| After-Tax Deductions | This Period | Year-to-Date |
|---|---|---|
| Regular Dues - $ | 0.00 | 369.60 |
| Award Zero Net De | 0.00 | 15.00 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Post-Tax De | 0.00 | 384.60 |
| Total Net Pay | 1104.14 | 24553.14 |
| Fed Txble Wages | 1422.50 | 32909.49 |

© 1992 Automatic Data Processing (ADP)

---

**HILTON WORLDWIDE**  Hilton Worldwide, Inc.
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

Advice Number:  0016229081

Advice Date:  09/11/2015

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WALKER, YVETTE | Checking XXXXXX7846 | | 1104.14 |

8-35

**Hilton Worldwide**
Memphis Shared Services,
755 Crossover Lane
Memphis, TN 38117

| | |
|---|---|
| Yvette Walker | Pay Group: 031-Chicago Hilton & Towers | Business Unit: 02030 |
| 17142 School Sreet | Pay Begin Date: 08/09/2015 | Advice #: 16181322 |
| South Holland, IL 60473 | Pay End Date: 08/22/2015 | Advice Date: 08/28/2015 |

| Employee ID: 1435185 | TAX DATA: | Federal | IL State | ADVICE SUMMARY: | Current | YTD |
|---|---|---|---|---|---|---|
| Employee ID: 1435185 | Marital Status: | Single | | Total Gross: | 1,409.25 | 31,486.99 |
| Department: 71000-G & A | Allowances: | 1 | 1 | FED Taxable Gross: | 1,409.25 | 31,486.99 |
| Location: HLTN Chicago & To 312-922-4400 | Addl. Percent: | | | Total Taxes : | 314.85 | 7,653.39 |
| Job Title: Clerk-Accounts Receivable | Addl. Amount: | | | Total Deductions: | -52.80 | 384.60 |
| Pay Rate: $17.450000 Hourly | | | | Net Pay: | 1,147.20 | 23,449.00 |

### HOURS AND EARNINGS

| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | Current | | YTD | TAXES | | |
| Regular Wages | 17.450000 | 80.00 | 1,396.00 | 1,329.50 | 23,131.48 | Fed Withholdng | 157.30 | 4,084.43 |
| Overtime | 26.500000 | 0.50 | 13.25 | 237.50 | 6,269.34 | Fed MED/EE | 20.43 | 456.56 |
| Meals | | | 52.33 | | 1,028.97 | Fed OASDI/EE | 87.37 | 1,952.19 |
| Vacation | | | 0.00 | 40.00 | 682.00 | IL Withholdng | 49.75 | 1,160.21 |
| Award - Non-Cash | | | 0.00 | | 23.57 | | | |
| Doubletime | | | 0.00 | 16.00 | 545.60 | | | |
| Holiday | | | 0.00 | 48.00 | 818.40 | | | |
| Shift Differential | | | 0.00 | | 16.60 | | | |
| **TOTAL:** | | 80.50 | 1,409.25 | 1,671.00 | 31,486.99 | **TOTAL:** | 314.85 | 7,653.39 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | LEAVE BALANCES | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Balance |
| | | | Reg Dues $ | -52.80 | 369.60 | Paid Time Off | 138.65 |
| | | | Award Zero | 0.00 | 15.00 | | |
| **TOTAL:** | 0.00 | 0.00 | **TOTAL:** | -52.80 | 384.60 | | |

| MESSAGE: | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|
| | Payment Type | Account Type | Account Number | Amount |
| | Advice #16181322 | Checking | ******7846 | 1,147.20 |
| | **TOTAL:** | | | 1,147.20 |

8-36

| **Hilton Worldwide**<br>Memphis Shared Services,<br>755 Crossover Lane<br>Memphis, TN 38117 | **Yvette Walker**<br>17142 School Sreet<br>South Holland, IL 60473 | Pay Group: 031-Chicago Hilton & Towers<br>Pay Begin Date: 07/26/2015<br>Pay End Date: 08/08/2015 | Business Unit: 02030<br>Advice #: **16126584**<br>Advice Date: 08/14/2015 |
|---|---|---|---|

| Employee ID: **1435185**<br>Department: 71000-G & A<br>Location: HLTN Chicago & To 312-922-4400<br>Job Title: Clerk-Accounts Receivable<br>Pay Rate: $17.450000 Hourly | **TAX DATA:** Federal IL State<br>Marital Status: Single<br>Allowances: 1    1<br>Addl. Percent:<br>Addl. Amount: | **ADVICE SUMMARY:**    Current    YTD<br>Total Gross:    1,396.00    30,077.74<br>FED Taxable Gross:    1,396.00    30,077.74<br>Total Taxes :    311.35    7,338.54<br>Total Deductions:    52.80    437.40<br>Net Pay:    1,031.85    22,301.80 |
|---|---|---|

**HOURS AND EARNINGS**

| Description | Rate | Hours | Earnings | Hours (YTD) | Earnings (YTD) | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Wages | 17.450000 | 80.00 | 1,396.00 | 1,249.50 | 21,735.48 | Fed Withholdng | 155.31 | 3,927.13 |
| Meals | | | 52.00 | | 976.64 | Fed MED/EE | 20.24 | 436.13 |
| Vacation | | | 0.00 | 40.00 | 682.00 | Fed OASDI/EE | 86.55 | 1,864.82 |
| Award - Non-Cash | | | 0.00 | | 23.57 | IL Withholdng | 49.25 | 1,110.46 |
| Doubletime | | | 0.00 | 16.00 | 545.60 | | | |
| Holiday | | | 0.00 | 48.00 | 818.40 | | | |
| Overtime | | | 0.00 | 237.00 | 6,256.09 | | | |
| Shift Differential | | | 0.00 | | 16.60 | | | |
| **TOTAL:** | | **80.00** | **1,396.00** | **1,590.50** | **30,077.74** | **TOTAL:** | **311.35** | **7,338.54** |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **LEAVE BALANCES** | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Balance |
| | | | Reg Dues $ | 52.80 | 422.40 | Paid Time Off | 7.08 |
| | | | Award Zero | 0.00 | 15.00 | | |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **52.80** | **437.40** | | |

| **MESSAGE:** | **NET PAY DISTRIBUTION** | | | |
|---|---|---|---|---|
| | Payment Type | Account Type | Account Number | Amount |
| | Advice #16126584 | Checking | ******7846 | 1,031.85 |
| | **TOTAL:** | | | **1,031.85** |



8-37

(EXHIBIT G)



## Hilton
CHICAGO

**Memorandum**

To:        Yvette Walker

From:      Max LaRoche

Date:      September 21st, 2016

Re:        Coach and Counsel

---

On August 30rd 2016, I walked through the Guest Assistance area to see how the team was doing. At that point, you and Marva McClendon began speaking unprofessionally about each other which disturbed other Team Members in the office. The following day, on August 31st, I met with you and Marva in the privacy of my office to discuss the unacceptable nature of this conversation on the 30th. I explained that moving forward we must work as a team and act cordial towards each other, as that is the standard of the department and the hotel. I then allowed both of you the time to provide feedback on how we can move forward. However, the situation became loud and disruptive, eventually leading me to the point where I had to dismiss you both from my office.   *I Asked to leave the office*

The kind of behavior that you exhibited violates Hilton Chicago's Guidelines for Team Member Conduct and hence will not be tolerated.

- Offensive or disruptive behavior.
- Discourteous or inappropriate conduct and or comment with customers, vendors or team members.
- Poor job performance or unsatisfactory attitude that detracts from job performance.

We, as a department, need to work together to ensure quality service is provided to our guest on a daily basis and the only way we can accomplish this is through the following:

- Respect
- Team work
- Clear and timely communication
- Appropriate training

Any future occurrences of this behavior will result in progressive discipline up to and including termination.

_Yvette Refused to sign._          _9/21/2016_
Team Member                        Date

_M. R. LaRoche_                     _9/21/2016_
Manager                            Date

_____            _9/21/16_
Witness                            Date

*Did Not sign because the complete statement is not true, because ... there was the penalty that same ... or ... on.*

I did not sign this coach and counsel because MAX statement is not true he did not walk through giving assistance to check on the team, he came to Marva desk stood there and asked both of us a question. We both answered, After we answered he called both of us in his office to say we both Answered in a way that was unprofessional to each other. Neither of us was offended by our answers he felt we were talking to each other through him, But I felt that he should also be involved in Receiving coach and Counsel because he should have talked to us seperate, knowing the situation with (Marva attitode) he also knows that anything I say to Marva She has a negative answer this has been brough to his attention several times Rosalee and I went to him together to make him aware of Marva dislike for me. So even if he wanted to give me this warning why would he wait almost a month.

92

I did not sign this because I feel coach and counsel. Because max statement is not true. He did not walk through g-est assistance to check out the team, he came to Marva desk stood there and asked both of us a question. We both answered. After we answered he called both of us in his office to say we both answered in a way that was unprofessional to each other. Neither of us was offended by our answers he felt we were talking to each other through him. But I felt that he should also be involved in Receiving coach and Counsel because he should have talked to us seprate, Knowing the situation with (Marva Afolade) he also knows that anything I say to Marva she has a negative answer this has Been Brough to his attention several times Rosalie and I went to him together to make him aware of Marva dislike for me. So even if he wanted to give me this warning why would he wait almost a month.

9-3

*(Exhibit A)* 1



**HILTON** WORLDWIDE

# Corrective Action Form

Date of Incident: November 8, 2017
Team Member Name: Yvette Walker
Date of Discussion: November 9, 2017

Property: Hilton Chicago
Department: Finance
Position: Clerk/Customer Service

Reason for Discussion/Documentation:
☐ Verbal   ☒ Written Warning   # of Written Warnings:   ☐ Final Written Warning
☐ Suspension Pending Investigation   ☐ Suspension Time Served
From:   Return to Work on:
☐ Termination   Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

On November 8th it was discovered that Yvette Walker posted an advance deposit refund on 10/13/17 incorrectly which resulted in an overage on that same day. This is a violation of Hilton Chicago's Guidelines for Team Member Conduct, including but not limited to; poor job performance as well as a violation of department policies and procedures.

2. Has the team member received prior discussion or warning within the past 12 months?**
☒ Yes ☐ No   If yes, date?   ☐ Verbal   ☐ Written
Description of prior incident:

Coach and Counsel 3/29/16
Verbal 3/2/17

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up, if applicable)

Yvette will complete training on how to complete a refund and to reconcile her deposit account with a tracking tool. If Yvette is unsure on how to do something she needs to ask a Manager. Any further infractions may result in progressive disciplinary action up to and including termination.

*Original corrective action form issued on 11/9/18 has been modified.

4. Team Member Comments:

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. **I understand that any further infraction may result in disciplinary action, up to and including termination.**

| | | | |
|---|---|---|---|
| _Yvette Walker_ 4-27-18 | | _(signature)_ 4/27/18 | |
| Team Member Signature | Date | Supervisor/Department Head | Date |
| | | _Nissen_ 4/27/18 | 10 |
| Witness/Interpreter | Date | Human Resources | Date |



**Hilton**
HOTELS & RESORTS

Hilton Chicago
Banquets - Group
720 South Michigan Ave
Chicago, IL 60605

1/16/2020 18:54

Check: 3230191          Guests: 300
Catering Mgr: CM Julie K
BEO #:374735          MP:Reception
BQT Captain: Mike F

New Banquet
1 GRAND BLRM          0.00
1 Banquet Food          33862.50
4 Bartender Fees          800.00
  @ 200.00
1 Banquet Liquor          14815.44
1 Chef Fees          200.00

Subtotal          49677.94
Tip          351.74 No
Tax          6221.32
Gratuity          9153.42
Admin Fee          3894.24
Total          68946.92

Room Charge          69298.66
GTRS
SECURITY TRADERS 2020 - STAFF

GRAND TOTAL          69298.66

CIM 9505.66
C1128339 1/16/2020 21:50
TAX 609263

DUPLICATE RECEIPT

TAX -121.69

Client Signature

---

**Hilton**

Check# 374735

(Exhibit H)

hicago, Illinois 60605 • (312) 922 4400 • Catering Fax (312) 431 6948

**Banquet Check**

| 2020 | Event Date: | 1/16/2020 |
|---|---|---|
| | Contact: | Mr. Ron Slucker |
| | Phone: | |
| | Fax: | |
| Micros ID: | On-Site: | Susin Silawa |
| Seg ID: | Phone: | |
| Meal ID: | | |

| | Price | | Amount |
|---|---|---|---|
| | 30.50 | Per Person | 7,625.00 |
| | 19.00 | Per Person | 2,375.00 |
| | 28.00 | Per Person | 7,000.00 |
| - 9PM | 25.00 | Per Person | 3,125.00 |
| PM | 34.00 | Per Person | 2,550.00 |
| | 8.75 | Per Piece | 2,187.50 |
| en Free) | 8.75 | Each | 1,750.00 |
| Gluten Free) | 7.00 | Per Piece | 1,750.00 |
| | 7.00 | Per Piece | 1,750.00 |
| egetarian) | 7.00 | Per Piece | 1,750.00 |
| (Gluten Free) | 8.00 | Per Piece | 2,000.00 |
| | | Subtotal: | 33,862.50 |
| Gratuity %: | 18.50 | | 6,264.56 |
| Tax %: | 11.50 | | 3,894.19 |
| Service Charge %: | 8.00 | | 2,709.00 |
| Tax on Service Charge %: | 10.25 | | 277.67 |
| | | Total: | $47,007.92 |

| | Price | | Amount |
|---|---|---|---|
| R ON CONSUMPTION | 14,815.44 | | 14,815.44 |
| | | Subtotal: | 14,815.44 |
| Gratuity %: | 18.50 | | 2,740.86 |
| Tax %: | 11.50 | | 1,703.78 |
| Service Charge %: | 8.00 | | 1,185.24 |
| Tax on Service Charge %: | 10.25 | | 121.49 |
| | | Total: | $20,566.81 |

| Quantity  Miscellaneous | Price | | Amount |
|---|---|---|---|
| 4  Bar Facility Fee (Bartender) | 200.00 Each | | 800.00 |
| | | Subtotal: | 800.00 |
| Gratuity %: | 18.50 | | 148.00 |
| Tax %: | 10.25 | | 82.00 |

Date          Printed: 1/16/2020

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 156 of 467 PageID #:156

Check# 374586

| | |
|---|---|
| **Account:** Security Traders Association of Chicago | **Event Date:** 1/16/2020 |
| **Booking:** Security Traders Association of Chicago 2020 | |
| **Address:** | **Contact:** Mr. Ron Slucker |
| | **Phone:** |
| | **Fax:** |
| | **On-Site:** Susin Silawa |
| **Banquet Manager:** George Koutsoumbas | **Micros ID:** | **Phone:** |
| **Billing ID:** TRS | **Seg ID:** |
| **Billing Method:** Master Account | **Meal ID:** |

| | | | | |
|---|---|---|---|---|
| | | | **Total:** | $1,030.00 |
| 1 | chef's fee | 200.00 | | 200.00 |
| | | | **Subtotal:** | 200.00 |
| | | **Tax %:** 10.25 | | 20.50 |
| | | | **Total:** | $220.50 |
| 1 | Additional Bartender Gratuity Per Ratios - Amount TBD Post-Event | 351.74 | | 351.74 |
| | | | **Subtotal:** | 351.74 |
| | | | **Total:** | $351.74 |

| Room Rental | Price | | Amount |
|---|---|---|---|
| **Function:** Reception | | | |
| **Room:** GrandBall Rm, 2nd Fl | | | |
| | | **Subtotal:** | 0.00 |
| | | **Total:** | $0.00 |
| **Function:** Set up | | | |
| **Room:** GrandBall Rm, 2nd Fl | | | |
| | | **Subtotal:** | 0.00 |
| | | **Total:** | $0.00 |
| | | **Grand Total:** | $69,176.97 |
| | | **Balance Due:** | $69,176.97 |

Client Signature

Date                Printed: 1/16/2020



**Check# 374970**

(Exhibit 4
3

## Hilton

Chicago, Illinois 60605 • (312) 922 4400 • Catering Fax (312) 431 6948

### Banquet Check

**Hilton**
HOTELS & RESORTS

Hilton Chicago
Banquets - Group
720 South Michigan Ave
Chicago, IL 60605

1/15/2020 14:21

Check: 3230173        Guests: 2000
Catering Mgr: CM Sharon
BEO #:374970        MP:Reception
BQT Captain: George K

| | New Banquet | | |
|---|---|---|---|
| 1 | GRAND BLRM | 0.00 | |
| 1 | Banquet Food | 115606.00 | |
| 1 | Banquet Liquor | 63318.40 | |
| 8 | Chef Fees | 1200.00 | |
| | @ 150.00 | | |
| 1 | Coat Check | 1302.00 | |

| | | |
|---|---|---|
| Subtotal | 181426.4 | |
| Tip | 0.00 | |
| Tax | 22613.79 | |
| Gratuity | 33101.01 | |
| Admin Fee | 14313.95 | |
| Total | 251455.1 | |

Room Charge        251455.15
GAWSW
AWS WORLDWIDE PUBLIC SECTOR PA

GRAND TOTAL        251455.15

TAX 7822160649
1323  C1014647  1/15/2020 14:29

-44230

| | Event Date: | 1/14/2020 | |
|---|---|---|---|
| | Contact: | Marissa Carillo | |
| Micros ID: | Phone: | | |
| Seg ID: | Fax: | | |
| Meal ID: | On-Site: | Marissa Carillo | |
| | Phone: | | |

| | Price | | Amount |
|---|---|---|---|
| PACKAGE | 56.50 | Per Person | 113,000.00 |
| | 82.00 | Per Person | 492.00 |
| | 30.00 | Per Person | 1,680.00 |
| lar Coffee | 95.00 | Per Gallon | 190.00 |
| | 9.00 | Per Person | 54.00 |
| with Lemon Wedges and | 95.00 | Per Gallon | 95.00 |
| einated Coffee | 95.00 | Per Gallon | 95.00 |
| | Subtotal: | | 115,606.00 |
| Gratuity %: | 18.50 | | 21,387.11 |
| Tax %: | 11.50 | | 13,294.69 |
| Service Charge %: | 8.00 | | 9,248.48 |
| Tax on Service Charge %: | 10.25 | | 947.97 |
| | Total: | | $160,484.25 |

| | Price | | Amount |
|---|---|---|---|
| AGE | 31.50 | Per Person | 63,000.00 |
| Label, Reims, France | 159.20 | Per Bottle | 318.40 |
| | Subtotal: | | 63,318.40 |
| Gratuity %: | 18.50 | | 11,713.90 |
| Tax %: | 11.50 | | 7,281.62 |
| Service Charge %: | 8.00 | | 5,065.47 |
| Tax on Service Charge %: | 10.25 | | 519.21 |
| | Total: | | $87,898.60 |

| Quantity | Miscellaneous | Price | | Amount |
|---|---|---|---|---|
| 8 | Chef Attendant Fees for Action Stations | 150.00 | Each | 1,200.00 |
| | | Subtotal: | | 1,200.00 |
| | | Tax %: | 10.25 | 123.00 |
| | | Total: | | $1,323.00 |
| 1 | HOSTED COAT CHECK AT BLVD. COAT CHECK | 1,302.00 | | 1,302.00 |
| | 4 Attendants. Each Attendant has a $300.00 Minimum. | | | |
| | Each Item Checked is $3.00 @ $300.00/Attendant. | | | |

12-1

Client Signature

Date        Printed: 1/15/2020

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 158 of 467 PageID #:158 Check# 374970

| Account: Amazon.com, Inc. | | | Event Date: | 1/14/2020 |
|---|---|---|---|---|
| Booking: AKO WWPS 2020 | | | | |
| Address: | | | Contact: | Marissa Carillo |
| | | | Phone: | |
| | | | Fax: | |
| | | | On-Site: | Marissa Carillo |
| Banquet Manager: George Koutsoumbas | Micros ID: | | Phone: | |
| Billing ID: AWSW | Seg ID: | | | |
| Billing Method: | Meal ID: | | | |

|  | Subtotal: | 1,302.00 |
|---|---|---|
|  | Total: | $1,302.00 |

| Room Rental | Price | Amount |
|---|---|---|
| **Function:** WWPS Roaring 2020s Party | | |
| **Room:** GrandBall Rm, 2nd Fl | | |
| | Subtotal: | 0.00 |
| | Total: | $0.00 |
| **Function:** WWPS Roaring 2020s Party Setup | | |
| **Room:** GrandBall Rm, 2nd Fl | | |
| | Subtotal: | 0.00 |
| | Total: | $0.00 |
| | Grand Total: | $251,007.85 |
| | Balance Due: | $251,007.85 |

Client Signature        Date     Printed: 1/15/2020

Page 1 of 2

**Check# 370010**



# Hilton

icago, Illinois 60605 • (312) 922 4400 • Catering Fax (312) 431 6948

## Banquet Check

# Hilton
### HOTELS & RESORTS

Hilton Chicago
Banquets - Group
720 South Michigan Ave
Chicago, IL 60605

9/16/2019 12:40

Check: 3238795        Guests: 20
Catering Mgr: CM Rachel Z
BEO #:370010        MP:Lunch
BQT Captain: Richard B

```
        New Banquet
1 MCCORMICK              0.00
1 BQT Misc Taxed       125.00
1 N/A Beverage         143.00
1 Banquet Food        1488.00

  Subtotal           1756.00
      Tip               0.00
      Tax             218.04
  Gratuity            301.74
  Admin Fee           130.48
     Total           2406.26

Room Charge           2406.26
GOHIO OHIO STATE SEPTEMBER 2019

  GRAND TOTAL         2406.26
```



DUPLICATE RECEIPT

| | ASTRO | Event Date: | 9/16/2019 |
|---|---|---|---|
| | | Contact: | Heather Rose |
| | | Phone: | |
| | | Fax: | |
| | | On-Site: | |
| | Micros ID: | | |
| | Seg ID: | | |
| | Meal ID: | | |

| | Price | | Amount |
|---|---|---|---|
| H BUFFET | 62.00 Per Person | | 1,240.00 |
| | | Subtotal: | 1,240.00 |
| | Gratuity %: | 18.50 | 229.40 |
| | Tax %: | 11.50 | 142.60 |
| | Service Charge %: | 8.00 | 99.20 |
| | Tax on Service Charge %: | 10.25 | 10.17 |
| | | Total: | $1,721.37 |

| | Price | | Amount |
|---|---|---|---|
| | 6.50 Soda | | 143.00 |
| | | Subtotal: | 143.00 |
| | Gratuity %: | 18.50 | 26.46 |
| | Tax %: | 11.50 | 16.45 |
| | Service Charge %: | 8.00 | 11.44 |
| | Tax on Service Charge %: | 10.25 | 1.17 |
| | | Total: | $198.52 |

| | Price | | Amount |
|---|---|---|---|
| ) Guaranteed | 125.00 | | 125.00 |
| | | Subtotal: | 125.00 |
| | Tax %: | 10.25 | 12.81 |
| | | Total: | $137.81 |

| Room Rental | Price | | Amount |
|---|---|---|---|
| **Function:** Lunch | | | |
| **Room:** McCormick, 4th Floor | | | |
| | | Subtotal: | 0.00 |
| | | Total: | $0.00 |

13-1

_____        _____        _____
Client Signature                Date           Printed: 9/16/2019

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 160 of 467 PageID #:160

**Cheek# 370010**

| Account: American Society for Radiation Oncology - ASTRO | Event Date: | 9/16/2019 |
|---|---|---|

Booking: Ohio State
Address:

| Contact: | Heather Rose |
|---|---|
| Phone: | |
| Fax: | |
| On-Site: | |

| | | |
|---|---|---|
| Banquet Manager: | Richard Breton | Micros ID: |
| Billing ID: | OHIO | Seg ID: |
| Billing Method: | | Meal ID: |

| Grand Total: | $2,057.70 |
|---|---|
| Balance Due: | $2,057.70 |

Account: American Society for Radiation Oncology - ASTRO   Event Date: 9/16/2019

*13-2*

Client Signature                                         Date          Printed: 9/16/2019



## Hilton
HOTELS & RESORTS

Hilton Chicago
Banquets - Group
720 South Michigan Ave
Chicago, IL 60605

2/10/2020 12:03

Check: 3230443     Guests: 19
Catering Mgr: CM Sharon
BEO #:376018     MP:Lunch
BQT Captain: Richard B

New Banquet
1 MICHIGAN          0.00
1 Banquet Food   1650.00
1 BQT Misc Taxed  125.00

Subtotal   1775.00
Tip           0.00
Tax         220.22
Gratuity    305.25
Admin Fee   132.00
Total      2432.47

Room Charge        2432.47
GREDA
REDKEN 02/9 - 02/10/20 MEETING

GRAND TOTAL

Check# 376018

## Hilton
hicago, Illinois 60605 • (312) 922 4400 • Catering Fax (312) 431 6948

### Banquet Check

| | | |
|---|---|---|
| **Event Date:** | 2/10/2020 | |
| **Contact:** | Elissa Mathews | |
| **Phone:** | | |
| **Fax:** | | |
| **On-Site:** | Elissa Mathews | |
| **Phone:** | | |

Micros ID:
Seg ID:
Meal ID:

| | Price | | Amount |
|---|---|---|---|
| FFET | 60.00 | Per Person | 1,140.00 |
| fused Water | 100.00 | Per Gallon | 100.00 |
| | 125.00 | Per Gallon | 125.00 |
| | 125.00 | Per Gallon | 125.00 |
| Regular Coffee | 160.00 | Per Gallon | 160.00 |
| | | Subtotal: | 1,650.00 |
| | Gratuity %: | 18.50 | 305.25 |
| | Tax %: | 11.75 | 193.88 |
| | Service Charge %: | 8.00 | 132.00 |
| | Tax on Service Charge %: | 10.25 | 13.53 |
| | | Total: | $2,294.66 |

| | Price | | Amount |
|---|---|---|---|
| Guaranteed | 125.00 | Per Menu | 125.00 |
| | | Subtotal: | 125.00 |
| | Tax %: | 10.25 | 12.81 |
| | | Total: | $137.81 |

| Room Rental | Price | Amount |
|---|---|---|
| **Function:** Redken DM Brand Advisor Luncheon | | |
| **Room:** Lake Mich., 8th FL | 850.00 | 850.00 |
| | Subtotal: | 850.00 |
| Service Charge %: | 8.00 | 68.00 |
| Tax on Service Charge %: | 10.25 | 6.97 |
| Room Rental Tax %: | 17.25 | 146.63 |
| | Total: | $1,071.60 |

Client Signature                Date        Printed: 2/10/2020

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 162 of 467 PageID #:6028

| Account: Redken | | Event Date: | 2/10/2020 |
|---|---|---|---|
| Booking: Redken | | | |
| Address: | | Contact: | Elissa Mathews |
| | | Phone: | |
| | | Fax: | |
| | | On-Site: | Elissa Mathews |
| Banquet Manager: Richard Breton | Micros ID: | Phone: | |
| Billing ID: | Seg ID: | | |
| Billing Method: | Meal ID: | | |

| | |
|---|---|
| Grand Total: | $3,504.07 |
| Balance Due: | $3,504.07 |

Client Signature

Date    Printed: 2/10/2020

707.29

Check# 374674

*Exhibit H 6*



**Hilton**
HOTELS & RESORTS

Hilton Chicago
Banquets - Group
720 South Michigan Ave
Chicago, IL 60605

1/13/2020 9:29

Check: 3230165        Guests: 100
Catering Mgr: CM Sharon
BEO #:374674        MP:Coffee Break
BQT Captain: Mike F

```
          New Banquet
1 BOULEVARD A           0.00
1 Room Rental F&B    6000.00
1 Banquet Food        913.50

  Subtotal           6913.50
       Tip              0.00
       Tax           1199.03
  Gratuity            169.00
 Admin Fee            553.08
     Total           8834.61

Room Charge          8834.61
  GICW
 ICW EVENT FOR AWS PUBLIC SECTO

  GRAND TOTAL         8834.61
```

TAX $8,347.03
T323  C1128339  1/13/2020 18:11

-705-

**Hilton**



icago, Illinois 60605 • (312) 922 4400 • Catering Fax (312) 431 6948

## Banquet Check

| | |
|---|---|
| Event Date: | 1/13/2020 |
| Contact: | Andrew Ko |
| Phone: | |
| Fax: | |
| On-Site: | |

Micros ID:
Seg ID:
Meal ID:

| | Price | | Amount |
|---|---|---|---|
| ar Coffee | 130.50 Per Gallon | | 522.00 |
| einated Coffee | 130.50 Per Gallon | | 261.00 |
| | 130.50 Per Gallon | | 130.50 |
| | Subtotal: | | 913.50 |
| Gratuity %: | 18.50 | | 169.00 |
| Tax %: | 11.50 | | 105.05 |
| Service Charge %: | 8.00 | | 73.08 |
| Tax on Service Charge %: | 10.25 | | 7.49 |
| | Total: | | $1,268.12 |

| | Price | | Amount |
|---|---|---|---|
| | 6,000.00 | | 6,000.00 |
| | Subtotal: | | 6,000.00 |
| Service Charge %: | 8.00 | | 480.00 |
| Tax on Service Charge %: | 10.25 | | 49.20 |
| Room Rental Tax %: | 5.50 | | 330.00 |
| | Total: | | $6,859.20 |

**Function:** ICW Event for AWS Public Sector Group
**Room:** Blvd. ABC, 2nd FL

| | Subtotal: | | 0.00 |
|---|---|---|---|
| | Total: | | $0.00 |

| | Grand Total: | $8,127.32 |
|---|---|---|
| | Balance Due: | $8,127.32 |

Client Signature                                       Date         Printed: 1/13/2020



(Exhibit T)

**HILTON**
WORLDWIDE

# Corrective Action Form

Date of Incident: November 8, 2017
Team Member Name: Yvette Walker
Date of Discussion: November 9, 2017

Property: Hilton Chicago
Department: Finance
Position: Finance Clerk/Customer Service

Reason for Discussion/Documentation:
☐ Verbal  ☒ Written Warning  # of Written Warnings:  ☐ Final Written
☐ Suspension Pending Investigation  ☐ Suspension for 3 Working Days
From:  Return to Work on:
☐ Termination  Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

On November 8th, it was discovered that Yvette Walker posted an advance deposit refund on 10/13/17 incorrectly which resulted in an overage on that same day. On October 18, 2017, Yvette issued a check refund for four guests that were already refunded back in April and May of 2017, causing the hotel to stop payment and potentially paying the guest twice. This is a violation of Hilton Chicago's Guidelines for Team Member Conduct, including but not limited to; poor job performance and misappropriation of company funds and/or failure to handle funds in accordance with established guidelines. This is also a violation of department policies and procedures.

2. Has the team member received prior discussion or warning within the past 12 months?**
☒ Yes  ☐ No  If yes, date?  ☐ Verbal  ☐ Written
Description of prior incident:

Hotel Policy
Coach and Counsel 03/29/16
Verbal 03/02/2017

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up, if applicable)

Yvette will complete training on how to complete a refund and to reconcile her deposit account with a tracking tool. If Yvette, is unsure on how to do something she needs to ask a Manager. Any further infractions will result in progressive disciplinary action up to and including termination.

4. Team Member Comments:

ENTERED
11/20/18

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. **I understand that any further infraction may result in disciplinary action, up to and including termination.**

| Team Member Signature | 11/09/17 Date | Supervisor/Department Head | 11/9/17 Date |
| Witness/Interpreter | 11/09/17 Date | Human Resources | 11/20/17 Date |

16

*Jessica investigated for write-up?*

*(Exhibit I)*
*2*

# Hilton
### Chicago
## DECLARATION OF

Team Member:      Yvette Walker
Department:      Finance
Position:      Customer Service
Today's Date:      3/28/18

I, Yvette Walker, pursuant to 28 U.S.C. Section 1746, state as follows:

These checks were made out in March or April and Jessica came to me about them and said I double made the checks which would have caused Hilton to double pay the guests.

Is this correlated to a write-up?
- Yes, it's a write-up I received in November.

I decided to go back and look over the checks myself because it was bothering me. I did find the reason why I wrote the checks. It wasn't as if I double paid them. Actually this is a check I wrote out on 4/6 and you see the address here? I rewrote the check because there was a wrong address on it. I went to Judy about this check on 5/4 and told her I know what happened here about why I rewrote the check. It was escheated.

Judy told me the check came back and she couldn't give it to the guy because it was given to the wrong address and that's why I rewrote the check. I called the guest back myself.

When did you know the other check was escheated?
- After I do the work, I keep a copy, Judy has one and I put another copy in the back. If there was anything wrong with it, Judy let's me know. She brought it back to me

Sean: To me, escheated means we paid the state and the guest.

Why did you rewrite the check in October?
- It has to be because Judy told me it was wrong and it was escheated.

The only time I redo checks is when Judy gives them back to me. No one else gives checks to write for.

Sean: Escheated means you have to fund the state. That's completely different than saying it was voided.

Normally Judy doesn't tell me if she escheats checks. The only reason I know this was escheated was because I just found out in March and I went to her and asked about it. I told Judy I still needed to know why I did that.

It kept bothering me that it happened 5 months ago and I had just written those checks again. All of these people were checks I made out in March and April and then in October I made checks for them all over again.

If I did it 5 months later without anyone telling me I would just have to think of it off the top of my head.

There were 4 guests involved in the checks.

On November 9th, I was given corrective action for all of these checks.

When Jessica brought me in the office to talk about this I said to Jessica, why would I do this 5 months later. She said I don't know why you did it or how you did it, but we're giving you a write up.

Sean: If you didn't agree with it then and it was Jessica, why didn't you come to me or Amy to talk about this?

- Because at the time Jessica came to me, I didn't have the back-up. I guess I should have thought of it right then.

When did you start researching it?
- Like late February

So you looked after the conversation you had with HR about your eligibility to transfer?
- Yes. This incident kept flashing back in my mind and that's when I decided to look over the paperwork again.

I made this other check out on the 31st to Atlantic Care to this address. This was my copy in my file. This was posted and was Judy's copy. Judy brought this back to me and said this is the wrong address so I took her paperwork and called the guest and had to look up their address and their phone number. I called the guest and they gave me this other address and that's why I turned around and made this check out again.

Was that check escheated too?
- Yes

Sean: From the hotel's perspective, we paid twice for these checks.

Was this check from the same group?
- No

Judy gave me this check and told me it was the wrong address so I called the guest and got another address.

Do you remember when Judy gave it to you?
- These checks I remade 5 months later so I make them immediately once they're given to me.
- So she told you 5 months later?
  - Yes

The next check I made this out on 5/30. When I went to Judy she said she couldn't find anything else on it. She said it was returned and never made out again.

Was this check on your write up?
- Yes, it was all part of it.

This other check was for a lady name Michelle Seymour. The first check I made out for her was on 5/22. In October it was given back to me because Judy said it was the incorrect spelling of the street. I actually made this check out on 10/18 and it was said it was lost in the mail.

What is your understanding of the escheated process?
- I understood the process because I asked Judy about it that day. When I went to her in March I asked her what did all this mean and she said escheated means the money went to the state an she voids it when it's lost or when it comes back. Before that I didn't know that information, I just remake the checks.

When Judy gives you the checks back what does she communicate to you?
- Wrong address or wrong spelling and she'll say the check needs to be reissued.

Your role at that point is what?
- Call the guest or find out more information about where the check should be issued to.

Are there any other issues you wanted to bring up?
- No, these were the issues I wanted to bring up.

*I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify competently to them.*
*I am aware that making false or inaccurate claims or omissions in any statement or record in which jeopardizes the hotel, any team member, visitor or guest is a strict violation of a hotel policy and subject to disciplinary action.*

I also understand that any retaliatory action in regards to this incident is subject to disciplinary action including and up to termination.

I swear under the penalty of perjury that the foregoing is true and correct. Executed on:

_____         3-28-18
Team Member                       Date

_____      _____
Lea Nissen      Director of Human Resources      Date

_____      _____
Witness                                 Date

173

*(Exhibit I)*
*3*

**Yvette Walker**

From: John Wells
Sent: Saturday, June 09, 2018 1:26 PM
To: Yvette Walker
Subject: Re: thanks

Glad things are working out. This HAFS process is a difficult change for everyone.

John G. Wells
General Manager
Hilton Chicago

Sent from my iPhone

On Jun 8, 2018, at 3:39 PM, Yvette Walker <Yvette.Walker@hilton.com> wrote:

Hi John,

Thank you for your time and the opportunity to continue employment with Hilton.

Sincerely,

**YVETTE WALKER** | Advance Deposits Coordinator

HILTON CHICAGO
t: +1 312 294 6817 | f: +1 312 431-6911
720 South Michigan Avenue | Chicago IL 60605 | USA

Hiltonchicago.com | Watch the transformation of the International Ballroom | <image001.jpg> <image002.jpg> <image003.jpg>

<image004.jpg>

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2018 Hilton Proprietary and Confidential



Electronic Offer

Page 1 of 2

(Exhibit I)
4

Mandatory fields are marked with a red indicator.

Yvette,

As discussed during our meeting on January 16, 2018, as a result of the Hilton Accounting and Finance Services transformation project, we are pleased to offer the following opportunity within our new organization structure. This change will be effective on or about End-June, although business needs may dictate a change in this date. Your actual transfer date will be communicated to you once it is confirmed. This letter represents some noteworthy points for consideration.

| | CURRENT POSITION | OFFERED POSITION |
|---|---|---|
| TITLE | General Cashier | Accounting Analyst/Clerk |
| COMPENSATION | $18.51 | $20.00 |
| EXEMPT/NON-EXEMPT | Non-Exempt | Non-Exempt |

Please acknowledge your acceptance and understanding of this offer by signing and returning this letter to Maggie Alba in the HR Department within 48 hours of receipt. Should you have any questions, please contact Lea Nissen in HR directly.

You may retain a copy of this document for your records, but the signed original must be submitted. I look forward to the continued contributions you will bring to our team.

Sincerely,

Sean Kalbach
Director of Finance

ACKNOWLEDGEMENT

Indicate your decision and acknowledgment of the terms by signing below accordingly.

_____     Offer Accepted

_____     Offer Declined: If so, reason _____

Team Member Name Printed: _____
Team Member Signature: _____
Date: _____

Response
Accept the offer

**Electronic Offer Signature**
******

Electronic Offer Signature Date
6/20/18, 9:13:00 PM GMT

Electronic Offer Signature IP Address
167.187.101.239

19

https://hilton.taleo.net/transition/form/runtime/customForm.jsf

6/20/2018

(Exhibit 5)

Monday, January 22, 2018



# Job Opportunities

## Apply online today at jobs.hilton.com/

| Job Requisition # | Openings | Requisition Title | Hotel Name |
|---|---|---|---|
| HOT04RAC | 1 | Facilities Floor Manager | Hilton Chicago and Towers |
| HOT04SOB | 1 | Senior Catering & Event Manager | Hilton Chicago and Towers |
| HOT04S0L | 1 | Assistant Beverage Manager | Hilton Chicago and Towers |
| HOT04TN7 | 1 | Senior Human Resources Coordinator | Hilton Chicago and Towers |
| HOT04TI1 | 1 | Catering & Events Administrative Assistant | Hilton Chicago and Towers |
| **Job Requisition #** | **Openings** | **Requisition Title** | **Hotel Name** |
| HOT04OYG | 1 | Restaurant Chef | The Palmer House Hilton |
| HOT04QBP | 1 | Senior Sales Manager, Hilton Chicago Complex | The Palmer House Hilton |
| HOT04TUF | 2 | Banquet Houseperson (3rd Shift) | The Palmer House Hilton |
| HOT04U0I | 1 | Human Resources Coordinator | The Palmer House Hilton |
| HOT04U9Z | 1 | Utility Steward / Dishwasher | The Palmer House Hilton |
| **Job Requisition #** | **Openings** | **Requisition Title** | **Hotel Name** |
| HOT04SJR | 1 | Director of Finance | The Drake Hotel |
| HOT04TGR | 1 | Director of Restaurants | The Drake Hotel |
| HOT04SVO | 1 | Busperson Room Service | The Drake Hotel |
| HOT04T6Q | 1 | Busperson | The Drake Hotel |
| **Job Requisition #** | **Openings** | **Requisition Title** | **Hotel Name** |

             

EOE/AA/Disabled/Veterans

Tuesday, February 20, 2018



# Job Opportunities
## Apply online today at jobs.hilton.com/

| Job Requisition # | Openings | Requisition Title | Hotel Name |
|---|---|---|---|
| HOT04RAC | 1 | Facilities Floor Manager | Hilton Chicago and Towers |
| HOT04TN7 | 1 | Senior Human Resources Coordinator | Hilton Chicago and Towers |
| HOT04WRQ | 1 | Cook III (Full-time) | Hilton Chicago and Towers |
| HOT04W0P | 1 | Group Housing Coordinator | Hilton Chicago and Towers |
| HOT04WR6 | 1 | Cook II (Full-time) | Hilton Chicago and Towers |
| HOT04WI7 | 2 | Banquet Houseperson (Part-time) | Hilton Chicago and Towers |
| HOT04X2E | 1 | Room Service Order Taker | Hilton Chicago and Towers |
| HOT04X3G | 1 | Overnight Marble Care/Supervisor | Hilton Chicago and Towers |
| HOT04WI6 | 2 | Banquet Houseperson | Hilton Chicago and Towers |
| HOT04XES | 1 | Bar Porter (Part-Time) | Hilton Chicago and Towers |
| **Job Requisition #** | **Openings** | **Requisition Title** | **Hotel Name** |
| HOT04XD7 | 1 | Senior Sales Manager, Hilton Chicago Complex | The Palmer House Hilton |
| HOT04VLG | 1 | Business Travel Sales Manager - The Drake & Embassy Suites Mag Mile | The Palmer House Hilton |
| HOT04VDJ | 1 | Busperson (Part-Time) | The Palmer House Hilton |
| HOT04UAC | 1 | Server (Part-Time) | The Palmer House Hilton |
| HOT04VQN | 1 | Assistant Director of Housekeeping | The Palmer House Hilton |
| HOT04TN1 | 1 | Lobby Ambassador | The Palmer House Hilton |
| HOT04XOL | 1 | Senior Event Manager | The Palmer House Hilton |

          



EOE/AA/Disabled/Veterans

Tuesday, February 20, 2018



| | 1 | Front Office Supervisor | The Palmer House Hilton |
|---|---|---|---|
| HOT04XKD | | | |

| Job Requisition # | Openings | Requisition Title | Hotel Name |
|---|---|---|---|
| HOT04SJR | 1 | Director of Finance | The Drake Hotel |
| HOT04TGR | 1 | Director of Restaurants | The Drake Hotel |
| HOT04UQR | 1 | Executive Lounge Server | The Drake Hotel |
| HOT04WE3 | 1 | Director of Property Operations & Engineering | The Drake Hotel |
| HOT04W2Y | 1 | Carpenter | The Drake Hotel |
| HOT04WMV | 1 | Sales Manager – Business Development | The Drake Hotel |
| Job Requisition # | Openings | Requisition Title | Hotel Name |
| HOT04W0Q | 2 | Busperson (Part-Time) | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04X6Q | 3 | Guest Service Agent | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04VW8 | 1 | Cook (Part-Time) | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04XIT | 1 | Assistant Food & Beverage Manager | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04XD4 | 2 | Suite Attendant (Part-Time) | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04XD2 | 2 | Suite Attendant (Full-Time) | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04XDT | 2 | Breakfast Busperson (Part-time) | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |

             

EOE/AA/Disabled/Veterans

Tuesday, February 20, 2018



| Job Requisition # | Openings | Requisition Title | Hotel Name |
|---|---|---|---|
| HOT04X4R | 1 | Buffet Runner (Part-time) | Hilton Chicago O'Hare Airport |
| HOT04X4A | 1 | Host/Hostess | Hilton Chicago O'Hare Airport |
| HOT04XN3 | 1 | Security Offer (Overnight) | Hilton Chicago O'Hare Airport |
| HOT04X2O | 1 | Director of Catering & Events | Hilton Chicago O'Hare Airport |
| Job Requisition # | Openings | Requisition Title | Hotel Name |
| HOT04SI4 | 1 | Cook III | Hilton Rosemont |

EOE/AA/Disabled/Veterans

             

EOE/AA/Disabled/Veterans

(Exhibit J)
3

Monday, February 26, 2018

**Hilton**

# Job Opportunities
## Apply online today at jobs.hilton.com/

| Job Requisition # | Openings | Requisition Title | Hotel Name |
|---|---|---|---|
| HOT04RAC | 1 | Facilities Floor Manager | Hilton Chicago and Towers |
| HOT04XEK | 1 | Busperson - Kitty O'Shea's | Hilton Chicago and Towers |
| HOT04YEV | 1 | Human Resources Manager | Hilton Chicago and Towers |
| HOT04YEE | 1 | Security Officer | Hilton Chicago and Towers |
| HOT04WZ3 | 1 | Utility Steward / Dishwasher | Hilton Chicago and Towers |
| HOT04Y06 | 1 | Assistant Executive Steward | Hilton Chicago and Towers |
| HOT04X3G | 1 | Overnight Marble Care/Supervisor | Hilton Chicago and Towers |
| HOT04WI6 | 2 | Banquet Houseperson | Hilton Chicago and Towers |
| HOT04XES | 1 | Bar Porter (Part-Time) | Hilton Chicago and Towers |

| Job Requisition # | Openings | Requisition Title | Hotel Name |
|---|---|---|---|
| HOT04XD7 | 1 | Senior Sales Manager, Hilton Chicago Complex | The Palmer House Hilton |
| HOT04VLG | 1 | Business Travel Sales Manager - The Drake & Embassy Suites Mag Mile | The Palmer House Hilton |
| HOT04VDJ | 1 | Busperson (Part-Time) | The Palmer House Hilton |
| HOT04Y8I | 1 | Server (Part-Time) | The Palmer House Hilton |
| HOT04Y8I | 1 | Director of Catering & Events | The Palmer House Hilton |
| HOT04XKD | 1 | Front Office Supervisor | The Palmer House Hilton |
| HOT04YJY | 1 | Carpet Care Attendant (Part-Time) | The Palmer House Hilton |
| HOT04XOA | 1 | Busperson - Room Service (Part-Time) | The Palmer House Hilton |

  CONRAD canopy CURIO     tru

EOE/AA/Disabled/Veterans

Monday, February 26, 2018

# Hilton

| Job Requisition # | Openings | Requisition Title | Hotel Name |
|---|---|---|---|
| HOT04TGR | 1 | Director of Restaurants | The Drake Hotel |
| HOT04WE3 | 1 | Director of Property Operations & Engineering | The Drake Hotel |
| HOT04WMV | 1 | Sales Manager – Business Development | The Drake Hotel |

| Job Requisition # | Openings | Requisition Title | Hotel Name |
|---|---|---|---|
| HOT04W0Q | 2 | Busperson (Part-Time) | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04X6Q | 3 | Guest Service Agent | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04VW7 | 1 | Cook | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04VW8 | 1 | Cook (Part-Time) | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04XIT | 1 | Assistant Food & Beverage Manager | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04XD4 | 2 | Suite Attendant (Part-Time) | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04XD2 | 2 | Suite Attendant (Full-Time) | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04XDT | 2 | Breakfast Busperson (Part-time) | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |
| HOT04XPC | 1 | Dishwasher (Part-Time) | Embassy Suites by Hilton Chicago Downtown Magnificent Mile |



EOE/AA/Disabled/Veterans



Monday, February 26, 2018



| Job Requisition # | Openings | Requisition Title | Hotel Name |
|---|---|---|---|
| HOT04XNA | 1 | Front Office Manager | Hilton Chicago O'Hare Airport |
| HOT04XN3 | 1 | Security Officer (Overnight) | Hilton Chicago O'Hare Airport |
| **Job Requisition #** | **Openings** | **Requisition Title** | **Hotel Name** |
| HOT04SI4 | 1 | Cook III | Hilton Rosemont |

EOE/AA/Disabled/Veterans

             

EOE/AA/Disabled/Veterans

(Exhibit K1)



# Hilton
## Chicago

## DECLARATION OF
Team Member:   Yvette Walker
Department:    Finance
Position:      Customer Service
Today's Date:  2/23/2018
Regarding:     Incident on Friday 2/16/18

I,   Yvette Walker            , pursuant to 28 U.S.C. Section 1746, state as follows:

**It has come to the attention of HR that you have been taking pictures of several team members?**
**Were you in the cafeteria on Friday 2/16 around 2pm?**
I don't remember but if they said I was there, I was there. I go up around 130 every day.

**Did you get up from the table to take pictures or video team members?**
I have gotten up for the last 2 weeks to take pictures .

**Who were the team members last week?**
I do not recall, I have taken 40-50 pictures over the past couple of weeks.

**Why were you taking pictures of their back side?**  *Taking Pictures of white race,*
I didn't take pictures of anybody's back side.        *still wearing heels over 3½ inch.*

**Were you behind people taking pictures of them?**
I can't really say. Most of the pictures I have taken have been in the cafeteria. I do know what you are talking about because when it was brought to my attention, I showed her the collage I was making. She asked me if I took her picture and I said no because nobody ever turned around when they were in that area.

**Who is the team member you are referencing?**
Julie. I said, I stopped her in the hallway and told her I never took her picture because she never turned around.

**Which hallway?**
On the 4th floor

**When did this conversation occur?**
Monday or Tuesday of this week.

**Did you try to get their attention?**
Yes. I really don't remember, I just know they didn't turn around.

**Where were they when you were trying to take their picture?**
Standing by the rail by the food line. They had put their trays and they were in the open area there. I was way back there. I was somewhere in the aisle by the toaster.

**Did you take pictures of other people at the same time?**
I don't even know who else I took pictures of.

**They were going in our out?**
I don't really remember

**Where were you?**

23-1

I was standing in the cafeteria.

**Did you get up from the table to take their picture?**
I took about 50 pictures the past couple of days.
**Did you ask permission to take a picture?**
I don't know that I asked permission to take anybody's picture that day. They are just pictures of colleagues. Most of them were smiling and I took them with my phone.

You are saying I took a picture of their back side?
     That is the allegation.

**Did you take a picture of Grace?**
No
**Did you take a picture of Shamelda?**
I didn't see Shamelda that day.

**Were there any other team members you took pictures of that day?**
Roberta in housekeeping, I don't know her name but I can pull the pictures up, maybe her name is Natasha.

**Anyone else?**
Ya I have a lot of pictures in my phone. She posed for me. (showed pictures of Natasha, and Natasha/Roberta)
Leroy, Lawrence, I don't know everybody's' name. Darlene

**Did you take pictures of Riley and Jessica?**
No
I have a picture of Riley, I took that one in the office and she posed for that one. Jessica, no, neither one of the Jessica's for that matter.

(shows picture of Riley posing)

**On Friday 2/16 you were also in the Catering and Events offices, did you take pictures of team members there?**
No, nobody at the desk. Everyone I took I asked them to pose for me.

**Did you take a picture of Sylvia?**
No
**Did you have a conversation with Sylvia?**
About her hair cut.

**Did you have a conversation with Adriana?**
No
**Did you speak with Adriana after you spoke with Sylvia?**
If I did I would not even remember. I was at the desk talking with B and I looked down the hallway and saw Sylvia, I said let me go see whats wrong with her hair, she said she got a trim.

**Did Adriana ask you if you took a picture of Grace?**
She might have I don't remember, if she did I probably told her no too/

**Did you tell Adriana that people need to stop being so paranoid?**
No

**Did you tell Adriana, even if I did, Grace is a pretty girl?**
I didn't tell Adriana anything, If she said something to me I probably walked away.

**Did you offer to show Adraina the pictures that were on your phone?**
No, why would I do that. I only offered to show you as this is HR. And if I take a picture of somebody I show them. This is my phone this is present.

23-2

**On Monday, February 19, did you have a conversation with Grace while on 14D during the puppy event?**
I did

**What did you say to Grace?**
I said to her, because I told Julie that I was making a collage on my phone and so I told Grace that I did not take a picture of her back side. I offered to show her the collage picture on my phone which is for what I am taking pictures for

**Did you tell Grace that you make photo collages outside of work?**
Ys, and I showed her on my phone and that I was making one for Hilton and asked her if you would allow me I would add you to my pictures and she said Ok, but I never took her picture. I haven't seen her.

**There were 2 reported instances in which you took pictures of Riley, one in the morning in the catering offices around 9am in which you were following Riley with an extended arm and your phone out.**
No, Riley took the picture with me in the office. I showed it to you.

**Were you following her in the hallway?**
No, I am not a pervert. I am not chasing women.
You're saying I am following this person and that person. I am not following people or doing anything weird.

**The other instance that same day was in the finance office where you asked Riley to stand against the wall and take her picture.**

I asked her if she wanted to be and I asked her to stand over there to take her picture.

**Have you have any other conversations with Bayyinah?**
No. I don't see her that often, I sometimes see her in the mornings.

**Did you go to the catering office one morning and speak with Bayyinah?**
**Did Bayyinah invite you into a department meeting to take pictures?**
No, why would I do that

**Did you tell Bayyinah that you wanted to take pictures of everyone?**
No I don't think I told anyone that I wanted to take pictures of everyone. I have asked people if they would.

**Have you told Bayyinah that you were taking pictures to document violations of the dress code?**
Why would I tell her that, she would be number 1 on the list?
I have pictures of people in uniform, men that work here. If I'm doing dress code, why would I be taking pictures of them? I'm just taking pictures for my collage I am working on.

**Have you ever told Bayyinah that you were upset because you have been talked to about your attire?**
My attire has never been talked about. I am not going to get into he said she said. If we are going to do that we need to bring Bayyinah and talk about it. I don't talk to her that much.

I know one person that was upset that she thought I took her picture and that was Julie. I saw the look on her face. When I saw her on Monday I said I did not take a picture of you, and she said, oh I know, and I said if you'd like to let me know. That was the last thing I said to her about that.

I said the same thing to Grace, I don't want them to be angry.

**Have you told anyone that Riley's skirt was too short?**
I don't know about Riley's skirt. No. To be honest on the dress code, no one's skirt is too short or heels to high. They are young ladies, and they look gorgeous, but then I don't make the dress code.

23-3

**Have you reported your concerns of dress code violations to your manager?**
I haven't' because I don't think about other people's clothes.

**Anything else?**
No, I've kinda been done with this conversation.
People take pictures of people all the time and there is nothing you can do.

*I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify competently to them.*

*I am aware that making false or inaccurate claims or omissions in any statement or record in which jeopardizes the hotel, any team member, visitor or guest is a strict violation of a hotel policy and subject to disciplinary action.*

*I also understand that any retaliatory action in regards to this incident is subject to disciplinary action including and up to termination.*

*I swear under the penalty of perjury that the foregoing is true and correct. Executed on:*

refused to sign/refused to read _____ 2/23/H
Team Member                                          Date

_____          2/23/18
Jennifer Irby     Assistant Director of Human Resources     Date

_____          2/23/18
Witness                                                Date

23-4



# Hilton
## Chicago

**Memorandum**

| | |
|---|---|
| **To:** | Yvette Walker |
| **From:** | Jennifer Irby, Asst. Director of Human Resources |
| **CC:** | Personnel File |
| **Date:** | March 1, 2018 |
| **Re:** | Coach and Counsel |

On February 16, 2018, Human Resources received a complaint that you had been taking photographs of Team Members without their consent. Team Members complained that it made them feel uncomfortable. Additionally, it was alleged that the photographs were taken to document violate of the Hotel's grooming policy.

Due to the findings of the investigation, the hotel is issuing you a Coach and Counsel for this complaint. It is essential that, should you desire to take a photograph of a team member, you obtain their permission prior to taking the photograph and provide an explanation as to your intent. Any future occurrence of this nature may result in progressive discipline up to and including termination.

As a reminder, the Hotel maintains an Open-Door policy and we encourage all team members to bring their concerns to management's attention so that we may properly investigate.

_refused to sign_
**Signature**

_Jennifer Irby_ (signature)
**Jennifer Irby**

_____
**Witness**

3/1/18
**Date**

3/1/18
**Date**

3/1/18
**Date**

Ⓗ *HiltonHotline.com*

*(Exhibit K-3)*

**Hilton**
Chicago

## DECLARATION OF

| | |
|---|---|
| Team Member: | **Yvette Walker** |
| Department: | **Finance** |
| Position: | **Customer Service** |
| Today's Date: | **3/21/2018** |
| Regarding: | **Incident 3/21/2018** |

I,    Yvette Walker, *pursuant to 28 U.S.C. Section 1746, state as follows:*

**It was reported that today at around 9:25am you approached a team member in the Catering office. What happened?**
I don't have a side of the story. It was Bayinnah she has approached me several times in the hallway to tell me what she said. This has happened 2 or 3 times, once was when there was candy being handed out.

I did stop to talk to her today.

**What did you say to her?**
She can tell you what I said to her
I didn't threaten her, didn't put my hands on her, didn't curse her but I did say something to her.

**Did you tell her congratulations?**
I just told you I wasn't going to repeat anything. Whatever you did before, just do it again. I don't really care to discuss it.

**Did you tell her that you're glad she got something for being a stool pigeon?**
I said I was not going to answer any questions.

**Did you call her a stool pigeon multiple times?**
I don't have any answer for that.

**Did you tell the team member that HR gave you a letter saying she said this and she said that?**
No response

**Did you have an angry tone with the team member?**
I don't want to discuss it.
It was he said she said, so just go with what she said.

**Did the team member tell you that your comment to her was an attack?**
No response

**Did the team member ask you to leave her area?**
No response

**Did the team member reach for her phone so that you would leave her area?**
No response

**Have you been avoiding this team member since our last investigation back in February?**
I don't want to have a conversation.

**Anything else?**

25-1

No

I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify competently to them.

I am aware that making false or inaccurate claims or omissions in any statement or record in which jeopardizes the hotel, any team member, visitor or guest is a strict violation of a hotel policy and subject to disciplinary action.

I also understand that any retaliatory action in regards to this incident is subject to disciplinary action including and up to termination.

I swear under the penalty of perjury that the foregoing is true and correct.  Executed on:

_refused to sign_ _____       3/21/18 _____
Team Member                            Date

_____       3/21/18 _____
Jennifer Irby      Assistant Director of Human Resources       Date

_____       3/21/18 _____
Witness                              Date

95-2

(Exhibit K-4)



# Hilton
### Chicago
## DECLARATION OF

| | |
|---|---|
| Team Member: | Yvette Walker |
| Department: | Finance |
| Position: | Customer Service |
| Today's Date: | 3/27/18 |

*I, Yvette Walker, pursuant to 28 U.S.C. Section 1746, state as follows:*

On the 16th, we knew that we were leaving in April (Finance). I took a lot of pictures of some people in the cafeteria. At that time, I think Julie (Kowalski) thought I took a picture of the backside of Grace (Catrambone). She told Adriana (Estrada) that. I guess Jennifer (Irby) was the one that pulled the camera and I know she questioned a lot of people in there and that was fine with me. Several days later when she called me up and talked to me about the picture taking I showed her the pictures on my phone and most people were posing. When she got to the point of talking about Bayinah, I said why is she talking about Bayinah, she wasn't in the cafeteria. Whatever you got from Bayinah must be gossip. <u>She said Bayinah said you took pictures of people because they were wearing short skirts.</u> At that point, Jennifer was making accusations and I felt like I didn't want to talk to Jennifer anymore. She was asking me if I thought Grace was pretty and I asked if that was an accusation if I was gay. So I was done at that point.

Jennifer asked me if I was avoiding Bayinah. I felt like it was in my best interested to avoid Bayinah. 9 out of 10 black women in this hotel have been talking about the dress code. I'm not saying any names because I don't remember all the women. Some people said they got their nails measured, others said they haven't. There's been a lot of gossip around the hotel. At this point in time I've been ignoring Bayinah and avoiding her because if she is going to tell HR anything I said she needs to tell HR the whole conversation about what she said too. Those are the reasons why I'm avoiding her.

When Jennifer asked me why I'm avoiding her it's because I don't want to talk to her.

The incident took place on the 4th floor was I walked past the window and I stepped in to speak to Bayinah. If I was loud or threatened her, the people in Sales A would have heard me. There was a meeting going on in there. When I came up to the desk, after she was begging me to come in, she said she got a promotion and I said you should have because you were a stool pigeon. I said HR asked a whole lot of people about what happened and they shouldn't have asked her what happened because she wasn't there.

In the statement I took with Jennifer on March 21, no body mentioned that the conversation was an attack. Have I been avoiding her? Yes, that's what I just explained. Did Bayinah have to pick up a phone? No, nobody had to pick up a phone. When she started to tell me that <u>she had to tell HR something</u>

After I told her she was a ~~stool pigeon,~~ she said she had to tell HR something they saw me talking to you. I said, you didn't have to tell them anything this information had to be volunteered. All the other stuff didn't happen.

The team member they told me that was uncomfortable was Grace. When I saw Grace that Monday and Julie, I said if they were offended in any way, I'm sorry, I didn't take your picture because you didn't turn around. I only took pictures of people that turned around.

The fact is with Bayinah if you want to tell someone about what someone said, you need to say what you talk about as well.

Did you have a chance to explain your side of the story to Jennifer?
- Not really, she just kept saying <u>Bayinah said, Bayinah said.</u> I'm just saying whatever conversation was there, I wasn't the only one that talked.

Do you want to say your side of the story?

26-1

- That's what I'm saying, I'm not the only one that had that conversation. I had had that conversation with Bayinah and other people in the hotel about grooming. There were actually three people standing at that desk, but I don't want to get others involved.

I have no issue with the Coach and Counsel, I have an issue with the later part of it on the 21st. Okay, I called someone a stool pigeon and she came upstairs running her mouth. But it's okay for her to gossip? I don't have a problem with her saying that Yvette was talking about the dress code. I have, with several people.

From the questioning that Jennifer asked you, you're taking that is what Bayinah said about you?
- Yes.

Anything else?
- If I did add anything else, it would simply be more gossip to what Bayinah said. We all gossip, it's human nature. I am not the only one that has made statements. Bayinah wasn't happy with the dress code either.

*I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify competently to them.*
*I am aware that making false or inaccurate claims or omissions in any statement or record in which jeopardizes the hotel, any team member, visitor or guest is a strict violation of a hotel policy and subject to disciplinary action.*

*I also understand that any retaliatory action in regards to this incident is subject to disciplinary action including and up to termination.*
*I swear under the penalty of perjury that the foregoing is true and correct.* Executed on:

| Did not wish to sign | 3.27 2018 |
| Team Member | Date |
| _Lea Nissen_   Director of Human Resources | 3.27.18  Date |
| Witness | 3/27/18  Date |

Kristen Brooke                    3 27 18

26-2

 **HILTON**
WORLDWIDE

# Corrective Action Form

| | | | | |
|---|---|---|---|---|
| Date of Incident: | March 21, 2018 | | Property: | Hilton Chicago |
| Team Member Name: | Yvette Walker | | Department: | Finance |
| Date of Discussion: | March 27, 2018 | | Position: | Customer Service |

**Reason for Discussion/Documentation:**
☐ Verbal   ☐ Written Warning   # of Written Warnings:   ☒ Final Written
☐ Suspension Pending Investigation   ☐ Suspension
From:   Return to Work on:
☐ Termination   Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

> On March 21, 2018, Yvette displayed discourteous and inappropriate behavior towards a team member when she confronted her and called her a stool pidgeon in response to the team member participating in an internal investigation. This is a violation of Hilton's Code of Conduct.

2. Has the team member received prior discussion or warning within the past 12 months?**
☒ Yes ☐ No    If yes, date?   ☐ Verbal ☒ Written
Description of prior incident:

> Hotel Policy
> 11/9/17 – Written

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up, if applicable)

> Yvette will comply with Hilton's Guidelines for Team Member Conduct at all times. Any further infractions may result in progressive disciplinary action up to and including termination.

4. Team Member Comments:

> 

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. **I understand that any further infraction may result in disciplinary action, up to and including termination.**

| | | | |
|---|---|---|---|
| X *Yvette Walker* | 3-27-18 | *[signature]* | 3/27/18 |
| Team Member Signature | Date | Supervisor/Department Head | Date |
| | | | |
| | | *Len Nisser* | 3/27/18 |
| Witness/Interpreter | Date | Human Resources | Date |

# ratulations Bayinah Devers-Muham

It is with great pride that we announce the promotion of Devers-Muhammad to Housekeeping Training Manager at Hilton t effective April 1, 2018. Bayinah first started her Hilton career as Front in September of 2014. Bayinah was then promoted to the Housekeeping nt in January of 2015 as a Housekeeping Clerk and in January of 2016, nah moved to Catering & Events as an Administrative Assistant.

was a nominee for the 2nd Quarter LADY Loyalty award in 2017 and a he 2nd Quarter LADY Loyalty award in 2016 for her active participation in e Energy Committees. Throughout her time at Hilton Chicago, Bayinah atever she can to make sure she volunteers her time through attending , working Team Member Relations entrance giveaways, volunteering, and relaying them back to the team. Bayinah does so with a bright smile ive attitude that shines through to all Team Members she encounters.

uly represents the core values of Hilton by her willingness to always go eyond for our Team Members. Thank you, Bayinah, for being a role model ers by spreading the light and warmth of hospitality with the team!

us in congratulating Bayinah on her new role and wishing her continued success with Hilton.



        

*(Exhibit L2)*



**WORLDWIDE**

# Corrective Action Form

Date of Incident: 9/13/19      Property: Hilton Chicago
Team Member Name: Yvette Walker      Department: Finance
Date of Discussion: 09/13/19      Position: Finance Analyst

*Amy*

Reason for Discussion/Documentation:
☒ Verbal      ☐ Written Warning      # of Written Warnings:    ☐ Final Written
☐ Suspension Pending Investigation      ☐ Suspension for 3 Working Days
From:      Return to Work on:
☐ Termination      Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

> On September 6th it was discovered that Yvette failed to transmit to operations audit for the Evention GCR work for 08/30/19 although confirmation was given verbally that she did transmit the file. Yvette also did not balance the Evention audit work for 08/23/19. Balancing and auditing the work is part of the daily audit requirement. This is a violation of Hilton Chicago's Guidelines for Team Member Conduct, including but not limited to; poor job performance. This is also a violation of department policies and procedures.

2. Has the team member received prior discussion or warning within the past 12 months?
☐ Yes  ☒ No     If yes, date?    ☐ Verbal    ☐ Written
Description of prior incident:

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up, if applicable)

> Yvette will ensure the daily Evention is uploaded and confirm all days for the month have been prepared and reconciled. Support for 8/23/19 and 8/30/19 is attached for reference and review. Any further infractions will result in progressive disciplinary action up to and including termination.

4. Team Member Comments:

> Did not understand complete process of the balancing. Was only trained how to do evention not to Balance Evention to GA

\*\*Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. **I understand that any further infraction may result in disciplinary action, up to and including termination.**

Team Member Signature     9-17-19          Supervisor/Department Head     9/17/19
Date                                                 Date     9/17/19

8/30/19 Evention Upload not uploaded



| Date | Type | Status | Errors | Pnd | GL Status | Last Journal ID | Transactions | Transmission Load Time | Last Rollup Edit |
|---|---|---|---|---|---|---|---|---|---|
| 9/4/2019 | Z - Evention | Open | No | No | Sent to GL | Z04562718H | Yes | 9/5/2019 12:48 PM | 9/5/2019 12:57 PM |
| 9/3/2019 | Z - Evention | Open | No | No | Sent to GL | Z04561313H | Yes | 9/4/2019 12:16 PM | 9/4/2019 12:28 PM |
| 9/2/2019 | Z - Evention | Open | No | No | Sent to GL | Z04561041H | Yes | 9/3/2019 4:14 PM | 9/3/2019 4:23 PM |
| 9/1/2019 | Z - Evention | Open | No | No | Sent to GL | Z04560744H | Yes | 9/3/2019 1:53 PM | 9/3/2019 1:54 PM |
| 8/31/2019 | Z - Evention | Open | No | No | Sent to GL | Z04558821H | Yes | 9/2/2019 12:48 PM | 9/2/2019 12:49 PM |
| 8/29/2019 | Z - Evention | Open | No | No | Sent to GL | Z04553891H | Yes | 8/30/2019 11:48 AM | 8/30/2019 11:54 AM |
| 8/28/2019 | Z - Evention | Open | No | No | Sent to GL | Z04552245H | Yes | 8/29/2019 1:48 PM | 8/29/2019 1:54 PM |
| 8/27/2019 | Z - Evention | Open | No | No | Sent to GL | Z04550453H | Yes | 8/28/2019 12:48 PM | 8/28/2019 12:57 PM |
| 8/26/2019 | Z - Evention | Open | No | No | Sent to GL | Z04548117H | Yes | 8/27/2019 9:48 AM | 8/27/2019 9:50 AM |
| 8/25/2019 | Z - Evention | Open | No | No | Sent to GL | Z04546234H | Yes | 8/26/2019 12:23 PM | 8/26/2019 12:32 PM |
| 8/24/2019 | Z - Evention | Open | No | No | Sent to GL | Z04545862H | Yes | 8/26/2019 11:53 AM | 8/26/2019 12:03 PM |
| 8/23/2019 | Z - Evention | Open | No | No | Sent to GL | Z04545861H | Yes | 8/26/2019 11:23 AM | 8/26/2019 11:28 AM |
| 8/22/2019 | Z - Evention | Open | No | No | Sent to GL | Z04543293H | Yes | 8/23/2019 12:18 PM | 8/23/2019 12:22 PM |
| 8/21/2019 | Z - Evention | Open | No | No | Sent to GL | Z04542030H | Yes | 8/22/2019 1:48 PM | 8/22/2019 1:50 PM |

Daily Cash Management 8/30/2019   Verified Drops : 70 / 70   Audited Drops : 70 / 70

| Item Name | Debit | Credit | Account Number | Department | Item Code | Notes |
|---|---|---|---|---|---|---|
| Concen Cash Managed Property 1 | $52,126.94 | | 112070 | | | |
| Waiter Fees & Tips Payable | $4,064.15 | | 233590 | | | |
| House Banks | | | 111510 | | | |
| Cash Sales | | $60,925.43 | 149125 | | | |
| Total Variance | $4,734.32 | | 149120 | | | |
| Total Vending | | 436050 | | 1500 | | |

| Total | $60,925.41 | $60,925.43 |
|---|---|---|



28-2

8/30/19 Evention Upload not uploaded



| Date | Type | Status | Errors | Pnd | GL Status | Last Journal ID | Transactions | Transmission Load Time | Last Rollup Edit |
|---|---|---|---|---|---|---|---|---|---|
| 9/4/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04562718H | Yes | 9/5/2019 12:48 PM | 9/5/2019 12:57 PM |
| 9/3/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04561313H | Yes | 9/4/2019 12:18 PM | 9/4/2019 12:28 PM |
| 9/2/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04561041H | Yes | 9/3/2019 4:14 PM | 9/3/2019 4:23 PM |
| 9/1/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04560764H | Yes | 9/3/2019 1:53 PM | 9/3/2019 1:54 PM |
| 8/31/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04558821H | Yes | 9/2/2019 12:48 PM | 9/2/2019 12:49 PM |
| 8/29/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04553891H | Yes | 8/30/2019 11:48 AM | 8/30/2019 11:54 AM |
| 8/28/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04552241H | Yes | 8/29/2019 1:48 PM | 8/29/2019 1:54 PM |
| 8/27/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04550453H | Yes | 8/28/2019 12:46 PM | 8/28/2019 12:57 PM |
| 8/26/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04548117H | Yes | 8/27/2019 9:48 AM | 8/27/2019 9:50 AM |
| 8/25/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04546234H | Yes | 8/26/2019 12:23 PM | 8/26/2019 12:32 PM |
| 8/24/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04545863H | Yes | 8/26/2019 11:33 AM | 8/26/2019 12:00 PM |
| 8/23/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04545861H | Yes | 8/26/2019 11:33 AM | 8/25/2019 11:28 AM |
| 8/22/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04543593H | Yes | 8/23/2019 12:18 PM | 8/23/2019 12:23 PM |
| 8/21/2019 | 2 - Evention | Open | No | No | Sent to GL | Z04542030H | Yes | 8/22/2019 1:48 PM | 8/22/2019 1:50 PM |

Verify
Audit
Violations
Cash Journal
Transactions
Machine Inventory (Revolution (BA-04095)

Daily Cash Management 8/30/2019    Verified Drops 70/70  Audited Drops 70/70

+ Add    ✓ Save and Close Day    ○ Send Workflow    ✓ Show rows with no data

| Item Name | Debit | Credit | Account Number | Department | Item Code | Notes |
|---|---|---|---|---|---|---|
| Concen Cash Managed Property 1 | $62,126.94 | | 112070 | | | |
| Waiter Fees & Tips Payable | $4,064.16 | | 233590 | | | |
| House Banks | | | 111510 | | | |
| Cash Sales | | $60,925.43 | 449125 | | | |
| Total Cash | $4,734.32 | | 149120 | | | |
| Total Vending | | | 436040 | 11800 | | |

Total    $60,925.41    $60,925.43

98-3

SYSTEM DATE: 9/6/2019  
BUSINESS DATE: 8/23/2019  
TIME: 10:27 AM

CHICH - HILTON CHICAGO - 26170  
CONTROL REPORT

REPORT: FNCONTRL  
PAGE: 1

SELECTION CRITERIA  
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| ABARKSDA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | ($15.00) | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| ABRIATAYL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $2,521.80 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| AGREEN | $73.61 | $0.00 | $73.61 | $73.61 | $0.00 | $0.00 | VS | $5,464.21 | $78.01 |
| | | | | | | | MC | $2,752.25 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $3,073.96 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| AHELLI | ($50.00) | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $4,537.73 | ($213.08) |
| | | | | | | | MC | $1,947.45 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $1,876.09 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| AJAMES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| ANEL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $25.00 | $0.00 |
| | | | | | | | MC | $28.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $2.50 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| APAUL14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $1,681.20 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |

28-4

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 192 of 467 PageID #:192

SYSTEM DATE: 9/6/2019
BUSINESS DATE: 8/23/2019
TIME: 10:27 AM

CHICH - HILTON CHICAGO - 26170
CONTROL REPORT

REPORT: FNCONTRL
PAGE: 2

SELECTION CRITERIA
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| ASJACKSO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $947.43 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| ASMAB | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $252.41 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| BRENZ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| CGARA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| DFRELE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $13,064.55 | $0.00 |
| | | | | | | | MC | $2,509.20 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $2,431.67 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| DHANSON | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| DPARAGA | ($200.00) | $200.00 | $0.00 | $0.00 | $0.00 | $200.00 | VS | $2,204.81 | $0.00 |
| | | | | | | | MC | $5,745.04 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $332.25 | |
| | | | | | | | DC | $0.00 | |

98-5

SYSTEM DATE: 9/6/2019  
BUSINESS DATE: 8/23/2019  
TIME: 10:27 AM

CHICH - HILTON CHICAGO - 26170  
CONTROL REPORT

REPORT: FNCONTRL  
PAGE: 3

SELECTION CRITERIA  
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| DPIE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | ($369.55) | $20,701.68 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| HFUJI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | ($24.01) | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| IVRAG | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $7,742.74 | $212.15 |
| | | | | | | | MC | $1,803.87 | |
| | | | | | | | DS | $225.00 | |
| | | | | | | | AX | $4,611.46 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| JDOXY | $30.00 | $0.00 | $30.00 | $0.00 | ($30.00) | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| JHUGHES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| JHUNTER | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $192.54 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| JTOLBERT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |

SYSTEM DATE: 9/6/2019
BUSINESS DATE: 8/23/2019
TIME: 10:27 AM

CHICH - HILTON CHICAGO - 26170
CONTROL REPORT

REPORT: FNCONTRL
PAGE: 4

SELECTION CRITERIA
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| KGUEBERT | $0.00 | $0.00 | $0.00 | $0.00 | $207.04 | $0.00 | VS | $4,846.73 | $361.60 |
| | | | | | | | MC | $1,359.85 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $1,557.48 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| KHENAKU | $99.00 | $1.00 | $100.00 | $0.00 | ($99.00) | $0.00 | VS | $383.91 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| KJOHNSON | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $840.60 | $0.00 |
| | | | | | | | MC | $947.43 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| KJOHNSTO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $940.38 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| LCHEVEL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $532.01 | $180.80 |
| | | | | | | | MC | $31.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | ($120.00) | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| LHOARD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $518.72 | $0.00 |
| | | | | | | | MC | $463.84 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |

28-7

SYSTEM DATE 8/23/2019
BUSINESS DATE 8/23/2019
TIME 10:27 AM

CHICH: HILTON CHICAGO 26470
CONTROL REPORT

RPFDAYNCONTRL
PAGE: 5

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 195 of 467 PageID #:195

SELECTION CRITERIA
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| LINTR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $3,334.63 | $0.00 |
| | | | | | | | MC | $551.80 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $1,330.27 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| LMAPLES2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $10,000.00 | $0.00 |
| | | | | | | | MC | $7,000.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $8,500.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| MABSTON | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | ($25.90) | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| MANDERS | $492.96 | $0.00 | $492.96 | $0.00 | $0.00 | $0.00 | VS | $5,273.96 | $0.00 |
| | | | | | | | MC | $2,395.35 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $668.80 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| MHENMUE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $304.07 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| MLEWIS59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $1,109.45 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| MRICO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |

2858

SYSTEM DATE: 9/6/2019
BUSINESS DATE: 8/23/2019
TIME: 10:27 AM

CHICH: HILTON CHICAGO 28170
CONTROL REPORT

REPORT: PNCONTRL
PAGE: 6

SELECTION CRITERIA
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | JC | $0.00 | |
| MWINSTON | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $1,880.76 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| OAVILA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $15.00 | $0.00 |
| | | | | | | | MC | $25.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| PSUSA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $8,355.02 | $15.10 |
| | | | | | | | MC | $170.33 | |
| | | | | | | | DS | $181.98 | |
| | | | | | | | AX | $1,640.56 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| RALMA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $443.78 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $547.35 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| RHEINZ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $1,559.10 | $0.00 |
| | | | | | | | MC | $214.85 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| RSPRAG | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $91,676.49 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $4,761.20 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| SDOSS3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $2,102.67 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 197 of 467 PageID #:197

SELECTION CRITERIA
  FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| SHIVAAK | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| SJACKSON | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $227.54 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| SPATUN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $11,318.73 | $525.29 |
| | | | | | | | MC | $3,079.91 | |
| | | | | | | | DS | $73.50 | |
| | | | | | | | AX | $4,693.77 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| SWRIGHT6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $1,424.09 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| TGARCIA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $824.42 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| TJENKINS7 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |

28-10

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 198 of 467 PageID #:198

CONTROL REPORT

SELECTION CRITERIA
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| WHARRIS6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $2,160.20 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| YSUN | $233.41 | $0.00 | $233.41 | $233.41 | $0.00 | $0.00 | VS | $35.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| YWALKER | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| ZSMITH | ($650.00) | $650.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| GRAND TOTALS | $28.98 | $901.00 | $929.98 | $307.02 | $78.04 | $200.00 | | $162,966.91 | $114,614.87 |

END OF REPORT



| Item Name | Debit | Credit | Account Number | Department | Item Code | Notes | |
|---|---|---|---|---|---|---|---|
| Concen Cash Managed Property 1 | $3,867.47 | | 112070 | | | | |
| Waiter Fees & Tips Payable | $4,560.88 | | 233500 | | | | |
| House Banks | | | 111510 | | | | |
| Cash Sales | | $7,763.84 | 149125 | | | | |
| Total Variance | | $664.51 | 145120 | | | | |
| Total Vending | | | 436040 | 11500 | | | |

Daily Cash Management  3/23/2019    Verified Drops : 70 / 70  Audited Drops : 70 / 70

| Total | $8,428.35 | $8,428.35 |
|---|---|---|

1 - 5 of 6

Total balance for cash sales should be 7,963.84.  Not balance prior to uploading.

SYSTEM DATE 8/22/2019
BUSINESS DATE 8/22/2019
TIME 10:45 AM

HILTON CHICAGO 26770
CONTROL REPORT

REPORT FNCONTRL
PAGE 1

SELECTION CRITERIA
FILTER BY USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| ABARKSDA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $2,067.45 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| ADALLEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $750.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| AGREEN | $158.49 | $0.00 | $158.49 | $158.49 | $0.00 | $0.00 | VS | $8,888.35 | $0.00 |
| | | | | | | | MC | $3,528.53 | |
| | | | | | | | DS | $876.36 | |
| | | | | | | | AX | $1,100.97 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| AHELLI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $6,478.52 | $0.00 |
| | | | | | | | MC | $1,603.18 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $1,524.28 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| AJAMES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| ANEL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $155.00 | $0.00 |
| | | | | | | | MC | $51.66 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| APARPAN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $48,331.19 | $0.00 |
| | | | | | | | MC | $12,531.06 | |
| | | | | | | | DS | $100.00 | |
| | | | | | | | AX | $8,775.87 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |

28-13

SYSTEM DATE 9/6/2019
BUSINESS DATE: 8/22/2019
TIME 10:45 AM

CHICH : HILTON CHICAGO - 26170
CONTROL REPORT

REPORT FNCONTRL
PAGE 2

SELECTION CRITERIA
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---------|---------------------|----------------|---------------|------------------|-------------|-------------------|---------|--------------------|-------------|
| APAUL14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $443.78 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| APHINGST | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | ($210.15) | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| ASMAB | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $1,563.27 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| BAMIGON | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | ($107.99) | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $1,296.53 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| BRENZ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $105.00 | $0.00 |
| | | | | | | | MC | $114.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| BWHITE46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| CGARA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $443.78 | $0.00 |
| | | | | | | | MC | $444.46 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |

28-14

SYSTEM DATE: 8/8/2019
BUSINESS DATE: 8/22/2019
TIME: 10:45 AM

CHICH - HILTON CHICAGO - 26170
CONTROL REPORT

REPORT: FNCONTRL
PAGE: 3

SELECTION CRITERIA
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| CHALL | $188.41 | $10.00 | $198.41 | $0.00 | $0.00 | $0.00 | VS | $3,866.58 | $0.00 |
| | | | | | | | MC | $221.89 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $962.41 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| DHANSON | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $536.78 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| DPARAGA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $4,570.13 | $0.00 |
| | | | | | | | MC | $221.89 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $554.73 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| EISRAEL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $6,995.93 | $0.00 |
| | | | | | | | MC | $2,439.69 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $866.49 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| HFUJI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| IVRAG | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $19,663.52 | $0.00 |
| | | | | | | | MC | $4,023.32 | |
| | | | | | | | DS | $518.02 | |
| | | | | | | | AX | $1,095.28 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| JBROOM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | ($291.91) | $0.00 |
| | | | | | | | MC | $0.00 | |

28-15

SYSTEM DATE: 9/8/2019
BUSINESS DATE: 8/22/2019
TIME: 10:45 AM

CHICF: HILTON CHICAGO - 26170
CONTROL REPORT

REPORT: FNCONTRL
PAGE: 4

SELECTION CRITERIA
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| JDOXY | $68.50 | $0.00 | $68.50 | $0.00 | ($68.50) | $0.00 | VS | $123.11 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| JHUGHES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $795.98 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| JHUNTER | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $992.84 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| JTOLBERT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| KGUEBERT | $0.00 | $0.00 | $0.00 | $0.00 | ($138,838.61) | $0.00 | VS | $1,940.02 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| KJOHNSTO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $1,521.52 | $0.00 |
| | | | | | | | MC | $186.93 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | ($186.93) | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |

28-16

SYSTEM DATE: 8/22/2019
BUSINESS DATE: 8/22/2019
TIME: 10:45 AM

HILTON CHICAGO/847
CONTROL REPORT

REPORT: NCONTRL
PAGE: 5

SELECTION CRITERIA
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| LHOARD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $3,523.97 | $0.00 |
|  |  |  |  |  |  |  | MC | $738.29 |  |
|  |  |  |  |  |  |  | DS | $0.00 |  |
|  |  |  |  |  |  |  | AX | $301.07 |  |
|  |  |  |  |  |  |  | DC | $0.00 |  |
|  |  |  |  |  |  |  | CB | $0.00 |  |
|  |  |  |  |  |  |  | JC | $0.00 |  |
| LINTR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $4,944.26 | $0.00 |
|  |  |  |  |  |  |  | MC | $1,548.05 |  |
|  |  |  |  |  |  |  | DS | $0.00 |  |
|  |  |  |  |  |  |  | AX | $1,665.26 |  |
|  |  |  |  |  |  |  | DC | $0.00 |  |
|  |  |  |  |  |  |  | CB | $0.00 |  |
|  |  |  |  |  |  |  | JC | $0.00 |  |
| LMAPLES2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
|  |  |  |  |  |  |  | MC | $0.00 |  |
|  |  |  |  |  |  |  | DS | $0.00 |  |
|  |  |  |  |  |  |  | AX | $624.69 |  |
|  |  |  |  |  |  |  | DC | $0.00 |  |
|  |  |  |  |  |  |  | CB | $0.00 |  |
|  |  |  |  |  |  |  | JC | $0.00 |  |
| LSCOTT34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $99.21 | $0.00 |
|  |  |  |  |  |  |  | MC | $0.00 |  |
|  |  |  |  |  |  |  | DS | $0.00 |  |
|  |  |  |  |  |  |  | AX | $1,996.00 |  |
|  |  |  |  |  |  |  | DC | $0.00 |  |
|  |  |  |  |  |  |  | CB | $0.00 |  |
|  |  |  |  |  |  |  | JC | $0.00 |  |
| MANDERS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $6,470.72 | $0.00 |
|  |  |  |  |  |  |  | MC | $2,653.94 |  |
|  |  |  |  |  |  |  | DS | $1,096.42 |  |
|  |  |  |  |  |  |  | AX | $0.00 |  |
|  |  |  |  |  |  |  | DC | $0.00 |  |
|  |  |  |  |  |  |  | CB | $0.00 |  |
|  |  |  |  |  |  |  | JC | $0.00 |  |
| MLEWIS59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
|  |  |  |  |  |  |  | MC | $702.06 |  |
|  |  |  |  |  |  |  | DS | $0.00 |  |
|  |  |  |  |  |  |  | AX | $0.00 |  |
|  |  |  |  |  |  |  | DC | $0.00 |  |
|  |  |  |  |  |  |  | CB | $0.00 |  |
|  |  |  |  |  |  |  | JC | $0.00 |  |
| MMALO | ($120.00) | $120.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
|  |  |  |  |  |  |  | MC | $0.00 |  |
|  |  |  |  |  |  |  | DS | $0.00 |  |
|  |  |  |  |  |  |  | AX | $0.00 |  |
|  |  |  |  |  |  |  | DC | $0.00 |  |
|  |  |  |  |  |  |  | CB | $0.00 |  |

28-17

SYSTEM DATE: 8/22/2019  
BUSINESS DATE: 8/22/2019  
TIME: 10:45 AM

CHIC#1 - HILTON CHICAGO - 26170  
CONTROL REPORT

REPORT: FNCONTRL  
PAGE: 6

SELECTION CRITERIA  
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | JC | $0.00 | |
| MRICO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| MWALL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $262.40 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| MWINSTON | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $2,101.50 | $0.00 |
| | | | | | | | MC | ($420.30) | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| OAVILA | $8.00 | $0.00 | $8.00 | $8.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $2.50 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| RALMA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $625.10 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $221.89 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| RIYAJS | $31,297.12 | $0.00 | $31,297.12 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| RSPRAG | $25,310.00 | $0.00 | $25,310.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $806.55 |
| | | | | | | | MC | ($1,070.71) | |
| | | | | | | | DS | $0.00 | |

28-18

SYSTEM DATE: 8/22/2019      HIGH - HILTON CHICAGO / 26170      REPORT: FNCONTRL
BUSINESS DATE: 8/22/2019      CONTROL REPORT      PAGE: 7
TIME: 10:45 AM

SELECTION CRITERIA
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| SDOSS3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $26,000.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| SHIVAAK | $82,163.08 | $0.00 | $82,163.08 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| SMCELROY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $1,239.72 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| SPATUN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $4,987.85 | $0.00 |
| | | | | | | | MC | $2,908.36 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $880.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| TBERRYHIL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | ($906.36) | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $906.36 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| WHARRIS6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $2,218.90 | $0.00 |
| | | | | | | | MC | $1,539.74 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |

CONTROL REPORT

SELECTION CRITERIA
FILTER BY: USER ID(ALL)

| USER ID | SYSTEM CASH READING | CASH PAID OUTS | CASH RECEIPTS | DEPOSIT RECORDED | OVER\ SHORT | REPORTED DUE BACK | CC TYPE | CREDIT CARD TOTALS | CITY LEDGER |
|---|---|---|---|---|---|---|---|---|---|
| YWALKER | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $11,010.89 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| ZSMITH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VS | $0.00 | $0.00 |
| | | | | | | | MC | $0.00 | |
| | | | | | | | DS | $0.00 | |
| | | | | | | | AX | $0.00 | |
| | | | | | | | DC | $0.00 | |
| | | | | | | | CB | $0.00 | |
| | | | | | | | JC | $0.00 | |
| GRAND TOTALS | $139,073.60 | $130.00 | $139,203.60 | $166.49 | ($138,907.11) | $0.00 | | $218,770.94 | $13,380.71 |

END OF REPORT

98-20

*(Exhibit M)*
*1*

## Yvette Walker

| | |
|---|---|
| **From:** | Darlene Rosenstiehl |
| **Sent:** | Tuesday, October 08, 2019 10:16 AM |
| **To:** | Yvette Walker |
| **Subject:** | RE: GOLDEN BOY |

Yikes I'm just going to do my job the best that I know how and move on. I said what I needed to say in my meeting.

Darlene Rosenstiehl

**HILTON CHICAGO**
t: +1 312 431-6961 | f: +1 312 786-6223 \*\*\*\*
720 South Michigan Avenue | Chicago IL 60605 | USA

hiltonsofchicagomeetings.com
hilton.com



Darlene Rosenstiehl
Finance Analyst Clerk
D:312-431-6961
F:312-786-6223
Email:Darlene.Rosenstiehl@Hilton.com

**From:** Yvette Walker <Yvette.Walker@hilton.com>
**Sent:** Tuesday, October 08, 2019 10:14 AM
**To:** Darlene Rosenstiehl <Darlene.Rosenstiehl@hilton.com>
**Subject:** GOLDEN BOY

WHEN I LEFT LAST NIGHT HE HAD NOT FINISHED THE GCR, Sean Pack, or income audit.
Still working on income audit and Sean pack.

If that were me it would be a problem, he asking me about the 7th at 10.00 am on the 8TH TODAY THE DAY IT SHOULD BE TURNED IN when he should be worried about the 5th not being complete.

**Yvette Walker** | Finance Analyst
HILTON CHICAGO
t: +1 312 294-6817 | F: +1 312 431-6911
720 South Michigan Avenue | Chicago IL 60605 | USA
Yvette.walker@hilton.com

1

*29-1*

 



This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2019 Hilton Proprietary and Confidential

29-2

(Exhibit M-2)

F:312-786-6223
Email:Darlene.Rosenstiehl@Hilton.com

From: Darlene Rosenstiehl
Sent: Wednesday, November 13, 2019 9:34 AM
To: Yvette Walker <Yvette.Walker@hilton.com>
Subject: invoices

Yvette, I stuck up for you I said you haven't done any solo. I told him you didn't have acers to peoplesoft or birch street.

Darlene Rosenstiehl

**HILTON CHICAGO**
t: +1 312 431-6961 | f: +1 312 786-6223 ****
720 South Michigan Avenue | Chicago IL 60605 | USA

hiltonsofchicagomeetings.com
hilton.com

 

WAKE UP TO CHICAGO'S
Best View
Hilton CHICAGO

Darlene Rosenstiehl
Finance Analyst Clerk
D:312-431-6961
F:312-786-6223
Email:Darlene.Rosenstiehl@Hilton.com

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2019 Hilton Proprietary and Confidential

2

## Yvette Walker

**To:** Darlene Rosenstiehl
**Subject:** RE: invoices

I talked to David before I went on vacation October 21st he was supposed to take time training me on coding and about invoices because I told him since
Hilton was trying to terminate my employment at the time of the transition I was never trained nor did I attend any of the training sessions at Palmer House
With the three of you. I explained to him that I was only trained in income audit and had a crash course in evention with our manager trainee Puja. And that
I was only doing those two things until management decided to have us rotate with the different jobs which puts me at a disadvantage to be scheduled for
Something I have no training to do. But anyway when I came back from vacation he don't not have tine because now he has to train to do payroll while Mariia
Is out on maternity leave. So I will continue trying to train myself with your help.

Thank you,

**Yvette Walker | Finance Analyst**
HILTON CHICAGO
t: +1 312 294-6817 | F: +1 312 431-6911
720 South Michigan Avenue | Chicago IL 60605 | USA

**From:** Darlene Rosenstiehl <Darlene.Rosenstiehl@hilton.com>
**Sent:** Wednesday, November 13, 2019 10:41 AM
**To:** Yvette Walker <Yvette.Walker@hilton.com>
**Subject:** FW: invoices

**Darlene Rosenstiehl**

**HILTON CHICAGO**
t: +1 312 431-6961 | f: +1 312 786-6223 ****
720 South Michigan Avenue | Chicago IL 60605 | USA

hiltonsofchicagomeetings.com
hilton.com

 

Darlene Rosenstiehl
Finance Analyst Clerk
D:312-431-6961

1

*(Exhibit N-2)*

# HILTON
## WORLDWIDE

# Corrective Action Form

Date of Incident: 01/16/2020
Team Member Name: Yvette Walker
Date of Discussion: 01/24/2020

Property: Hilton Chicago
Department: Finance
Position: Finance Analyst

---

Reason for Discussion/Documentation:
☒ Coach/Counsel ☐ Verbal ☐ Written Warning ☐ Written Warning # of Written Warnings: ☐ Final Written
☐ Suspension Pending Investigation ☐ Suspension for 3 Working Days
From: Return to Work on:
☐ Termination Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

> On December 24, 2019 Yvette did not follow the proper verification process in regards to processing PO invoices. Yvette failed to complete the necessary research to ensure Capital invoices are not processed here on property which results in double payments to a vendor. This is a violation of Hilton Chicago's Guidelines for Team Member Conduct, including but not limited to; poor job performance. This is also a violation of department policies and procedures.

2. Has the team member received prior discussion or warning within the past 12 months?
☒ Yes ☐ No  If yes, date? ☒ Verbal ☐ Written
Description of prior incident:

> September 13, 2019-Poor job performance

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up, if applicable)

> Yvette will ensure she is verifying PO invoices prior to scanning it for payment processing. Yvette will be issued a re-training of the PO process to ensure she understands the steps that needs to be taken. Any further infractions will result in progressive disciplinary action up to and including termination.

4. Team Member Comments:

> *As of this date I have not been trained in AP have no knowledge of which invoices should be scanned. I also asked on Dec 24th to help scan invoices because we are approaches (over)*

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. **I understand that any further infraction may result in disciplinary action, up to and including termination.**

Team Member Signature: *Yvette Walker*   Date: 1-24-20

Supervisor/Department Head: _____   Date: 1/24/2020

Witness/Interpreter: _____   Date: 1/28/2020

Human Resources: _____   Date: _____

32

**Yvette Walker**

| | |
|---|---|
| **From:** | Sean Kalbach |
| **Sent:** | Thursday, January 23, 2020 6:02 AM |
| **To:** | ChicagoHiltonAP |
| **Subject:** | Home Sick |

Since dick people should stay home, I will be out of the office today and tomorrow on PTO.

Thanks,
SK

Sent from my iPhone

_____

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2020 Hilton Proprietary and Confidential

1

33

*(Exhibit O.7)*

## Yvette Walker

| | |
|---|---|
| **From:** | John Wells |
| **Sent:** | Friday, March 13, 2020 7:02 PM |
| **To:** | CHICH-All Hands |
| **Cc:** | CHICH-Executive Committee; CHIPH-Cluster Sales |
| **Subject:** | COVID-19 |

Ladies and Gentlemen,

The country is facing an unprecedented challenge with the arrival of COVID-19. This situation is causing changes in all of our lives, both here at the hotel and at home. I recognize the significant disruption this is having and we are trying to provide as much support as possible. Our human resources team will be available all next week to answer any questions, and to provide information and services during this difficult time. You all have the commitment from the Sales, Marketing, Revenue Management, Catering and Events teams to drive business and rebook the multiple Groups and Social functions that have cancelled over the past 7 days. Even though I can't control the virus or the economy, it will be my number one priority to get everyone back to some normalcy. I want to remind everyone that the most important asset of this building is the hard working team members that make up the valuable LADY culture: the symbol and tradition that makes the Hilton Chicago unique and the best hotel in Chicago.

I want to thank everyone for their support during this difficult time.

**JOHN G. WELLS** General Manager

HILTON CHICAGO
t: +1 312 663 6507 | f: +1 312 431 6940
720 South Michigan Avenue | Chicago IL 60605 | USA

hiltonchicagomeetings.com
hilton.com

  

  

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2017 Hilton Proprietary and Confidential.

1

34

(Exhibit O-2)

**Yvette Walker**

| | |
|---|---|
| **From:** | John Wells |
| **Sent:** | Tuesday, March 17, 2020 1:12 PM |
| **To:** | CHICH-All Hands |
| **Cc:** | CHICH-Staff Meeting; CHICH-Executive Committee |
| **Subject:** | COVID-19, update 3-17-20 |

Ladies and Gentlemen,

As a result of the novel coronavirus (COVID-19) the hospitality industry is seeing an unprecedented impact on business which, due to Federal, State and Local Government measures, we expect to continue in the short-term. We want you to know that every decision we are making is guided by our values with the aim of caring for our team members to the best of our ability, despite the circumstances. The Hilton Chicago has fallen victim to the negative business climate, and we are temporarily reducing staffing levels at this time; this reduction will impact every department. This includes non-union, union, and salaried positions.

Communication from the Human Resources Department, along with your Executive Committee Member, will be shared this week on the specifics related to your department. At that time, resources and answers to all of your questions will be shared.

I am sorry to share such news. The decision to execute furloughs is not an easy one, and I cannot think of a harder decision in my 35-year career.

I continue to appreciate all of your hard work through this very difficult time. Please know that I will continue to think of you and your families.

**JOHN G. WELLS**   General Manager

HILTON CHICAGO
t: +1 312 663 6507 | f: +1 312 431 6940
720 South Michigan Avenue | Chicago IL 60605 | USA

hiltonchicagomeetings.com
hilton.com







This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2017 Hilton Proprietary and Confidential.

1

35

(Exhibit O-3)



March 18, 2020

Yvette Walker
17142 School Sreet
South Holland, IL 60473

Dear Yvette,

Due to the current unprecedented situation facing us and the substantial impact of the novel coronavirus and related governmental actions on our business, we have made the difficult decision to temporarily reduce staffing levels. Unfortunately, your job is being affected at this time by our need to adjust to this unanticipated circumstance.

If you are receiving this letter, you are being placed on temporary furloughed status and you will not be required to report to work. Your manager will contact you in advance before you are scheduled to return to work.

Your furlough period will be effective beginning on March 22, 2020 and will remain in effect until further notice. We intend this change to be temporary, and we anticipate your returning to work as soon as conditions permit.

While on furlough, you may utilize your available PTO hours while you are on temporary furlough to supplement your income, but you are not required to do so. If you are on FMLA, or similar state law leave, your furlough period will not count toward your FMLA or state law leave entitlement.

You may be eligible for unemployment benefits through the local unemployment office. Hilton will not contest your application for unemployment benefits if you apply during the furlough period.

If you are receiving health benefits through Hilton, you are eligible to continue to participate in medical, dental, vision and other benefit plans on the same terms and conditions that exist as of the date of this letter as long as you remain an employee of Hilton though the furlough period. You remain responsible for the monthly employee contribution. Please speak with your HR representative regarding the next steps with your health benefits.

While on furlough, you are prohibited from performing your job duties. As a reminder, team members cannot send or respond to work related emails, texts or phone calls, unless being contacted about employment status or other informational updates.

Nothing in this letter is intended to change your at-will employment status and all Company policies will continue to apply. Your seniority will not change as a result of being placed on temporary furlough. If you elect to terminate your employment before the end of the furlough period please notify Lea Nissen as soon as possible so that we have adequate notice that you do not intend to return to work. Please make sure we have your current contact information and to let us know if it changes during the furlough period.

         

Hilton
HONORS

36



**Hilton**
Chicago

Yvette Walker
17142 School Sreet
South Holland, IL 60473

March 23, 2020

Dear Team Member,

We are saddened to learn that one of our Team Members has tested positive for the novel coronavirus (COVID-19). We are taking all necessary precautions to prioritize the health of those who may have come in contact with our Team Member who is currently hospitalized and quarantined. Our hearts are with the family and friends during this difficult time.

Your wellbeing and that of our guests remains our top priority. At this time, we recommend you follow WHO and CDC guidance, and if you are displaying symptoms, contact your health care provider. If you are experiencing flu-like symptoms, we recommend seeking immediate medical advice.

The WHO recommends the following to reduce exposure and transmission of coronavirus:

- Wash your hands often with soap and water for at least 20 seconds. If soap and water are not available, use an alcohol-based hand sanitizer.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Avoid close contact with people who are sick (have a fever or cough)
- If you have fever, cough, and difficulty breathing seek medical care early and share previous travel history with your health care provider.
- When coughing and sneezing cover mouth and nose with flexed elbow or tissue – throw tissue away immediately and wash hands.

For more detailed information, visit the World Health Organization at www.who.int.

Further, i want to let you know in an abundance of caution, the Hilton Chicago will begin to temporarily suspend hotel operations, effective immediately. Currently, we are in the process of notifying guests and asking them to escalate their departure dates and notify us immediately of their departure plans.

Our aim is to manage through this unprecedented time in a way that balances the needs of our Team Members and the hotel and helps us to fully restore operations at the hotel as soon as possible.

We appreciate your understanding and should you have any questions, please let me know.

Sincerely,

John G. Wells
General Manager



July 21, 2020

Yvette Walker
17142 School Sreet
South Holland, IL 60473

Dear Yvette,

I am writing to update you about our efforts to return you to work. The impacts COVID-19 has had on our business require continued action to ensure Hilton can withstand the prolonged return to global travel and survive this crisis. Our response to COVID-19 requires adjustments to our business.

We continue to plan for a return to operations that will permit us to return you to work. That said, we are informing you that we now expect your temporary furlough to last longer than 6 months. We are still hopeful that we may be able to return you to work sooner, but that is no longer our best estimate based on the information available to us at this time.

The terms of the furlough letter that you received previously remain in effect. This includes that if you are receiving health benefits through Hilton, you will remain eligible to continue to participate in medical, dental, vision and other benefit plans provided you remain an employee of Hilton. You will remain responsible for timely payment of the monthly employee contribution. Health benefits and other Hilton-provided benefits remain subject to the terms and conditions of the Hilton Health and Welfare Plan and applicable Hilton program documents, which may be amended by Hilton at any time.

Nothing in this letter is intended to change your at-will employment status (if applicable), and all Company policies continue to apply.

The hotel at which you work continues to temporarily suspend its operations. The first date we made changes to employment at this property in response to the COVID-19 pandemic was March 22, 2020, which is when furloughs first became effective at this property. Transfers to positions held by other employees are not available.

The need to extend your furlough for longer than six months is because of COVID-19 related business circumstances that were not reasonably foreseeable at the time notice would have been required. We did not and could not have foreseen how broadly and deeply the COVID-19 epidemic would spread and affect our business; nor did we foresee that "lockdown" orders, initially issued for short durations in certain specific cities, would spread throughout the country and be constantly and continually extended and/or changed, thus not merely interrupting commerce and travel for a short period, but now disrupting commerce and travel for the foreseeable future. The city of Chicago's travel advisory requiring a 14-day quarantine period for residents

            



(Exhibit P)

March 8, 2022                                                    VIA CERTIFIED MAIL

**Yvette Walker**
**17142 School Street**
**Sotuh Holland, IL 60473**

Dear Yvette;

We are thrilled that improved business levels have provided us an opportunity to offer work to our team members.  We look forward to continued business recovery at our property and throughout the industry and are excited to welcome you back.

Your position, location of work and general job duties are unchanged from before you went on furlough.  Please report for work as normal on 3/28/22. Until then, while you remain on furlough you are still prohibited from doing any work or preparation for work.

Please contact Jaime Barajas at 312-786-6216 or Jaime.barajas@hilton.com by **Tuesday, March 15th to acknowledge receipt of this letter and to inform us if** you will be returning to work in response to this reinstatement.  **If you fail to notify us of your intent to return to work within 5 business days of the date of this letter, we will assume that you no longer wish to work for the hotel and that you are resigning from your position. Accordingly, it is important that you call us and respond to our efforts to reach you.** You will be eligible for re-hire in the future, and are welcome to apply to any open position with the company.

If you have applied for or are receiving unemployment benefits, you are responsible for reporting your return from furlough to your local unemployment office.  Please note that failure to return to work may impact your eligibility for unemployment benefits. If you have any questions or need further assistance during this time, please contact Jaime Barajas.

Nothing in this letter is intended to change your at-will employment status (if applicable), and all Company policies continue to apply.

Please let me know if you have any questions, or if I can be of further assistance to you during this time. I can be reached at 312-786-6216.

Sincerely,

Jaime Barajas
Sr. Human Resources Manager

39

      

*Stephanie.key@hilton.com*

**Hilton**

# Corrective Action Form

*(Exhibit Q-1)*

Date of Incident: 04/19/22
Team Member Name: Yvette Walker *July*
Date of Discussion: 04/20/22 *Removed 2022*

Property: Hilton Chicago
Department: Finance
Position: Finance Analyst

**Reason for Discussion/Documentation:**

☐ Verbal  ☐ Written Warning  # of Written Warnings:  ☒ Final Written
☐ Suspension Pending Investigation  ☐ Suspension Time Served
From _____  through _____  Return to Work on _____
☐ Termination  Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

> On 4/19/2022 Yvette was a No Call No Show for her scheduled shift.
>
> This is a violation of Hilton Chicago's Time & Attendance Policy.

2. Has the team member received prior discussion or warning within the past 12 months?**
☐ Yes  ☒ No  If yes, date?  ☐ Verbal  ☐ Written
Description of prior incident:

> Time & Attendance          Hotel Policy
>
> *Removed - July 25th 2022*

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up, if applicable)

> Yvette will follow Hilton Chicago Time & Attendance Policy at all times. Future violations may result in disciplinary action up to and including termination.

4. Team Member Comments:

> *Woke up late, said I was on the way. But Jessica said No. When I talked to Lea she asked if I worked the rest of the day I said no she asked why. you should have. Because it would only be a late instead of a No Call / No Show Lea Always still come in Just Be late and* 04/20/22 *wont get paid for*

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. **I understand that any further infraction may result in disciplinary action, up to and including termination.**

_Yvette Walker_  4-20-22        _[signature]_  04/20/22
Team Member Signature        Date     Supervisor/Department Head        Date

                4/20/2022               A/26/22
Witness/Interpreter        Date      Human Resources        Date

*(ENTERED)*

*Q-1*

I told her it was A final and No preson She said it should not Be a final she would look into it. I Also Reminded her that I ~~have~~ am going through alot at the time my sister was in a coma, passed I had to find a way to shop her Body here and a lot of other changes it also kept Jessica and Sean in the Loop of all I was dealin with, and Not getting Rest with a house full of people from out of town They treated so Bad.

168

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 222 of 467 PageID #:222

# **Hilton**                    # **Corrective Action Form**

Date of Incident: 04/19/22                 Property:      Hilton Chicago
Team Member Name: Yvette Walker            Department:    Finance
Date of Discussion: 04/20/22               Position:      Finance Analyst

Reason for Discussion/Documentation:
☐ Verbal        ☐ Written Warning    # of Written Warnings:    ☒ Final Written
☐ Suspension Pending Investigation   ☐ Suspension Time Served
From _____     through _____     Return to Work on _____
☐ Termination     Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

> On 4/19/2022 Yvette was a No Call No Show for her scheduled shift.
>
> This is a violation of Hilton Chicago's Time & Attendance Policy.

2. Has the team member received prior discussion or warning within the past 12 months?**
☐ Yes  ☒ No    If yes, date?  ☐ Verbal  ☐ Written
Description of prior incident:

> Time & Attendance              Hotel Policy

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up, if applicable)

> Yvette will follow Hilton Chicago Time & Attendance Policy at all times. Future violations may result in disciplinary action up to and including termination.

4. Team Member Comments:

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. **I understand that any further infraction may result in disciplinary action, up to and including termination.**

_Yvette Walker_ 4-20-22        _[signature]_ 04/20/22
Team Member Signature    Date    Supervisor/Department Head    Date

_[signature]_        4/20/2022        _____    Date
Witness/Interpreter    Date    Human Resources

46-2

*Exhibit Q*



**Memorandum**

### Hilton
CHICAGO

To:        The file of Yvette Walker

From:      Jennifer Irby, Sr. Asst. Dir. Human Resources

Cc:        Personnel File

Date:      July 25, 2022

Re:        Discipline Removal – Final Written 4/20/2022

---

The Final Written Warning issued to Yvette Walker on April 20, 2022 will be removed.

This decision is non precedent setting.

Team Member _____        7-23-22
                                              Date

Human Resources _____      7/25/2022
                                              Date

Witness _____             07/25/22
                                              Date

*ENTERED*

41

## Hilton

# Corrective Action Form

Date of Incident: 04/26/22     Property:    Hilton Chicago
Team Member Name: Yvette Walker    Department:    Finance
Date of Discussion: 04/27/22     Position:    Finance Analyst

*Terminated July 25, 2022*

Reason for Discussion/Documentation:

☐ Verbal     ☐ Written Warning    # of Written Warnings:    ☐ Final Written
☒ Suspension    ☐ Suspension Time Served
From _____    through _____     Return to Work on _____
☐ Termination    Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

> On 4/26/22 Yvette called at 8:33am to say that she will not be coming in for her shift at 8:30am.
>
> This is a violation of Hilton Chicago's Time & Attendance Policy.

2. Has the team member received prior discussion or warning within the past 12 months?**
☒ Yes   ☐ No    If yes, date?    ☐ Verbal   ☒ Written
Description of prior incident:

> Time & Attendance      Hotel Policy
>
> On 4/19/2022 Yvette was a No Call No Show for her scheduled shift and received a final written warning

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up, if applicable)

> Yvette will follow Hilton Chicago Time & Attendance Policy at all times. Future violations may result in disciplinary action up to and including termination.

4. Team Member Comments:

> Again I tryed to keep them in the loop that I was still dealing with out of town family and other problems due to my sisters death

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. **I understand that any further infraction may result in disciplinary action, up to and including termination.**

*Talk over the phone*

_____    4.27.22
Team Member Signature     Date

_____    04/27/22
Supervisor/Department Head     Date

_____    5/29/22
Witness/Interpreter     Date    Human Resources     Date

*talk over the phone*

ENTERED

42

*(Should Be Removed)*
*(Per Nancy Lally)*



# Hilton
### CHICAGO

**Memorandum**

To: The file of Yvette Walker

From: Jennifer Irby, Sr. Asst. Dir. Human Resources

Cc: Personnel File

Date: July 25, 2022

Re: Discipline Reduction – Suspension 4/27/22

---

Upon management review, the Suspension (Time & Attendance) issued to Yvette Walker on 4/27/22 will be reduced to a Final Written Warning.

*Should Be Completedly removed*
*(nvt would reduca afinal it is last step)*

This decision is non precedent setting.

_____     7-23-02
Team Member                          Date

_____     7/25/2022
Human Resources                      Date

_____     07/25/22
Witness                              Date

43

# Hilton

# Corrective Action Form

Date of Incident: 5/11/2022
Team Member Name: Yvette Walker
Date of Discussion: 5/25/2022 *Renewed July 25, 2022*

Property: Hilton Chicago
Department: Finance
Position: Analyst/Clerk

**Reason for Discussion/Documentation:**

☐ Verbal ☐ Written Warning # of Written Warnings: ☒ Final Written and 3 day Suspension
☐ Suspension Pending Investigation ☐ Suspension Time Served
From _____ through _____ Return to Work on 5/25/2022
☐ Termination Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

> On 5/11/2022 Yvette improperly called off for her scheduled shift and did not provide 2 hours notice. This is a violation of Hilton Chicago's Time & Attendance Policy.

2. Has the team member received prior discussion or warning within the past 12 months?**
☒ Yes ☐ No If yes, date? ☐ Verbal ☒ Written
Description of prior incident:

| Time & Attendance | Hotel Policy |
|---|---|
| Final Written 4/20/2022 | |
| 3 day suspension 4/27/2022 | |

*the other two were supposed to Be Renewed. On July 25th 2020*

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up, if applicable)

> Yvette will follow Hilton Chicago Time & Attendance Policy at all times. Future violations may result in disciplinary action up to and including termination.
> *Although Jennifer was told to remove this wr—te-up she did her way Because she know noone will Be calling to check*

4. Team Member Comments: *Canada was assured she removed the wrate-up*

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. I understand that any further infraction may result in disciplinary action, up to and including termination.

*refused to sign*  5/25/22
Team Member Signature          Date

                               5/25/2022
Supervisor/Department Head      Date

_____  _____    *[signature]*  5/25/22
Witness/Interpreter         Date      Human Resources   Date

*ENTERED*

*44*

*(Should Be Removed) Suspension caused (Exhibit S-2)*
*(Per Nancy Lolly) the write-up*

*Final Written caused the suspension*
*Removal of Final Written there should*
*Be No suspension*
*No Reason to suspend*

**Ⓗ**

# Hilton

### CHICAGO

**Memorandum**

To:        The file of Yvette Walker

From:      Jennifer Irby, Sr. Asst. Dir. Human Resources

Cc:        Personnel File

Date:      July 25, 2022

Re:        Discipline Reduction – Final Written and 3 day Suspension 5/25/22

*Schrader said You Already did the days off so it*
*don't matter*

Upon management review, the Final Written and 3 day Suspension (Time & Attendance)
issued to Yvette Walker on 5/25/22 will be reduced to a 3 day Suspension.

*The complete write up was supposed to Be*
*Removed But Schrader you already did*

This decision is non precedent setting. *the days off For suspend*

*Because I had called several times Before*

_____     _____
Team Member *Yvetta Walker*      Date *7-23-22*

_____     _____
Human Resources              Date *7/25/2022*

_____     _____
Witness                      Date *07/25/22*

**(ENTERED)**

*Reckless security watch by operator*

*45*

(EXHIBIT A)



# Hilton
## Chicago

**RESOLUTION OF COMPLAINT**

| | |
|---|---|
| Team Member: | Yvette Walker |
| Department: | Finance |
| Position: | Analyst/Clerk |
| Incident Date: | 5/12/2022 |
| Today's Date: | 5/25/2022 |

On or about May 12, 2022 you reported to your Human Resources a concern regarding your manager, in which you felt she was harassing you. The hotel conducted a thorough investigation regarding this concern. Based upon the results of the investigation the hotel has taken the appropriate action. In addition, when reviewing and following up with all parties involved with this incident, emphasis was placed on the importance that if any related incidents occur to speak with your manager or Human Resources.

The hotel now considers this issue closed. It is important that you honor confidentiality and are respectful when working with your fellow Team Members. If you have any future concerns it is important that you notify Human Resources immediately.

I understand the Hotel's policy on harassment in the workplace and the Hotel's policy on retaliatory action and agree to comply. I understand that if any other incidences of this nature occur, I will report it to Human Resources immediately.

*I am aware that making false or inaccurate claims or omissions in any statement or record in which jeopardizes the hotel, any Team Member, visitor or guest is a strict violation of a hotel policy and subject to disciplinary action.*

*I also understand that any retaliatory action in regards to this incident may be subject to disciplinary action up to and including termination.*

| | |
|---|---|
| _Yvette Walker_ | _5-25-2022_ |
| Team Member | Date |
| _Jennifer Irby_ | _5/25/22_ |
| Jennifer Irby, Sr. Asst Dir of Human Resources | Date |
| _____ | _5/25/2022_ |
| Witness | Date |

46

(Exhibit U-1)

## Finance Analyst/Clerk Training Schedule

### YVETTE WALKER

**Onq Training**

Training start date on 05/25/22 and to be completed by 06/08/22 EOD

_____ 06/09 ID ONQPM43 – 24 hours

_____ 06/09 ID ONQPM45 – 27 hours

**Income Audit Training- Review**

Training start date on 06/09/22 and to be completed by 06/10/22 EOD

Scanning banquet checks

Sorting restaurant checks

Routing Pack for DMS

F&B Credits in OA

Evention and sending Over/Short emails

Sending Rate/Rate Override Reports to John Wells

Completing Income Audit Checklist

Answering emails from the COE within 24 hours

Will strictly work on Income Audit until 06/24/22

**Accounts Receivable**

Training start date on 06/27/22 and to be completed by 07/01/22 EOD

_____ _____ Putting bills together

_____ _____ Pulling backup (banquet checks, restaurant checks, Encore, Engineering)

_____ _____ Making sure the bill balance is the same as Front Desk

_____ _____ Post missing allowances, remove tax exemption

_____ _____ Scanning and emailing to bill to Events Manager

_____ _____ Send to client after Events Manager's approval

_____ _____ Create SRP's

_____ _____ Answering emails from the SSC and Catering/Events within 24 hours

_____ _____ Posting misc charges and scan (engineering, Encore, bellman grat etc.)

47

(Exhibit U-2)

**Finance Analyst/Clerk Training Schedule**

**YVETTE WALKER**

**Onq Training**

Training start date on 05/25/22 and to be completed by 06/03/22 EOD

_____  _____  ID ONQPM43 – 24 hours

_____  _____  ID ONQPM45 – 27 hours

**Income Audit Training- Review**

Training start date on 06/06/22 and to be completed by 06/07/22 EOD

_____  _____  Scanning banquet checks

_____  _____  Sorting restaurant checks

_____  _____  Routing Pack for DMS

_____  _____  F&B Credits in OA

_____  _____  Evention and sending Over/Short emails

_____  _____  Sending Rate/Rate Override Reports to John Wells

_____  _____  Completing Income Audit Checklist

_____  _____  Answering emails from the COE within 24 hours

_____  _____  Will strictly work on Income Audit until 06/17/22

**Accounts Receivable**

Training start date on 06/20/22 and to be completed by 06/24/22 EOD

_____  _____  Putting bills together

_____  _____  Pulling backup (banquet checks, restaurant checks, Encore, Engineering)

_____  _____  Making sure the bill balance is the same as Front Desk

_____  _____  Post missing allowances, remove tax exemption

_____  _____  Scanning and emailing to bill to Events Manager

_____  _____  Send to client after Events Manager's approval

_____  _____  Create SRP's

_____  _____  Answering emails from the SSC and Catering/Events within 24 hours

_____  _____  Posting misc charges and scan (engineering, Encore, bellman grat etc.)

48

(Exhibit U-1)

## Finance Analyst/Clerk Training Schedule

### YVETTE WALKER

**Onq Training**

Training start date on 05/25/22 and to be completed by 06/08/22 EOD

_____ _____ 06/09   ID ONQPM43 – 24 hours

_____ _____ 06/09   ID ONQPM45 – 27 hours

**Income Audit Training- Review**

Training start date on 06/09/22 and to be completed by 06/10/22 EOD

_____ _____   Scanning banquet checks

_____ _____   Sorting restaurant checks

_____ _____   Routing Pack for DMS

_____ _____   F&B Credits in OA

_____ _____   Evention and sending Over/Short emails

_____ _____   Sending Rate/Rate Override Reports to John Wells

_____ _____   Completing Income Audit Checklist

_____ _____   Answering emails from the COE within 24 hours

_____ _____   Will strictly work on Income Audit until 06/24/22

**Accounts Receivable**

Training start date on 06/27/22 and to be completed by 07/01/22 EOD

_____ _____   Putting bills together

_____ _____   Pulling backup (banquet checks, restaurant checks, Encore, Engineering)

_____ _____   Making sure the bill balance is the same as Front Desk

_____ _____   Post missing allowances, remove tax exemption

_____ _____   Scanning and emailing to bill to Events Manager

_____ _____   Send to client after Events Manager's approval

_____ _____   Create SRP's

_____ _____   Answering emails from the SSC and Catering/Events within 24 hours

_____ _____   Posting misc charges and scan (engineering, Encore, bellman grat etc.)

47

_____  _____  Will work on Income Audit and Accounts Receivable until 07/15/22

**Accounts Payable**

Training start date on 07/18/22 and to be completed by 07/22/22 EOD

_____  _____  Printing invoices from email

_____  _____  Checking P.O receiving status in Birchstreet for P.O invoices

_____  _____  Adding use tax to invoices that require it

_____  _____  Coding non-P.O invoices

_____  _____  Getting signatures from DOF for all Non-PO invoices and signature from GM for anything larger than $24,999

_____  _____  Scan according to P.O or Non-P.O invoice

_____  _____  File alphabetically in the correct month

_____  _____  Answer questions from the SSC within 24 hours

Will alternate working on all 3 areas with other Finance Analysts after 07/22/22

Any additional work assigned by management in any area

(Exhibit U-2)

### Finance Analyst/Clerk Training Schedule

### YVETTE WALKER

**Onq Training**

Training start date on 05/25/22 and to be completed by 06/03/22 EOD

| | | |
|---|---|---|
| _____ | _____ | ID ONQPM43 – 24 hours |
| _____ | _____ | ID ONQPM45 – 27 hours |

**Income Audit Training- Review**

Training start date on 06/06/22 and to be completed by 06/07/22 EOD

| | | |
|---|---|---|
| _____ | _____ | Scanning banquet checks |
| _____ | _____ | Sorting restaurant checks |
| _____ | _____ | Routing Pack for DMS |
| _____ | _____ | F&B Credits in OA |
| _____ | _____ | Evention and sending Over/Short emails |
| _____ | _____ | Sending Rate/Rate Override Reports to John Wells |
| _____ | _____ | Completing Income Audit Checklist |
| _____ | _____ | Answering emails from the COE within 24 hours |
| _____ | _____ | Will strictly work on Income Audit until 06/17/22 |

**Accounts Receivable**

Training start date on 06/20/22 and to be completed by 06/24/22 EOD

| | | |
|---|---|---|
| _____ | _____ | Putting bills together |
| _____ | _____ | Pulling backup (banquet checks, restaurant checks, Encore, Engineering) |
| _____ | _____ | Making sure the bill balance is the same as Front Desk |
| _____ | _____ | Post missing allowances, remove tax exemption |
| _____ | _____ | Scanning and emailing to bill to Events Manager |
| _____ | _____ | Send to client after Events Manager's approval |
| _____ | _____ | Create SRP's |
| _____ | _____ | Answering emails from the SSC and Catering/Events within 24 hours |
| _____ | _____ | Posting misc charges and scan (engineering, Encore, bellman grat etc.) |

48

_____ _____ Will work on Income Audit and Accounts Receivable until 07/08/22

**Accounts Payable**

Training start date on 07/11/22 and to be completed by 07/15/22 EOD

_____ _____ Printing invoices from email

_____ _____ Checking P.O receiving status in Birchstreet for P.O invoices

_____ _____ Adding use tax to invoices that require it

_____ _____ Coding non-P.O invoices

_____ _____ Getting signatures from DOF for all Non-PO invoices and signature from GM for anything larger than $24,999

_____ _____ Scan according to P.O or Non-P.O invoice

_____ _____ File alphabetically in the correct month

_____ _____ Answer questions from the SSC within 24 hours

Will alternate working on all 3 areas with other Finance Analysts after 07/15/22

**Any additional work assigned by management in any area**

177

(Exhibit A-3)

49-1

**Hilton University**

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Traces

May 25 2022

Date

**Hilton**

WALDORF ASTORIA  L X R  CONRAD  canopy  Signia by Hilton  Hilton  CURIO COLLECTION  DOUBLETREE  TAPESTRY COLLECTION

EMBASSY SUITES  TEMPO  MOTTO  Hilton Garden Inn  Hampton  tru  HOMEWOOD SUITES  HOME2 SUITES  Hilton Grand Vacations

Hilton HONORS

178

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 237 of 467 PageID #:237

## Hilton University

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Guest Profile – Guest Detail View

May 26 2022

Date

**Hilton**

WALDORF ASTORIA  L X R  CONRAD  canopy  Signia by Hilton  Hilton  CURIO COLLECTION  DOUBLETREE  TAPESTRY COLLECTION

EMBASSY SUITES  TEMPO  MOTTO  Hilton Garden Inn  Hampton  tru  HOMEWOOD SUITES  HOME2 SUITES  Hilton Grand Vacations

Hilton HONORS

179

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 239 of 467 PageID #:239

**Hilton University**

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## CRM Best Guest Report

May 26 2022

Date

**Hilton**

WALDORF ASTORIA   L X R   CONRAD   canopy   Signia by Hilton   Hilton   CURIO COLLECTION   DOUBLETREE   TAPESTRY COLLECTION

EMBASSY SUITES   TEMPO   MOTTO   Hilton Garden Inn   Hampton   tru   HOMEWOOD SUITES   HOME2 SUITES   Hilton Grand Vacations

**Hilton** HONORS

180

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 241 of 467 PageID #:241

## Hilton University

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Advanced Receipt Set Up

May 26 2022

Date

### Hilton

181

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 243 of 467 PageID #:243

**Hilton University**

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Receipt Set Up

May 26 2022

Date

**Hilton**

WALDORF ASTORIA  L X R  CONRAD  canopy  Signia by Hilton  Hilton  CURIO COLLECTION  DOUBLETREE  TAPESTRY COLLECTION

EMBASSY SUITES  TEMPO  MOTTO  Hilton Garden Inn  Hampton  HGV  HOMEWOOD SUITES  HOME2 SUITES  Hilton Grand Vacations

Hilton HONORS

182

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 245 of 467 PageID #:245

Hilton
**University**

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Guest Dossier

May 26 2022

Date

**Hilton**

WALDORF ASTORIA    L X R    CONRAD    canopy    Signia by Hilton    Hilton    CURIO COLLECTION    DOUBLETREE    TAPESTRY COLLECTION

EMBASSY SUITES    TEMPO    MOTTO    Hilton Garden Inn    Hampton    tru    HOMEWOOD SUITES    HOME2 SUITES    Hilton Grand Vacations

**Hilton** HONORS

183

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 247 of 467 PageID #:247

Hilton
**University**

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## CRM Features in OnQ

May 26 2022

Date

**Hilton**

WALDORF ASTORIA    L X R    CONRAD    canopy    Signia Hilton    Hilton    CURIO COLLECTION    DOUBLETREE    TAPESTRY COLLECTION

EMBASSY SUITES    TEMPO    MOTTO    Hilton Garden Inn    Hampton    tru    HOMEWOOD SUITES    HOME2 SUITES    Hilton Grand Vacations

**Hilton** HONORS

184

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 249 of 467 PageID #:249

**Hilton University**

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

Reports

May 27 2022

Date

**Hilton**

WALDORF ASTORIA    L X R    CONRAD    canopy    Signia by Hilton    Hilton    CURIO COLLECTION    DOUBLETREE    TAPESTRY COLLECTION

EMBASSY SUITES    TEMPO    MOTTO    Hilton Garden Inn    Hampton    HOMEWOOD SUITES    HOME2 SUITES    Hilton Grand Vacations

**Hilton** HONORS

185

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 251 of 467 PageID #:251

Hilton
**University**

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## View Room Status

May 27 2022

Date

**Hilton**

WALDORF ASTORIA    L X R    CONRAD    canopy    Signia by Hilton    Hilton    CURIO COLLECTION    DOUBLETREE    TAPESTRY COLLECTION

EMBASSY SUITES    TEMPO    MOTTO    Hilton Garden Inn    Hampton    tru    HOMEWOOD SUITES    HOME2 SUITES    Hilton Grand Vacations

Hilton
HONORS

186

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 253 of 467 PageID #:253

Hilton
**University**

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

Using the Tape Chart

May 27 2022

Date

**Hilton**

WALDORF ASTORIA    L X R    CONRAD    canopy    Signia by Hilton    Hilton    CURIO COLLECTION    DOUBLETREE    TAPESTRY COLLECTION

EMBASSY SUITES    TEMPO    MOTTO    Hilton Garden Inn    Hampton    tru    HOMEWOOD SUITES    HOME2 SUITES    Hilton Grand Vacations

Hilton HONORS

187

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 255 of 467 PageID #:255



# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## PBX Operator Information

May 27 2022
_____
Date

**Hilton**

WALDORF ASTORIA · L X R · CONRAD · canopy · Signia Hilton · Hilton · CURIO COLLECTION · DOUBLETREE · TAPESTRY COLLECTION

EMBASSY SUITES · TEMPO · MOTTO · Hilton Garden Inn · Hampton · tru · HOMEWOOD SUITES · HOME2 SUITES · Hilton Grand Vacations

Hilton HONORS

188

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 257 of 467 PageID #:257

## Hilton University

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Create a Guest Profile

May 31 2022

Date

**Hilton**

WALDORF ASTORIA   L X R   CONRAD   canopy   Signia by Hilton   Hilton   CURIO COLLECTION   DOUBLETREE   TAPESTRY COLLECTION

EMBASSY SUITES   TEMPO   MOTTO   Hilton Garden Inn   Hampton   tru   HOMEWOOD SUITES   HOME2 SUITES   Hilton Grand Vacations

Hilton HONORS

189

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 259 of 467 PageID #:259

# Hilton University

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## CRM Scenarios

May 31 2022

Date

**Hilton**

190

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 261 of 467 PageID #:261

## Hilton University

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Reservations History

May 31 2022

Date

**Hilton**

WALDORF ASTORIA    L X R    CONRAD    canopy    Signia by Hilton    Hilton    CURIO COLLECTION    DOUBLETREE    TAPESTRY COLLECTION

EMBASSY SUITES    TEMPO    MOTTO    Hilton Garden Inn    Hampton    HOMEWOOD SUITES    HOME2 SUITES    Hilton Grand Vacations

**Hilton HONORS**

191

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 263 of 467 PageID #:263

# Hilton University

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Central Travel Agent Commission Payment

May 31 2022

Date

**Hilton**

WALDORF ASTORIA · L X R · CONRAD · canopy · Signia by Hilton · Hilton · CURIO COLLECTION · DOUBLETREE · TAPESTRY COLLECTION

EMBASSY SUITES · TEMPO · MOTTO · Hilton Garden Inn · Hampton · tru · HOMEWOOD SUITES · HOME2 SUITES · Hilton Grand Vacations

Hilton HONORS

192

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 265 of 467 PageID #:265

**Hilton University**

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Create a Guest Profile

May 31 2022

Date

**Hilton**

WALDORF ASTORIA    L X R    CONRAD    canopy    Signia by Hilton    Hilton    CURIO COLLECTION    DOUBLETREE    TAPESTRY COLLECTION

EMBASSY SUITES    TEMPO    MOTTO    Hilton Garden Inn    Hampton    tru    HOMEWOOD SUITES    HOME2 SUITES    Hilton Grand Vacations

**Hilton** HONORS

193

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 267 of 467 PageID #:267

![Hilton University]

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Credit Card Authorizations

June 1 2022

Date

**Hilton**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WALDORF ASTORIA | L X R | CONRAD | canopy | Signia by Hilton | Hilton | CURIO COLLECTION | DOUBLETREE | TAPESTRY COLLECTION |
| EMBASSY SUITES | TEMPO | MOTTO | Hilton Garden Inn | Hampton | tru | HOMEWOOD SUITES | HOME2 SUITES | Hilton Grand Vacations |

**Hilton HONORS**

194

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 269 of 467 PageID #:269

Hilton
**University**

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Preventing Human Trafficking: Recognizing the Signs

April 21 2022

Date

**Hilton**

WW
WALDORF ASTORIA   L X R   CONRAD   canopy   Signia by Hilton   Hilton   CURIO COLLECTION   DOUBLETREE   TAPESTRY COLLECTION

E
EMBASSY SUITES   TEMPO   MOTTO   Hilton Garden Inn   Hampton   tru   HOMEWOOD SUITES   HOME2 SUITES   Hilton Grand Vacations

Hilton
HONORS

195

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 271 of 467 PageID #:271

48-19

## Hilton University

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Post Charges

June 2 2022

Date

## Hilton

WALDORF ASTORIA    L X R    CONRAD    canopy    Signia by Hilton    Hilton    CURIO COLLECTION    DOUBLETREE    TAPESTRY COLLECTION

EMBASSY SUITES    TEMPO    MOTTO    Hilton Garden Inn    Hampton    tru    HOMEWOOD SUITES    HOME2 SUITES    Hilton Grand Vacations

## Hilton HONORS

196

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 273 of 467 PageID #:273

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## OnQ PM Basic Skills

April 21 2022

Date

**Hilton**

WALDORF ASTORIA · L X R · CONRAD · canopy · Signia by Hilton · Hilton · CURIO COLLECTION · DOUBLETREE · TAPESTRY COLLECTION

EMBASSY SUITES · TEMPO · MOTTO · Hilton Garden Inn · Hampton · tru · HOMEWOOD SUITES · HOME2 SUITES · Hilton Grand Vacations

**Hilton** HONORS

197

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 275 of 467 PageID #:275

**Hilton University**

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Guest Listing Screen

May 4 2022

Date

**Hilton**

WALDORF ASTORIA    L X R    CONRAD    canopy    Signia by Hilton    Hilton    CURIO COLLECTION    DOUBLETREE    TAPESTRY COLLECTION

EMBASSY SUITES    TEMPO    MOTTO    Hilton Garden Inn    Hampton    tru    HOMEWOOD SUITES    HOME2 SUITES    Hilton Grand Vacations

**Hilton** HONORS

198

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 277 of 467 PageID #:277

**Hilton University**

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

### Guest Record Screen

May 5 2022

Date

**Hilton**

WALDORF ASTORIA    L X R    CONRAD    canopy    Signia Hilton    Hilton    CURIO COLLECTION    DOUBLETREE    TAPESTRY COLLECTION

EMBASSY SUITES    TEMPO    MOTTO    Hilton Garden Inn    Hampton    tru    HOMEWOOD SUITES    HOME2 SUITES    Hilton Grand Vacations

Hilton HONORS

199

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 279 of 467 PageID #:279

3E-73

## Hilton University

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Hotel Directory Listings

May 5 2022

Date

### Hilton

WALDORF ASTORIA  L X R  CONRAD  canopy  Signia by Hilton  Hilton  CURIO COLLECTION  DOUBLETREE  TAPESTRY COLLECTION

EMBASSY SUITES  TEMPO  MOTTO  Hilton Garden Inn  Hampton  tru  HOMEWOOD SUITES  HOME2 SUITES  Hilton Grand Vacations

### Hilton
HONORS

280

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 281 of 467 PageID #:281

Hilton
# University

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Guest Messages

May 5 2022

Date

**Hilton**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WALDORF ASTORIA | L X R | CONRAD | canopy | Signia by Hilton | Hilton | CURIO COLLECTION | DOUBLETREE | TAPESTRY COLLECTION |
| EMBASSY SUITES | TEMPO | MOTTO | Hilton Garden Inn | Hampton | tru | HOMEWOOD SUITES | HOME2 SUITES | Hilton Grand Vacations |

Hilton
HONORS

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 283 of 467 PageID #:283

4a-25

# Hilton University

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Collective Indicators

May 6 2022

Date

**Hilton**

WALDORF ASTORIA   L X R   CONRAD   canopy   Signia by Hilton   Hilton   CURIO COLLECTION   DOUBLETREE   TAPESTRY COLLECTION

EMBASSY SUITES   TEMPO   MOTTO   Hilton Garden Inn   Hampton   tru   HOMEWOOD SUITES   HOME2 SUITES   Hilton Grand Vacations

Hilton HONORS

9C-36

**Hilton**
# University

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Guest Locators

May 6 2022

Date

**Hilton**

WALDORF ASTORIA · L X R · CONRAD · canopy · Signia by Hilton · Hilton · CURIO COLLECTION · DOUBLETREE · TAPESTRY COLLECTION

EMBASSY SUITES · TEMPO · MOTTO · Hilton Garden Inn · Hampton · tru · HOMEWOOD SUITES · HOME2 SUITES · Hilton Grand Vacations

**Hilton** HONORS

253

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 287 of 467 PageID #:287

**Hilton University**

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Create and Print CRM Reports

May 25 2022

Date

**Hilton**

WALDORF ASTORIA  L X R  CONRAD  canopy  Signia by Hilton  Hilton  CURIO COLLECTION  DOUBLETREE  TAPESTRY COLLECTION

EMBASSY SUITES  TEMPO  MOTTO  Hilton Garden Inn  Hampton  tru  HOMEWOOD SUITES  HOME2 SUITES  Hilton Grand Vacations

Hilton HONORS

204

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 289 of 467 PageID #:289

# Hilton University

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## View Totals

May 25 2022

Date

### Hilton

WALDORF ASTORIA    L X R    CONRAD    canopy    Signia by Hilton    Hilton    CURIO COLLECTION    DOUBLETREE    TAPESTRY COLLECTION

EMBASSY SUITES    TEMPO    MOTTO    Hilton Garden Inn    Hampton    tru    HOMEWOOD SUITES    HOME2 SUITES    Hilton Grand Vacations

### Hilton HONORS

285

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 291 of 467 PageID #:291

## Hilton University

# CERTIFICATE OF COMPLETION

This is to recognize that

## Yvette Walker

has completed the course

## Systems Interacting with OnQ PM

May 25 2022

Date

**Hilton**

WALDORF ASTORIA   L X R   CONRAD   canopy   Signia by Hilton   Hilton   CURIO COLLECTION   DOUBLETREE   TAPESTRY COLLECTION

EMBASSY SUITES   TEMPO   MOTTO   Hilton Garden Inn   Hampton   HOMEWOOD SUITES   HOME2 SUITES   Hilton Grand Vacations

**Hilton** HONORS

286

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 293 of 467 PageID #:293

**Hilton University**

**My Hilton University**     Learning Dashboard     Help and Support     Interactive Experiences     Thrive Mental - Wellness     Leadership Developmen

← Back

# OnQ PM Training - Full Service - HCRS - Accounting and Finance Team Member - ONQPM43 ⊕ (ONQ_PM_HCRS_AF)

**Open-ended**                                                                    | 52.63%

Withdraw

This learning program should be completed by Accounting and Finance Team Members that are located at the following brands utilizing HCRS:

- Hilton
- Conrad
- Waldorf Astoria
- Doubletree International

More

⋆ Required for Program Completion

∨     Basic Skills                                                                 ✔

⋆ **OnQ PM Basic Skills**                                                          Completed

☑ Review Content

287

This module aims to provide you with the skills you need to complete this eLearning. You will learn how to navigate through the screens and interact with OnQ PM.

⌄   Basic Guest Functions                                                                                          ✓

\* **Guest Listing Screen**                                                                      Completed

                                                                                                 ☑ Review Content

This lesson covers the following objectives:
- Execute a search from the Guest Listing Screen
- Identify the fields within the Search Criteria Section
- Explain the content of different columns displayed on the Guest Listing Screen
- Identify the Guest Statuses and their corresponding color codes

\* **Guest Record Screen**                                                                       Completed

                                                                                                 ☑ Review Content

This lesson covers the following objectives:
- Recognize the different sections of the screen
- Identify the information contained in each section
- Add and modify details in the screen

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 295 of 467 PageID #:295

208

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 297 of 467 PageID #:297

## Hotel Directory Listings

Completed

Review Content

This lesson covers the following objectives:
• Access the Hotel Directory
• Search for a specific listing
• Search for listings by category
• Print single and multiple listings
• Add and amend the details of a listing in the Hotel Directory

## * Traces

Completed

Review Content

This lesson covers the following objectives:
• Add a trace to a reservation
• Add a trace to a room
• Close and reopen traces
• Preview and print the Trace Report

## Guest Messages

Completed

Review Content

This lesson covers the following objectives:
• Create a Guest Message
• Print and deliver Guest Messages

209

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 299 of 467 PageID #:299

## Guest Locators

Completed

☑ Review Content

This lesson covers the following objectives:
• View the details of a Guest Locator
• Add, modify and remove a Guest Locator

## Collective Indicators

Completed

☑ Review Content

This lesson covers the following objectives:
• View Collective Indicators
• Identify the seven different types of Collective Indicators
• View the details of Collective Indicators on the Guest Record

## PBX Operator Information

Completed

☑ Review Content

This lesson covers the following objectives:
• Access the PVX Main Screen
• Search for Guest Details using the different search criteria
• Interpret the information displayed within the PBX Screen
• Print reports from the PBX Main Screen using individual filter options

210

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 301 of 467 PageID #:301

⌄   Basic System Functions

\* <u>Systems Interacting with OnQ PM</u>                          Completed

☑ <u>Review Content</u>

This lesson covers the following objectives:
• Explain how OnQ PM and OnQ R&I interact
• Explain the difference between HCRS and PCRS
• Explain how OnQ PM and GPM interact
• Explain how OnQ PM interacts with Operations Audit
• Explain how OnQ PM interacts with the LOBBY

\* <u>View Totals</u>                          Completed

☑ <u>Review Content</u>

This lesson covers the following objectives:
• Identify the two ways of accessing the View Daily Totals screen
• Interpret the information displayed on the different screens of the View Totals displays

<u>Using the Tape Chart</u>                          Completed

☑ <u>Review Content</u>

211

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 303 of 467 PageID #:303

This lesson covers the following objectives:
• Access the Tape Chart
• Apply filters to specify a room search
• Access a Guest Record from the Tape Chart

## View Room Status

Completed

☑ Review Content

This lesson covers the following objectives:
• Access the Current Status window from the Guest Listing Screen
• Interpret the information displayed in the Current Status window
• View and interpret Room History information
• View and interpret Future Room Status information
• Access the Trace Listing details from the Current Status window

## Reports

Completed

☑ Review Content

This lesson covers the following objectives:
• Access the Reports List screen
• Preview and print reports
• Modify reports using the filter options
• Export reports into different formats

∨   CRM

212

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 305 of 467 PageID #:305

\* ## CRM Features in OnQ

Completed

☑ Review Content

This lesson covers the following objectives:
• Recognize situations in which you would access CRM information
• Describe how CRM information is gathered
• Identify the CRM related features in OnQ PM

\* ## Guest Dossier

Completed

☑ Review Content

This lesson covers the following objectives:
• Identify the information contained on the Guest Dossier
• Update the Guest Profile from the Guest Dossier

## Create a Guest Profile

Completed

☑ Review Content

This lesson covers the following objectives:
• Identify the difference between a Reservation Record and a Guest Profile
• Identify the three profile types
• Determine when to create a Guest Profile
• Create a Guest Profile in GPM
• Print a Hilton HHonors enrollment welcome letter in the Guest's preferred language
• Add a Hilton HHonors number to an existing reservation

213

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 307 of 467 PageID #:307

## Guest Profile - Guest Detail View

Completed

☑ Review Content

This lesson covers the following objectives:
• Search for an existing Guest Profile
• Identify the information displayed on the Guest Profile including Reservation Information and Service History

## CRM Best Guest Report

Completed

☑ Review Content

This lesson covers the following objectives:
• Display and print the CRM Best Guests Report
• Interpret the information displayed on the report

## Create and Print CRM Reports

Completed

☑ Review Content

This lesson covers the following objectives:
• Create a customized report according to your hotel's needs
• Print a customized report

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 309 of 467 PageID #:309

49-38

## CRM Scenarios

Completed

Review Content

This lesson allows you to practice the following tasks covered in previous lessons:
• Identify the information contained on the Guest Dossier
• Create a Hilton HHonors profile
• Display and print the CRM Best Guest Report
• Interpret the information displayed on the report
• Review the Guest Dossier

∨    Reservations 1

\* ## Receipt Set Up

Completed

Review Content

This lesson covers the following objectives:
• Assign charges to different receipts
• Automatically move previously posted charges when amending receipts

∨    Reservations 2

915

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 311 of 467 PageID #:311

\* <u>Advanced Receipt Set Up</u>

Completed

☑️ Review Content

This lesson covers the following objectives:
• Split a Room Charge Across Different Receipts for the Same Guest
• Set Up a Receipt for a Sharer

∨ Reservations 3 ✓

<u>Reservations History</u>

Completed

☑️ Review Content

This lesson covers the following objective:
• View and interpret the information displayed in the Record History

\* <u>Central Travel Agent Commission Payment</u>

Completed

☑️ Review Content

This lesson covers the following objectives:
• Understand what Central Commission Processing (CCP) is and identify the parties involved
• List the steps to identify any records that must not be paid through Central Commission Processing (CCP)
• Identify the two reports needed to verify the commission status of Travel Agent checkout records
• Print and interpret the Travel Agent Activity for Today and Due Out report
• Identify whether checkout records are commissionable or non-commissionable

216

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 313 of 467 PageID #:313

⌄ Check-in 2 ✓

\* <u>Credit Card Authorizations</u>

Completed

☑ <u>Review Content</u>

This lesson covers the following objectives:
• Authorize a credit card automatically
• Authorize a credit card manually
• Authorize additional funds for an In-House Guest credit card
• List the two options available for batch authorization

⌄ Postings 1 ✓

\* <u>View Receipts</u>

Completed

☑ <u>Review Content</u>

This lesson covers the following objectives:
• Access the Posting window
• View the details of individual receipts
• Print receipts
• Identify confidential receipts

217

## * Post Charges

Completed

☑ Review Content

This lesson covers the following objectives:
- Post charges to a Guest receipt
- Enter the charge details in the voucher window
- Identify and select the correct receipt for posting

## * Temporary House Accounts

Completed

☑ Review Content

This lesson covers the following objectives:
- Identify when to use Temporary House Accounts
- Create a Temporary House Account
- Post charges to a Temporary House Account

## * Permanent House Accounts

Completed

☑ Review Content

This lesson covers the following objectives:
- Identify when to use Permanent House Accounts
- Create a Permanent House Account
- Post charges to a Permanent House Account

218

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 317 of 467 PageID #:317

∨    Postings 2

## Other Room Revenue Posting - HCRS

Completed

☑ Review Content

This lesson should be completed by Team Members of the following brands utilizing HCRS:
• Hilton
• Conrad
• Waldorf Astoria
• Doubletree International
• Hilton Garden Inn
• Curio

More

## \* Post Payments

Completed

☑ Review Content

This lesson covers the following objectives:
• Post a payment to an account
• Change the payment method before posting a payment

## \* Post Corrections

Completed

☑ Review Content

319

This lesson covers the following objectives:
• Identify the difference between a correction and an allowance
• Post a correction

Completed

☑ Review Content

This lesson covers the following objectives:
• Identify the difference between a correction and an allowance
• Post an allowance

* Transfer Charges

CONTINUE COURSE ⌄

This lesson covers the following objectives:
• Transfer a charge to another Guest
• Transfer a charge to a House Account or Group Master
• Transfer part of a charge amount
• Transfer a Package Rate

* Fast Move

Completed

☑ Review Content

This lesson covers the following objectives:
• Fast move a charge
• Fast move multiple charges at the same time

320

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 321 of 467 PageID #:321

OnQ * Post Advance Deposits

CONTINUE COURSE ⌄

This lesson covers the following objectives:
• Verify the correct advance deposit amount
• Post an advance deposit

OnQ * Create an Unmatched Advance Deposit

START COURSE ⌄

This lesson covers the following objectives:
• Identify when you would need to create an unmatched advance deposit
• Post an unmatched advance deposit

OnQ * Process an Unmatched Advance Deposit

START COURSE ⌄

This lesson covers the following objective:
• Transfer an unmatched advance deposit to a reservation

⌄    Postings 3

* Manually Post Room Charges

221

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 323 of 467 PageID #:323

This lesson covers the following objectives:
• Manually post a room charge for a Non-Package SRP
• Set a room to Manual Post
• Manually post a room charge for a Package SRP

## Set Tax Exempt Upon Check-Out

This lesson covers the following objectives:
• Set a reservation to be exempt from tax
• Set reservations on a Group Master to be exempt from tax
• Locate and preview the Tax Exempt Guests with Revenue Posted Report

## Set Tax Exempt Upon Check-In

This lesson covers the following objectives:
• Set a reservation to be exempt from tax
• Set reservations on a Group Master to be exempt from tax
• Locate and preview the Tax Exempt Guests with Revenue Posted Report

## Currency Exchange (Optional)

OPTIONAL LESSON: this lesson is only required if your hotel utilizes the Currency Exchange functionality. If you are unsure whether you should complete this lesson, please check with your local hotel management team or the brand representative.

This lesson covers the following objectives:
• Exchange currency for an In-House Guest
• Calculate the value of foreign currency needed for a payment

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 325 of 467 PageID #:325

## Currency Exchange Void Functionality (Optional)

OPTIONAL LESSON: this lesson is only required if your hotel utilizes the Currency Exchange functionality. If you are unsure whether you should complete this lesson, please check with your local hotel management team or the brand representative.

This lesson covers the following objectives:
• Reverse a currency exchange using the Void function
• Locate and preview the Foreign Exchange Report

## * Guest Paid Outs and Cash/Check Refunds

This lesson covers the following objectives:
• Post a Guest Paid Out
• Post a Guest Refund

## * Satisfaction Guarantee/Service Recovery

This lesson covers the following objectives:
• Identify the difference between Service Recovery Revenue and Service Recovery Non-Revenue
• Post a Service Recovery

Postings 4

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 327 of 467 PageID #:327

## Posting Reports

This lesson covers the following objectives:
Locate and preview the following reports:
•All Vouchers Report
•All Vouchers Summary Report
•Account Detail Report

## Close Out of Posting Accounts

This lesson covers the following objectives:
• Display and print details for specific highlighted accounts
• Close your accounts

## Close Out of Cash

CONTINUE COURSE ⌄

This lesson covers the following objectives:
• Print the Account Detail Report for all cash transactions
• Declare the cash amount to OnQ PM
• Close out of cash when you have only posted cash payments
• Close out of cash when you have only posted paid outs
• Close out of cash when you have posted currency exchange

## Printing Information Bills & Official Invoices (Applicable for Canada

This lesson should be completed by all Team Members of all regions outside the US (International, Canada, South America). Team Members based in the US are not required to complete this lesson.

This lesson covers the following objectives:
• Print an information bill
• Manually print an official invoice
• Print a copy of an official invoice

## * Check-Out using a Credit Card Payment

This lesson covers the following objectives:
• Check out a Guest paying by credit card
• Change credit card details upon check-out
• Use two credit cards at check-out

## * Check-Out with a Credit Card Refund

This lesson covers the following objectives:
• Check out a Guest with a Credit Card Refund using the Refund icon
• Check out a Guest with a Credit Card Refund using the Correction/Adjustment icon

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 331 of 467 PageID #:331

## Check-Out using a Direct Bill payment (Applicable for Canada

This lesson should be completed by all Team Members outside the US.

This lesson covers the following objectives:
• Check out a Guest by Direct Bill
• Create Official Invoices Manually
• Check out a Guest by Direct Bill and Part by Credit Card Payment
• Check out a Guest by Direct Bill and Part by Cash

## Check-Out using a Direct Bill payment (Applicable for US Hotels)

This lesson should be completed by all Team Members in the US.

This lesson covers the following objectives:
• Check out a Guest by Direct Bill
• Check out a Guest Part by Direct Bill and Part by Credit Card Payment
• Create manual receipts adding extra information to be displayed

## * Changes After Check-out

This lesson covers the following objectives:
• Add a Company Address to the Invoice/Receipt
• Correct Already Checked-out Charges
• Change the Method of Payment after Check-out

## * Check-Out One Guest of a Shared Room

336

This lesson covers the following objectives:
• Check out a Share Reservation
• Identify the steps to complete when checking out one Guest of a Share

## * Check Out House Accounts

This lesson covers the following objectives:
• Check out a Temporary House Account
• Check out a Permanent House Account

## * Email Guest Receipts

This lesson covers the following objectives:
• Set up the reservation to automatically email the receipt upon check-out
• Manually send a Guest receipt by email

## * Guest Walkout without paying

This lesson covers the following objective:
• Understand two procedures which can be followed when a Guest walks out without paying

## Check-Out Reports

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 335 of 467 PageID #:335

49-51

This lesson covers the following objectives:
Locate, preview and interpret the following reports:
• Due Outs Report
• High Balance Report

✓    Night Audit

## Introduction

Completed

[✓=] Review Content

This lesson covers the following objective:
• Outline the three stages of the Night Audit process and their purpose

(OQ)   Preparation - Resolve Guest Statuses      START COURSE ∨

This lesson covers the following objectives:
• Check View Totals for Pending, Due Out and Day Use reservations • Resolve Pending, Due Out and Day Use reservations •
Resolve Share reservations
• Resolve unprocessed No Shows
• Understand the Auto Cancel Non-Guaranteed Reservations functionality

(OQ)   Preparation - Shift Handover      START COURSE ∨

This lesson covers the following objectives:
• Verify all Posting and Cash accounts have been closed

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 337 of 467 PageID #:337

• Print the Down-time Reports

## Preparation - Audit Cashier Paperwork

CONTINUE COURSE ⌄

This lesson covers the following objectives:
• Audit allowances
• Audit payments

## Closeout - Prepare for Autopost

CONTINUE COURSE ⌄

This lesson covers the following objectives:
• Access the Night Audit screen
• Interpret the Autopost Exceptions Report and verify the details shown are correct
• Interpret the Rate and Rate Override Reports

## Closeout - Perform Autopost - HCRS

START COURSE ⌄

This lesson should be completed by Team Members of the following brands utilizing HCRS:
• Hilton
• Conrad
• Waldorf Astoria
• Doubletree International
• Hilton Garden Inn
• Curio

More

339

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 339 of 467 PageID #:339

 ## Closeout - Travel Agent Commissions

START COURSE ⌄

This lesson covers the following objectives:
• Identify the commissionable status of checked out reservations
• Change the commissionable status of Guest Records

 ## Closeout - Outlet Distribution (Applicable for US & Canadian Hotels)

START COURSE ⌄

This lesson should be completed by all Team Members based in the US and Canada. International Team Members and Team Members based in South America are not required to complete this lesson.

This lesson covers the following objectives:
• Correctly allocate revenues by entering outlet revenue values in the necessary fields within the Outlet Distribution screens

 ## Closeout - Audit Interface Revenue and Settle House Accounts

START COURSE ⌄

This lesson covers the following objectives:
• Audit Interface Revenues
• Settle House Accounts

 ## Night Audit Closeout

START COURSE ⌄

This lesson covers the following objectives:
• Close accounts and Cash for the entire shift
• Perform the Night Audit Closeout

230

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 341 of 467 PageID #:341

4a.54

## Wrap Up - Post- Night Audit

Completed

☑ Review Content

This lesson covers the following objectives:
• Resolve high balances
• Perform EDC transmission

### Night Audit Scenarios

START COURSE ∨

This lesson allows you to practice the following tasks covered in previous lessons:
• Verify all users are closed
• Resolve reservations that prevent you from completing the Night Audit
• Verify Room Revenues are posted correctly
• Ensure commissionable reservations are updated if needed

### Single User Task

START COURSE ∨

This document provides details on the Self-Operational Portal - Single User Task. This is a tool designed for Team Members (with specific user rights) to resolve the error message received during Night Audit: Singe User Task is already in use.

> Management and General Administration



April 21 - 2 ~~8 Total~~

May 4 - 9      73 Total

May 5 - 3

May 6 - 2

May 25 - 4

May 26 - 6

May 27 - 4

May 31 - 5

Sun 1 - 1

Sun 2 - 1

─────

29

231

(Exhibit K-1)

**Yvette Walker**

| | |
|---|---|
| **From:** | John Beers |
| **Sent:** | Tuesday, June 14, 2022 9:59 AM |
| **To:** | CHICH-All Hands |
| **Subject:** | Quarantine - Guest - Room  757 |

Please be advised that the guest in room 757  is currently in quarantine. There should be no contact with the guest and any request for service should be routed through security. This guest is also currently scheduled to check out on June 17th. Afterwards the room will be locked out and sanitized.

Thank you.

John Beers
Director of Security & Safety

HILTON CHICAGO
1-311-431-6978 c 1-312-486-2273
720 South Michigan Avenue  ·  Chicago  L 60645   USA

hiltonchicagomeetings.com
hilton.com









This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential.

1

50

232

## Yvette Walker

| | |
|---|---|
| **From:** | John Beers |
| **Sent:** | Tuesday, June 14, 2022 9:14 AM |
| **To:** | CHICH-All Hands |
| **Subject:** | Quarantine - Guest - Room  849 |

Please be advised that the guest in **room 849** is currently in quarantine. There should be no contact with the guest and any request for service should be routed through security. The guest is  currently scheduled to check out on June 17th. Afterwards the room will be locked out and sanitized.

Thank you.

John Beers
Director of Security & Safety

HILTON CHICAGO
1-312-431-6979  312-446-2275
720 South Michigan Avenue  Chicago  60605  USA

hiltonchicagomeetings.com
hilton.com

  



 

This transmission is not a digital or electronic signature and cannot be used to form  document, or authenticate a contract. Hilton and its affiliates accept no liability ansing in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential

233

(Exhibit C-3)

## Yvette Walker

| | |
|---|---|
| **From:** | John Beers |
| **Sent:** | Tuesday, June 28, 2022 12:53 PM |
| **To:** | CHICH-All Hands |
| **Subject:** | Quarantine - Guest - Room 650 |

The guests in room 650, have both reported positive COVID test results and are due to checkout Friday, 7-01-22. Guest is currently in quarantine and all service is to be routed through security, room is to be ELO'd upon checkout at which time sanitization will be coordinated with the Housekeeping team.

Thank you.

John Beers
Director of Security & Safety

HILTON CHICAGO

hiltonchicagomeetings.com
hilton.com









This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential.

52

234

## Yvette Walker

| | |
|---|---|
| **From:** | John Beers |
| **Sent:** | Thursday, June 30, 2022 12:10 PM |
| **To:** | CHICH-All Hands |
| **Subject:** | Quarantine - Guest - Room 2201 |

The guest in room 2201, has reported positive COVID test results. He has not yet determined his checkout date. He will update us as soon as possible. All service is to be routed through security, room is to be ELO'd upon checkout at which time sanitization will be coordinated with the Housekeeping team.

Thank you.

John Beers
Director of Security & Safety

HILTON CHICAGO

hiltonchicagomeetings.com
hilton.com








**RANKED #1**
We're proud to be recognized
as a Great Place To Work!



This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential.

1

935

*(Exhibit W)*



Operations Audit

## Operations Audit

## Daily Audit

TODAY'S DATE: 6-28-22

Audit Date: 6-27-22

Auditor Rooms_____

Auditor Infogenesis COE_____

Manager:_____

**Hilton Chicago**

### Daily Audit Checklist

☑ Scan Banquet Checks- make copies of checks without taxes

☑ Sort Restaurant Checks- pull empl meals and scan

☑ Routing Pack- Empl Meals, All Vouchers Report, Account Summary Report, Discou
Detail, Open Items, Void Checks- Upload to DMS- Send to Workflow

☑ F&B Credits- F&B Master, daily report, Onq Report-
Reclass in OA- Upload backup in DMS 26th, 27th

☑ Rate Reports sent to John Wells

☑ Evention- Import reports- Cash Balance- send to OA 25, 26, 27,

☐ Send Over/Short emails and follow up on previous ones

File - Changes, and other Supporting Documents for group Bills. given By Sessica.

Filled out Daily Audits - From June 9, 2022 to June 28th 2022. For Sessica

Trained in - Income Audit changing Names, Post charges
Encore (PSAV) private Lock, Decorator, engineering etc
Hotels Beds- posting Number for them to Identify to pay

54

Change Back Show older emails [illegible]
Missing Information for Bolls - only explained Session
Setting Up Folders For Different emails.

**Yvette Walker**

| | |
|---|---|
| **From:** | John Beers |
| **Sent:** | Wednesday, July 6, 2022 7:55 AM |
| **To:** | CHICH-All Hands |
| **Subject:** | Quarantine - Guest - Room 561 |

The guest in room 561, has reported positive COVID test results and are due to checkout Thursday 7.7 -22. Guest is currently in quarantine and all service is to be routed through security, room is to be ELO'd upon checkout at which time sanitization will be coordinated with the Housekeeping team.

Thank you.

**John Beers**
Director of Security & Safety

HILTON CHICAGO

hiltonchicagomeetings.com
hilton.com

  



 

This transmission is not a digital or electronic signature and cannot be used to form document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential

1

55

237

## Yvette Walker

| | |
|---|---|
| **From:** | John Beers |
| **Sent:** | Wednesday, July 6, 2022 8:00 AM |
| **To:** | CHICH-All Hands |
| **Subject:** | Quarantine - Guest - Room 1373 |

The guest in room 1373, has reported positive COVID test results and are due to checkout Thursday 7.7 -22. Guest is currently in quarantine and all service is to be routed through security, room is to be ELO'd upon checkout at which time sanitization will be coordinated with the Housekeeping team.

Thank you.

**John Beers**
Director of Security & Safety

HILTON CHICAGO

hiltonchicagomeetings.com
hilton.com

 







This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential



938

**Yvette Walker**

| | |
|---|---|
| **From:** | John Beers |
| **Sent:** | Saturday, July 16, 2022 10:25 AM |
| **To:** | CHICH-All Hands |
| **Subject:** | Quarantine - Guest - Room 1874 |

The guest in room 1874, has reported positive COVID test results and are due to checkout Thursday 7.21 -22. Guest is currently in quarantine and all service is to be routed through security, room is to be ELO'd upon checkout at which time sanitization will be coordinated with the Housekeeping team.

Thank you.

**John Beers**
Director of Security & Safety

HILTON CHICAGO
1-312-430-6979  c: 1-312-446-2273
720 South Michigan Avenue  Chicago IL 60605  USA

hiltonchicagomeetings.com
hilton.com







This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential



239

**Ingalls Memorial Hospital ♦ One Ingalls Drive ♦ Harvey ♦ Illinois ♦ 60426**

## Discharge Instructions

YVETTE WALKER

MRN: 01522997

Arrival Date/Time: 07/11/2022 10:07

Provider: Lena Modieh, NP

Primary Care Physician: None PCP

PCP Phone Number:

Age/Sex: 63Y/F

Acct No: 5409932

DOB: 10/20/1958

### Visit Information

You were seen in the Calumet City Emergency Department.

| | |
|---|---|
| Arrival Date/Time: | 07/11/2022 at 10:07 am |
| Your chief complaint was: | INJURY TO RIGHT AND LEFT HANDS |
| Your diagnosis is: | Abrasion |

### Discharge Instructions

**Follow Up Care**

Patient's Stated Primary Care Provider PCP, None (F866).

Follow Up Instance 1st 1st Provider Follow Up Provider Name Specialty and Address Provider Name/Group **Smith, Rudyard (7339) - Internal Medicine,** Specialty Internal Medicine, Address and Telephone 7906 S. Crandon Ave, Chicago 60601 7739780757; Other Follow Up Follow Up Details Comment

**Family Christian Health Center**

Address: 31 W 155th St Harvey, IL 60426

Phone: 708-596-5177

**Walk-in Clinic Hours**

Monday, Tuesday, Wednesday: 8am-6pm

Thursday and Friday: 10am-6pm

Saturday: 10am-2pm

**Oak Forest Health Center**

15900 S. Cicero, Oak Forest, IL

708-687-7200.

---

| Pt Name: YVETTE WALKER | MRN: 01522997 | Printed By: Modieh, Lena NP |
|---|---|---|
| | | Printed On: 11-Jul-22 12:10 |

240

**Discharge Instructions**

Additional Instructions *Follow up with your primary care physician in 24-48 hours.
*Return if you are unable to follow up with your MD.
*Return if the present symptoms persist or worsen.
*Take medication as prescribed
*Drink plenty of fluids

Take tylenol/motrin as directed for pain
Please follow up with your doctor or the ones above for an ASAP appointment to recheck your symptoms
Do not try to remove the scab, let it fall off naturally
If you develop symptoms/fever/draiange/pain/swelling/redness/skin to to touch---- call911/get to the closest ED.

Pt Name:   YVETTE  WALKER          MRN:   01522997          Printed By: Modieh, Lena NP
Printed On: 11-Jul-22 12:10

58-2

Discharge Instructions

## Discharge Instructions

Discharge Instructions

# Abrasion

An abrasion is a cut or a scrape on the surface of your skin. An abrasion does not go through all the layers of your skin. It is important to take good care of your abrasion to prevent infection.

## Follow these instructions at home:

### Medicines

- Take or apply over-the-counter and prescription medicines only as told by your doctor.
- If you were prescribed an antibiotic medicine, apply it as told by your doctor. **Do not** stop using the antibiotic even if you start to feel better.

### Wound care

- Clean the wound 2–3 times a day or as often as told by your doctor. To do this:
- Wash the wound with mild soap and water.
- Rinse off the soap.
- Pat a clean towel on the wound to dry it. **Do not** rub it.

- Keep the bandage (*dressing*) clean and dry as told by your doctor.
- Follow instructions from your doctor about how to take care of your wound. Make sure you:
  - Wash your hands with soap and water before you change your bandage. If you cannot use soap and water, use hand sanitizer.
  - Change your bandage as told by your doctor.
- Check your wound every day for signs of infection. Check for:
  - Redness, swelling, or pain.
  - Fluid or blood.
  - Warmth.
  - Pus or a bad smell.
- If directed, put ice on the injured area. To do this:
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times a day.

| Pt Name: | YVETTE WALKER | MRN: | 01522997 | Printed By: Modieh, Lena NP |
|---|---|---|---|---|
| | | | | Printed On: 11-Jul-22 12:10 |

58-3

242

| Discharge Instructions |
|---|

## General instructions
- **Do not** take baths, swim, or use a hot tub until your doctor says it is okay.
- If there is swelling, raise (*elevate*) the injured area above the level of your heart while you are sitting or lying down.
- Keep all follow-up visits as told by your doctor. This is important.

# Contact a doctor if:
- You were given a tetanus shot, and you have any of these where the needle went in:
  - Swelling.
  - Very bad pain.
  - Redness.
  - Bleeding.
- You have a lot of pain, and medicine does not help.
- You have any of these at the site of the wound:
  - More redness.
  - More swelling.
  - More pain.

# Get help right away if:
- You have a red streak going away from your wound.
- You have a fever.
- You have fluid, blood, or pus coming from your wound.
- There is a bad smell coming from your wound or bandage.

# Summary
- An abrasion is a cut or a scrape on the surface of your skin.
- Take good care of your abrasion so it does not get infected.
- Clean the wound with mild soap and water, and change your bandage as told by your doctor.
- Call your doctor if you have redness, swelling, or more pain in your wound.
- Get help right away if you have a fever or if you have fluid, blood, pus, a bad smell, or a red streak coming from the wound.

58-4

243

| Discharge Instructions |
| --- |

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.
Document Released: 06/05/2009 Document Revised: 08/09/2018 Document Reviewed: 08/09/2018
Elsevier Interactive Patient Education © 2019 Elsevier Inc.

# Wound Care, Adult

Taking care of your wound properly can help to prevent pain, infection, and scarring. It can also help your wound to heal more quickly.

## How to care for your wound

**Wound care**

- Follow instructions from your health care provider about how to take care of your wound. Make sure you:
  - Wash your hands with soap and water before you change the bandage (*dressing*). If soap and water are not available, use hand sanitizer.
  - Change your dressing as told by your health care provider.
  - Leave stitches (*sutures*), skin glue, or adhesive strips in place. These skin closures may need to stay in place for 2 weeks or longer. If adhesive strip edges start to loosen and curl up, you may trim the loose edges. **Do not** remove adhesive strips completely unless your health care provider tells you to do that.
- Check your wound area every day for signs of infection. Check for:
  - Redness, swelling, or pain.
  - Fluid or blood.
  - Warmth.
  - Pus or a bad smell.
- Ask your health care provider if you should clean the wound with mild soap and water. Doing this may include:
  - Using a clean towel to pat the wound dry after cleaning it. **Do not** rub or scrub the wound.
  - Applying a cream or ointment. Do this only as told by your health care provider.

Pt Name:   YVETTE WALKER          MRN:   01522997          Printed By: Modieh, Lena NP
Printed On: 11-Jul-22 12:10

58-5

**Discharge Instructions**

- Covering the incision with a clean dressing.
- Ask your health care provider when you can leave the wound uncovered.
- Keep the dressing dry until your health care provider says it can be removed. **Do not** take baths, swim, use a hot tub, or do anything that would put the wound underwater until your health care provider approves. Ask your health care provider if you can take showers. You may only be allowed to take sponge baths.

## Medicines

- If you were prescribed an antibiotic medicine, cream, or ointment, take or use the antibiotic as told by your health care provider. **Do not** stop taking or using the antibiotic even if your condition improves.
- Take over-the-counter and prescription medicines only as told by your health care provider. If you were prescribed pain medicine, take it 30 or more minutes before you do any wound care or as told by your health care provider.

## General instructions

- Return to your normal activities as told by your health care provider. Ask your health care provider what activities are safe.
- **Do not** scratch or pick at the wound.
- **Do not** use any products that contain nicotine or tobacco, such as cigarettes and e-cigarettes. These may delay wound healing. If you need help quitting, ask your health care provider.
- Keep all follow-up visits as told by your health care provider. This is important.
- Eat a diet that includes protein, vitamin A, vitamin C, and other nutrient-rich foods to help the wound heal.
  - Foods rich in protein include meat, dairy, beans, nuts, and other sources.
  - Foods rich in vitamin A include carrots and dark green, leafy vegetables.
  - Foods rich in vitamin C include citrus, tomatoes, and other fruits and vegetables.
  - Nutrient-rich foods have protein, carbohydrates, fat, vitamins, or minerals. Eat a variety of healthy foods including vegetables, fruits, and whole grains.

# Contact a health care provider if:

- You received a tetanus shot and you have swelling, severe pain, redness, or bleeding at the injection site.

Pt Name:   YVETTE WALKER          MRN:   01522997

Printed By: Modieh, Lena NP
Printed On: 11-Jul-22 12:10

58-6

245

---

**Discharge Instructions**

---

- Your pain is not controlled with medicine.
- You have redness, swelling, or pain around the wound.
- You have fluid or blood coming from the wound.
- Your wound feels warm to the touch.
- You have pus or a bad smell coming from the wound.
- You have a fever or chills.
- You are nauseous or you vomit.
- You are dizzy.

# Get help right away if:

- You have a red streak going away from your wound.
- The edges of the wound open up and separate.
- Your wound is bleeding, and the bleeding does not stop with gentle pressure.
- You have a rash.
- You faint.
- You have trouble breathing.

# Summary

- Always wash your hands with soap and water before changing your bandage (*dressing*).
- To help with healing, eat foods that are rich in protein, vitamin A, vitamin C, and other nutrients.
- Check your wound every day for signs of infection. Contact your health care provider if you suspect that your wound is infected.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider. Document Released: 09/26/2009 Document Revised: 01/29/2019 Document Reviewed: 07/04/2017

Elsevier Interactive Patient Education © 2019 Elsevier Inc.

**Electronically signed by Lena Modieh, NP on 07/11/2022 12:10**

---

58—7

946

Discharge Instructions   Page 8 of 8

Pt Name:   YVETTE  WALKER

MRN:   01522997

Printed By: Modieh, Lena NP
Printed On: 11-Jul-22 12:10

8-85

**Ingalls Memorial Hospital ♦ One Ingalls Drive ♦ Harvey ♦ Illinois ♦ 60426**
## Discharge Medication List

**YVETTE WALKER**                      Age/Sex:  63Y/F                        DOB:  10/20/1958

MRN: 01522997                          Acct No:  5409932

Arrival Date/Time:    07/11/2022  10:07

Provider:  Lena Modieh, NP

Primary Care Physician:   None PCP

PCP Phone Number:

---

### Your Discharge Medications

#### Take These Medications

mupirocin  2 % Ointment

Directions:   1 application topical twice a day

Additional Instructions:    apply thin layer to the R 3-4th finger and L 2nd finger

ePrescribed to: Walgreens Drug Store 9924

Quantity: 60            Unit: Gram            Refills:  0

| | |
|---|---|
| **Pharmacy:** Walgreens Drug Store 9924 | **Pharmacy Information** |
| 390 E 162ND ST | Pharmacy Type: Retail |
| SOUTH HOLLAND, IL 6047321 41 | |
| Phone #  (708) 339-7799 | Fax # (708) 339-3856 |
| E-Mail | |

---

### Medications Given to You in the ED

Medication: TETANUS/DIPHTHER/PERTUSS(TDAP) (Adacel(Tdap Adolesn/Adult)(PF)) 0.5 ML = 0.5 ML INTRAMUSCULAR ONE TIME STAT for 1 Doses, Rx Note:REFRIGERATE

You were given:      0.5 ML  on 7/11/2022 at 12:00 pm.

Medication: BACITRACIN OINTMENT PACKET 500 UNITS = 1 GM TOPICAL PACKET ONE TIME STAT for 1 Doses

You were given:      500 UNITS  on 7/11/2022 at 11:42 am.

---

58-9

248

Ingalls Memorial Hospital ♦ One Ingalls Drive ♦ Harvey ♦ Illinois ♦ 60426
**Tracking Board Discharge Report - Excuse Form**

YVETTE WALKER

Age/Sex: 63Y/F

DOB: 10/20/1958

MRN: 01522997

Acct No: 5409932

Arrival Date/Time: 07/11/2022 10:07

Provider: Lena Modieh, NP

Primary Care Physician: None PCP

PCP Phone Number:

**Patient Excuse Note**

Arrival/Admission Time 7/11/2022 10:07.

Electronically signed by Lena Modieh, NP on 07/11/2022 12:10

Signature of Physician: _____  Date/Time: _____

Pt Name:  YVETTE WALKER

MRN:  01522997

Printed By: Modieh, Lena NP

Printed On: 11-Jul-22 12:10

58-10

949

## Hilton

# Corrective Action Form

Date of Incident: 07/20/22  
Team Member Name: Yvette Walker  
Date of Discussion: 07/25/22  

Property: Hilton Chicago  
Department: Finance  
Position: Finance Analyst  

**Reason for Discussion/Documentation:**

☐ Verbal ☐ Written Warning # of Written Warnings: ☒ Final Written - Second  
☐ Suspension ☐ Suspension Time Served  
From through Return to Work on  
☐ Termination Termination Effective Date:

*This Wednesday was supposed to be used as PTO per Nancy lally and the following thurs. and Friday*

1. Details of incident/statement of the problem/behavior:  
(Violations of rules, policies, standards, practices or unsatisfactory performance)

On 7/20/22 Yvette called at 8:34 saying that she was running 20 minutes late for her scheduled 8:30am shift. She called again at 8:48am to say it will be longer. Around 10:45am, I called her 2 hours later since she had not yet arrived to work and she said it will be another 20 minutes. Yvette failed to show for work and did not call back. Yvette was also tardy on 6/29/22.

This is a violation of Hilton Chicago's Time & Attendance Polic – Improper Call Off

2. Has the team member received prior discussion or warning within the past 12 months?**  
☒ Yes ☐ No If yes, date? ☐ Verbal ☒ Written  
Description of prior incident:

Time & Attendance / Hotel Policy  
*Already 3 was told to be removed*

Final Written 04/27/22  
3 Day Suspension 05/25/22 *Was told to remove on July 25, 2022*

*Nancy lally took over this situation and told me to use this day PTO and to take PTO thursday and Friday*

3. Statement of corrective action taken:  
(Include objective goals and dates for follow-up, if applicable)

Yvette will follow Hilton Chicago Time & Attendance Policy at all times. Future violations may result in disciplinary action up to and including termination.

*That she would call the PTO it Bot also still call off the next two days so she could have a chance to look into this matter the suspension and investigation were Beginning to be too many*

4. Team Member Comments:

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. **I understand that any further infraction may result in disciplinary action, up to and including termination.**

*refused to sign* 7/25/22  
Team Member Signature Date

07/25/22  
Witness/Interpreter Date

Supervisor/Department Head 7/25/2022  
Human Resources Date

ENTERED

59

250

7/23/22, 10:27 PM                                    RE: Harrassment - Yahoo Mail

## RE: Harrassment                                                    yvette.walker59.../Inbox

 **Nancy Lally** <nancy.lally@hilton.com>                          Jul 22 at 7:58 AM
To: Yvette Walker <yvette.walker59@yahoo.com>

Good morning,

Please let me know if you are available for a call today. I left you a voicemail yesterday and today and sent you a text. I want to connect with you today and update you on our conversation yesterday.

Thanks,
Nancy

**From:** Yvette Walker <yvette.walker59@yahoo.com>
**Sent:** Thursday, July 21, 2022 11:40 AM
**To:** Nancy Lally <nancy.lally@hilton.com>
**Subject:** Fw: Harrassment

Sent from Yahoo Mail on Android

**Hi Nancy**

Is it possible for me to talk with you for a few minutes. Please

Sent from Yahoo Mail on Android

Can you reach out to me before you end your day please.

Sent from Yahoo Mail on Android

Can you call me please today thanks.

Sent from Yahoo Mail on Android

Can you please give me a call today.

Sent from Yahoo Mail on Android

**Hi Nancy,**

Please call me as soon as possible I need to speak with you very important.

Thank You,

Sent from Yahoo Mail on Android

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 383 of 467 PageID #:383

Yvette,

I am out of the office, returning on Wednesday. I understand you connected with Lea, and that she is reviewing the incident that occurred and that she will be reaching back out to you today. Let me know if you would like to connect when I return next week.

Thanks,
Nancy

**From:** Yvette Walker <yvette.walker53@yahoo.com>
**Sent:** Thursday, May 12, 2022 11:15 AM
**To:** Nancy Lally <nancy.lally@hilton.com>
**Subject:** Harrassment

Hi Nancy,

Please reach out to me as soon as possible I really need to talk with you for advice.

Thanks
Yvette Walker
773 269 7786

Sent from Yahoo Mail on Android

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential





(EXHIBIT 2-3)

# PERSONNEL FILE ACCESS LOG

File For: Yvette WAlker    Social Security Number: 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

---

? This file may not be removed from the Human Resources Department.
? Medical, preemployment reference, investigation in process, EEO and other private or confidential information is maintained in a separate confidential file. Access to the confidential file must be pre-approved by Director/Assistant Director of Human Resources.

---

| Date | Name | Purpose of Access | Approved By |
|------|------|-------------------|-------------|
| 7-25-22 | Yvette WAlker | Complete File | *(initials)* |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

---

1. Employee Name: Yvette WAlker    Social Security Number: 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    Date of This Request: 7-25-22

Department/Location: FiNance    Work Telephone or Extension:

I request an appointment with the HR Department to inspect my personnel file. The last date I reviewed my file was: _____

Signature: *Yvette Walk*

---

2. Appointment Schedule:

Place:    Date _____    Time _____
File review completed _____
Date _____

---

3. Employee comments regarding accuracy of information in this file:

Personnel Representative Signature: *(signature)*    Employee Signature: *Yvette Walk*

Place copy of this form in Personnel File following inspection.

61

253

(Exhibit 2-4)

## Work File (ALL DOCUMENTS)

yvette.walker59.../Inbox

**Yvette Walker** <yvette.walker@hilton.com>
To: Nancy Lally <nancy.lally@hilton.com>
Cc: yvette.walker59@yahoo.com <yvette.walker59@yahoo.com>

Aug 3 at 1:01 PM

Hi Nancy,

On Monday July 25 I went to Human Resource to request my complete file, filled and signed form and asked if you would just Make copies if everything the way it is which should have been easy just stacking papers on the printer. I was told by Jennifer Irby she would have it ready by Friday July 29, then Monday August 1, I went back to her on Tuesday to pick up my file and was Told Lea wanted to schedule a meeting with me and after that she would give me my file. Today Jennifer told me she would let Me know when I could get my complete file. Because she was going through it to make sure everything was there. Which we All know everything is in the file so what is she trying to remove.

Thanks,


**YVETTE WALKER** | -FINANCE ANALYST

HILTON CHICAGO
Office: 1- 312- **294-6817** |
720 South Michigan Avenue | Chicago IL 60605 | USA

Hiltonchicago.com |Watch the transformation of the International Ballroom |  

  

WAKE UP TO CHICAGO'S *Best View* Hilton CHICAGO

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential

62

354

*Exhibit 2-5*

## Yvette Walker

**From:**    Jennifer Irby
**Sent:**    Wednesday, August 3, 2022 9:33 AM
**To:**      Yvette Walker

Good morning Yvette,

Just wanted to provide an update that I am still working on the request for your personnel file and I will reach out to you when I have it ready for you.

Thanks,
Jennifer

**JENNIFER IRBY**
SR. ASSISTANT DIRECTOR | HUMAN RESOURCES

**HILTON CHICAGO**
t: +1 312 294 5815 | n +1 312 431 6949
m: +1 312 498 5103
720 South Michigan Avenue | Chicago IL 60605 | USA

hiltonchicagomeetings.com
hilton.com



Hilton CleanStay with Lysol protection is setting a new standard for hotel cleanliness and disinfection.

Learn more by visiting: http://www.hilton.com/cleanstay

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential

1

63

255

(Exhibit AA)

## Yvette Walker

| | |
|---|---|
| **From:** | Yvette Walker |
| **Sent:** | Wednesday, August 24, 2022 2:10 PM |
| **To:** | Amy Moy; chicagohiltonAR |
| **Cc:** | Jessica Lopez; Sean Kalbach |
| **Subject:** | RE: Encore |

With the sake of time today. Yvette has handle Encore that came in today from James. Yvette is not catching up on a week's work. Yvette
need her Manager to support her with access to properly complete my task, such as some access has not been granted as I have returned
to work. I have already posted the charges.

**YVETTE WALKER**   -FINANCE ANALYST

HILTON CHICAGO
Office  1-312-294-6817 |
720 South Michigan Avenue    Chicago IL 60605    USA

**From:** Amy Moy <Amy.Moy@hilton.com>
**Sent:** Wednesday, August 24, 2022 12:40 PM
**To:** chicagohiltonAR <chicagohiltonAR@hilton.com>
**Cc:** Jessica Lopez <Jessica.Lopez@hilton.com>; Sean Kalbach <Sean.Kalbach@hilton.com>
**Subject:** Encore

Hello Team,

With the sake of time today. Darlene and Christina will handle the Encore that came in today from James.  Yvette is catching up her weeks work.

Thank you!

Amy Moy
Accounting Manager
**Hilton Chicago**
720 S. Michigan Ave
Chicago, IL 60605
312-431-6958 Direct Line
312-296-7388 Mobile
Amy.Moy@hilton.com

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential.

I told her I was not Behind in my work
Since, she could not keep Bold on up the
Write Ups. She's just trying something
I have always kept up with my work.
and this is so embarassing send out an
e-mail to the whole department that I
am Behind in my work.
64

956

*(Exhibit B1)*

## Yvette Walker

| | |
|---|---|
| **From:** | Amy Moy |
| **Sent:** | Thursday, September 8, 2022 3:25 PM |
| **To:** | Yvette Walker |
| **Cc:** | Jessica Lopez |
| **Subject:** | Schedule Change Came in Early left Early |
| **Attachments:** | Hilton - Predictive Schedule Change Form_Rev 8.4.20.pdf |

Good Afternoon Yvette,

After our office meeting with the team it was discussed, after that day forward, there were to be no adjustments of schedule to make up hours. I still need the attached filled out. I left this attach document to be filled out on your desk for the day you left early. I yet to receive it. I need to close out this day please fill this out and get this back to Jessica at the close of today. In addition, you have failed to punch correctly. Please look at your weeks punch for last week as a reminder.

If you have questions or concerns of the 7 minute rule please come and see me.

| pproved | Note | Date | Earning Type | Amount | Total Earnings | Time In |
|---|---|---|---|---|---|---|
| | | 8/28/22 | | | | |
| ✓ | | 8/29/22 | | | | 7:00 AM |
| ✓ | | 8/30/22 | | | | 8:30 AM |
| ✓ | | 8/31/22 | | | | 8:30 AM |
| ✓ | | 9/1/22 | | | | 8:30 AM |
| | | 9/2/22 | | | | 8:15 AM |
| | | 9/3/22 | | | | |

*I Told Amy I did not need to fill this out for the day Jessica gave me an ok to change my hours Because it was Before the date we started this new way of requesting a shift change she still continued to harass me trying to make me complete this paper work before the change*

Thank you!

Amy Moy
Accounting Manager
**Hilton Chicago**
720 S. Michigan Ave
Chicago, IL 60605
312-431-6958 Direct Line
312-296-7388 Mobile
Amy.Moy@hilton.com

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential

1

65-1

257

**Yvette Walker**

| | |
|---|---|
| **From:** | Ray Sanders |
| **Sent:** | Friday, September 30, 2022 11:30 AM |
| **To:** | CHICH-All Hands |
| **Subject:** | Quarantine - Guest - Room  1912 |

The guest in room 1912, has reported positive COVID test results and is due to checkout Monday 10/03/2022. Guest is currently in quarantine and all service is to be routed through security. The room is to be ELO'd upon checkout at which time sanitization will be coordinated with the Housekeeping team.

Thank you.

Ray Sanders
Phone: 312-431-6976   Fax: 312-663-6548   Cell: 312-617-7269
ray.sanders@hilton.com
hiltonchicagomeetings.com

  







**RANKED #1**
We're proud to be recognized
as a Great Place To Work!

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential

1



258

(Exhibit C2)



# Hilton

CHICAGO

September 30, 2022

Yvette Walker
17142 School Street
South Holland, IL 60473

                                VIA FEDERAL EXPRESS

Dear Yvette,

We hope this letter finds you well. We are reaching out to contact you, as we have been unable to reach you by phone on September 29, 2022 or September 30, 2022.

Please contact me at your earliest opportunity on Monday or Tuesday at 312-294-6815. It is imperative that we hear from you, thank you in advance for your cooperation.

Sincerely,

Jennifer Irby
Sr. Assistant Director of Human Resources

66

359

(Exhibit DDL)  *No meetings in HR just looked again*



# Hilton
## Chicago

**RESOLUTION OF COMPLAINT**

Team Member:      Yvette Walker
Department:        Finance
Position:          Analyst
Incident Date:     9/19/2022
Today's Date:      10/10/2022

On or about September 23 2022 you reported to your manager and Human Resources, a concern regarding a co-worker, in which you felt she displayed inappropriate behavior towards and made inappropriate comments to you. The hotel conducted a thorough investigation regarding this concern. Based upon the results of the investigation the hotel has taken the appropriate action. In addition, when reviewing and following up with all parties involved with this incident, emphasis was placed on the importance that if any related incidents occur to speak with your manager or Human Resources.

The hotel now considers this issue closed. It is important that you honor confidentiality and are respectful when working with your fellow Team Members. If you have any future concerns it is important that you notify Human Resources immediately.

I understand the Hotel's policy on harassment in the workplace and the Hotel's policy on retaliatory action and agree to comply. I understand that if any other incidences of this nature occur, I will report it to Human Resources immediately.

*I am aware that making false or inaccurate claims or omissions in any statement or record in which jeopardizes the hotel, any Team Member, visitor or guest is a strict violation of a hotel policy and subject to disciplinary action.*

*I also understand that any retaliatory action in regards to this incident may be subject to disciplinary action up to and including termination.*

_____          10-10-22
Team Member                              Date

_____          10.10.2022
Jennifer Irby, Sr. Asst Dir of Human Resources Date

_____          10/10/22
Witness                                  Date

67

When ever there is a complaint from Black
About white there is never a meeting in HR
with all parties involved.they just want
to give you a complaint closed to sign
But when a white do Black you go through
all kind of charges there will always
Be a meeting in HR with all parties
and possble Action taken if you are Black
and get suspended for three days you will
Be off work Between 8-15 days with no
pay saying they are investogateng they
Don't investogate whites they are not
Suspeaded and have no investigation.

260

*(Exhibit 0#-2)* *the papertons just looked odd again.*



# Hilton
### Chicago

## RESOLUTION OF COMPLAINT

Team Member:    Yvette Walker
Department:    Finance
Position:    Analyst
Incident Date:    10/10/2022
Today's Date:    10/12/2022

On or about October 10, 2022 you reported to Human Resources, a concern regarding your manager, in which you felt she displayed inappropriate behavior towards you. The hotel conducted a thorough investigation regarding this concern. Based upon the results of the investigation the hotel has taken the appropriate action. In addition, when reviewing and following up with all parties involved with this incident, emphasis was placed on the importance that if any related incidents occur to speak with your manager or Human Resources.

The hotel now considers this issue <u>closed.</u> It is important that you honor confidentiality and are respectful when working with your fellow Team Members. If you have any future concerns it is important that you notify Human Resources immediately.

I understand the Hotel's policy on harassment in the workplace and the Hotel's policy on retaliatory action and agree to comply. I understand that if any other incidences of this nature occur, I will report it to Human Resources immediately.

*I am aware that making false or inaccurate claims or omissions in any statement or record in which jeopardizes the hotel, any Team Member, visitor or guest is a strict violation of a hotel policy and subject to disciplinary action.*

*I also understand that any retaliatory action in regards to this incident may be subject to disciplinary action up to and including termination.*

*refused to sign*
_____    10/12/22
Team Member                          Date

_____    10/12/22
Jennifer Irby, Sr. Asst Dir of Human Resources    Date

_____    10/12/22
Witness                              Date

68

261

**Hilton** *a month later* **Corrective Action Form** *(Exhibit E1)*

Date of Incident: 9/19/2022 — Property: Hilton Chicago
Team Member Name: Yvette Walker — Department: Finance
Date of Discussion: 10/10/2022 — Position: Finance Analyst

Reason for Discussion/Documentation:
☒ Verbal ☐ Written Warning # of Written Warnings: ☐ Final Written
☐ Suspension ☐ Suspension Time Served
From through Return to Work on
☐ Termination Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

On 9/19/22, 9/20/22, 9/21/22 and 9/22/22, Yvette did not use the TM entrance when arriving to work, she did not punch at the clock, did not record her hours on a time sheet and did not request a replacement ID. During a dept. meeting on 9/16/22 she used profanity and was discourteous. This is a violation of Hilton Chicago's Guidelines for Team Member Conduct, including but not limited to; offensive or disruptive behavior, abusive language or profanity, discourteous or inappropriate conduct and/or comments with.. Team Members, failing to punch in or out for work or meal breaks, entering or exiting the building using unauthorized doors; and a violation of Time Clock Procedures and Meal Breaks. *(Bull Shit)*

*Should Be: - Because All were removed*

2. Has the team member received prior discussion or warning within the past 12 months?**
☒ Yes ☐ No If yes, date? ☐ Verbal ☒ Written

*told Me I don't have Access per Dea Netityably*

Description of prior incident:

| Time & Attendance | Hotel Policy |
|---|---|
| 2nd Final Written – 7/25/2022 *Removed - PTO Wednesday, Thursday/led Friday* | |
| 3 Day Suspension - 5/25/2022 *Removed July 25. 2022* | |
| Final Written – 4/27/2022 *Removed July 25. 2022* | |

*when they have no reason to give me write ups, basically will have the Building camera searched on the fourth Floor hoping to see the doors something wrong on check my Clock in*

3. Statement of corrective action taken: *find out time to see it I used other door to come in this was grade A*
(Include objective goals and dates for follow-up, if applicable)

Yvette will follow Hilton Chicago Guidelines for Team Member Conduct and Time Clock Procedures and Meal Breaks at all times. Future violations may result in disciplinary action up to and including termination.

*I told Jessica I did not have my ID to punch that week Because I had a rent-A-car (had accident) the previous week and left my ID in the rental car could not get* *See Side*

4. Team Member Comments:

*it until Saturday Because the rental car opened and closed the same hours I work so it would Be saturday when I Pick up my ID she told fist sign in manager also used*

**Any time frame used must be consistent with any applicable collective bargaining agreement.

*Partandly we Both said Shit not sign of Both*

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature *done* below indicates that I am in receipt of this notice. **I understand that any further infraction may result in** *see* **disciplinary action, up to and including termination.** *write up*

*refused to sign*

Team Member Signature — Date 10/10/22
Supervisor/Department Head — Date 10/10/22 **69**
Witness/Interpreter — Date
Human Resources — Date

*IN the week of November 14 and week of November*

*[left margin handwritten notes, partially legible]*

Taxi

9-93 seat time suspended

16:10 return

262

**Hilton** | **Corrective Action Form**

*Returned 10·10·22* *[handwritten: B others should have been removed per Nancy Coffey]* *Exhibit F*

Date of Incident: 10/12/2022
Team Member Name: Yvette Walker
Date of Discussion: 10/12/22

Property: Hilton Chicago
Department: Finance
Position: Finance Analyst

Reason for Discussion/Documentation:
☐ Verbal  ☐ Written W0919arning  # of Written Warnings:  ☒ 3rd Final Written in lieu of Termination
☐ Suspension  ☐ Suspension Time Served
From ___ through ___ Return to Work on ___
☐ Termination  Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

On 9/23/22 and 10/12/22, Yvette was tardy for her scheduled shifts. This is a violation of Hilton Chicago Time & Attendance Policy, Two or more occurrences in 60 days.

*[handwritten: On 9·23·22 I Called into Belard and was sent home]*

*[handwritten: Bullshit]*

2. Has the team member received prior discussion or warning within the past 12 months?**
☒ Yes ☐ No  If yes, date? ☐ Verbal ☒ Written
Description of prior incident:

| Time & Attendance | Hotel Policy |
|---|---|
| 2nd Final Written – 7/25/2022 *[handwritten: Removed]* | Verbal - 10/10/2022 *[handwritten: Bullshit]* |
| 3 Day Suspension - 5/25/2022 *[handwritten: Removed]* | *[handwritten: All this should have been Removed]* |
| Final Written – 4/27/2022 *[handwritten: Removed]* | |

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up, if applicable)

Yvette will follow Hilton Chicago's Time and Attendance Policy at all times. Yvette will punch in on time and will be at her desk at the beginning of her scheduled shift, prior to beginning work (ie gathering documents from the general cashier vault room). Future violations may result in disciplinary action up to and including termination.

*[handwritten: Jessica and Jean Ann was just angry because they suspended me for not calling off Because they failed to check with security]*

4. Team Member Comments:

*[handwritten: Or tell me what they suspend me under indicating was for. Did not tell me, or give me anything in writing so when they found out I called and followed procedure they were looking for a reason so they would not look stupid and have to pay me for the two weeks]*

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. **I understand that any further infraction may result in disciplinary action, up to and including termination.** *[handwritten: If they had told me what I was getting suspended for it could have Be prevented]*

*[handwritten: refused to sign]*  10/12/22
Team Member Signature  Date

*[signature]*  10/12/22
Witness/Interpreter  Date

*[signature]*  10/12/22
Supervisor/Department Head  Date

Human Resources  Date

*[handwritten margin and bottom notes: Instead of just saying go home HR will be ...]*

Azza _____ _____

Yvette Green
11:00 - 11:30
Able to Work

Sara West
Minnesota
With Family
I will receive
call of at
B.A.C. to
see you

Transported — Wed Nov 23rd 13:14 PM

When I told John
Been about
her Standey
infant of dan

Tho Nov 17th 4:74 PM you
15:43

Mon Nov 14th 11:59 AM

Sharon        Robert
Marcia        zhazake
Yvette        Darlene
Judy          Arbin - dint
Antonio            want to
Jennifer             stay
    Young
      But
Verify Fay

263

(EXHIBIT GA 1)

## Yvette Walker

| | |
|---|---|
| **From:** | Yvette Walker |
| **Sent:** | Tuesday, November 8, 2022 11:53 AM |
| **To:** | Eric Klein |
| **Cc:** | Jessica Lopez |
| **Subject:** | F&B |

F&B complete for the 4th and 5th.

Make It A Great Day,

**YVETTE WALKER**     -FINANCE ANALYST

HILTON CHICAGO
Office: 1- 312- 294-6817 |
720 South Michigan Avenue | Chicago IL 60605    US

Hiltonchicago.com   Watch the transformation of the International Ballroom 




71-1

264

(Exhebit G12)

## Yvette Walker

| | |
|---|---|
| **From:** | Yvette Walker |
| **Sent:** | Tuesday, November 8, 2022 10:43 AM |
| **To:** | Eric Klein |
| **Cc:** | Jessica Lopez |
| **Subject:** | Evention |

Evention is complete.

Make It A Great Day,

**YVETTE WALKER** -FINANCE ANALYST

HILTON CHICAGO
Office: 1- 312- 294-6817
720 South Michigan Avenue | Chicago IL 60605 | USA

Hiltonchicago.com  Watch the transformation of the International Ballroom

 

71-2

## Yvette Walker

| | |
|---|---|
| **From:** | Yvette Walker |
| **Sent:** | Tuesday, November 8, 2022 10:22 AM |
| **To:** | Eric Klein |
| **Cc:** | Jessica Lopez |
| **Subject:** | Outlet Checks |

Outlet Checks has been separated.

Make It A Great Day,

**YVETTE WALKER** -FINANCE ANALYST

HILTON CHICAGO
Office: 1- 312- 294-6817 |
720 South Michigan Avenue | Chicago IL 60605 | USA

Hiltonchicago.com  Watch the transformation of the International Ballroom



266

## Yvette Walker

| | |
|---|---|
| **From:** | Yvette Walker |
| **Sent:** | Tuesday, November 8, 2022 10:19 AM |
| **To:** | Eric Klein |
| **Cc:** | Jessica Lopez |
| **Subject:** | Rate Report |

Rate Report and Override report has been taken to John Wells Office.

Make It A Great Day,

**YVETTE WALKER** -FINANCE ANALYST

HILTON CHICAGO
Office: 1- 312- 294-8817 |
720 South Michigan Avenue | Chicago IL 60605 | USA

Hiltonchicago.com | Watch the transformation of the International Ballroom



1

267

(EXHIBIT GI-5)

## Yvette Walker

| | |
|---|---|
| **From:** | Yvette Walker |
| **Sent:** | Tuesday, November 8, 2022 10:13 AM |
| **To:** | Eric Klein |
| **Cc:** | Jessica Lopez |
| **Subject:** | Banquet Checks |

Banquet Checks have been unstapled, scanned, stapled, filed, and no tax checks has been copied and given to Jessica.

Make It A Great Day,

**YVETTE WALKER**   -FINANCE ANALYST

**HILTON CHICAGO**
Office: 1-312- 294-6817
720 South Michigan Avenue | Chicago IL 60605   USA

Hiltonchicago.com | Watch the transformation of the International Ballroom

 

71-5

268

(Exhibit 6-6)

## Yvette Walker

| | |
|---|---|
| **From:** | Yvette Walker |
| **Sent:** | Tuesday, November 8, 2022 10:04 AM |
| **To:** | Eric Klein |
| **Cc:** | Jessica Lopez |
| **Subject:** | Audit Pack |

The Audit Pack has been completed.

Make it A Great Day.

**YVETTE WALKER**   -FINANCE ANALYST

HILTON CHICAGO
Office: 1- 312- 294-6817 |
720 South Michigan Avenue |   Chicago IL 60605 |   USA

Hiltonchicago.com   Watch the transformation of the International Ballroom

 

71-6

269

(Exhibit G-7)

## Yvette Walker

| | |
|---|---|
| **From:** | Yvette Walker |
| **Sent:** | Tuesday, November 8, 2022 2:08 PM |
| **To:** | Eric Klein |
| **Cc:** | Jessica Lopez |
| **Subject:** | Walk letters |

Walk Letters scanned and filed.

Make It A Great Day,

**YVETTE WALKER**    -FINANCE ANALYST

HILTON CHICAGO

Office: 1- 312- 294-6817 |

720 South Michigan Avenue | Chicago IL 60605 | USA

Hiltonchicago.com | Watch the transformation of the International Ballroom

 

71-7

*(Exhibit G1-8)*

## Yvette Walker

| | |
|---|---|
| **From:** | Yvette Walker |
| **Sent:** | Tuesday, November 8, 2022 4:40 PM |
| **To:** | Eric Klein |
| **Cc:** | Jessica Lopez |
| **Subject:** | F&B |

F&B complete for the 7th.

Make It A Great Day,

**YVETTE WALKER**   -FINANCE ANALYST

**HILTON CHICAGO**
Office: 1- 312- 294-6817 |
720 South Michigan Avenue  ,  Chicago IL 60605  |  USA

Hiltonchicago.com  Watch the transformation of the International Ballroom



71-8

*Exhibit G-9*

## Yvette Walker

| | |
|---|---|
| **From:** | Yvette Walker |
| **Sent:** | Tuesday, November 8, 2022 4:44 PM |
| **To:** | Jessica Lopez |
| **Subject:** | Work Load |

Jessica there are no charges or emails for me to  complete.

Make It A Great Day,

**YVETTE WALKER**    -FINANCE ANALYST

HILTON CHICAGO
Office: 1- 312- 294-6817 |
720 South Michigan Avenue  |  Chicago IL 60605  |  USA

Hiltonchicago.com   Watch the transformation of the International Ballroom

 WAKE UP TO CHICAGO'S *Best View*

71-9

**Hilton**    *10-31-22*    **Corrective Action Form**    *Wrongful Suspension*

Date of Incident:    10/24/2022    Property:    Hilton Chicago
Team Member Name:    Yvette Walker    Department:    Finance
Date of Discussion:    11/7/2022    Position:    Finance Analyst

*Returned 11-7-22*

Reason for Discussion/Documentation: *work 11/7/22*    *(Exhibit H#1)*

☒ Verbal    ☒ Written Warning    # of Written Warnings:    ☐ Final Written
☐ Suspension    ☐ Suspension Time Served
From    through    Return to Work on
☐ Termination    Termination Effective Date:

1. Details of incident/statement of the problem/behavior:
(Violations of rules, policies, standards, practices or unsatisfactory performance)

On 10/24/22 Yvette displayed discourteous conduct and made inappropriate comments to her manager. On 10/10/22 and 10/12/22, Yvette was in her work area at the beginning of her shift prior to beginning work. This is a violation of Hilton Chicago's Guidelines for Team Member Conduct, including but not limited to; Offensive or disruptive behavior; Discourteous or inappropriate conduct and/or comments with...Team Members.

2. Has the team member received prior discussion or warning within the past 12 months?**
☒ Yes ☐ No    If yes, date?    ☐ Verbal ☒ Written
Description of prior incident:

| Time & Attendance | Hotel Policy |
| --- | --- |
| 2nd Final Written – 7/25/2022 | Verbal – 10/10/2022 |
| 3 Day Suspension - 5/25/2022 | |
| Final Written – 4/27/2022 | |

*All Should have Been removed*

3. Statement of corrective action taken:
(Include objective goals and dates for follow-up, if applicable)

Yvette will follow Hilton Chicago Guidelines for Team Member Conduct and Time Clock Procedures and Meal Breaks at all times. Yvette will punch in on time and will be at her desk at the beginning of her scheduled shift, prior to beginning work (ie gathering documents from the general cashier vault room). Future violations may result in disciplinary action up to and including termination.

4. Team Member Comments:

*(BACA)*

**Any time frame used must be consistent with any applicable collective bargaining agreement.

I have read this corrective action report and have been given an opportunity to discuss it with my Supervisor/Department Head. I can make comments that I feel are appropriate to the documentation. My signature below indicates that I am in receipt of this notice. **I understand that any further infraction may result in disciplinary action, up to and including termination.**

*Refused to sign*    *S.*    *11/2/22*
Team Member Signature    Date    Supervisor/Department Head    Date

*11/7/22*
Witness/Interpreter    Date    Human Resources    Date

*72*

We Have A New Director of Finance 10-24-22 was the first day I met him whole changing my shoes and Removing my work papers from my Bag Jessica came in the office and said I would like to talk to you in the office I said ok let me get settled here a few minutes later Finc Director came in and said I just wanted to spend a few minutes with you you can come like that you don't need to settle in I said ok and followed him to his office to a suprise Jessica was sitting there I said I though you wanted to spend a few minutes with why is she here His Answer was Jessica has told me a little about you and having write-up So Jessica and Jenafer has decided to suspend you with an investigation I said so you want me to leave now he said yes I went to my office to change shoes Back to walking and pack Bag Back up. I have a 2:45 m to 3:00 hr ride home so Before putting on coat I started down the hall to go to restroom when Finc said where are you going I said to the Restroom he said with Papers in your hand I said they Belong to me he said just get your things and

73

RE: HR

John Wells <john.wells@hilton.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Nov 29, 2022 at 7:31 AM

Hello Yvette

Today (Tuesday, Nov 29)
Tomorrow (Wednesday, Nov 30)

John G. Wells
General Manager
Hilton Chicago

**Hilton**

720 South Michigan Avenue
Chicago, IL 60605

+1 312 663 6507 D
+1 773 447 4757 M

**From:** Yvette Walker <yvette.walker59@yahoo.com>
**Sent:** Friday, November 25, 2022 10:26 AM
**To:** John Wells <John.Wells@hilton.com>
**Subject:** Re: HR

Thank You.

Hello Yvette,

I am currently out of the office and with family in Minnesota and will be returning on Tuesday. I will review and get back to you once I have more information upon my return next week. Thanks.

John Wells
General Manager
Hilton Chicago

**From:** Yvette Walker <                    >
**Sent:** Friday, November 25, 2022 8:14:02 AM
**To:** John Wells <                    >
**Subject:** HR

Hello John,

Jennifer's plan is to terminate my employment with Hilton with no real reason other than personal I would appreciate if you would take time to speak with me before that happens over the phone if you don't have time to meet with me.

Thanks,

Yvette Walker
773 269 7786

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2022 Hilton Proprietary and Confidential

Re: HR

John Wells <john.wells@hilton.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

yvette.walker59.../Inbox

Nov 25, 2022 at 6:43 AM

(Exhibit # 2)

Hello Yvette,

I am currently out of the office and with family in Minnesota and will be returning on Tuesday. I will review and get back to you once I have more information upon my return next week. Thanks.

John Wells
General Manager
Hilton Chicago

From: Yvette Walker <yvette.walker59@yahoo.com>
Sent: Friday, November 25, 2022 8:14:02 AM
To: John Wells <john.wells@hilton.com>
Subject: HR

Hello John,

Jennifer's plan is to terminate my employment with Hilton with no real reason other than personal I would appreciate if you would take time to speak with me before that happens over the phone if you don't have time to meet with me.

Thanks.

Yvette Walker
773 269 7786

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates assert no liability arising from matters with this transmission. Copyright 2022 Hilton Proprietary and Confidential.

25

7:05    100%

 

Q    Non union workers doin...

📰 News    🖼 Images    ▶ Videos    📕 Books

**Can a union company hire non union workers?**

Depending upon the terms of the collective bargaining agreement, **even non-union members may be subject to fines from the union for certain activities.** [24] Regardless, if a union negotiates a collective bargaining agreement for an entire workforce, both members and non-members benefit.

🛡 https://lawshelf.com › non-union-e...

Non-Union Employees – LawShelf

Do non union employees have any rights?

76

(Exhibit K 1)

**Hilton**

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 9:46 AM

multi-color
inappropriate



Sent from Yahoo Mail on Android

77

Yuette

Happy Birthday Yuette!

Best Wishes for a wonderful Birthday
and a year filled with
Happiness and Success

Have a great day!

HAPPY BIRTHDAY
YUETTE!! y MARIO

Yuette!
Happy Birthday

Happy Birthday
Deanna

Hilton
CHICAGO

wishing you
a Happy Birthday!

Z8

**Work**

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Jun 14 at 6:08 PM



(Exhibit N-1)



80



Sent from Yahoo Mail on Android

Screenshot (Nov 9, 2022 9:40:47 PM)

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Nov 9, 2022 at 7:41 PM



**Can you be suspend...**
springhouselaw.com

However, it is rare for standard policies to require employees be given a warning before suspension. Any written notice confirming suspension should include the following information:

- the reason for the suspension and how long it is expected to last,

- acknowledgment that the suspension is not an assumption of guilt and is to enable the investigation to progress,

- your rights and obligations during the suspension. For example, you may be required to remain contactable during normal work hours,

- a point of contact (such as an HR manager) for any queries whilst suspended.

## What are the alternatives to suspension?

Acas recommends that employers carefully consider all other options before suspending an



We're offline

People also view

Deciding whether to suspend someone:

(Exhibit 87-1)

**Hilton**

Y  **Yvette Walker** <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 9:51 AM



CHRISTINA
INaPPROPRiate
Also the
last week
of August
2023
came to work
in Flep Flops
Stomach out
Noteced By

MAggie
Morales
Hotel
MAwager

83

(Exhibit (E1-2)

**Hilton**

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 9:09 AM

Jennifer
Hughs
Inappropirate



Sent from Yahoo Mail on Android

84

**Hilton**

Y **Yvette Walker** <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 9:50 AM

Karen
moy



Sent from Yahoo Mail on Android

85

(Exhibit #1-2)

**Hilton**

yvette.walker59.../Inbox

V **Yvette Walker** <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 10:10 AM

Yvette
WALKER



Sent from Yahoo Mail on Android

86

*(Exhibit 51)*

**Hilton**

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 9:53 AM



Maggie
morales

over 3½
inches

Sent from Yahoo Mail on Android

87

**Hilton**

**Yvette Walker** <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 9:46 AM



Sent from Yahoo Mail on Android

**Hilton**

yvette.walker59.../Inbox

**Yvette Walker** <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 9:46 AM



**Hilton**

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>



EXHIBIT T2-4,

**Hilton**

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 9:49 AM



Sent from Yahoo Mail on Android

91

**Hilton**

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>



Sent from Yahoo Mail on Android

**Hilton**

yvette.walker59.../Inbox

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 9:38 AM



Sent from Yahoo Mail on Android

93



# Congratulations!
## JAIME BARAJAS
### Promoted to Assistant Director of Human Resources

It is with great pride and pleasure that we announce Jaime's promotion from Senior Human Resources Manager to Assistant Director of Human Resources!

Jaime joined Hilton Chicago in April 2018 as Human Resources Manager, focusing on Team Member Relations. He was promoted to Senior Human Resources Manager in February 2020. Most recently, Jaime has been focused on the rebuilding of our hotel teams, managing recalls and new hire Employment, and was instrumental in the selection of our highly successful summer interns from Michigan State University. Jaime has proven his leadership in Human Resources by sharing his knowledge and experience. Team Members from all departments have come to rely on Jaime for assistance and his bilingual skills are invaluable. His positive attitude and commitment to teamwork are among his most outstanding personal qualities. Jaime has also provided support to Hilton Corporate in a variety of HR initiatives.

Jaime truly represents Hilton's values and was recognized as a L.A.D.Y. Leadership Award winner for the 1st Quarter of 2022 and the 2nd Quarter of 2018. Jaime earned his Professional Human Resources Certification in 2020.

## Congratulations, Jaime!







# Congratulations!
# JENNIFER IRBY
## Promoted to Director of Human Resources at Hilton Chicago



It is with great pride and pleasure that we announce Jennifer's promotion to Director of Human Resources, effective October 16th!

For more than 30 years, Jennifer has been an ambassador of the Hilton values and has left a lasting impression in each of her hotels. Having started her career in Front Office operations at College Station Hilton & Conference Center in Texas, Jennifer quickly became an exemplary leader within the company. Her passion for guest and Team Member satisfaction allowed her to seamlessly transition into Human Resources at DoubleTree & Conference Center Downers Grove.

Since 2016, Jennifer has been a senior HR leader at Hilton Chicago. Working closely with the Director of Human Resources, she has led one of the largest hotel HR operations in Chicago. Throughout this time, she has demonstrated full engagement and commitment to improving the overall operation of the hotel. Because of her expertise and bright ideas, Jennifer has been asked to assist in leading the HR operations of other Hilton hotels in the city.

Jennifer's leadership, personality, and passion for Human Resources have been recognized throughout her career. Most recently, she was a recipient of LADY Leader of the Quarter and a member of Hilton HR Team of the Year in North America. She holds a degree in International Business from Carthage College and is a certified Senior Human Resources Professional. In her free time, Jennifer enjoys spending time with her family and two dogs. She has a passion for trying new meal recipes and spending time outdoors.

In her new role, Jennifer will join the Executive Committee of Hilton Chicago and will direct the efficient administration and management of labor, recruitment, training, engagement and compliance initiatives.





WALDORF ASTORIA · LXR · CONRAD · canopy · Signia by Hilton · Hilton · CURIO COLLECTION · DOUBLETREE · TAPESTRY COLLECTION · EMBASSY SUITES · TEMPO · MOTTO · Hilton Garden Inn · Hampton · tru · HOMEWOOD SUITES · HOME2 SUITES · Hilton Grand Vacations

# Congratulations!
# IOANNIS VRAGKOS
## romoted to Director of Rooms / Executive Assistant Manager at Hilton Ch

and pleasure that we announce the promotion of f Rooms / Executive Assistant Manager, effective

areer with Hilton at Conrad Chicago as Assistant ger. After demonstrating great potential and was quickly promoted to Assistant Director at The pined Hilton Chicago as Assistant Director of Front e was promoted to Director of Front Office and a utive Committee. Prior to his career in the United various positions in hotels, including Hilton Athens ympic & Paralympic Resident Center Manager for in Athens, Greece. Ioannis holds an MBA and a Hospitality and Tourism Management from the sfield, UK.

rship as Director of Rooms, the Front Office, Guest ping, Communications, and Athletic Club teams synergy. Under his leadership, our hotel has

lling goals, driving more revenue for the hotel. Ioannis has a true passion for developing seen spending time with and guiding not only Team Members but Managers alike. Due kills, many of his Team Members have been promoted to different supervisory and ns within Hilton.

nis will continue to lead our hotel's Rooms division. In addition, he will manage our first r relationships such as FedEx, Travel Traders, and European Art Studio. He will also y to continue our relationship with SP+ and partner with our GM and Hotel Manager in nercial relations.





NRAD   canopy   Signia by Hilton   Hilton   CURIO COLLECTION   DOUBLETREE   TAPESTRY COLLECTION   EMBASSY SUITES   TEMPO   MOTTO   Hilton Garden Inn   Hampton   tru   HOME SUI

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 449 of 467 PageID #:449

# Congratulations!
## ERIC TSCHUDY
### Promoted to Area Director of Engineering – Chicago Region

and pleasure that we announce the promotion of
of Property Operations to Area Director of
mericas Chicago Region, effective immediately!

f experience, Eric will provide dedicated support
l performance at five Chicago properties: Hilton
se, Drake Hotel, Doubletree by Hilton Magnificent
Suites Magnificent Mile. Eric will continue to be
ay-to-day operations at Hilton Chicago but he will
e in his additional hotels.

reer with Hilton as a Property Operations
at The Palmer House. After quickly rising through
he was eventually promoted to Director at The
eventually at Hilton Chicago. During his time at
has demonstrated great passion and commitment
ut to all departments of the hotel. His attention to
icipation have been appreciated by all.





r, Eric has been instrumental in leading the capital projects and initiatives of large
s knowledge, expertise, and compassion have made him a great partner to the
s and a valuable representative with ownership groups.

ill provide regional support to hotels for all major mechanical, electric, plumbing, and
concerns. He will conduct annual facility reviews and assessments at his hotels and
xpenditures to ensure hotels' budgets are met. Congratulations, Eric!

RAD   canopy   Signia Hilton   Hilton   CURIO COLLECTION   DOUBLETREE   TAPESTRY COLLECTION   EMBASSY SUITES   TEMPO   MOTTO   Hilton Garden Inn   Hampton   tru   HOME SUI

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 450 of 467 PageID #:450



# Congratulation
# LEA NISSE
## Appointed as Regional Director of Human Resc

Please join us in congratulating Lea on her promotion from Area Director of Human Resources to Regional Director of Human Resources for the Mountain Region, effective immediately.

For the past 11 years, Lea has been a leader within Hilton, joining the company as Director of Labor Relations and being quickly promoted to Director of HR at Hilton Chicago. In 2018, Lea became the Area Director of HR for the Chicago market. In this role, Lea continuously led and provided expertise to her own Executive Committee, and other HR leaders in the Chicago area. Her integrity, leadership and passion for Human Resources were recognized in 2018, when she and her team were awarded the HR Team of the Year in North America.



In her new role, Lea will provide expertise and leadership to 23 managed hotels in the Western region of the United States . She will work closely with the Vice President of HR Operations in North America to implement initiatives and goals related to Labor Relations, Compensation, Benefits, Training & Development, Team Member Engagement and Talent Acquisition.

Lea holds a Bachelor of Science in Hotel Management from Southern Illinois University. On the weekends, she enjoys spending time outdoors with her family; often, she, her husband, and two children go camping. She is an avid advocate of the Special Needs Community and participant in D64 School Special Needs Program.

**Hilton**

  

WALDORF ASTORIA    L X R    CONRAD    canopy    Signia Hilton    Hilton    CURIO COLLECTION    DOUBLETREE    TAPESTRY COLLECTION    EMBASSY SUITES    TEMPO

John G. Wells
General Manager
Hilton Chicago



DELIVERING A HIGHER STANDARD
OF EVENTS AND MEETINGS.

720 South Michigan Avenue
Chicago, IL 60605

+1 312 663 6507  D
+1 773 447 4757  M
John.Wells@Hilton.com
www.hiltonchicagohotel.com

2

Case: 1:24-cv-06607 Document #: 1 Filed: 07/29/24 Page 452 of 467 PageID #:452

Exhibit 4





# Congratulations!
# LASHAUNDRA LIGGINS
## Promoted to Human Resources Manager



It is with great pride and pleasure that we announce the promotion of Lashaundra from Sr. Facilities Manager to Human Resources, effective May 9th!

Lashaundra began her career with Hilton in 1993 as a Facilities Attendant here at Hilton Chicago. She has worked in positions of increasing responsibilities within the Facilities department. She has also worked in the Front Office, Business Center, Finance and Banquet departments. Lashaundra's operational experience will be an asset not only to our Human Resources team but to the many Team Members she will serve.

Lashaundra is the embodiment of our Hilton Values: showing Hospitality to everyone she encounters; working with Integrity at all times, displaying Leadership in her work ethic, demonstrating Teamwork while taking Ownership of issues that arise, and acting with a sense of Now in managing urgent priorities.

In her new role, Lashaundra will assist the Human Resources team in all areas of the department, and will share her warm and engaging personality with our internal guests, our Team Members. Congratulations, Lashaundra!





We Are HILTON We Are HOSPITALITY

**Hilton**

**Yvette Walker** <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 10:10 AM



Sent from Yahoo Mail on Android

**Hilton**

Y  **Yvette Walker** <yvette.walker59@yahoo.com>
   To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 10:09 AM



Sent from Yahoo Mail on Android

(Exhibit 41-3)

**Screenshot Hilton Trash**

yvette.walker59.../Inbox

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Dec 30 at 3:13 AM



5:12     ⚙ 🕐 🛜 📶 92% 🔋

Q Search Amazon    📷   🎤

Grandma's Cookies Va...

$16.48 ($0.55/Count)

SoftSheen-Car... **Close**

-23% $9.94 List: $12.98

Welch's

**Welch's Fruit Snacks, Berries 'n Cherries, Gluten Free, Bulk Pack, 0.9 Ounce - 40 Count (Pack of 1)**

**Berries 'n Cherries · 0.9 Ounce (Pack of 40)**

⭐⭐⭐⭐☆ 25,234

**$8**⁴⁸ ($0.24/Ounce)

Get it as soon as **Wed, January 4**

FREE Shipping by Amazon

Ships from and sold by Amazon.com.

- Last purchased on Sep 22, 2022

102

**Screenshot Hilton Trash**

yvette.walker59.../Inbox

V  **Yvette Walker** <yvette.walker59@yahoo.com>
   To: Yvette Walker <yvette.walker59@yahoo.com>

Dec 30 at 3:16 AM



Your Amazon Cart is empty

Echo... Echo...

Pick up where you left off



**Get a $10 bonus** when you reload
$100 or more to your Gift Card balance.

## Buy it again in Grocery




*103*




Quaker Instant...    Maruchan Insta...    Swan

67,850      49,777

$18.29      $5.76      $23.9

Purchased Sep 2022    Purchased Sep 2022    Purch

Add to Cart      Add to Cart

  

Sent from Yahoo Mail on Android

104

**Hilton**

**Yvette Walker** <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 9:46 AM



Sent from Yahoo Mail on Android

105

**Hilton**

**Yvette Walker** <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 5 at 9:47 AM



Screenshot (Nov 12, 2022 7:28:16 PM)False Imprisonment

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

yvette.walker59.../Inbox

Nov 12, 2022 at 5:29 PM

False imprisonment

Requirements

Types

## People also ask

What does false imprisonment mean?

What is an example of false imprisonment?

False imprisonment generally refers to the confinement of a person without the consent of such person or without legal authority. For example, if a person wrongfully prevents another from leaving a room or vehicle when that person wants to leave, it amounts to false imprisonment.

https://www.stimmel-law.com › fals...

False Imprisonment: The Legal Action
Stimmel Law

More results

What is it called when you are falsely imprisoned?

Screenshot (Nov 12, 2022 7:33:34 PM) False Imprisonment

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

yvette.walker59...Inbox
Nov 12, 2022 at 5:34 PM

✖ Quick Escape

# What if I was not confined for very long?

# How do I file a claim of False Imprisonment?

108

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Dec 29 at 9:20 AM

11:17     59%

 **CHRON**     <u>Newsletters</u>

personal information or matters related to employment-related decisions concerning the employee.

## Unlawful Acts

Discussions about employees' medical-related information is specifically prohibited by the Health Insurance Portability and Accountability Act of 1996, or HIPAA. Employee records concerning health insurance coverage, workers compensation matters and documentation for workplace accommodations and Family and Medical Leave Act absences must be maintained separately from other employment records. HIPAA law mandates the designation of a privacy officer in the company who has sole access to those records. If an employer shares medical-related information with another employee outside a need-to-know basis, it can result in possible penalties and fines under HIPAA and the Americans with

169

(Exhibit (2))

Jessica.lopez2

Princess12*

LLO

*(Exhibit 02)*

The law generally states that employers must have a reasonable basis for a search, and the search must be confined to non-personal items. Searches of personal items, like handbags, generally cannot be searched unless the employer has a valid reason to do so.

How soon after I quit/fired do I have to be paid? All final compensation, including bonus payments, vacation pay, wages and commissions must be paid on your next regularly scheduled payday.

Illinois employers are required to pay out all earned vacation upon termination. Additionally, unemployment insurance information (Form CLI111L, What Every Worker Should Know About Unemployment Insurance) must be provided to all separating employees, regardless of the reason for leaving. Jul 28, 2023

## Illinois

Employers must provide Form CLI111L to employees after they have been separated from employment for seven or more days.

Exhibit

Hilton

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

yvette.walker59.../Inbox

Sep 5 at 9:52 AM



112

Two weeks with a certified letter receipt required (Exhibit F1) mailed to the employee's address on file that on a specific date these belongings will be disposed of.

113

**Hilton**

Yvette Walker <yvette.walker59@yahoo.com>
To: Yvette Walker <yvette.walker59@yahoo.com>

Sep 7 at 7:57 PM

